<u>In The U.S. District Court For The Middle District For The Northern Devision In The State Of Alabama</u>

| | |
|---|---|
| Barry Randall Thomas<br>Plaintiff, Pro Se<br><br>V.<br><br>Dr. Darbouze, Nurse Wilson,<br>Warden Davenport<br>Defendants | DECLARATION BY<br><br>Andrew Jackson Smith<br><br>Civil Action No. <u>2:07CV630-MEF</u> |

Andrew Jackson Smith hereby declares:

1. I am an absolute and actual innocent inmate wrongfully convicted at Easterling Corr. Fac. E2-38-B, 200 Wallace Dr., Cleo Al.. I was framed by D.A.'s Jill Phillips and Ashley Rich and Mobile Police Detective Curtis Graves for the murder of my fianee Celeste Phillips, which was committed by and never charged, David Lenoir.

2. My previous credentials include but are not limited to the following Emergency Medical Technician-Paramedic; Registered Medical Assistant; Registered Nurse; Diagnostic Medical Sonographer; Dive Medic

1/3

Technician; Cardiovascular Technician; Certified Chaplain/Minister; U.S. Army Special Forces Medic; Certified Counselor.

3. On June 23, 2009 I did perform the following evaluation of Barry R. Thomas:

OBJECTIVE: Distorted posture (leans to Ⓡ 30°~).
↓ A.R.O.M. to Ⓛ lateral
⊕ Pain c̄ percussion over L/S region
↓ Strength Ⓛ leg
LLE thigh atrophy c/t Ⓡ
⊕ Heel raise. ⊕ Heel to toe. Toe raise neg.
SLR ⊕ Ⓛ @ 20° + Ⓡ 60°
Ⓛ Heel strike ⊕. Ⓡ neg.
⊕ Gowers $
⊕ Lhermittes $
DTR's Knee WNL
         Ankle WNL

4. My impression of the plaintiff's medical condition is probable LBP 2° to disc disease c̄ poss nerve root involvement. Diff Dx consist of H.P.D., D.D.D. Prognosis without treatment is poor. Definitive diagnosis likely to require M.R.I., possibly C.T. mylogram. Inmate gives no indication of malingering and is in obveous pain by objective findings.

2/3

3. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED JUNE 23, 2007 AT CLIO AL.

*Andrew Jackson Smith*
ANDREW JACKSON SMITH
AIS 228252

3/3