## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT FOR THE NORTHERN DEVISION OF THE STATE OF ALABAMA

Barry Randall Thomas
Plaintiff, Pro Se

v.                                    : Civil Action No. 2:07CV630-MEF

Dr. Darbouze, Nurse Wilson,
Warden Davenport,
Defendants

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff moves this Court for a preliminary injunction for the reasons set forth below and in the supporting memorandum of law.

1. The defendants deliberate indifference to the plaintiff's pain and suffering, inability to ambulate, preclusion from activities of daily living for weeks constitute an illegal practice and violation of constitutional rights.

1/3

2. There is a substantial threat of irreparable harm if the injunction is not granted. The contorted body position, loss of muscular strength, and neurological symtomatology may indeed now be permanent and likely to worsen without injunctive relief. No amount of monetary damages will fix the existing injury. Any remedy at law for the plaintiff's injuries would be inadequate.

3. The threatened harm to the plaintiff outweighs any harm the proposed injunction may cause the defendants. The relief that plaintiff seeks is in essence an order compelling defendants to perform their pre-existing duties under the U.S. Constitution.

4. Plaintiff is likely to succeed at trial and exhibits a gross need of medical care that any reasonable person (trained or not) could identify.

5. A preliminary injunction will serve the public interest and protect the constitutional rights of its members.

WHEREFORE, PLAINTIFF REQUESTS THAT UPON CONSIDERATION OF THIS MOTION AND SUPPORTING MEMORANDUM OF LAW, THIS COURT ORDER DEFENDANTS, THEIR SUCCESSORS, AGENTS, EMPLOYEES, AND ALL PERSONS ACTING IN CONCERT WITH THEM TO PROVIDE PLAINTIFF WITH AN ADEQUATE MEANS OF AIDE TO MOBILITY (SUCH AS A WHEELCHAIR, WALKER, AND/OR CANE); TO HAVE PLAINTIFF EVALUATED BY A SPECIALIST AND HIS TREATMENT ADHERED TOO; ISSUE PROFILES AS NEED; PERMIT JAILHOUSE LAWYER ASSISTANCE AND NO RETALIATION.

RESPECTFULLY SUBMITTED, THIS 23RD DAY OF JUNE, 2007

*Barry K. Thomas*
PLAINTIFF, PRO SE

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I HAVE THIS DAY SERVED DEFENDANTS A COPY OF THE FOREGOING DOCUMENT BY FIRST CLASS MAIL IN A PROPERLY ADDRESSED ENVELOPE WITH ADEQUATE POSTAGE TO:

WARDEN DAVENPORT, DR. DARBOUZE, NURSE WILSON ALL OF EASTERLING CORRECTIONAL FACILITY, 200 WALLACE DRIVE, CLIO, AL. 36017-2613

THIS ____ DAY OF JUNE 2007    *Barry K. Thomas*
PLAINTIFF, PRO SE