## In The U.S. District Court For The Middle District For The Northern Division Of The State Of Alabama

Barry Randall Thomas,
Plaintiff, Pro Se.

vs.

Dr. Darbouze, M.D.; Ms. Wilson, R.N.; Mr. Davenport, Warden.
Defendants.

Civil Action No.
2:07CV630-MEF

## Plaintiff's Motion For Appointment Of Counsel

Pursuant to 28 U.S.C. # 1915 (e) (1), Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1. Plaintiff cannot afford to hire a lawyer. He has requested leave to proceed in forma pauperis in this case.

2. Plaintiff's imprisonment will greatly limit his

ability to litigate this case. This case will likely involve substantial investigation and discovery. Also, plaintiff has no means to get to the law library at E.C.F. and if/when there no "handicapped-type" access that the plaintiff can tolerate to utilize.

3. The issues in this case are complex. A lawyer would help plaintiff to apply law properly in briefs and before the Court. Plaintiff has never before been a party to a civil legal proceeding.

4. A trial in this case will likely involve conflicting testimony. A lawyer would assist plaintiff in the presentation of evidence and the cross examination of opposing witnesses.

5. Plaintiff has made repeated efforts to obtain a lawyer unsuccessfully

Wherefore plaintiff request that the Court appoint counsel to represent him in this case.

Respectfully submitted, this 23rd day of June, 2007.

*Barry R. Thomas*
BARRY R. THOMAS, PLAINTIFF
PRO SE

2/2