In The United States Court For The Middle

District For The Northern Devision Of Alabama

Barry Randall Thomas 178628
Plaintiff, Pro Se

V.

Dr. Darbouze, M.D.; Ms. Welson, D.O.N.; Davenport, Warden.
Defendants

Civic Action No.
2:07CV630-MEF

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Barry R. Thomas, a U.S. citizen, make this Motion to Proceed Without Prepayment of Fees pusuant to Title 28 U.S.C. #1915 in order to proceed in forma pauperis in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fee.

I. This is for purpose of filing a Title 28 U.S.C. 1983 action. I believe my constitutional rights have been violated and I am entiled to redress

II. My residence is Easterling Correctional Facility, 200 Wallace Drive, Clio AL. 36017-2613, Attention E2-6A, AIS 178628

III. I am single and have no dependents

1/2

IV. I am unemployed. I was last employed in 1997 at a commercial printing company in Birmingham. I have no real property or assets. I have no debts or obligations.

V. I provide for basic living needs as are furnished by the Alabama Department of Corrections and minimal contributions as depicted on my inmate account. See attached certificate.

VI. I understand that any false statement of a material fact contained herein may serve as a basis of prosecution and conviction for perjury or making false statements. Further, I certify that all statements contained herein are true and correct to the best of my knowledge and belief.

6-24-07
DATE

Barry R. Thomas
PLAINTIFF, PRO SE

AIS 178628/E2-6A
Easterling Corr. Fac.
200 Wallace Dr.
Clio AL. 36017-2613

VII. I hereby authorize the agency having custody of me to collect from my prison account and forward to Clerk of the United States District Court payments in accordance with 28 U.S.C. #1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to the Clerk of Court #350.00.

6-24-07
DATE

Barry R. Thomas
PLAINTIFF, PRO SE

2/2