IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BARRY RANDALL THOMAS, #178628,  )
                                )
            Plaintiff,           )
                                )
        v.                       )    CIVIL ACTION NO. 2:07-CV-630-MEF
                                )
DR. DARBOUZE, et al.,            )
                                )
            Defendants.          )

**ORDER**

Upon review of the motion for preliminary injunction filed by the plaintiff on July 10, 2007

(Court Doc. No. 3), and for good cause, it is

ORDERED that on or before August 8, 2007 the defendants shall show cause why this

motion should not be granted.  The Clerk is hereby DIRECTED to provide a copy of this order and

the motion for preliminary injunction to the defendants, General Counsel for the Alabama

Department of Corrections and Counsel for Prison Health Services, Inc.

Done this 12th day of July, 2007.

　　　　　　　　　　　　 /s/ Wallace Capel, Jr.
　　　　　　　　　　　　 WALLACE CAPEL, JR.
　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE