**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BARRY RANDALL THOMAS,** ) | |
| **AIS NO. 178628**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:07-cv-00630-MEF-WC** |
| ) | |
| **DR. DARBOUZE,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please take notice that William R. Lunsford of Maynard, Cooper & Gale, P.C., hereby enters an appearance on behalf of Dr. Gean Darbouze and Kay Wilson, RN, the defendants in the above-captioned case, and requests the Court provide all notices to the undersigned counsel at the address set forth below.

s/ William R. Lunsford
One of the Attorneys for Dr. Gean Darbouze and Kay Wilson, RN

**OF COUNSEL:**

William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court and mailed via regular U.S. mail or via electronic mail (as designated below) to the following:

Barry Randall Thomas
AIS # 178628
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2613

Tara S. Knee (*via electronic mail*)
Alabama Department of Corrections
Post Office Box 301501
Montgomery, AL 36130-1501

s/ William R. Lunsford
Of Counsel