**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **BARRY RANDALL THOMAS,** | ) | |
| **AIS NO. 178628**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:07-cv-00630-MEF-WC** |
| | ) | |
| **DR. DARBOUZE, NURSE WILSON,** | ) | |
| **AND WARDEN DAVENPORT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SPECIAL REPORT AND ANSWER OF**
**DEFENDANTS DR. JEAN DARBOUZE AND NURSE KAY WILSON**

COME NOW, Defendants DR. JEAN DARBOUZE ("Dr. Darbouze") and NURSE KAY WILSON ("Nurse Wilson" or collectively with Dr. Darbouze, the "Medical Defendants"), pursuant to this Court's Order dated July 12, 2007, requiring Medical Defendants to provide their Special Report and Answer, and submit the following Special Report and Answer addressing the allegations asserted in the Complaint filed by Plaintiff BARRY RANDALL THOMAS ("Plaintiff"):

**I.      INITIAL DISCLOSURES**

Medical Defendants make the following initial disclosures as required by this Court's July 12, 2007, Order for Special Report:

A.      The sworn statement of Dr. Jean Darbouze;[1]

B.      The sworn statement of Kay Wilson;[2] and

---

[1]      A true and correct copy of Dr. Jean Darbouze's affidavit ("Darbouze Aff.") is attached hereto as **Exhibit A** and incorporated herein by reference.

C.    The sworn statement of Beth H. Long with a true and correct copy of pertinent excerpts from Plaintiff's medical records attached thereto.

## II.    NARRATIVE STATEMENT OF UNDISPUTED FACTS

### A.    Procedural History

Plaintiff instituted this action against Dr. Darbouze[3] and Nurse Wilson[4] as well as numerous other officers and officials of the Alabama Department of Corrections (collectively, the "Correctional Defendants") on or about July 10, 2007. (See Complaint).  As Plaintiff states in his Complaint he "is an inmate in the custody of the Alabama Department of Corrections and is currently incarcerated at Easterling Correctional Facility ["Easterling"] in Clio, Alabama." (Complaint at ¶ 4).  Plaintiff's Complaint arises solely out of his disagreement with the course of medical treatment provided by the medical staff at Easterling in response to his complaints of back pain. (See Complaint).

With regard to his alleged back condition, Plaintiff claims his discomfort began "in about 94-95." (Complaint at ¶ 10). According to Plaintiff's Complaint[5], Plaintiff did not complain

---

[2]    A true and correct copy of Kay Wilson's affidavit ("Wilson Aff.") is attached hereto as **Exhibit B** and incorporated herein by reference.

[3]    Dr. Darbouze has been a licensed physician in Alabama since 1996 and has been board certified in internal medicine since 1997.  (Darbouze Aff. at ¶ 2).  From February of 2000 through February of 2004, and again from April 16, 2004 through the present Dr. Darbouze has served as the Medical Director for Easterling. (Id.).

[4] Nurse Wilson has been a licensed, registered nurse in Alabama since 1985. (Wilson Aff. at ¶ 2). She holds a Bachelor's Degree in nursing from Troy State University. (Id.).  In particular, Nurse Wilson has worked as a nurse at Easterling, since March of 2001. (Id.).  Since November 3, 2003, she has been employed as the Health Services Administrator ("H.S.A".) for Easterling. (Id.).

[5]    Plaintiff attempts to offer the Affidavit of another inmate at Easterling Correctional Facility by the name of Andrew Jackson Smith.  (See Complaint, Smith Aff.).  Smith includes various "credentials" in his purported affidavit, but fails to submit any documentation which demonstrates in any way that he is licensed to practice medicine in the state of Alabama or is otherwise authorized in any way to offer any expert opinion regarding Plaintiff's medical

2

about back pain again until November 6, 2005, in which he stated his back pain became "intolerable, acute, extreme and chronic . . . radiating like electricity into his legs . . ." (Complaint at ¶ 10). Since November 6, 2005, Plaintiff claims that he has submitted "several 'sick call' slips" regarding his alleged back pain. (Complaint at ¶ 10).

Plaintiff claims that he saw Dr. Darbouze "several times" and received the medications Motrin and Flexeril. (Complaint at ¶ 12). With regard to his inclusion of Nurse Wilson in this action, Plaintiff merely states, "Nurse Wilson has seen the Plaintiff at H.C.U., and received his grievance and spoken to him about his condition." (Complaint at ¶ 13).

Plaintiff explicitly states that his claims against the Medical Defendants are limited to his claim of deliberate indifference brought pursuant to "42 U.S.C. Section 1983." (Complaint at ¶ 2). Specifically, Plaintiff writes, "[t]he deliberate indifference by Defendants to Plaintiff's serious medical need resulted in continued pain, suffering, and physical degradation of Plaintiff's condition depriving him of his rights under due process clause of the Fourteenth Amendment and Eighth Amendment of the U.S. Constitution." (Complaint at ¶ 20). Plaintiff also alleges that "the medical defendants' fail[ed] to inquire into facts necessary to make a professional judgment; [provided] inadequate medical evaluations; and deni[ed Plaintiff] to access a specialist qualified to address the Plaintiff's needs . . . ." (Complaint at ¶ 24).

On or about July 10, 2007, Plaintiff filed a "Motion for Preliminary Injunction" in which he sought immediate court intervention with regard to his purported back condition. In his Motion for Preliminary Injunction, Plaintiff expresses concern regarding his current back condition and that such purported condition may "worsen" without injunctive relief. (Motion for

---

conditions and/or conduct inappropriate evaluation of Plaintiff's symptoms, conditions and/or other potential problems. (Id.).

3

Preliminary Injunction at ¶ 2).  According to Plaintiff, he is seeking "in essence an order compelling Defendants to perform their pre-existing duties under the U.S. Constitution." (Motion for Preliminary Injunction at ¶ 3).  More specifically, Plaintiff requests in his Motion for Preliminary Injunction "adequate means of aid to mobility (such as wheelchair, walker, and/or cane)" to have Plaintiff evaluated by a specialist and his treatment adhere to; issue profiles as meed [sic] permit jailhouse lawyer assistance and no retaliation." (Motion for Preliminary Injunction at p. 3).

In the Memorandum submitted in support of his Motion for Preliminary Injunction, Plaintiff claims that his condition has "deteriorated from a point of normal ambulation [sic] to a contorted posture, inability to ambulate and acute chronic pain preventing him from engaging in meaningful activities of daily living." (Memorandum in Support of Motion for Preliminary Injunction at p. 3).  According to Plaintiff, "Dr. Darbouze has failed to make any diagnosis in the case and Plaintiff upon information and belief notes the doctor's frequent remark that 'nothing is wrong' and that Plaintiff is 'faking.'" (Memorandum in Support of Motion for Preliminary Injunction at p. 4).  Though Plaintiff claims that Dr. Darbouze does not possess sufficient "specialized training" to diagnose and/or evaluate Plaintiff's medical conditions, he fails to identify any specific authority which demonstrates that in this instance Dr. Darbouze is not properly trained in order to make the necessary evaluation of Plaintiff's medical condition. (Memorandum in Support of Plaintiff's Motion for Preliminary Injunction at p. 4).  Though Plaintiff claims that "[t]he physician must inquire sufficient lead to make a professional judgment," he does not state what additional inquiry is required. (Memorandum in Support of Plaintiff's Motion for Preliminary Injunction at p. 6).  Plaintiff further alleges that he "requires

4

additional tests for a diagnosis," but fails to identify what additional "tests" are required. (Memorandum in Support of Plaintiff's Motion for Preliminary Injunction at p. 6).

B.     <u>The Sick Call Process at Easterling Correctional Facility</u>

When an inmate has a non-emergency medical or health problem and/or complaint, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff at Easterling and/or request medical treatment for this problem. (Wilson Aff. at ¶ 5).  The sick call request process is well-known at Easterling and is utilized by inmates at Easterling on a daily basis. (<u>Id.</u>).  When an inmate first arrives at Easterling, he is taken to the Health Care Unit to be processed into the system and receives an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care. (<u>Id.</u>).  During this orientation, the medical staff gives each inmate an information sheet and verbally goes through the sheet with newly-arriving inmates, informing them how to utilize the sick call request form process.  (<u>Id.</u>).  Sick call request forms are available in the Health Care Unit at the shift commander's station or may be obtained from the Alabama Department of Corrections ("ADOC") officer in each dorm at Easterling.  (<u>Id.</u>).

An inmate making a sick call request is required to complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature) and submit the sick call request form by placing it in a locked box located outside the facility's kitchen (<u>i.e.</u>, chow hall). (<u>Id.</u>).  The sick call request forms are removed from the locked box each day and brought to the Health Care Unit. (<u>Id.</u>).  Upon retrieving the sick call request forms, the medical staff compiles a list of inmates having submitted a sick call request form, which is sent to the various dorms at Easterling. (<u>Id.</u>).  Easterling conducts sick call five (5) times per week, Sunday through Friday

excluding holidays or unexpected emergencies. (Id.).  Sick call begins at 7:00 p.m. and lasts as long as required to examine all the inmates who report to sick call. (Id.).  Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints at the time they are summoned to the Health Care Unit for sick call. (Id.).  The number of inmates reporting to sick call each day varies between approximately ten (10) and thirty-five (35). (Id.).  The nurse conducting sick call takes reporting inmates' vital signs and either: (1) provides an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Easterling. (Id.).  If the inmate fails to report to sick call when summoned, this is often indicated in the sick call request form because it is left blank by the medical staff. (Id.).  If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the infirmary (located within the Health Care Unit) and the inmate will be examined and treated by a physician. (Id.).

### C.    <u>Medical Treatment provided to Plaintiff</u>.

The first reference in Plaintiff's medical records regarding any complaints of lower back pain occurred in 1995. (Darbouze Aff. at ¶ 4; PHS051).  Plaintiff submitted a sick call request form dated January 18, 1995, writing, "pain in lower back for past three days" while he was incarcerated at Bullock Correctional Facility. (Id.).  Plaintiff was evaluated the following day by the medical staff and was provided with pain medication and muscle relaxers.  (Id.).  The medical staff at Bullock Correctional Facility specifically noted that an examination of Plaintiff on January 19, 1995, indicated that Plaintiff likely pulled a muscle in his back.  (Darbouze Aff. at ¶ 4 and PHS052).  After this January 19, 1995, episode of back pain, Plaintiff's complaints ceased completely. (Darbouze Aff. at ¶ 4).

6

Plaintiff submitted sick call request forms or other similar forms for non-urgent medical attention on July 18, 1996, July 24, 1996, July 25, 1996, August 8, 1996, January 1, 1997, November 2, 1997, January 6, 1998, August 5, 1998, November 29, 1998, January 31, 2001, July 15, 2002, October 14, 2002, October 19, 2002, April 6, 2003, and April 9, 2003. (Darbouze Aff. at ¶ 5 and PHS028, 30, 32, 33, 35, 36, 40, 42, 43, 45, 46, 47, 48, 50, 84-88).  As late as April of 2005, Plaintiff attended sick call for other medical complaints, but did not mention any complaints regarding back pain or any other issues with regard to his back. (Darbouze Aff. at ¶ 5 and PHS013).  As confirmed in his medical records, Plaintiff did not mention any complaints of back pain for over ten (10) years, i.e. between January 19, 1995, and November 12, 2005. (Darbouze Aff. at ¶ 5 and PHS025, 28, 30, 32, 33, 35, 36, 40, 42, 43, 45, 46, 47, 48, 50, 84-88).

Plaintiff completed a sick call request form dated November 13, 2005, complaining of lower back and left hip pain. (Darbouze Aff. at ¶ 6 and PHS025).  After submitting his November 13, 2005, sick call request form, Plaintiff was evaluated by the medical staff at Easterling. (Darbouze Aff. at ¶ 6 and PHS026).  After examining Plaintiff, the medical staff was noted that he did not have any physical injuries or obvious signs of trauma to his lower back. (Id.).  Plaintiff was referred to Dr. Darbouze for further evaluation and given a prescription for Tylenol.  (Id.).

Dr. Darbouze examined Plaintiff on November 18, 2005. (Darbouze Aff. at ¶ 7 and PHS013).  During this examination, Plaintiff complained of lower back pain, but denied any weakness, any prior surgeries and/or prior trauma which would in any way cause the complained of back pain. (Id.).  Upon examining Plaintiff, Dr. Darbouze only discovered mild muscular tenderness in Plaintiff's lower back and did not note any symptoms or signs which would indicate any type of neurological or other structural defect in Plaintiff's lower back. (Id.).  After

7

examining Plaintiff, Dr. Darbouze ordered that he undergo an x-ray of his lower spine, receive 10 mg of Flexeril three times a day for one week, Tylenol three times a day or as needed for two weeks and Feldene once a day in the evening for fourteen days. (Darbouze Aff. at ¶ 7 and PHS005, 13, 58). Feldene is a non-steroidal anti-inflammatory medication often utilized to reduce pain, swelling and/or stiffness associated with muscular strains, pain and discomfort. (Darbouze Aff. at ¶ 7). In a physician's order dated November 18, 2005, Plaintiff was also instructed to avoid prolonged standing. (Darbouze Aff. at ¶ 7 and PHS005, 111).

Plaintiff underwent an x-ray of his lumbar spine on November 21, 2005. (Darbouze Aff. at ¶ 8). The results of the November 21, 2005, x-ray demonstrated that, "**[t]he vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease**." (Darbouze Aff. at ¶ 8 and PHS083).

Dr. Darbouze examined Plaintiff again on December 9, 2005. (Darbouze Aff. at ¶ 9 and PHS009). He noted that his lower back pain had not greatly improved and, in fact, worsened after prolonged periods of time standing. (Darbouze Aff. at ¶ 9 and PHS009). Plaintiff requested during the December 9, 2005, appointment that Dr. Darbouze provide him with a profile[6] allowing him to sit when necessary and directing the correctional staff to allow him to avoid prolonged periods of standing. (Id.). In response to this request, Dr. Darbouze provided the requested prolonged standing profile as well as medication (Percogesic, Motrin) and topical cream (Bengay) intended to alleviate his muscular discomfort. (Darbouze Aff. at ¶ 9 and PHS009, 56-57, 110). After this November, 2005, episode of back pain, there were no further complaints of back pain from Plaintiff for approximately 18 months, i.e. until May of 2007.

---

[6] A "profile" is an order provided by the site physician which allow an inmate to deviate from the standard operating procedures at Easterling. (Wilson Aff. at ¶ 6).

(Darbouze Aff. at ¶ 9).  **As such, Plaintiff's most recent complaints of back pain did not start until approximately 3 months ago**. (Darbouze Aff. at ¶¶ 9-10 and PHS024).

In a sick call request form dated May 2, 2007, Plaintiff noted that his lower back pain continued but requested information as to whether there was a "different treatment" or whether the medical staff could "schedule a more sensitive exam – CT or MRI?" (Darbouze Aff. at ¶ 10 and PHS024).  Plaintiff was summoned to the health care unit on May 3, 2007, for sick call, but he failed to appear. (Darbouze Aff. at ¶ 10 and PHS101).  When Plaintiff underwent his yearly examination on May 11, 2007, the medical staff did note that Plaintiff complained of episodes of "sciatica," but could not identify any specific cause of his back pain. (Darbouze Aff. at ¶ 10 and PHS126).

Plaintiff completed a sick call request form dated May 13, 2007, in which he again complained of "lower back and left leg pain." (Darbouze Aff. at ¶ 11 and PHS022).  When Plaintiff reported his sick call on May 13, 2007, Plaintiff stated "my sciatic nerve is bothering me" and informed medical staff that it had been causing pain for approximately "2 months." (Darbouze Aff. at ¶ 11 and PHS023).  The Easterling medical staff examined Plaintiff during the May 13, 2007, sick call and noted that Plaintiff walked evenly with a steady gait and complained only of dull, or aching pain to his left lower back. (Id.).  At the conclusion of the May 13, 2007, sick call, Plaintiff received 600 mg of Motrin and was referred to Dr. Darbouze for further evaluation.  (Darbouze Aff. at ¶ 11 and PHS023, 55).

Dr. Darbouze examined Plaintiff again on May 15, 2007, during which Plaintiff voiced complaints of lower back pain.  (Darbouze Aff. at ¶ 12 and PHS012).  During the May 15, 2006, examination, Plaintiff did not exhibit any symptoms of any particular spinal condition or disease, only complaining and demonstrating muscle tenderness in the left side of his left back.  (Id.).  At

9

the conclusion of the May 15, 2006, examination, Dr. Darbouze prescribed Motrin and Flexeril three times a day for Plaintiff and also directed Plaintiff to utilize only a bottom bunk. (Darbouze Aff. at ¶ 12 and PHS012, 55). Plaintiff received a bottom bunk profile from May 15, 2007, through May 30, 2007. (Darbouze Aff. at ¶ 12 and PHS100).

Plaintiff complained of continuing back pain in a sick call request form dated May 28, 2007. (Darbouze Aff. at ¶ 13 and PHS021). On May 28, 2007, Plaintiff complained that he was unable to put any pressure on his left leg and was immediately brought to the health care unit for evaluation. (Darbouze Aff. at ¶ 14 and PHS099). After being examined by the medical staff at approximately 8:45 a.m. on May 28, 2007, Plaintiff was moved to the infirmary for observation by the medical staff. (Id.). The medical staff noted that after Plaintiff was admitted to the infirmary on the morning of May 28, 2007, he was able to walk around the infirmary with assistance. (Id.). By 12:10 p.m. on May 28, 2007, Plaintiff stated that he felt "better" and that "the pain comes and goes." (Id.). Plaintiff was released from the infirmary at approximately 12:10 p.m. on May 28, 2007, and was encouraged to remain compliant with his medications. (Id.).

He submitted a second sick call request form dated two days later, in which he complained of continuing back pain and stated that his existing medications, including "pain medications and muscle relaxers," were not "alleviating symptoms." (Darbouze Aff. at ¶ 13 and PHS019). Plaintiff was evaluated by the medical staff on May 30, 2007, in which he also complained of lower back pain. (Darbouze Aff. at ¶ 15 and PHS020). During the sick call on May 30, 2007, Plaintiff complained that his back pain had only existed for "3 months." (Id.). At the conclusion of sick call, Plaintiff refused additional medication and was referred to Dr.

Darbouze.  (Id.).  Dr. Darbouze provided Plaintiff with a bottom bunk profile, instructing him only to utilize a bottom bunk, beginning on May 30, 2007. (Darbouze Aff. at ¶ 15 and PHS004).

Dr. Darbouze examined Plaintiff on June 5, 2007, and this examination only revealed continuing muscular tenderness in Plaintiff's lower back pain. (Darbouze Aff. at ¶ 16 and PHS012).  Dr. Darbouze continued Plaintiff's prescriptions for Motrin, Flexeril and Bengay as well as Plaintiff's order to utilize only a bottom bunk. (Darbouze Aff. at ¶ 16 and PHS004, 12, 53, 96).

When Dr. Darbouze examined Plaintiff on June 8, 2007, Plaintiff complained of continuing back pain, but did not demonstrate any tenderness in any bony section of his spine, only complaining of tenderness in the muscular section of his lower back.  (Darbouze Aff. at ¶ 17 and PHS011, 95).  At the conclusion of the June 8, 2007, examination, Dr. Darbouze concluded that there was no specific cause of Plaintiff's continued back pain other than muscular tenderness. (Darbouze Aff. at ¶ 17 and PHS011, 95).

Plaintiff received orders to undergo an x-ray of his lower spine as well as crutches on June 8, 2007. (Darbouze Aff. at ¶ 18 and PHS004).  Plaintiff underwent an x-ray of his lumbar spine on June 12, 2007. (Darbouze Aff. at ¶ 18 and PHS082).  The board-certified radiologist who reviewed the x-ray results of Plaintiff's June 12, 2007, study, concluded as follows, "[t]he vertebrae are well aligned and show no evidence of any fracture or other destructive bone disease." (Darbouze Aff. at ¶ 18 and PHS082).

On June 13 and 17, 2007, Plaintiff submitted a sick call request forms in which he complained of continued back pack. (Darbouze Aff. at ¶ 19 and PHS016, 18).  Plaintiff failed to report to sick call on June 14, 2007, when he was summoned to the healthcare unit for examination. (Darbouze Aff. at ¶ 19 and PHS092).  When presented with the "release of

responsibility" form, Plaintiff refused to sign the document acknowledging his refusal to attend sick call. (Id.). Plaintiff acknowledged receipt of crutches from the medical staff at Easterling on June 15, 2007. (Darbouze Aff. at ¶ 20 and PHS093).

Plaintiff was evaluated by the medical staff again on June 20, 2007. (Darbouze Aff. at ¶ 21 and PHS017). The medical staff noted that, during the June 20, 2007, sick call, Plaintiff walked to the health care unit without any assistance, was able to stand and walk with a slow, steady gait and demonstrated some reduced range of motion. (Id.). However, during the June 20, 2007, sick call, Plaintiff's focused primarily on his request for certain "profiles." (Id.). On June 20, 2007, Plaintiff was referred to Dr. Darbouze for further evaluation. (Id.).

Plaintiff was examined by a member of the medical staff on June 22, 2007, and admitted that he had refused an appointment with Dr. Darbouze. (Darbouze Aff. at ¶ 22 and PHS015, 91). On June 25, 2007, the medical staff moved Plaintiff to the infirmary at Dr. Darbouze's direction for observation and to ensure that he received any assistance necessary from the medical staff at Easterling. (Darbouze Aff. at ¶ 22 and PHS004). Though Plaintiff complained of continued lower back pain and left leg pain during a June 25, 2007, examination, the examination by a member of the medical staff did not reveal any specific causes of his lower back pain. (Darbouze Aff. at ¶ 22 and PHS015). Plaintiff later received a prescription for 400 mg of Motrin two times a day on June 26, 2007. (Darbouze Aff. at ¶ 22 and PHS004).

When examined by the medical staff on June 26, 2007, Plaintiff complained of continuing lower back pain and, when asked when his back pain began, he stated that he "just woke up one day with back pain." (Darbouze Aff. at ¶ 23 and PHS011). At the conclusion of the June 26, 2007, examination, Plaintiff was instructed to continue his medication regiment as ordered by Dr. Darbouze. (Darbouze Aff. at ¶ 23 and PHS011, 53).

On June 28, 2007, Dr. Darbouze examined Plaintiff and noted that Plaintiff was utilizing a crutch and favoring his left side. (Darbouze Aff. at ¶ 24 and PHS010).  During the June 28, 2007, examination, Plaintiff was able to bend over and touch his toes though he persistently protected his left side. (Id.).  His medical records clearly recite that, during the June 28, 2007, examination, Plaintiff complained of lower back pain, but did not show any tenderness in his sciatic notch or any type of muscle spasms which would indicate any specific cause for his back pain. (Id.).  At the conclusion of the June 28, 2007, examination, Dr. Darbouze noted that there was no objective way to determine if the pain complained of by Plaintiff was "really that intense or a true problem/complaint." (Id.).  Following the June 28, 2007, examination, Dr. Darbouze made minor changes to Plaintiff's medication regiments. (Id.).

After evaluating Plaintiff on June 28, 2007, Dr. Darbouze discontinued Plaintiff's prescription for Motrin and Flexeril and ordered Plaintiff to take Naprosyn and Robaxin. (Darbouze Aff. at ¶ 25 and PHS003).  All of these medications are commonly prescribed for individuals with recurrent or significant muscular discomfort or pain. (Darbouze Aff. at ¶ 25). Naprosyn, also known as Naproxen, is a form of ibuprofen which is commonly used for muscular pain. (Id.).  Robaxin, like Flexeril is a muscle relaxer, which is commonly prescribed for those individuals who suffer from any sort of chronic muscular pain. (Id.).  Dr. Darbouze also ordered Plaintiff to be housed in the infirmary for a period of approximately four days, be allowed to utilize crutches for approximately a week and remain in bed to the extent possible except for the occasions when he needed to leave his bed for medication administration and meals. (Darbouze Aff. at ¶ 25 and PHS003).

Dr. Darbouze examined Plaintiff on July 2, 2007, noting some tenderness in Plaintiff's lower spine, but also noting that the x-ray of Plaintiff's lower spine was negative. (Darbouze Aff.

at ¶ 27 and PHS008). During this examination, Dr. Darbouze provided him with a prescription for crutches for one week, Tylenol three times a day for two weeks and the muscle relaxer, Flexeril, three times a day for two weeks. (Darbouze Aff. at ¶ 27 and PHS002). Dr. Darbouze also ordered Plaintiff to undergo another x-ray of his lower spine as well as his left and right hips, which also failed to reveal any abnormalities, trauma or other injury or complications with regard to Plaintiff's lower back. (Darbouze Aff. at ¶ 27 and PHS002-3). Plaintiff signed a "receipt of medical equipment/appliance form" on July 2, 2007, acknowledging his receipt of crutches. (Darbouze Aff. at ¶ 27 and PHS089 and 90).

An x-ray was taken of Plaintiff's lumbar spine on July 2, 2007. (Darbouze Aff. at ¶ 28 and PHS073). Though the July 2, 2007, x-ray revealed "slight scoliosis" of Plaintiff's spine, the radiologist reviewing the x-ray results determined that there was no "disk space narrowing" or "evidence of recent fracture or other significant bony abnormality." (Darbouze Aff. at ¶ 28 and PHS073). Based upon the findings of this x-ray, it remains possible that Plaintiff eschewed the results of this x-ray by bending in a particular direction or not have appropriate posture during the x-ray. (Darbouze Aff. at ¶ 28).

Based upon the numerous examinations of Plaintiff, the various diagnostic and imaging testing completed regarding his complaints of back pain, Dr. Darbouze remains confident that his back pain is muscular in origin. (Darbouze Aff. at ¶ 29). Dr. Darbouze's examinations of Plaintiff have not revealed any skeletal or neurological problems which would indicate that his back pain is caused by a malformation or disease of his spine. (Id.). At present, the only objective medical findings available to Dr. Darbouze constitute Plaintiff's x-ray results. (Id.). These x-ray results have been persistently normal, though the most recent results indicate some "slight" scoliosis which would not result in the type of pain described by Plaintiff. (Id.).

14
14

In the field of medicine, there is no objective way to test a patient to confirm that he or she is experiencing pain. (<u>Id.</u>). In certain instances, extreme pain can be confirmed through tests such as blood pressure tests, but the evaluations of Plaintiff have not shown an fluctuation of his vital signs which would indicate that he is in any degree of traumatic or significant pain to such a degree. (<u>Id.</u>). Ultimately, a physician is required to rely upon a patient in many instances to accurately describe pain and discomfort and is without any ability to confirm a patient's subjective descriptions of pain. (<u>Id.</u>).

In the case of Plaintiff, Dr. Darbouze does not believe that there are any additional diagnostic or imaging tests which would be beneficial to Plaintiff at this time. (Darbouze Aff. at ¶ 30). Likewise, Dr. Darbouze is not aware of any additional medical treatment of any kind that may be provided by any other physician or specialist which would remedy Plaintiff's discomfort. (<u>Id.</u>). Dr. Darbouze's examinations of him have confirmed his conclusion that his pain is primarily, if not entirely, muscular in nature. (<u>Id.</u>). Dr. Darbouze has not denied Plaintiff any necessary medical treatment or ignored his complaints to Dr. Darbouze. (<u>Id.</u>). Dr. Darbouze has examined Plaintiff on a regular basis and will continue to do so in the future. (<u>Id.</u>). Dr. Darbouze has attempted to control his pain through medication and will continue to do so in the future. (<u>Id.</u>). Dr. Darbouze is vigilantly attempting to monitor any changes in his condition and, if such changes occur, he will respond in a timely fashion and provide all necessary medical attention and care. (<u>Id.</u>). Plaintiff's condition at this time appears to be an instance when future care will depend, in large part, upon the manner in which his condition changes or improves. (<u>Id.</u>). Given the history of his back pain, it remains possible that his condition will be remedied over time. (<u>Id.</u>).

**D.** **<u>Nurse Wilson's lack of involvement in the treatment of Plaintiff's alleged back condition.</u>**

As a registered nurse at Easterling, Nurse Wilson is not authorized to provide or order prescription medication for any inmate unless authorized to do so by a physician. (Wilson Aff. at ¶ 4). Likewise, she is not authorized to diagnose any medical condition suffered by Plaintiff and, in particular, she is not authorized or qualified to consider his complaints of back pain or identify the cause of his complaints of back pain. (Id.). Such decisions or conclusions must be made by his attending physician. (Id.). For these reasons, Nurse Wilson has not at any time attempted to diagnose the cause of Plaintiff's complaints of back pain. (Id.).

Nurse Wilson's involvement with the complaints made by Plaintiff and the attempts by the medical staff at Easterling to identify the cause of his complaints of back pain has been limited to providing responses to one grievance form completed by Plaintiff and received by Nurse Wilson in June of 2007. (Wilson Aff. at ¶ 6). In the grievance form completed by Plaintiff, he complained of back pain and requested a wheelchair and an appointment with a specialist. (Id.). Plaintiff also requested "profiles," which are orders provided by the site physician which allow an inmate to deviate from the standard operating procedures at Easterling. (Id.). In particular, Plaintiff requested a profile from the site physician which ordered him to avoid standing or working and allowed him to use the handicap-accessible shower facility at Easterling. (Id.). As an RN, Nurse Wilson is not authorized to determine whether Plaintiff's medical complaints justified the issuance of the profiles he requested. (Id.). When Nurse Wilson received Plaintiff's first grievance, she promptly reviewed his file and noted that he had been evaluated by Dr. Darbouze within the last week and that Plaintiff had received crutches and a bottom bunk profile from Dr. Darbouze during his last appointment. (Id.). Nurse Wilson also confirmed that Plaintiff had recently submitted a sick call request form and was scheduled for evaluation during the upcoming sick call. (Id.). Given Nurse Wilson's review of his medical

16
16

records and the notes from his recent appointment with Dr. Darbouze, it did not appear to Nurse Wilson that Plaintiff's back pain was a medical emergency at that time or that there was anything additional that Nurse Wilson could contribute to the treatment of his back pain, which was not being provided and/or would be provided at the upcoming sick call. (Id.).

Approximately 10 days after Nurse Wilson received Plaintiff's grievance, the medical staff received a grievance appeal from Plaintiff, in which he continued to complain of back pain. (Id.). Nurse Wilson neither received nor reviewed this grievance and was not involved in evaluating the complaints made by Plaintiff in this grievance appeal. (Id.). Another member of the medical staff at Easterling evaluated this grievance appeal, reviewed his medical records and provided a response. (Id.).

Nurse Wilson has not been responsible for conducting any examination or interview of Plaintiff on the occasions he has attended sick call or otherwise appeared in the health care unit at Easterling seeking medical treatment. (Id.). Those tasks were assigned to other members of the medical staff at Easterling. (Id.).

Based upon Nurse Wilson's understanding of Plaintiff's complaints of back pain (both past and present) and the examinations and treatment he has received as of this date, it is evident that Plaintiff has received timely and appropriate medical care. (Wilson Aff. at ¶ 9). Nurse Wilson has not at any time ignored any request by Plaintiff for medical treatment. (Id.). Nurse Wilson has not deliberately ignored Plaintiff's medical complaints or refused to provide Plaintiff with any necessary medical treatment. (Id.). Nurse Wilson has not taken any action which has caused Plaintiff to experience any unnecessary pain and/or suffering. (Id.).

## III.  DISCUSSION

Plaintiff's dissatisfaction with the medical treatment provided by the Medical Defendants and the absence of any specific medical evidence regarding the cause of his alleged back pain or

17

17

any grounds to provide a different course of treatment of his back pain does not automatically equate an Eighth Amendment claim brought pursuant to 42 U.S.C. § 1983. The evidence presented by Medical Defendants clearly establishes that: (1) in response to every complaint voiced by Plaintiff, Dr. Darbouze undertook an evaluation of Plaintiff's complaints, ordered diagnostic testing, provided medication and continued to monitor his condition to attempt to confirm the current diagnosis of his back pain as muscular pain; and (2) Nurse Wilson was not involved in any way in the medical care sought or received by Plaintiff. Moreover, Plaintiff does not allege in his Complaint that he did not receive any medical treatment or attention for his complaints of back pain. Plaintiff's Complaint does not identify any specific instance when he requested medical treatment and any of the Medical Defendants refused to provide him with any necessary medical treatment. In sum, Plaintiff simply claims that he was dissatisfied with the specific treatment prescribed for him and the manner in which such treatment was provided. For these reasons and the reasons stated below, Plaintiff is not entitled to assert a claim for deliberate indifference against Medical Defendants.

On the face of his Complaint Plaintiff acknowledges that his claims against the Medical Defendants sound solely in terms of deliberate indifference pursuant to "42 U.S.C. Section 1983." (Complaint at ¶ 2). In fact, Plaintiff writes, "[t]he deliberant indifference by Defendants to Plaintiff's serious medical need resulted in continued pain, suffering, and physical degradation of Plaintiff's condition depriving him of his rights under due process clause of the Fourteenth Amendment and Eighth Amendment[7] of the U.S. Constitution." (Complaint at ¶ 20). The Eighth Amendment does not on its face reference in any way any medical care due to incarcerated persons. See e.g. Marsh v. Butler County, Ala., 268 F. 3d 1014, 1038 (11th Cir.

---

[7]     Notably, the Eighth Amendment applies to the states by virtue of the Fourteenth Amendment's Due Process Clause. Robinson v. California, 370 U.S. 660, 666 (1962).

2001)(*en banc*).  In <u>Estelle v. Gamble</u>, 429 U.S. 97(1976), the United States  Supreme Court first inferred a prisoner's "right" to necessary medical care from the text of the Eighth Amendment. In reaching this conclusion, the <u>Estelle</u> Court held that the prohibition against cruel and unusual punishment in the Eighth Amendment prohibits prison officials from acting with "deliberate indifference" with regard to prisoners' serious medical needs. 429 U.S. at 104.  Since <u>Estelle</u>, courts have routinely recognized that the Eighth Amendment[8] to the United States Constitution governs the conditions of confinement for prisoners and the treatment of these prisoners during the term of their incarceration.  <u>Farmer v. Brennan</u>, 511 U.S. 825, 832 (1994) (quoting <u>Helling v. McKinney</u>, 509 U.S. 25, 31 (1993)); <u>see also</u> <u>Whitley v. Albers</u>, 475 U.S. 312, 327 (1986); <u>Rhodes v. Chapman</u>, 452 U.S. 337, 345-46 (1981).

An alleged claim of "deliberate indifference" under the Eighth Amendment may be actionable under 42 U.S.C. § 1983.[9]  <u>See</u> <u>Graham v. Connor</u>, 490 U.S. 386, 393- 94 (1989)(recognizing that § 1983 is not a source of "any substantive right," but rather provides a means for "vindicating federal rights elsewhere conferred."). Every claim by a prisoner that he has not received adequate medical treatment does not state a violation of the Eighth Amendment.

---

[8]     Though liability arising out of the treatment of pretrial detainees triggers Fourteenth Amendment considerations, "the minimum standard for providing medical care to a pre-trial detainee under the Fourteenth Amendment is the same as the minimum standard required by the Eighth Amendment for a convicted prisoner . . ." <u>See</u> <u>Hamm v. DeKalb County</u>, 774 F. 2d 1567, 1573-74 (11th Cir. 1985).  To the extent Medical Defendants rely upon any cases addressing the application of the Fourteenth Amendment in the prison context, such cases are equally applicable in this case.

[9]     42 U.S.C. § 1983 provides, in pertinent part,

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivations of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceedings for redress . . . .

19
19

McElligott v. Foley, 182 F. 3d 1248, 1254 (11th Cir. 1999). Courts have devoted an extraordinary amount of time clearly defining the requirements for asserting and succeeding upon an Eighth Amendment claim under § 1983. Both the Supreme Court and Eleventh Circuit have described the Eighth Amendment standard of deliberate indifference as requiring allegations and evidence of both "objective" and "subjective" components. See e.g. Farmer, 511 U.S. 825 at 834, 837; Chandler v. Crosby, 379 F. 3d 1278, 1289-90 (11th Cir. 2004).

The "objective" component of the Eighth Amendment analysis requires a prisoner to demonstrate the existence of a condition, act or omission which is sufficiently egregious to violate the Eighth Amendment. See Hudson v. McMillian, 503 U.S. 1, 8 (1992). The underlying conduct or condition must be "extreme" and pose "an unreasonable risk of serious damage to his future health," if left unchecked. Chandler, 379 F. 3d at 1289-90 (quoting Hudson, 503 U.S. at 9) (other citations omitted). At a minimum, a prisoner must allege and establish the existence of "a serious medical need." Chandler, 379 F. 3d at 1289-90; Farrow v. West, 320 F. 3d 1235, 1243 (11th Cir. 2003). The Eleventh Circuit's long-standing definition of "serious medical need" is a condition "that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." See e.g. Farrow, 320 F. 3d at 1243 (citing Hill v. DeKalb Reg'l Youth Det. Ctr., 40 F. 3d 1176, 1187 (11th Cir. 1994) (internal quotations omitted)). Additionally, the serious medical need must be such that, if left untreated, "pos[es] a substantial risk of serious harm." Farmer, 511 U.S. at 834. The burden falls squarely upon Plaintiff to allege and ultimately establish the existence of a serious medical need. See e.g. Hamm v. DeKalb County, 774 F. 2d 1567 (11th Cir. 1985).

Given the allegations in Plaintiff's Complaint, he fails to provide the Court with any specific grounds to conclude that Plaintiff's complaints of back pain constitute a "serious

20
20

medical need." (See Complaint).   At a minimum, Plaintiff alleges that he is experiencing muscular back pain.  It can hardly be said that any experience involving muscular pain rises to the level of a "serious medical need."  More specifically, it can hardly be said that muscular pain constitutes a condition which, if not treated, would pose a "substantial risk of serious harm" to Plaintiff.  Based upon the various tests and examinations ordered by Dr. Darbouze and the lack of any specific medical evidence indicating that Plaintiff's complaints of back pain originate from some significant medical condition, there is no basis to conclude Plaintiff was identified a serious medical need. (See Darbouze Aff.).   While the medical staff at Easterling has demonstrated a concern and attention to Plaintiff's Complaints, there is no evidence, medical or otherwise, of any kind to suggest that his current complaints of muscular back pain rise to the level of a "serious medical need," which is actionable under § 1983.

Even if Plaintiff's muscular back pain rises to the level of a serious medical need for purposes of a § 1983 claim, he must also establish the "subjective" component of an Eighth Amendment violation.   Plaintiff must prove the Medical Defendants acted with "deliberate indifference." See e.g. Farmer, 511 U.S. at 837.  This subjective component requires evidence the Medical Defendants possessed actual knowledge of "an excessive risk to inmate health or safety" and disregarded that risk. Id. at 837.  Evidence demonstrating Medical Defendants failed "to alleviate a significant risk that [they] should have perceived but did not, while no cause for commendation, cannot under our cases be condemned as the infliction of punishment" or serve as a basis for a claim of deliberate indifference. Burks v. Sikes, 169 F. 3d 1353, 1363-1364 (11th Cir. 1999)(other citations omitted); see also Cottrell v. Caldwell, 85 F. 3d 1480, 1491 (11th Cir. 1996) (holding, "[t]here is no liability for 'an official's failure to alleviate a significant risk that he should have perceived but did not ....'" (quoting Farmer, 511 U.S. at 838)). Courts summarize

21
21

this component as requiring evidence of a "subjectively sufficiently culpable state of mind." Id. at 1491 (other citations and internal quotations omitted).

It is incumbent upon a prisoner asserting a § 1983 claim to establish "conscious or callous indifference" on the part of the prison official. See e.g. Daniels v. Williams, 474 U.S. 327 (1986); Brown v. Hughes, 894 F. 2d 1533, 1537-38 (11th Cir. 1990). For example, a prisoner's § 1983 claim for inadequate medical treatment cannot survive summary judgment unless and until the inmate produces evidence "of the prison official's subjective awareness" of the alleged medical condition and an "intentional refusal [by the official] to provide . . . care." Id.; Campbell v. Sikes, 169 F. 3d 1353, 1364 (11th Cir. 1999) (quoting Steele v. Shah, 87 F. 3d 1266, 1269 (11th Cir. 1996)); Hill, 40 F. 3d at 1186). Without evidence of this "specific intent," a prisoner's § 1983 claim cannot succeed. Steele, 87 F. 3d at 1269.

Courts have devoted a significant amount of time identifying the specific types of allegations which do *not* give rise to the claim of "deliberate indifference." In declaring the "deliberate indifference" standard for the first time, the Estelle Court wrote, "a complaint that a physician has been negligent in diagnosing or treating a medical condition does not state a valid claim of medical mistreatment under the Eighth Amendment." 429 U.S. at 106. The Eleventh Circuit in Chandler held a prisoner's discomfort does not give rise to an Eighth Amendment violation. 379 F. 3d at 1295 (citations omitted). Applying Estelle, the Eleventh Circuit also noted that a complaint that prison medical staff should have done more to diagnose and/or treat a prisoner is "at most . . . medical malpractice." Campbell, 169 F. 3d at 1363. Indeed, the Eighth Amendment does not prohibit or provide any remedy for any "accidental inadequacy . . . or even medical malpractice actionable under state law." Taylor v. Adams, 221 F. 3d 1254, 1258 (11th Cir. 2000) (quotations and citation omitted). For this reason, medical decisions not to or when to

provide certain types of medical treatment, such as an x-ray, are not actionable as a matter of law under the Eighth Amendment. Id.

In instances when inmates acknowledge treatment but contest the manner in which treatment is provided, courts have applied an altered analysis of claims involving requests for different or alternative types of medical treatment. When an inmate claims "different treatment should have been provided," such a claim "is tantamount to a medical judgment call," not an Eighth Amendment violation. McElligott, 182 F. 3d at 1259. In greater detail, the Eleventh Circuit explained in Hamm:

> Although Hamm may have desired different modes of treatment, the care the jail provided did not amount to deliberate indifference. See Bass v. Sullivan, 550 F. 2d 229, 231-32 (5th Cir.), cert. denied, 434 U.S. 864, 98 S. Ct. 195, 54 L. Ed. 2d 138 (1977); accord, Westlake v. Lucas, 537 F. 2d 857, 860 n. 5 (1st Cir. 1981) ("***Where a prisoner has received ... medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments and to constitutionalize claims that sound in tort law***.").

774 F. 2d at 1575 (emphasis supplied).

In this instance, Plaintiff claims medical care and/or attention was not provided to the degree or extent expected by Plaintiff. (See Complaint). In his Complaint, Plaintiff fails to identify any act or omission of any Medical Defendant which would suggest any "intentional refusal [by any Medical Defendant] to provide . . . care." To the contrary, Plaintiff's medical records demonstrate that Plaintiff has received significant attention and medical treatment from the medical staff and, in particular, Dr. Darbouze, in their attempts to confirm the cause of his purported back pain.

After Plaintiff complained of lower back pain in January of 1995, he did not voice any other complaints of back pain to the medical staff at any ADOC facility for a period of approximately 10 years, despite numerous other medical complaints made during this

23

approximate 10-year span. (Darbouze Aff. at ¶¶ 4 and PHS028, 30, 32, 33, 35, 36, 40, 42, 43, 45, 46, 47, 48, 50-52, 84-88). Though Plaintiff's complaints of lower back pain arose again in November and December of 1995, his complaints ceased again for approximately 18 months. (Darbouze Aff. at ¶¶ 6, 7, 9, 10 and PHS005, 9, 13, 25-26, 58, 111). In every instance prior to 2007, when Plaintiff complained of back pain, the medical staff, evaluated his condition, prescribed medication, if appropriate, and ordered imaging studies. There is no evidence that Plaintiff ever voiced any complaints or requested any necessary medical treatment prior to 2007 and did not receive a timely and appropriate response from the medical staff at Easterling.

Like the period of time prior to 2007, Plaintiff's renewed complaints of lower back pain over the course of the last three (3) months have been met with appropriate responses by the medical staff at Easterling, including Dr. Darbouze. Since May 2, 2007, Plaintiff has submitted six sick call request forms regarding back pain, at least two of which were submitted in close proximity in time and addressed during one sick call. (Darbouze Aff. at ¶¶ 10-11,13, 19 and PHS016, 18, 19, 21, 22, 24). In response to these sick call request forms, Plaintiff attended sick call on three occasions. (Darbouze Aff. at ¶¶ 11-12, 15, 21-23 and PHS011, 15, 17, 20, 21, 23). Plaintiff failed to report to the health care unit on at least two occasions when summoned by the medical staff for evaluation. (Darbouze Aff. at ¶¶ 10, 19 and PHS092, 101). Dr. Darbouze has examined Plaintiff on four occasions since May 2, 2007, and Plaintiff refused a fifth appointment with Dr. Darbouze. (Darbouze Aff. at ¶¶ 12, 16, 17, 22, 24, 27 and PHS008, 010, 11, 12, 15, 91, 95). Over the course of the last 3 months, Plaintiff has received orders from Dr. Darbouze for medication, including Naprosyn, Robaxin, Flexeril, Motrin and Tylenol, Benjay muscle ointment, crutches, x-rays, profiles ordering him to utilize a bottom bunk only, to avoid standing and to avoid any work activities. (Darbouze Aff. at ¶ 11-12, 15, 16, 20, 22, 25, 27 and PHS002-

24
24

4, 12, 23, 53, 55, 89-90, 93, 96, 100). Probably, most importantly, Plaintiff has undergone x-rays of his lower back on November 21, 2005, June 12, 2007 and July 2, 2007. (Darbouze Aff. at ¶¶ 8, 18, 27, 28 and PHS002-4, 73, 82-83). None of these x-rays provided Dr. Darbouze with any medical evidence that Plaintiff's complaints of back pain result from anything other than muscular pain. (Id.). This evidence alone flies in the face of any contention that Dr. Darbouze acted with deliberate indifference or callous disregard towards Plaintiff's complaints or otherwise took or failed to take any steps necessary to properly address Plaintiff's complaints.

The plain and simple fact remains that there is no medical evidence indicating that Dr. Darbouze has (1) identified any specific cause of Plaintiff's complaints of back pain other than muscular pain, and (2) the medical treatment provided to Plaintiff for this muscular pain is inappropriate in any way. (Darbouze Aff. at ¶ 29). Dr. Darbouze's examinations of Plaintiff have not revealed any skeletal or neurological problems which would indicate that his back pain is caused by a malformation or disease of his spine. (Darbouze Aff. at ¶ 29). At most, Plaintiff's Complaint constitutes a generalized set of grievances pertaining to the elective course of treatment prescribed by Dr. Darbouze and such claims, i.e. claims of medical malpractice and/or differences in medical opinion, do not constitute a basis to bring any Eighth Amendment claims.

Finally, while it is evident Dr. Darbouze has interacted with Plaintiff regarding his complaints of back pain and provided treatment for these complaints, there is no comparable evidence pertaining to the involvement of Nurse Wilson. First and foremost, Nurse Wilson, as a registered nurse licensed to practice in the State of Alabama, is not even qualified to provide the type of treatment requested by Plaintiff. (Wilson Aff. at ¶ 4). Second, Nurse Wilson's interaction with Plaintiff regarding his complaints of back pain has been limited to providing responses to one grievance form completed by Plaintiff and received by Nurse Wilson in June of

2007. (Wilson Aff. at ¶ 6). In the grievance form completed by Plaintiff, he complained of back pain and requested a wheelchair and an appointment with a specialist. (Id.). Plaintiff also requested "profiles," which are orders provided by the site physician which allow an inmate to deviate from the standard operating procedures at Easterling. (Id.). In particular, Plaintiff requested a profile from the site physician which ordered him to avoid standing or working and allowed him to use the handicap-accessible shower facility at Easterling. (Id.). When Nurse Wilson received Plaintiff's first grievance, she promptly reviewed his file and noted that he had been evaluated by Dr. Darbouze within the last week and that Plaintiff had received crutches and a bottom bunk profile from Dr. Darbouze during his last appointment. (Id.). Nurse Wilson also confirmed that Plaintiff had recently submitted a sick call request form and was scheduled for evaluation during the upcoming sick call. (Id.). Given Nurse Wilson's review of his medical records and the notes from his recent appointment with Dr. Darbouze, it did not appear to Nurse Wilson that Plaintiff's back pain was a medical emergency at that time or that there was anything additional that Nurse Wilson could contribute to the treatment of his back pain, which was not being provided and/or would be provided at the upcoming sick call. (Id.).

Nurse Wilson has not been responsible for conducting any examination or interview of Plaintiff on the occasions he has attended sick call or otherwise appeared in the health care unit at Easterling seeking medical treatment. (Id.). Those tasks were assigned to other members of the medical staff at Easterling. (Id.). Given the lack of involvement of Nurse Wilson, there is likewise no basis to conclude that Plaintiff can maintain any claim against her for deliberate indifference to his alleged "serious medical need."

26
26

**VI.**     <u>**CONCLUSION**</u>

       Based on the foregoing facts and legal arguments, the Complaint filed by Plaintiff is not entitled to maintain any claim against the Medical Defendants based upon the facts alleged in the Complaint.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BARRY RANDALL THOMAS,** ) | |
| **AIS NO. 178628,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **2:07-cv-00630-MEF-WC** |
| **DR. DARBOUZE, NURSE KAY WILSON,** ) | |
| **AND WARDEN DAVENPORT,** ) | |
| ) | |
| **Defendants.** ) | |

<u>**ANSWER OF DEFENDANTS DR. JEAN DARBOUZE AND NURSE KAY WILSON**</u>

COME NOW, Defendants DR. JEAN DARBOUZE ("Dr. Darbouze") and NURSE KAY WILSON ("Nurse Wilson," or collectively with Dr. Darbouze, the "Medical Defendants"), and for their Answer to the Complaint filed by Plaintiff BARRY RANDALL THOMAS ("Plaintiff"), state as follows:

<u>**FACTUAL ALLEGATIONS**</u>

1.      To the extent paragraph 1 of Plaintiff's Complaint constitutes an introductory statement, no response is required of the Medical Defendants.  To the extent Plaintiff intends to assert any allegations against the Medical Defendants in paragraph 1 of his Complaint, Medical Defendants deny the allegations asserted in paragraph 1 of Plaintiff's Complaint and demand strict proof thereof.

2.      Medical Defendants deny the allegations asserted in paragraphs 2 and 3 of Plaintiff's Complaint and demand strict proof thereof.

3.      Medical Defendants admit the allegations asserted in paragraphs 4 and 5 of Plaintiff's Complaint.

4.     In response to the allegations asserted in paragraph 6 of Plaintiff's Complaint, Medical Defendants admit that Nurse Wilson is currently an employee of Prison Health Services, Inc.  Except as expressly admitted herein above, Medical Defendants deny each and every remaining allegation asserted in paragraph 6 of Plaintiff's Complaint and demand strict proof thereof.

5.     In response to the allegations asserted in paragraph 7 of Plaintiff's Complaint, Medical Defendants admit that Davenport served as the Warden at Easterling Correctional Facility. Except as expressly admitted herein above, Medical Defendants deny each and every remaining allegation asserted in paragraph 7 of Plaintiff's Complaint and demand strict proof thereof.

6.     Medical Defendants deny the allegations asserted in paragraph 8 of Plaintiff's Complaint and demand strict proof thereof.

7.     Medical Defendants admit the allegations asserted in paragraph 9 of Plaintiff's Complaint.

8.     In response to the allegations asserted in paragraph 10 of Plaintiff's Complaint, Medical Defendants admit that Plaintiff communicated complaints of back pain in January of 1995, and November of 2005, and has submitted sick call request forms regarding his complaints of back pain.  Except as expressly admitted herein above, Medical Defendants deny each and every remaining allegation asserted in paragraph 10 of Plaintiff's Complaint and demand strict proof thereof.

9.     Medical Defendants deny the allegations asserted in paragraph 11 of Plaintiff's Complaint and demand strict proof thereof.

2

10.    In response to the allegations asserted in paragraph 12 of Plaintiff's Complaint, Medical Defendants admit that Dr. Darbouze has received Plaintiff's complaints of back pain, evaluated Plaintiff's back, ordered diagnostic testing, prescribed medication for Plaintiff's complaints of back pain and informed Plaintiff that his complaints of back pain are likely muscular in origin. Except as expressly admitted herein above, Medical Defendants deny each and every remaining allegation asserted in paragraph 12 of Plaintiff's Complaint and demand strict proof thereof.

11.    In response to the allegations asserted in paragraph 13 of Plaintiff's Complaint, Medical Defendants admit that Nurse Wilson has responded to a grievance submitted by Plaintiff and has viewed Plaintiff in the area of Easterling known as the health care unit.  Except as expressly admitted herein above, Medical Defendants deny each and every remaining allegation asserted in paragraph 13 of Plaintiff's Complaint and demand strict proof thereof.

12.    In response to the allegations asserted in paragraphs 14 and 15 of Plaintiff's Complaint, Medical Defendants state they presently lack sufficient information and/or knowledge to form a belief as to truth of the allegations in paragraphs 14 and 15, and as such, deny them.

13.    In response to the allegations asserted in paragraph 16 of Plaintiff's Complaint, Medical Defendants admit that Plaintiff received a crutch from the medical staff.  Except as expressly admitted herein above, Medical Defendants deny each and every remaining allegation asserted in paragraph 16 of Plaintiff's Complaint and demand strict proof thereof.

14.    In response to the allegations asserted in paragraph 17 of Plaintiff's Complaint, Medical Defendants state they presently lack sufficient information and/or knowledge to form a belief as to truth of the allegations in paragraph 17, and as such, deny them.

3

15.    Medical Defendants deny the allegations asserted in paragraph 18 of Plaintiff's Complaint and demand strict proof thereof.

16.    In response to the allegations asserted in paragraph 19 of Plaintiff's Complaint, Medical Defendants restate and incorporate each and every response to the allegations asserted in paragraphs 1 through 18 of Plaintiff's Complaint, as if set forth fully herein.

17.    Medical Defendants deny the allegations asserted in paragraphs 20 and 24 of Plaintiff's Complaint and demand strict proof thereof.

18.    In response to the allegations asserted in paragraph 25 of Plaintiff's Complaint, Medical Defendants admit that Plaintiff submitted two grievances to the medical staff at Easterling in June of 2007 regarding his complaints of back pain.  To the extent Plaintiff alleges in paragraph 25 of his Complaint that he submitted a letter to Ruth Naglich and/or Sylvia McQueen, Medical Defendants state they presently lack sufficient information and/or knowledge to form a belief as to truth of the allegations in paragraph 25, and as such, deny them.  Except as expressly admitted or otherwise addressed herein above, Medical Defendants deny each and every remaining allegation asserted in paragraph 25 of Plaintiff's Complaint and demand strict proof thereof.

19.    Medical Defendants deny the allegations asserted in paragraph 26 of Plaintiff's Complaint and demand strict proof thereof.

20.    In response to the allegations asserted in paragraph 27 of Plaintiff's Complaint, Medical Defendants state they presently lack sufficient information and/or knowledge to form a belief as to truth of the allegations in paragraph 27, and as such, deny them.

21.    Defendants deny that Plaintiff is entitled to any relief sought in his Complaint.

4

22.    To the extent necessary and/or required by virtue of the Order of this Court and/or the Federal Rules of Civil Procedure, Medical Defendants deny the material allegations asserted in the "Affidavit" attached to Plaintiff's Complaint.

## AFFIRMATIVE AND OTHER DEFENSES

### First Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred by the doctrine of contributory negligence and/or last clear chance.

### Third Defense

Plaintiff's claims are barred by the doctrine of assumption of risk.

### Fourth Defense

Plaintiff's claims are barred by the doctrine of laches.

### Fifth Defense

Plaintiff's claims are barred by the statute of limitations.

### Sixth Defense

Plaintiff's claims are barred by the doctrine of waiver.

### Seventh Defense

The Court lacks subject matter jurisdiction over this dispute.

### Eighth Defense

This Court is the improper venue in which to assert this action.

### Ninth Defense

Plaintiff lacks standing to bring this action.

### Tenth Defense

Plaintiff's claims are barred by the doctrine of unclean hands.

### Eleventh Defense

Plaintiff's claims are barred by the doctrine of qualified immunity.

### Twelfth Defense

Plaintiff's claims are barred by the doctrine of sovereign immunity.

### Thirteenth Defense

Plaintiff's claims are barred by the doctrine of estoppel.

### Fourteenth Defense

Plaintiff's claims are barred by the doctrine of *res judicata* and/or collateral estoppel.

### Fifteenth Defense

Plaintiff's claims are barred, in whole or in part, because of his failure to mitigate damages.

### Sixteenth Defense

Medical Defendants aver that the wrongs and damages alleged by Plaintiff were caused solely by the acts and/or omissions of person and/or entities for whom or which Medical Defendants are not responsible.

### Seventeenth Defense

Plaintiff's claims are barred because Medical Defendants did not breach any duty Defendant allegedly owed to Plaintiff.

### Eighteenth Defense

Plaintiff's claims are barred because there is no casual relationship, legal or proximate, between Medical Defendants' actions or failures to act and the Plaintiff's alleged injuries and damages.

6

### Nineteenth Defense

Plaintiff's claims are barred because of the existence of superseding, intervening causes.

### Twentieth Defense

Plaintiff's claims are barred because of the lack of damages suffered due to any of the alleged wrongs asserted against Medical Defendants.

### Twenty-First Defense

Plaintiff's claims are barred because the action asserted is "frivolous, malicious, and fails to state a claim upon which relief can be granted." 42 U.S.C. § 1997e(c)(1) (2005).

### Twenty-Second Defense

Plaintiff's claims are barred because the injunctive relief sought is not sufficiently narrowly drawn and/or compliant in any respect with the constraints imposed by the Prison Litigation Reform Act. 18 U.S.C. § 3626(a)(1)(A) (2005).

### Twenty-Third Defense

Plaintiff's claims are barred because Medical Defendants did not act with deliberate indifference. Estelle v. Gamble, 429 U.S. 97 (1976).

### Twenty-Fourth Defense

Plaintiff's claims are barred because he is seeking to question a medical judgment via injunctive relief.

### Twenty-Fifth Defense

To the extent Plaintiff seeks to recover any attorneys' fees, Medical Defendants object to any and all such requests for fees that are not asserted in the Complaint or otherwise approved by court order.

7

**Twenty-Sixth Defense**

Plaintiff's claims for punitive damages violate PHS's United States and Alabama constitutional protections from, including without limitation, excessive fines, cruel and unusual punishment, denial of due process and denial of equal protection of the law.

**Twenty-Seventh Defense**

Medical Defendants reserve the right to assert other defenses as discovery proceeds.

s/ William R. Lunsford
One of the Attorneys for Dr. Jean Darbouze and Kay Wilson, RN

**OF COUNSEL:**

William R. Lunsford
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

8

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of August, 2007, I electronically filed the foregoing

with the Clerk of the Court and mailed via regular U.S. mail or via electronic mail (as designated

below) to the following:

Barry Randall Thomas
AIS # 178628
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2613

Tara S. Knee (*via electronic mail*)
Alabama Department of Corrections
Post Office Box 301501
Montgomery, AL 36130-1501

s/ William R. Lunsford
Of Counsel

9

# Exhibit "A"

Affidavit of Dr. Jean Darbouze

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BARRY RANDALL THOMAS,**<br>**AIS NO. 178628,** | ) <br> ) <br> ) | |
| **Plaintiff,** | ) <br> ) | |
| **v.** | ) <br> ) <br> ) | **CIVIL ACTION NO.**<br>**2:07-cv-00630-MEF-WC** |
| **DR. DARBOUZE, NURSE WILSON,**<br>**AND WARDEN DAVENPORT,** | ) <br> ) <br> ) | |
| **Defendants.** | | |

**AFFIDAVIT OF DR. JEAN DARBOUZE**

| | |
|---|---|
| **STATE OF ALABAMA** | ) <br> ) |
| **COUNTY OF BARBOUR** | ) |

Before me, the undersigned Notary Public, personally appeared DR. JEAN DARBOUZE who, after being duly sworn, states as follows:

1.    My name is Dr. Jean Darbouze.  I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

2.    I have been a licensed physician in Alabama since 1996 and have been board certified in internal medicine since 1997.  From February of 2000 through February of 2004, and again from April 16, 2004 through the present, I have served as the Medical Director for Easterling Correctional Facility ("Easterling") in Clio, Alabama.  Since November 3, 2003, I have been employed by Prison Health Services, Inc. ("PHS") as the Medical Director at Easterling.

3.    I am familiar with Barry Randall Thomas ("Thomas"), an inmate who has been incarcerated at Easterling and who filed this lawsuit.  It is my understanding that a true and

correct copy of his medical records are being submitted to the Court concurrently with this Affidavit and my statements below include specific citations to the Bates-labels affixed to the pertinent portions of Mr. Thomas's medical records.

4.    Mr. Thomas's complaint of back pain originated in 1995. Mr. Thomas submitted a sick call request form dated January 18, 1995, writing, "pain in lower back for past three days." (PHS051). Mr. Thomas was evaluated the following day by the medical staff and was provided with pain medication and muscle relaxers. (PHS052). The medical staff at Bullock Correctional Facility specifically noted that upon examining Mr. Thomas on January 19, 1995, Mr. Thomas likely pulled a muscle in his back. (PHS052). After this January 19, 1995, episode of back pain, Mr. Thomas's complaints stopped.

5.    Mr. Thomas submitted sick call request forms or other similar forms for non-urgent medical attention on July 18, 1996, July 24, 1996, July 25, 1996, August 8, 1996, January 1, 1997, November 2, 1997, January 6, 1998, August 5, 1998, November 29, 1998, January 31, 2001, July 15, 2002, October 14, 2002, October 19, 2002, April 6, 2003, and April 9, 2003. (PHS028, 30, 32, 33, 35, 36, 40, 42, 43, 45, 46, 47, 48, 50, 84-88). In a sick call request form dated April 3, 2004, Mr. Thomas complained of abdominal pain, but did not mention any pain with regard to his lower back. (PHS028). When examined by the medical staff on April 8, 2004, Mr. Thomas did not voice any complaints regarding lower back pain. (PHS014). In a sick call request form dated April 3, 2005, Mr. Thomas did not mention any complaints about lower back pain, but only complained of "constipation." (PHS027). When I examined Mr. Thomas on April 6, 2005, Mr. Thomas did not voice any complaints regarding lower back pain. (PHS013). In fact, Mr. Thomas did not mention any complaints of back pain for over ten (10) years, i.e. between January 19, 1995, and November 12, 2005.

6.      Mr. Thomas completed a sick call request form dated November 13, 2005, complaining of lower back and left hip pain. (PHS025). After submitting his November 13, 2005, sick call request form, Mr. Thomas was evaluated by the medical staff. (PHS026). Mr. Thomas was examined by the medical staff during sick call and it was noted that he did not have any physical injuries or obvious signs of trauma to his lower back. (PHS026). Mr. Thomas was referred to me for further evaluation and given a prescription for Tylenol. (PHS026).

7.      I examined Mr. Thomas on November 18, 2005. (PHS013). During this examination, Mr. Thomas complained of lower back pain, but denied any weakness, any prior surgeries and/or prior trauma which would in any way cause the complained of back pain. (PHS013). Upon examining Mr. Thomas, I only discovered mild muscular tenderness in Mr. Thomas's lower back and did not note any symptoms or problems which would indicate any type of neurological or other structural defect. (PHS013). After examining Mr. Thomas, I ordered that he undergo an x-ray of his lower spine, receive 10 mg of Flexeril three times a day for one week, Tylenol three times a day or as needed for two weeks and Feldene once a day in the evening for fourteen days. (PHS005, PHS013, PHS058). Feldene is a non-steroidal anti-inflammatory medication often utilized to reduce pain, swelling and/or stiffness associated with muscular strains, pain and discomfort. In a physician's order dated November 18, 2005, Mr. Thomas was also instructed to avoid prolonged standing. (PHS005, PHS111).

8.      Mr. Thomas underwent an x-ray of his lumbar spine on November 21, 2005. The results of the November 21, 2005, x-ray demonstrated that, "[t]he vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease." (PHS083).

9.      I examined Mr. Thomas again on December 9, 2005. (PHS009). I noted that his lower back pain had not greatly improved and, in fact, worsened after prolonged periods of time

standing. (PHS009).  Mr. Thomas requested during the December 9, 2005, appointment that I provide him with a profile allowing him to sit when necessary and directing the correctional staff to allow him to avoid prolonged periods of standing.  (PHS009).  In response to this request, I provided the requested prolonged standing profile as well as medication (Percogesic, Motrin) and topical cream (Bengay) intended to alleviate his muscular discomfort.  (PHS009, PHS056-57, PHS110).  After this November, 2005, episode of back pain, there were no further complaints of back pain from Mr. Thomas until May of 2007, just over three months ago.

10.    In a sick call request form dated May 2, 2007, Mr. Thomas noted that his lower back pain continued but requested information as to whether there was a "different treatment" or whether the medical staff could "schedule a more sensitive exam – CT or MRI?"  (PHS024). Mr. Thomas was summoned to the health care unit on May 3, 2007,  for sick call, but he failed to appear. (PHS101).  When Mr. Thomas underwent his yearly examination on May 11, 2007, the medical staff did note that Mr. Thomas complained of episodes of "sciatica." (PHS126).

11.    Mr. Thomas completed a sick call request form dated May 13, 2007, in which he complained of "lower back and left leg pain." (PHS022).  When Mr. Thomas reported his sick call on May 13, 2007, Mr. Thomas stated "my sciatic nerve is bothering me" and informed medical staff that it had been causing pain for approximately "2 months." (PHS023).  Medical staff examined Mr. Thomas during the May 13, 2007, sick call and noted that Mr. Thomas walked evenly with a steady gait and complained only of dull, or aching pain to his left lower back.  (PHS023).  At the conclusion of the May 13, 2007, sick call, Mr. Thomas received 600 mg of Motrin and was referred to me for further evaluation.  (PHS023, PHS055).

12.    I examined Mr. Thomas again on May 15, 2006, during which Mr. Thomas voiced complaints of lower back pain.  (PHS012).  During the May 15, 2006, examination, Mr.

Thomas did not exhibit any symptoms of any particular spinal condition or disease, only complaining and demonstrating muscle tenderness in the left side of his left back. (PHS012). At the conclusion of the May 15, 2006, examination, I prescribed Motrin and Flexeril three times a day for Mr. Thomas and also directed Mr. Thomas to utilize only a bottom bunk. (PHS012, PHS055). Mr. Thomas received a bottom bunk profile from May 15, 2007, through May 30, 2007. (PHS100).

13.    Mr. Thomas complained of continuing back pain in a sick call request form dated May 28, 2007. (PHS021). He submitted a second sick call request form dated May 30, 2007, in which he complained of continuing back pain and stated that his existing medications, including "pain medications and muscle relaxers," were not "alleviating symptoms." (PHS019).

14.    On May 28, 2007, Mr. Thomas complained that he was unable to put any pressure on his left leg and was immediately brought to the healthcare unit for evaluation. (PHS099). After being examined by the medical staff at approximately 8:45 a.m. on May 28, 2007, Mr. Thomas was moved to the infirmary for observation by the medical staff. (PHS099). The medical staff noted that after Mr. Thomas was admitted to the infirmary on the morning of May 28, 2007, he was able to walk around the infirmary with assistance. (PHS099). By 12:10 p.m. on May 28, 2007, Mr. Thomas stated that he felt "better" and that "the pain comes and goes." (PHS099). Mr. Thomas was released from the infirmary at approximately 12:10 p.m. on May 28, 2007, and was encouraged to remain compliant with his medications. (PHS099).

15.    Mr. Thomas was evaluated by the medical staff on May 30, 2007, in which he also complained of lower back pain. (PHS020). During the sick call on May 30, 2007, Mr. Thomas complained that his back pain had only existed for "3 months." (PHS020). At the conclusion of sick call, Mr. Thomas refused additional medication and was referred to me.

(PHS020).  I provided Mr. Thomas with a bottom bunk profile, instructing him only to utilize a bottom bunk, beginning on May 30, 2007.  (PHS004)

16.    I examined Mr. Thomas on June 5, 2007, and this examination only revealed continuing muscular tenderness in Mr. Thomas's lower back pain.  (PHS012).  I continued Mr. Thomas's prescriptions for Motrin, Flexeril and Bengay as well as Mr. Thomas's order to utilize only a bottom bunk. (PHS004, PHS012, PHS096, PHS053).

17.    When I examined Mr. Thomas on June 8, 2007, Mr. Thomas complained of continuing back pain, but did not demonstrate any tenderness in any bony section of his spine, only complaining of tenderness in the muscular section of his lower back.  (PHS011, PHS095). At the conclusion of the June 8, 2007, examination, I concluded that there was no specific cause of Mr. Thomas's continued back pain other than muscular tenderness. (PHS011, PHS095).

18.    Mr. Thomas received orders to undergo an x-ray of his lower spine as well as crutches on June 8, 2007.  (PHS004).  Mr. Thomas underwent an x-ray of his lumbar spine on June 12, 2007. (PHS082). The board-certified radiologist who reviewed the x-ray results of Mr. Thomas's June 12, 2007, study, concluded as follows, "[t]he vertebrae are well aligned and show no evidence of any fracture or other destructive bone disease." (PHS082).

19.    On June 13 and 17, 2007, Mr. Thomas submitted a sick call request forms in which he complained of continued back pack.  (PHS016, PHS018).  Mr. Thomas failed to report to sick call on June 14, 2007, when he was summoned to the healthcare unit for examination. (PHS092).  When presented with the "release of responsibility" form, Mr. Thomas refused to sign the document acknowledging his refusal to attend sick call.  (PHS092).

20.    Mr. Thomas acknowledged receipt of crutches from the medical staff at Easterling on June 15, 2007.  (PHS093).

21.     Mr. Thomas was evaluated by the medical staff on June 20, 2007. (PHS017).  The medical staff noted that during the June 20, 2007, sick call, Mr. Thomas walked through the health care unit without any assistance, was able to stand and walk with a slow, steady gait and demonstrated some reduced range of motion. (PHS017).  However, during the June 20, 2007, sick call, Mr. Thomas's focus primarily on his request for certain exceptions to existing facility protocols which are known as "profiles." (PHS017).  On June 20, 2007, Mr. Thomas was referred to me for further evaluation.  (PHS017).

22.     Mr. Thomas was examined by a member of the medical staff on June 22, 2007, and admitted that he had refused an appointment with me. (PHS015, PHS091). On June 25, 2007, Mr. Thomas was moved to the infirmary at my direction for observation and to ensure that he received any assistance necessary from the medical staff at Easterling.  (PHS004).  Though Mr. Thomas complained of continued lower back pain and left leg pain during a June 25, 2007, examination, the examination by a member of the medical staff did not reveal any specific causes of his lower back pain. (PHS015). Mr. Thomas later received a prescription for 400 mg of Motrin two times a day on June 26, 2007. (PHS004).

23.     When examined by the medical staff on June 26, 2007, Mr. Thomas complained of continuing lower back pain and, when asked when his back pain began, he stated that he "just woke up one day with back pain." (PHS011). At the conclusion of the June 26, 2007, examination, Mr. Thomas was instructed to continue his medication regiment as ordered by me. (PHS011, PHS053).

24.     On June 28, 2007, I examined Mr. Thomas and noted that Mr. Thomas was utilizing a crutch and favoring his left side. (PHS010).  During the June 28, 2007, examination, Mr. Thomas was able to bend over and touch his toes though he persistently protected his left

side. (PHS010). His medical records clearly recite that during the June 28, 2007, examination, Mr. Thomas complained of lower back pain, but did not show any tenderness in his sciatic notch or any type of muscle spasms which would indicate any specific cause for his back pain. At the conclusion of the June 28, 2007, examination, I noted that there was no objective way to determine if the pain complained of by Mr. Thomas was "really that intense or a true problem/complaint." (PHS010). Following the June 28, 2007, examination, we made minor changes to Mr. Thomas's medication regiments. (PHS010).

25.    After evaluating Mr. Thomas on June 28, 2007, I discontinued Mr. Thomas's prescription for Motrin and Flexeril and ordered Mr. Thomas to take Naprosyn and Robaxin. (PHS003). All of these medications are commonly prescribed for individuals with recurrent or significant muscular discomfort or pain. Naprosyn, also known as Naproxen, is a form of ibuprofen which is commonly used for muscular pain. Robaxin, like Flexeril is a muscle relaxer, which is commonly prescribed for those individuals who suffer from any sort of chronic muscular pain. I also ordered Mr. Thomas to be housed in the infirmary for a period of approximately four days, be allowed to utilize crutches for approximately a week and remain in bed to the extent possible except for the occasions when he needed to leave his bed for medication administration and meals. (PHS003).

26.    I entered orders for Mr. Thomas to receive Tylenol immediately in addition to his other medications on June 30, 2007 and July 1, 2007. (PHS003, PHS054).

27.    I examined Mr. Thomas on July 2, 2007 noting some tenderness Mr. Thomas's lower spine, but also noting that the x-ray of Mr. Thomas's lower spine was negative. (PHS008). During this examination, I provided him with a prescription for crutches for one week, Tylenol three times a day for two weeks and the muscle relaxer, Flexeril, three times a day for two

weeks. (PHS002). I also ordered Mr. Thomas to undergo another x-ray of his lower spine as well as his left and right hips, which also failed to reveal any abnormalities, trauma or other injury or complications with regard to Mr. Thomas's lower back. (PHS002-PHS003). Mr. Thomas signed a "receipt of medical equipment/appliance form" on July 2, 2007, acknowledging his receipt of crutches. (PHS089 and 90).

28.    An x-ray was taken of Mr. Thomas's lumbar spine on July 2, 2007. (PHS073). Though the July 2, 2007, x-ray revealed "slight scoliosis" of Mr. Thomas's spine, the radiologist reviewing the x-ray results determined that there was no "disk space narrowing" or "evidence of recent fracture or other significant bony abnormality." (PHS073). Based upon the findings of this x-ray, it remains possible that Mr. Thomas eschewed the results of this x-ray by bending in a particular direction or not have appropriate posture during the x-ray.

29.    Based upon the numerous examinations of Mr. Thomas, the various diagnostic and imaging testing completed regarding his complaints of back pain, I remain confident that his back pain is muscular in origin. My examinations of Mr. Thomas have not revealed any skeletal or neurological problems which would indicate that his back pain is caused by a malformation or disease of his spine. At present, the only objective medical findings available to us constitute Mr. Thomas's x-ray results. These x-ray results have been persistently normal, though the most recent results indicate some "slight" scoliosis which would not result in the type of pain described by Mr. Thomas. In the field of medicine, there is no objective way to test a patient to confirm that he or she is experiencing pain. In certain instances, extreme pain can be confirmed through tests such as blood pressure tests, but the evaluations of Mr. Thomas have not shown an fluctuation of his vital signs which would indicate that he is in any degree of traumatic or significant pain to such a degree. Ultimately, a physician is required to rely upon a patient in

many instances to accurately describe pain and discomfort and is without any ability to confirm a patient's subjective descriptions of pain.

30. In the case of Mr. Thomas, I do not believe that there are any additional diagnostic or imaging tests which would be beneficial to Mr. Thomas at this time. Likewise, I am not aware of any additional medical treatment of any kind that may be provided by any other physician or specialist which would remedy Mr. Thomas's discomfort. My examinations of him have confirmed my conclusion that his pain is primarily, if not entirely, muscular in nature. I have not denied Mr. Thomas any necessary medical treatment or ignored his complaints to me. I have examined Mr. Thomas on a regular basis and will continue to do so in the future. I have attempted to control his pain through medication and will continue to do so in the future. I am vigilantly attempting to monitor any changes in his condition and, if such changes occur, we will respond in a timely fashion and provide all necessary medical attention and care. Thomas's condition at this time appears to be an instance when future care will depend, in large part, upon the manner in which his condition changes or improves. Given the history of his back pain, it remains possible that his condition will be remedied over time.

Further affiant saith not.

_____
Jean Darboue, M.D.

**SWORN TO and SUBSCRIBED** before this the 22nd day of August, 2007.

_____
Notary Public
My Commission Expires: 7-11-11

(SEAL)

# Exhibit "B"

Affidavit of Kay Wilson, RN, H.S.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BARRY RANDALL THOMAS,**<br>**AIS NO. 178628,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:07-cv-00630-MEF-WC** |
| | ) | |
| **DR. DARBOUZE, NURSE WILSON,** | ) | |
| **AND WARDEN DAVENPORT,** | ) | |
| | ) | |
| **Defendants.** | | |

## AFFIDAVIT OF KAY WILSON, R.N., H.S.A.

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF BARBOUR** | ) |

Before me, the undersigned Notary Public, personally appeared KAY WILSON, R.N., H.S.A., who, after being duly sworn, states as follows:

1.      My name is Nurse Kay Wilson. I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

2.      I have been a licensed, registered nurse in Alabama since 1985. I hold a Bachelor's Degree in nursing from Troy State University. Since 1985, I have practiced nursing in a variety of positions and settings. In particular, I have worked as a nurse at Easterling Correctional Facility in Clio, Alabama, since March of 2001. Since November 3, 2003, I have been employed as the Health Services Administrator (H.S.A.) for Easterling Correctional Facility ("Easterling") by Prison Health Services, Inc., the company which is currently under contract with the Alabama Department of Corrections to provide medical services to inmates in Alabama.

3.      I am familiar with Barry Randall Thomas ("Thomas") who has been incarcerated at Easterling.

4.      As a registered nurse at Easterling, I am not authorized to provide or order prescription medication for any inmate unless authorized to do so by a physician. Likewise, I am not authorized to diagnose any medical condition suffered by Mr. Thomas and, in particular, I am not authorized or qualified to consider his complaints of back pain or identify the cause of his complaints of back pain.   Such decisions or conclusions must be made by his attending physician. I have not at any time attempted to diagnose the cause of Mr. Thomas's complaints of back pain.

5.      When an inmate has a non-emergency medical or health problem and/or complaint, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff at Easterling and/or request medical treatment for this problem.  The sick call request process is well-known at Easterling and is utilized by inmates at Easterling on a daily basis.  When an inmate first arrives at Easterling, he is taken to the Health Care Unit to be processed into the system and receives an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care.  During this orientation, the medical staff gives each inmate an information sheet and verbally goes through the sheet with newly-arriving inmates, informing them how to utilize the sick call request form process.  Sick call request forms are available in the Health Care Unit at the shift commander's station or may be obtained from the Alabama Department of Corrections ("ADOC") officer in each dorm at Easterling.  An inmate making a sick call request is required to complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature) and submit the sick

call request form by placing it in a locked box located outside the facility's kitchen (i.e., chow hall). The sick call request forms are removed from the locked box each day and brought to the Health Care Unit. Upon retrieving the sick call request forms, the medical staff compiles a list of inmates having submitted a sick call request form, which is sent to the various dorms at Easterling. Easterling conducts sick call five (5) times per week, Sunday through Friday excluding holidays or unexpected emergencies. Sick call begins at 7:00 p.m. and lasts as long as required to examine all the inmates who report to sick call. Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints at the time they are summoned to the Health Care Unit for sick call. The number of inmates reporting to sick call each day varies between approximately ten (10) and thirty-five (35). The nurse conducting sick call takes reporting inmates' vital signs and either: (1) provides an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Easterling. If the inmate fails to report to sick call when summoned, this is often indicated in the sick call request form because it is left blank by the medical staff. If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the infirmary (located within the Health Care Unit) and the inmate will be examined and treated by a physician.

6.     My involvement with the complaints made by Mr. Thomas and the attempts by the medical staff at Easterling to identify the cause of his complaints of back pain have been limited to providing responses to one grievance form completed by Mr. Thomas and received by me in June of 2007. In the grievance form completed by Mr. Thomas, he complained of back pain and requested a wheelchair and an appointment with a specialist. Mr. Thomas also

requested "profiles," which are orders provided by the site physician which allow an inmate to deviate from the standard operating procedures at Easterling. In particular, Mr. Thomas requested a profile from the site physician which ordered him to avoid standing or working and allowed him to use the handicap-accessible shower facility at Easterling. As an RN, I am not authorized to determine whether Mr. Thomas's medical complaints justified the issuance of the profiles he requested. When I received Mr. Thomas's first grievance, I promptly reviewed his file and noted that he had been evaluated by Dr. Darbouze within the last week and that Mr. Thomas had received crutches and a bottom bunk profile from Dr. Darbouze during his last appointment. I also confirmed that Mr. Thomas had recently submitted a sick call request form and was scheduled for evaluation during the upcoming sick call. Given my review of his medical records and the notes from his recent appointment with Dr. Darbouze, it did not appear to me that Mr. Thomas's back pain was a medical emergency at that time or that there was anything additional that I could contribute to the treatment of his back pain, which was not being provided and/or would be provided at the upcoming sick call.

7.    Approximately 10 days after I received Plaintiff's grievance, the medical staff received a grievance appeal from Mr. Thomas, in which he continued to complain of back pain. I neither received nor reviewed this grievance and was not involved in evaluating the complaints made by Mr. Thomas in this grievance appeal. Another member of the medical staff at Easterling evaluated this grievance appeal, reviewed his medical records and provided a response.

8.    I have not been responsible for conducting any examination or interview of Mr. Thomas on the occasions he has attended sick call or otherwise appeared in the health care unit

at Easterling seeking medical treatment. Those tasks were assigned to other members of the medical staff at Easterling.

9.    Based upon my understanding of Mr. Thomas's complaints of back pain (both past and present) and the examinations and treatment he has received as of this date, it is evident that Mr. Thomas has received timely and appropriate medical care. I have not at any time ignored any request by Mr. Thomas for medical treatment. I have not deliberately ignored Mr. Thomas's medical complaints or refused to provide Mr. Thomas with any necessary medical treatment. I have not taken any action which has caused Mr. Thomas to experience any unnecessary pain and/or suffering.

Further affiant saith not.

_Kay Wilson, RN/HSA_
Kay Wilson, R.N., H.S.A.

**SWORN TO and SUBSCRIBED** before this the 22nd day of August, 2007.

_Linda E. Teal_
Notary Public
My Commission Expires: _7-11-11_

(SEAL)

# Exhibit "C"

Affidavit of Beth H. Long with a true and correct copy of
pertinent excerpts from Plaintiff's medical records bates
labeled PHS001 – PHS133

# A F F I D A V I T

STATE OF ALABAMA     )

*Barbour*   COUNTY    )
                     )

    I, *Beth H Long*, hereby certify and affirm that I am a *Medical Records Clerk*, at *Easterling Correctional Facility*; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one *Barry Randall Thomas*, AIS# *178628*; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual and ordinary course of business at *Prison Health Service - ECF*; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the *27*th day of *July*, 2007.

                            *Beth H Long*


**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE**
*27*th Day of *July*, 2007

*Linda E. Teal*
Notary Public
*7-11-11*
My Commission Expires



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 1/20/66 <br> ALLERGIES: NKDA | Discontinue previous order for this week <br> Discontinue Robaxin |
| Use Fourth    Date 7/5/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) LBP |
|---|---|
| D.O.B. 1/20/66 <br> ALLERGIES: NKDA | Naproxen 375 mg po BID PRN x 2 week <br> Discharge to Reg Diet <br> F/ 1 week |
| Use Third    Date 7/2/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) LBP |
|---|---|
| D.O.B. 1/20/66 <br> ALLERGIES: NKDA | PSA, BR III <br> Crutches x 1 week <br> Tylo-2 1g po TID PRN x 2 weeks <br> Flexeril 10mg po TID PRN x 2 weeks |
| Use Second    Date 7/2/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Thomas, Barry <br> # 178628 | DIAGNOSIS LBP |
|---|---|
| D.O.B. 11/20/66 <br> ALLERGIES: NKA | XRay of L-S spine <br> XRay of R and L hip |
| Use First    Date 7/2/07 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: Thomas Bally | DIAGNOSIS (If Chg'd) |
|---|---|
| 178628 | Tylenol 15 po now ¾ bid |
| | X 240 |
| D.O.B. 11,20,66 | no tee |
| ALLERGIES: NKA | L. Expir |
| | 7/16/07 |
| Use Last    Date 7/11/07 | ☐ GENERIC SUBSTITUTION is NOT PERMITTED    7/16/07 |

| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
|---|---|
| 178628 | Tylenol 1gm i po X 1 dose now |
| D.O.B. 11 20,66 | |
| ALLERGIES: NKA | Dr Darbouze |
| Use Fourth    Date 6/30/07 | ☐ GENERIC SUBSTITUTION is NOT PERMITTED    7/2/07 |

| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
|---|---|
| 178628 | ⑧ LAY in X 3 days except for |
| D.O.B. 11/20/66 | mess, Chow. |
| ALLERGIES: NKDA | |
| Use Third    Date 6/28/07 | ☐ GENERIC SUBSTITUTION is NOT PERMITTED    7/8/7 |

| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
|---|---|
| 178628 | ⑤ Inhouse UA |
| | ⑥ Cont in infirmy until |
| D.O.B. 11/29/66 | Monday. |
| ALLERGIES: NKA | ⑦ 1 pair of Crutches X 7 days |
| | ↓ show proper usage |
| Use Second    Date 6/28/07 | ☐ GENERIC SUBSTITUTION is NOT PERMITTED |

| NAME: Thomas Barry | DIAGNOSIS |
|---|---|
| 178628 | ① D/C Motrin |
| | ② NAprosyn 375 TID |
| D.O.B. 11/28/66 | X 30 days |
| ALLERGIES: NKA | ③ D/C Flexeril |
| | ④ Robaxin 500mg BID X 10 days |
| Use First    Date 6/28/07 | ☐ GENERIC SUBSTITUTION is NOT PERMITTED |

PHS003



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Thomas Barry<br>178628<br><br>D.O.B. 11/20/66<br>ALLERGIES: NKA<br><br>Use Last     Date 6/26/07 | DIAGNOSIS (If Chg'd) Motrin 400mg BID prn X 2 days<br><br><br>Floyd / ●<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Thomas Barry<br>178628<br><br>D.O.B. 11/20/66<br>ALLERGIES: NKDA<br><br>Use Fourth    Date 6/25/07 | DIAGNOSIS (If Chg'd) Place in infirmary for observation<br>and assistance as needed &<br>AO2 until seen by provider.<br>Document on pt.<br>Phone order Dr McQueen / Cg/nurse<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Thomas Barry<br>178628<br><br>D.O.B. 11/20/66<br>ALLERGIES: NKDA<br><br>Use Third    Date 6/8/07 | DIAGNOSIS (If Chg'd) ↓ BP / Myalgias<br><br>Crutch X 7 week<br>X-Ray of L-S spine<br>Discharge to Population<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Thomas, Barry<br>178628<br><br>D.O.B. 11/20/66<br>ALLERGIES: NKA<br><br>Use Second    Date 6/5/07 | DIAGNOSIS (If Chg'd) ↓ BP<br><br>BBB X 2 weeks<br>Motrin 600mg P.o. TID prn X 14 days<br>Flexeril 10mg P.o. TID prn X 14 days<br>Bengay mt BID use X 5 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Thomas, Barry<br>178628<br><br>D.O.B. 11/20/66<br>ALLERGIES: NKDA<br><br>Use First    Date 5/30/07 | DIAGNOSIS<br><br>Continue Bottom Bunk, profile until seen by<br>MD on 6-5-07<br>vo Dr Darbouze / a/nurse<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

PHS004



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
| | x/ 3 weeks |
| | No prolonged standing x 2 week |
| D.O.B. 11/20/66 | |
| ALLERGIES: NKDA | |
| Use Last    Date 1/18/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
| # 178628 | x-ray L-S spine |
| | Feldene 20 mg Po QPM x 14 days Pray |
| D.O.B. 11/20/66 | Tylenol 1g Po TID Pay x 14 days |
| ALLERGIES: NKDA | Flexeril 10 mg Po TID prn x 7 days |
| Use Fourth    Date 1/18/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) Constipation |
| 178628 | MoM 30 cc Po x 1 |
| | Dulcolax ii Po x 1 |
| D.O.B. 11/20/66 | Colace 100 mg i Po QD x 14 days |
| ALLERGIES: NKDA    noted R Evi | |
| Use Third    Date 1/16/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
| 178628 | APH |
| | DC CVSCC At no medication |
| D.O.B. 11/20/66 | Von Vardurze / Recall |
| ALLERGIES: NKDA | |
| Use Second    Date 11/23/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED  11/23/04 |

| | |
|---|---|
| NAME: Thomas Barry | DIAGNOSIS |
| #178628 | DC topical |
| | DC chronic care.    v.o. Dr. Dabrowz Kwilson, RN |
| D.O.B. 11/20/66    noted Kwilson RN @ 915am 8/18/04 | Lab work - Diag. Profile II - 0488207 |
| ALLERGIES: NKDA | |
| Use First    Date 8/18/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: ~~Thomas, Barry~~ <br> # 178628 | DIAGNOSIS (If Chg'd) <br> Lopid 600mg. 1 po BID <br> X 1 year. |
| D.O.B. ~~11/20/66~~ (Kenilson RN 8/18/04) <br> ALLERGIES: ~~NKDA~~ | <br> v.o. Dr. Barbouze / Kenilson, RN |
| Use Last      Date ~~8/18/04~~ | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: <br><br> D.O.B.    /    / <br> ALLERGIES: | DIAGNOSIS (If Chg'd)  8/18/04 <br> Lopid 600mg. 1 po BID X <br> 90 days |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Thomas — Barry <br><br> D.O.B. 11/20/66 <br> ALLERGIES: NKA | DIAGNOSIS (If Chg'd) <br> Lopid 600 1 P.O. BID X 90days <br> DC Dilsoan 1 Barrur <br> Start 6-26-2004 — 9-24-2004 |
| Use Third    Date 6/26/2004 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   6/28/04 |
| NAME: Thomas, Barry <br> 178628 <br><br> D.O.B. 11/20/66 <br> ALLERGIES: NKA | DIAGNOSIS (If Chg'd) <br><br> Lopid 600mg 1po BID X90d Kop |
| Use Second    Date 4/15/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Thomas Barry <br> 178628 <br><br> D.O.B. 11/20/66 <br> ALLERGIES: NKDA | DIAGNOSIS WBPT solution to Thumb BID <br> X 6 weeks <br> Drug profile II O# 8827, seal rate <br> stool X 3 hemeocult flag on chart <br> metamucil 3.4gm in 10 oz liquid po QD <br> KOP X 3 mos |
| Use First    Date 4/8/4 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| Last | First | Middle Initial | |
|------|-------|----------------|--|
| Name | | | AIS # _____ |
| Date _____ | Allergies _____ | | Facility _____ |
| SIG. | | | Discontinue |
| | | | Continue |
| | | | Increase |
| Physician Signature: | | | Decrease |

NC002

---

| Last | First | Middle Initial | |
|------|-------|----------------|--|
| Name Thomas, Barry | | | AIS # 178628 |
| Date 6-20-03 | Allergies NKA | | Facility EAStwln?/ |
| SIG. PPD RPR | | | Discontinue |
| | | | Continue |
| | | | Increase |
| Physician Signature: | | | Decrease |

noted
d Ewi
6-20-03

NC002

---

| Last | First | Middle Initial | |
|------|-------|----------------|--|
| Name | Baby Jim | | AIS # 178628 |
| Date 11/10/03 | Allergies NKA 2/1 | | Facility EC Lwln |
| SIG. | | | Discontinue |
| | | | Continue |
| 178628 | | | Increase |
| Physician Signature: | | | Decrease |

NC002

---

| Last | First | Middle Initial | |
|------|-------|----------------|--|
| Name Thomas, Barry | | | AIS # 178628 |
| Date 4/1/03 | Allergies NKA | | Facility East |
| SIG. - Bactrim DS i Po BID X 10 | | | Discontinue |
| - Doxycycline 100 y Po BID | | | Continue |
| - Tylenol 325 7 ii Po TID prn | | | Increase 7 days |
| Physician Signature: | | | Decrease |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Thomas, Darry        D.O.B.: 11 / 20 / 66 |
|-----------|-----------------------------------------------------------|
| 7/2/07 | Wt 153    BP 134/86    P 111    R 18    T 97 |
| 1305 | Infirmary                                    O2 sat 97% |
| 5 | 40 um ♂ *illegible* to 2 lower back → L leg X |
|   | few years, worse over the past four Months, 2-3 |
|   | times, *illegible* / Trauma |
| 0 | *illegible*, x-ray |
|   | L spine : *illegible* tender over the L-S *illegible* some. |
|   | fine tenderness over the L paraspinal muscles, |
|   | ROM limited by *illegible* *illegible* |
|   | straight leg raising : *illegible*. |
|   | Neuro : intact. |
|   | X-ray L spine 6/8/07: neg. tm. |
| */* | *illegible* likely 2° to *illegible* |
|   | *illegible* |
|   | - repeat x-ray |
|   | - ROM *illegible* |
|   | - *illegible* / work |
| 1/5/07 | X-ray of L spine : neg. |
|   | *illegible* / *illegible*, 2p |
|   | discontinue *illegible* appt. |
|   | RTC *illegible* |

60111 (5/85)                  **Complete Both Sides Before Using Another Sheet**

PHS008



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Thomas Barry D.O.B.: 11/20/66 |
| --- | --- |
| 12-9-05 | 176# 97[4] P 106 16 118/78 |
| S | [illegible] lower back pain [illegible] not getting |
| | my relief from the [illegible] medication [illegible] |
| | [illegible] |
| | [illegible] |
| O | NAD [illegible] |
| | [illegible] |
| | [illegible] good [illegible] |
| | [illegible] [illegible] X-ray: NAT |
| | |
| [illegible] | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |

60111 (5/85) [illegible] plete Both Sides Before Using Another Sl

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

6/28/07 — Worked as a printer mostly.

(1) walk c̄ crutch favor (L) side
lean to (R) side.
St. leg (R) on (L).
∅ Sciatic notch tenderness
— flexin both femur to chest but will
not strengthen but (L) leg
(bow sign +)
— L-S spine TTP L4-5
— bend over & touch toes protecting
(L) side.
— ∅ paravertebral muscle spasm to
this drawer.

(A) Low Back pain c̄ (L) leg pain ? thoraco
Lumbar spine WNL

(P) Pt pretty consistent c̄ findings on (L) but
can't tell if it is really that intense
or a true problem/complaint

(E) POC — c̄ minor change in meds [signature]



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Thomas Barry | D.O.B.: 11/20/66 |
|---|---|---|

6/8/07 7⁴⁵ᵖᵐ   INP/BC

VT 160 B/p 128/80 p 105 R18 T98° O₂ 96%

7    c/o Pain to the L lower back — now radiating
with no associated weakness/numbness/incontinence
states not to be able to walk easily in Aug

O.  N RR, VRR
L spine = + tenderness L paraspinal muscles,
ROM ↓ 2° L pain. No tenderness over the
L vertebrae —
Neuro: No focal deficit

LBP
A/p, continue current Rx
Continue to walk daily in Aug × 1 week
then reevaluate — Art Barry

6/26/07 8⁰⁰ᵃᵐ  WT 153 B/p 110/70 P100 R20 T98° O₂ 93%
S) 40 y/o ♂ c/o back & L leg pain since
1995 — at least once a year. At last mo
4-5 months. No h/o injury. Just woke up
1 day ī back pain. Suddenly last year, the
pain started down L leg.
Acess dysuria. Painful defecation, coughing
& sneezing hurts as well

PHS011

| Date/Time | Inmate's Name: Thomas Bawy | | | | D.O.B.: 11/20/66 |
|---|---|---|---|---|---|
| 5-15-06 | 1824 | 120/84 | 75 | 96⁸ | 16 |

SC

S — 40 BM c/o Pain to his lower back x 1-2 week worse with work, improved by exertion. No h/o Injury/Trauma. Request for profile.

O — VSS, ↑↑↑

in spine: + tenderness over the left paraspinal muscle - ROM ↓ with c/o pain
Neuro: intact
Xray: WAP (L spine).

Low 2° to muscle spasm,
{ Rx: - Motrin, + Flexeril TID prn.
- Be gory, Key exercise.
- BBR granted x 2 weeks

6/5/07  Wt 182   BP 126/82   P 95   R 18   T 97⁸

835am  S - SC  29 BM c/o Pain to the left lower back - Pt is seeking a BBR

O — Neuro, VSS         Lungs/CTA       Heart: nn
L spine: mild tenderness over the L4-L5 over the paraspinal muscles - ROM no performed because of c/o pain.
Neuro: intact

2 BBR
{ Rx: Motrin, Flexeril, Bengay prn
RBT exercises
BBR's granted x 2 weeks

PHS012

| Date/Time | Inmate's Name: Thomas Barry                    D.O.B. 11-30-66 |
|-----------|-----------------------------------------------------------------|

**4-6-05** wt 184   B/P 122/74   R 20   P 78   T 97°

**7:50 A** Lower ABD Pain / Constipation

S    38 y/o c/o constipation and lower abd pain - had a small
stool yesterday - denies N/V/fever/chills - this presents c/o consti-
pation

O   NAD, A&O

[illegible]

Abd: mild distended
no tenderness/[illegible]/organomegaly

A/P   Constipation
    Rx: [illegible]
    Colace [illegible]
    [illegible]

---

**11/18/05** WT 180   B/P 120/80   P-80   R 18   T 98

S/c back / hip pain

S   48 y/m c/o pain to his L lower back → L leg with
associated numbness and tingling - He denies weakness,
incontinence of B/B - Denies any h/o injury or trauma
the pain [illegible] with exertion or ROM

O   NAD, A&O
    L spine: mild tenderness - [illegible] and painful
    Neuro: intact

A/P   L dx
    Rx: Tylenol + Feldene [illegible]
    Flexeril [illegible]
    Xray L spine: [illegible]

PHS013



**PRISON**
**HEALTH**
**SERVICES**
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Mitchell, William. Thomas Bobby | D.O.B.: 11/20 1606 |
|-----------|-----------------------------------------------|---------------------|

4/8/04 3⁴⁰ pm   wt 180   120/80   64   26   T 97.8   SC   abd pain

has had this since 2002   RLQ pain

when it happens he gets ↓ appetite, radiates to LLQ

no tests done. Says he felt like he had temp.

B❙ feels better now x 3 day

PE    with MAD    worst @ this

lungs CTA

heart RRR   8m

Abd soft   no @ masses          UA —

A   possible diverticulosis c episode & abd pain

P   Drug push II   stool hemaoccult.

start solution to wait

metronidal QD

FU if returns                    [signature]

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Thomas Barry |
|-----------|------------------------------|

D.O.B.: 11/20/66

6-25-07
1600

Spoke ē pt regarding ongoing back problems. States he has had this condition on + off since 1994. Ambulated to HCU ē the assistance ǫ a mop for support. C/O (R) hip pain radiating down leg. States unable to walk, set or perform ADL ēs assistance. States unable to bathe or dress himself ē assistance. C/O numbness and tingling to (R) leg. Bilateral pedal pulses present. Capillary refill < 3 seconds. Able to move feet + toes. C/O pain upon movement ǫ (R) leg. Wt 155 lbs today. Pt had appt ē DR Darbouze on 6-22-07. When questioned why he refused appointment he stated that he knew the "Doctor was not going to do anything for me". Explained to pt that if a course ǫ treatment does not work then he needs to follow up with the doctor so that he can re-evaluate regarding pt and ǫ above findings. Rec'd order to place pt in infirmary until seen by provider. The nurses are to document and assist pt as needed ē ADL's. Pt placed in bed 2 in infirmary. Oriented to infirmary + call bell system. Verbalizes understanding.

Johnson RN

(3/85)

**Complete Both Sides Before Using Another Sheet**

PHS015



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _BARRY R. THOMAS_        Date of Request: _6-17-07_
ID # _178628_        Date of Birth: _11/20/66_   Location: _E2-6A_
Nature of problem or request: _sciatica for 3 months now. Acute, chronic pain._
_Meds not helping. No longer able to walk — using wheelchair borrowed from_
_HCU since last Wednesday. Dr. Darbouze refuses to give even a no-_
_prolonged-standing profile. Officers acknowledge need for wheelchair._
                                              _Barry Thomas_
                                                   *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _6/20/07_
Time: _2.10_ AM (PM)
Allergies: _____

| RECEIVED |
|---|
| Date: _6-20-07_ |
| Time: _6-20-07_ |
| Receiving Nurse Intials _____ |

**(S)ubjective:** See net tove dated 6/20/07 ↙enoew
                                       Cw/Rn

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**
                    X _Barry Thomas_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
                    Was MD/PA on call notified:   Yes ( )   No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS016

PHS   Nursing Evaluation Tool.   Back Pain

Facility: Alabama Department of Corrections

Patient Name: Thomas, Barry
_____ Last _____ First _____ MI

Inmate Number: 178628   Date of Birth: 11 / 20 / 66
_____ MM DD YYYY

Date of Report: 6 / 20 / 07   Time Seen: 210 AM / PM Circle One
_____ MM DD YYYY

**Subjective:** Chief Complaint(s): "I've sciatica for three months no. The meds not helping."

Onset: X 3 months

☑ New onset   ☐ Chronic condition exacerbation   ① foot

Pain Scale: (1-10) 10   Type: ☑ Sharp ☑ Dull ☐ Intermittent ☑ Constant   Numbness: ☐ No ☑ Yes

Location of Pain: ① ↓ back   Radiation of pain: ☐ No ☑ Yes to: to ① leg
_____ Neck / mid-back / low back

History: _____

(Continue on back if necessary)

☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☑ No ☐ Yes   Nausea ☑ No ☐ Yes   Vomiting ☑ No ☐ Yes (x _____)

Wt- 175#   Increased urination? ☑ No ☐ Yes   Pain with cough/breathing? ☑ No ☐ Yes

SpO2 9.9%RA

**Objective:** Vital Signs: (If Indicated) T: 981   P: 80   RR: 18   B/P: 124 / 78

Back Exam: ☐ Tender to touch   ☐ Contusion   ☐ Muscle spasms   ☑ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____

Elaborate positive findings: _____

☐ Check Here if additional notes on back

Lower extremities: ☑ Normal   ☐ Abnormal (Describe): _____

Pedal pulses: ☑ Present   ☐ Absent

☑ Additional Examination: Wm ambulates to HCU na W/C. Able to stand/walk c slow, steady
(Continue on back if necessary) gait. A&Ox3 Resp c ease. Skin warm & dry to touch. Request profile

☐ Check Here if continued on back

**Assessment:** (Referral Status)   Preliminary Determination(s): _____
   ☐ Referral **NOT** Required   _____

   ☑ Referral **Required** due to the following: (Check all that apply)
      ☐ Loss of sensation   ☐ Presence of RBCs from dipstick   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Prior malignancy   ☐ Presence of WBCs from dipstick
      ☑ Other: to be evaluated by MD

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
   ☑ Education on avoiding back pain ☑ Education about stretching and back exercises. ☑ Instructions to return if condition worsens.
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
      well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
      (Describe)
   ☐ Cold Compress (Acute injury)   ☐ Warm Compress
   ☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid pm x 2 days) ☐ NO ☑ YES (If Yes List): Refused by pt

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr Darbouze   Date for referral: 6 / 25 / 07
_____ MM DD YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____
_____ Time

x _CWambos RN_   Name: _CWambos RN_
_____ Nurses Signature _____ Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _BARRY R. THOMAS_    Date of Request: _6/13/07_
ID # _178628_    Date of Birth: _11/20/66_ Location: _E2-6A_
Nature of problem or request: _continued pain from sciatica - lower back and left leg. Meds not helping. Can no longer walk to pill call and chow without borrowing wheel chair._

_Barry R. Thomas_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

_See waiver 6-14-07 AK 7:30pm_

**(O)bjective**    (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS018



PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _BARRY R. THOMAS_     Date of Request: _May 30, 2007_

ID # _178628_     Date of Birth: _11/20/66_   Location: _E2-6A_

Nature of problem or request: _sciatica — lower-back pain with pain radiating down (L) leg. Pain medication & muscle relaxers not alleviating symptoms. Request to see doctor again._

_Barry R. Thomas_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _5/30/07_

Time: _540_   AM (PM)

Allergies: _____

| RECEIVED |
| --- |
| Date: _5/30/07_ |
| Time: |
| Receiving Nurse Intials _WL_ |

**(S)ubjective:**

See Net note dated 5-30-07

CW, RN

**(O)bjective**   (V/S):   T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**    X _Barry Thomas_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS019

**Nursing Evaluation Tool:**

**Back Pain**

Facility: Alabama Department of Corrections

Patient Name: Thomas, Barry

Inmate Number: 178628      First  _____   Date of Birth: 11 / 20 / 66  MI

Date of Report: 5 / 30 / 07      Time Seen: 540  AM (PM) Circle One

**Subjective:** Chief Complaint(s): "I have sciatica. Lower back pain with pain

Onset: x 3 months      radiating down my left leg." Denies injury

Pain Scale: (1-10) 6    □ New onset  □ Chronic condition exacerbation      (L) foot

Type: □ Sharp  ☑ Dull  □ Intermittent  ☑ Constant      Numbness: □ No  ☑ Yes intermittent

Location of Pain: (L) ↓ back    Radiation of pain: □ No  ☑ Yes to: (L) leg to (L) heel

History: Request to see MD
(Continue on back if necessary)

Associated symptoms: Pain on urination?  ☑ No  □ Yes    Nausea ☑ No  □ Yes    □ Check Here if additional notes on back

wt 175#  SO0298908A    Increased urination?  ☑ No  □ Yes    Pain with cough/breathing? ☑ No  □ Yes    Vomiting ☑ No  □ Yes (x  )

**Objective:** Vital Signs: (If indicated) T: 98.2  P: 68  RR: 18  B/P: 120 / 70

Back Exam: ☑ Tender to touch  □ Contusion  ☑ Muscle spasms  ☑ Impaired range of motion

Additional Findings: □ Numbness  □ Tingling  □ Abnormal gait  □ Weakness of extremities  □ Foot drop  □ Other: _____

□ Elaborate positive findings: _____

_____

Lower extremities: ☑ Normal    □ Abnormal (Describe): _____    □ Check Here if additional notes on back

Pedal pulses: ☑ Present    □ Absent

☑ Additional Examination: W/m ambulates c̄ slow, steady gait. A to x 3 Resp c̄
(Continue on back if necessary)
ease. Skin warm & dry to touch.

**Assessment:** *(Referral Status)*      □ Check Here if continued on back

□  Referral **NOT** Required      Preliminary Determination(s): _____

_____

☑ Referral **Required** due to the following: (Check all that apply)
   □ Loss of sensation      □ Presence of RBCs from dipstick    ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   □ Prior malignancy      □ Presence of WBCs from dipstick
   □ Other: _____

**Plan:**

Check All That Apply: □ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain. ☑ Education about stretching and back exercises. ☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up. ☑ YES  □ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: Continue BBP until seen by MD on 6-5-07 w Dr Darbouze (Wambleza
   (Describe)
□ Cold Compress (Acute injury)  □ Warm Compress

□ OTC Medications given ( Motrin 400 or Tylenol 650 Bid pm x 2 days) ☑ NO  □ YES (If Yes List): Pt refused

Referral: □ NO  ☑ YES (If Yes, Whom/Where): Dr Darbouze    Date for referral: 6 / 5 / 07

Referral Type: ☑ Routine  □ Urgent  □ Emergent (if emergent who was contacted?): _____    Time _____

x ___C Wamble RN___      Name: ___C Wamble RN___
   Nurses Signature                     Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _BARRY R. THOMAS_    Date of Request: _MAY 28, 2007_
ID # _178628_    Date of Birth: _11/20/66_  Location: _E2-6A_
Nature of problem or request: _Sciatica — lower-back pain radiating down_
_left leg._

_Barry R Thomas_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED | |
|---|---|
| Date: | _5-29-07_ cw |
| Time: | |
| Receiving Nurse Intials _____ | |

**(S)ubjective:**

See waiver dated 5-29-07 cw LPN

**(O)bjective**   (V/S):  **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS021



PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _BARRY R. THOMAS_   Date of Request: _5/13/07_
ID # _178628_   Date of Birth: _11/20/66_  Location: _E2-666_
Nature of problem or request: _Lower-back & left leg pain - pressure on_
_sciatic nerve that has left me barely able to walk._

_____

_Barry R. Thomas_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _5/13/07_
Time: _715_ AM / PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

See Net tool dated 5-13-07
CWiRN

**(O)bjective  (V/S):  T:_____  P:_____  R:_____  BP:_____  WT:_____**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS022

**Nursing Evaluation Tool:**                                    **General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: _Thomas, Barry_
                Last

Inmate Number: _178628_           Date of Birth: _11 / 20 / 66_
                                               First         MM  DD  YYYY  MI

Date of Report: _5 / 13 / 07_       Time Seen: _715_   AM /**PM** Circle One
              MM  DD  YYYY

**_Subjective:_** Chief Complaint(s): "_My sciatic nerve is bothering me._"

             Onset: _X 2 months_

Brief History:
(Continue on back if necessary)

---

_Wt-174#   SpO2 97% RA_

**_Objective:_** Vital Signs: (As Indicated) T: _98²_   P: _64_   RR: _16_   B/P: _118 / 76_ ☐ Check Here if additional notes on back

Examination Findings: _W/m ambulates c̄ even, steady gait. A+O x 3 Resp c̄_
(Continue on back if necessary) _ease. Skin warm + dry to touch. C/O dull, aching pain to ① ↓ back_
_radiating down ① leg to ① ankle. States 8/10 on pain scale. Denies_
_injury. ⊕ tenderness to touch notd to ① ↓ back. ⊕ ↓ ROM noted._
_Pedal pulse present + strong. No acute distress noted_

**Assessment:** (Referral Status)    Preliminary Determination(s): _____ ☐ Check Here if additional notes on back
   ☐ Referral **NOT REQUIRED**

   ☑ Referral **REQUIRED** due to the following: (Check all that apply)
      ☑ Recurrent Complaint (More than 2 visits for the same complaint)
      ☑ Other: _to be evaluated by MD_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan:_** Check All That Apply:
   ☑ Instructions to return if condition worsens.
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
      should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
       (Describe)

OTC Medications given ☐ NO ☑ YES (If Yes List): _Motrin 600mg po BID PRN x 5 days vo Dr Darbouze/Chambles RN_

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Darbouze_      Date for referral: _5 / 14 / 07_
                                                                     MM  DD  YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _C Wambles RN_          Name: _C Wambles RN_
  Nurses Signature                                 Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Barry R. Thomas _____ Date of Request: 5/02/07 _____
ID # 178628 _____ Date of Birth: 11/20/66 Location: E2-66b _____
Nature of problem or request: Continued acute & low-back pain radiating down ① leg, affecting my ability to walk normally. Insomnia & spasms due to pain. Previous treatment did not relieve symptons. Could you try different treatment? Since X-ray exam revealed no abnormalities, could you schedule a more sensitive exam – CT or MRI? Continuous problem since 11/05.

Barry R. Thomas
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 5/3/07
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____   │
└─────────────────────────────────┘
```

**(S)ubjective:** Waiver

**(O)bjective   (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS024



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _BARRY R. THOMAS_     Date of Request: _11/13/05_
ID # _178628_     Date of Birth: _11/20/66_   Location: _8B-131_
Nature of problem or request: _lower back and left hip pain — feels like_
_sciatic nerve is penched_

                       _Barry R. Thomas_
                            *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: _11/14/05_ |
| Time: |
| Receiving Nurse Intials _MP_ |

**(S)ubjective:**

**(O)bjective**   (V/S):   **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                 CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:    Yes ( )    No ( )
            Was MD/PA on call notified:    Yes ( )    No ( )

                             *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF 1002 (1/4)

**Facility:** Thomas B. Easterling
**Patient Name:** Thomas Barry
                                    Last                    First                    MI
**Inmate Number:** 178628            **Date of Birth:** ___/___/___
                                                        MM  DD  YYYY
**Date of Report:** ___/___/___      **Time Seen:** _____ AM / PM Circle One
                    MM  DD  YYYY

## Subjective:  Chief Complaint(s): Back pain
**Onset:** "9 day"
☐ New onset   ☑ Chronic condition exacerbation
**Pain Scale: (1-10)** 7   **Type:** ☑ Sharp ☐ Dull ☐ Intermittent ☑ Constant   **Numbness:** ☐ No ☑ Yes
**Location of Pain:** lower left   **Radiation of pain:** ☐ No ☑ Yes to: (L) leg to (L) foot
Neck / mid-back / low back

**History:** "My lower back is hurting radiating to my
(Continue on back if necessary)  (L) leg and (L) foot causing Numbness and tingling
at time                                                      ☐ Check Here if additional notes on back

**Associated symptoms:** Pain on urination? ☑ No ☐ Yes   Nausea ☑ No ☐ Yes   Vomiting ☐ No ☐ Yes (x___)
                         Increased urination? ☑ No ☐ Yes   Pain with cough/breathing? ☑ No ☐ Yes

## Objective:  Vital Signs: (If Indicated) T: 98  P: 68  RR: 16  B/P: 110/80
**Back Exam:** ☑ Tender to touch   ☐ Contusion   ☐ Muscle spasms   ☐ Impaired range of motion
**Additional Findings:** ☑ Numbness ☑ Tingling   ☐ Abnormal gait   ☐ Weakness of extremities   ☐ Foot drop   ☐ Other: _____
pt C/o
**Elaborate positive findings:** _____

                                                        ☐ Check Here if additional notes on back
**Lower extremities:** ☑ Normal   ☐ Abnormal (Describe): _____
**Pedal pulses:** ☑ Present   ☐ Absent

☑ **Additional Examination:** ∅ Visible injuries Noted pt denies any
Continue on back if necessary   injuries
                                                        ☐ Check Here if continued on back

## Assessment: (Referral Status)
☐ Referral **NOT Required**              **Preliminary Determination(s):** _____
                                                        _____

☑ Referral **Required** due to the following: (Check all that apply)
   ☑ Loss of sensation pt C/o   ☐ Presence of RBCs from dipstick   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Prior malignancy   ☐ Presence of WBCs from dipstick
   ☐ Other: _____

## Plan:
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain  ☑ Education about stretching and back exercises.  ☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well
   as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
        (Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress

☐ OTC Medications given  ☐ NO  ☑ YES (If Yes List: Tylenol 1gm po bid x5 days

**Referral:** ☐ NO ☑ YES (If Yes, Whom/Where): Dr Danbeze   **Date for referral:** 11/18/05
                                                                              MM  DD  YYYY
**Referral Type:** ☑ Routine   ☐ Urgent   ☐ Emergent (if emergent who was contacted?): _____  Time _____

x _C. Garcia_                    **Name:** C Garcia LV
   Nurses Signature                      Printed

PHS026



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _BARRY R. THOMAS_     Date of Request: _April 3, 2005_
ID # _178628_     Date of Birth: _11-20-66_ Location: _8B-131_
Nature of problem or request: _CONSTIPATION SINCE THURSDAY the 31st._

_Barry R. Thomas_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4 4 05_
Time: _850_ AM PM
Allergies: _NKDA_

```
RECEIVED
Date:    APR - 4 2005
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** "I think I have diverticulitis. Had this before
and they said they thought that's what it is."

**(O)bjective   (V/S):** T: _97⁷_   P: _78_   R: _18_   BP: _120/80_   WT: _185_

Pt I Here c c/o abd pain i Q L quad. States is having stool
but he is constipated. Scant amt of bowel sounds noted I all four
**(A)ssessment:** Quadrants. Abd non distended. non tender upon pal-
pation. A+O+3. Skin WD to touch. Resp c ease
Prep for alt in elimination

**(P)lan:** Colace ½ Bid x 10 days
MD appt prn

Refer to:  (MD/PA)  Mental Health  Dental (Daily Treatment)     Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )         _4/6/05_
   If Emergency was PHS supervisor notified:  Yes ( )  No ( )
   Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS027



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Barry R. Thomas_     Date of Request: _April 3, 2004_
ID # _178628_     Date of Birth: _11-20-66_ Location: _9B-71_
Nature of problem or request: _Severe Abdominal pain (lower right). Feels_
_like appendicitis. Was treated for same symptoms in October_
_2002 at VCF._

_Barry R. Thomas_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4/6/04_
Time: _930_ AM **PM**
Allergies: _NKDA_

Wt _172_ B/p _120/80_ P _61_ R _20_ T _978_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Initials _____ |

**(S)ubjective:** "I'm having pain in my abdomen mostly in my lower ®side." Skin warm

**(O)bjective:** B/m to HCU. Alert et oriented X3 Skin warm et dry to touch. Resp even et unlabored. C/o pain to ® right side of abdomen. Bowel sounds X4. Abd soft et nondistended. Denies constipation.

**(A)ssessment:** No swelling or redness to ®side. Nontender to touch.

Alt in comfort                                                    mfs
**(P)lan:**                                                       4-7-4
Refer to MD
RTC if pain worsens before MD appt
Refer to: **MD**/PA  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_J Scottion_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS028



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

081304

| Date/Time | |
|---|---|
| | Waiver for ccc — RTech — |
| 112304 | O-DC ccc cv dt no medication - lab ordered — RTech — |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Thomas Barry | 178678 | 12066 | Wm | East |

PHS-MD-70049          **Complete Both Sides Before Using Another Sheet**

PHS029

# NphCare In

## Health Services Request Form

Inmate Name _BARRY THOMAS_     Date of Request _4-9-03_

AIS No. _178628_    Date of Birth _11-20-66_    Housing Loc. _9A-55_

Nature of problem or request _ABSCESS ON UPPER-LEFT THIGH. I SAW THE DR. MONDAY 7th. AND HE SAID "IT ISN'T READY," THEN TOLD A NURSE "I'LL SEE HIM WEDNESDAY" — I NEVER GOT AN APPOINTMENT THOUGH._

Sign here for consent to be treated by health staff for the condition described above. _Barry Thomas_

### Place this slip in Medical Box or designated area

APR 1 0 2003

### DO NOT WRITE BELOW THIS LINE

## Health Care Documentation

Subjective:

Objective:   BP_____   P_____   R_____   T_____   WT_____

_See waiver_

Assessment:

Plan:

Refer to:    PA/ Physician      Mental Health      Dental

Education: _____

Protocol used: (specify)_____

Signature _____ Title _____ Time_____ Date_____

PHS030

NAPHCARE

## PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 4/14/02 | 1¹⁵ p | Wt. 170  P 80  R 16  110/70  T. 98.6 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|
| Thomas, Barry | | | 178628 |

NC007                    PHYSICIAN'S PROGRESS NOTES

PHS031

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 4-2-13 | 7:45 am | wt. 168, 986, 80, 20, 120/80. s/c |
| | | S) c/o *spider bite* to R thigh. X few days |
| | | O. 5cm erythematous, indurated area over the medial aspect of R thigh. 0.5cm area with minimal bloody drainage. |
| | | A/P. Abscess R thigh. 2° to s/c not bite |
| | | Plan: - Bactrim DS BID<br>- Doxycycline 100mg bid X 10 days<br>- Tylenol PRN pain<br>r/v pm 4/9/03 |
| 4/11/03 | | wt. 171  B/P 118/80  P 76    R 16    T 98<br>Plu Abscess R thigh.<br>+ bloody purulent drainage<br><br>A/P - drainage<br>- cont'd Bactrim/Doxy<br>- r/v pm 4/14/03 |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|
| Thomas | Barry | | 178628 |

VC007                    PHYSICIAN'S PROGRESS NOTES

PHS032

## NaphCare, Inc

## Health Services Request Form

Name **BARRY R. THOMAS**                Date of Request **4-6-03**

IS No. **178628**        Date of Birth **1-20-66**        Housing Loc. **9A-55**

Nature of problem or request **AN APPARENT SPIDER BITE ON UPPER-LEFT THIGH — APPEARS TO BE INFECTED.**

Sign here for consent to be treated by health staff for the condition described above. **Barry R. Thomas**

Place this slip in Medical Box or designated area

### DO NOT WRITE BELOW THIS LINE

## Health Care Documentation

Subjective: "I noticed this bite on my Ⓛ upper thigh about a wk. ago. But, it didn't start looking red + hurting until Friday of last wk. my leg is down to my knee red."

Objective: BP **120/80**   P **80**   R **20**   T **98.6**   WT **168**

w/m ambulates to HCU on no apparent distress. Resp. reg, + ē ease. skin wtd to touch. On Ⓛ upper thigh appears a bite. Redness + hardness around area. Redness down leg almost to knee. area is all hot to touch.

Assessment: Potential for alteration in comfort/skin integrity.

Plan: See MD today for evaluation.

Refer to: (PA/ Physician)        Mental Health        Dental

Education: Explained to I/M to return to HCU by 8:30 am. for MD appt Verbalized understanding.

Protocol used: (specify) **N/A**

Signature **KLLThorn**        Title **RN**        Time **745 am**   Date **4/7/03**

PHS033

**NAPHCARE**
**NURSE'S NOTES**

| DATE | TIME | |
|------|------|---|
| 4/4/03 | 12:30 | rec'd @ East instructions given — B Maxwell LP |
| 6/20/03 | 110² | P- APy dere                              L Lewis |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|------------|-------|--------|------|
| Thomas | Barry | | 178628 |

NC-006          NURSES NOTES

**NAPHCARE**
**HEALTH SERVICES REQUEST FORM**

Print Name: _BARRY THOMAS_     Date of Request: _10-19-02_

ID#: _178628_   Date of Birth: _11-26-66_   Housing Location: _1015-39B_

Nature of problem or request: _ABDOMINAL PAIN_

_____

_____

_____

_____

Sign here for consent to be treated by health staff for the condition described

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HEALTH CARE DOCUMENTATION**

Subjective: "My Bowels have still not moved"

Objective: BP 130/80   P 82   R 18   T 98.4

Amb to HCU in Nap. c/o "severe abd pain." "I just cant move my bowel" c/o nausea + ↓ appetite. No vomiting. Thurs passed a small. + soft brown stool but not enough.

Assessment:

Plan: Place in infirmary to have privacy + quiet restroom. Fluids encouraged.

Refer to: ___ PA/Physician ___ Mental Health ___ Dental

Signature: _____   Title: _____   Date: _____   Time: _____

NCO40          HEALTH SERVICES REQUEST FORM

PHS035

**NAPHCARE**
**HEALTH SERVICES REQUEST FORM**

Print Name: _BARRY THOMAS_    Date of Request: _10-14-02_

ID#: _178628_ Date of Birth: _11-20-26_ Housing Location: _1013/3518_

Nature of problem or request: _CONSTIPATION_

_Barry Thomas_

Sign here for consent to be treated by health staff for the condition described

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
*********************************************************************

**HEALTH CARE DOCUMENTATION**

Subjective: "I've been constipated for 6-7 days"

Objective: BP _130/92_    P _88_    R _18_    T _99.6_
Amb to HCU in NAD. Holding stomach. Abd soft ⊙ "fullness" noted on both sides. Not distended. No N or V.
Temp 99.6

Assessment: Alt in health maintence.

Plan: To see MD. ~ 10--02 encouraged to drink 8 glasses of H₂O allow time for BM. inmate education sheet given. verbalized understanding of insts.

Refer to: ✓ PA/Physician ___ Mental Health ___ Dental

Signature: _Neal_    Title: _LPN_    Date: _10-14-02_ Time: _7:00 pm_

NCO40    HEALTH SERVICES REQUEST FORM

INTRASYSTEM TRANSFER FORM

HEALTH STATUS

Transferring
Facility:        KILBY

Name _Thomas, Barry_
AIS _174628_
Age _____ Date of Birth _11-20-66_
Race _W_   Sex _M_

Date: _5-10-02_
Time _9pm_
Allergies _NKA_
Food Handler Approved  Y (N)

Current Acute Conditions/Problems: _Ø_
Chronic Conditions/ Problems: _Ø_

Current Medications- Name, Dosage, Frequency, Duration:
    Acute short term medications _Ø_

Chronic Long Term Medications _Ø_

    Chronic Psychotropic Medications _Ø_

Current Treatments: _Ø_
Follow up care Needed _Ø_

Last PPD _3-15-01_ Results _neg_ mms Last Physical _1/5/01_
Chronic Clinics _____
Specialty Referrals _____
Significant Medical History _Migraine H/A_

Physical Disabilities/Limitations _____
Assistive Devices/Prosthetics _Ø_         Glasses _N_      Contacts _N_
Mental Health History/Concerns _____

Substance abuse Y/N _____ Alcohol Y/N _____ Drugs Y/N _____
    Hx Suicide Attempt Date __/__/__
    Hx Psychotropic Medication _____
    Previous Psychiatric Hospitalizations _____

Signature/Title/Date
_Gilliland_ 5/10

Transfer Reception Screening
Date _7/17/02_ Time _200_ am (pm)
S: Current complaint _Needs annual Phys Exam_

Current medications/Treatments _none_

O Physical Appearance/Behavior _tattoo_
(R) scar
Deformities: Acute/Chronic _NONE_
T _98.4_ P _96_ R _20_ B/P _120/80_ #172
A _knowledge deficit_

P Disposition (Instructions: Check or
   circle as appropriate)
___✓___ Routine sick call Instructions given

_____ Emergency referral
_____ HIV/TB Instructions given
_____ Physician referral
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Receiving Facility:
_VCF_

Signature/Title: _Faircloth_ 7/17/02

NC 071

PHS037

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

| Transferring Facility) CF |
|---|

Date: 4-16-02
Time 2430
Allergies _____ Ⓝ
Food Handler Approved Ⓨ N

Name _Thomas Bassy_
AIS _178688_
Age _35_ Date of Birth _11-20-66_
Race _W_ Sex _m_

Current Acute Conditions/Problems: _____
Chronic Conditions/ Problems: _Bipolar Disorder/ Migraine headache_

Current Medications- Name, Dosage, Frequency, Duration:
_____ Acute short term medications _____

Chronic Long Term Medications _____

_____ Chronic Psychotropic Medications _____

Current Treatments: _____
Follow up care Needed _as needed_

Last PPD _3-15-01_ Results _Ø_ mms Last Physical _3/21/01_ _3/15/01_
Chronic Clinics _____
Specialty Referals _____
Significant Medical History _____

Physical Disabilities/Limitations _____
Assistive Devices/Prosthetics _____ Glasses _____ Contacts _____
Mental Health History/Concerns _____

Substance abuse Y/N        Alcohol Y/N    Drugs Y/N
_X_____ Hx Suicide Attempt Date ___/___/___
_X_____ Hx Psychotropic Medication
_X_____ Previous Psychiatric Hospitalizations

Signature/Title/Date
_[signature]_

| Transfer Reception Screening | P Disposition (Instructions: Check or |
|---|---|
| Date _/_/_ Time ____ am pm | circle as appropriate) |
| S: Current complaint _____ | _____ Routine sick call Instructions given |
| | |
| Current medications/Treatments | _____ Emergency referral |
| _____ | _____ HIV/TB Instructions given |
| _____ | _____ Physician referral |
| _____ | Urgent / Routine |
| O Physical Appearance/Behavior ____ | _____ Medication Evaluation |
| | _____ Work/Program Limitation |
| Deformities: Acute/Chronic _____ | _____ Special Housing |
| | _____ Specialty Referrals |
| T___ P___ R___ B/P_____ | _____ Chronic Clinics |
| A _____ | _____ Mental Health |
| _____ | _____ OTHER |
| | _____ Infirmary Placement |
| Receiving Facility: | Signature/ Title: |

NC 071

**HEALTH STATUS**     IN RASYSTEM TRANSFER FORM

Transferring Facility: KILBY

Name: Thomas, Barry
Number: 178628     Race: B (N) H Other
Age: _____  Date of Birth: 11/20/66  Sex: (M) F

Date: 3/7/02
Time: _____ AM PM          Food Handler Approved: Y / N
Allergies: _____ N/A _____
Current Acute Conditions/Problems: Ø
Chronic Conditions/ Problems: Ø

Current Medications - Name, Dosage, Frequency, Duration:
   Acute Short-term Medications: Ø

Chronic Long-term Medications: Ø

   Chronic Psychotropic Medications: Ø

Current Treatments: Ø
Follow-up Care Needed: Ø

Last PPD: 3-15-01  Results Ø mms   Last Physical: 3/18/01
Chronic Clinics: Ø          Specialty Referrals: _____

Significant Medical History: Migrane H/A

Physical Disabilities/Limitations: Ø
Assistive Devices/Prosthetics: Ø _____ Glasses: Ø  Contacts: Ø
Mental Health History/Concerns:
Substance Abuse: Y / N      Alcohol: Y / N      Drugs: Y / N
_____ Hx Suicide Attempt: Date: ___/___/___
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature and Title _____  Date: 3/7/01

===================================================================
**TRANSFER RECEPTION SCREENING**
Date: 3/18/02  Time: 3ᵒᵒ AM (PM)
S: Current Complaint: None

Current Medications/Treatment: None
_____ WNL

O: Physical Appearance/Behavior: tattoo R
arm

Deformities: Acute/Chronic: None

T 98 P 84 R 20 B/P 120/80
A: _____

Receiving Facility: VCF
P: Disposition: (Instructions: Check or circle as appropriate)
  ✓ Routine, Sick Call
_____ Instructions Given
_____ Emergency Referral
_____ HIV/TB Instruction Given
_____ Physician Referral:
      Urgent / Routine
      _____ Medication Evaluation
      _____ Work/Program Limitation
      _____ Special Housing
      _____ Specialty Referrals
      _____ Chronic Clinics
      _____ Mental Health
      _____ OTHER
_____ Infirmary Placement

Other: _____
C. Barnes SN

NAPHCARE

**HEALTH SERVICES REQUEST FORM**

Print Name: _BARRY R. THOMAS_ Date of Request: _JULY 15, 2002_

ID#: _178628_ Date of Birth: _11-20-66_ Housing Location: _10B - 39B_

Nature of problem or request: _INFECTED TOE — BEGAN WITH ENGROWN NAIL; WARM SALTY WATER AND ANTIBIOTIC OINTMENT APPLIED DAILY FOR THREE WEEKS, ONLY FOR SWELLING AND REDNESS TO WORSEN. WOULD NOT BOTHER YOU IF UNNECESSARY... @_

_Barry R. Thomas_

Sign here for consent to be treated by health staff for the condition described

RECEIVED JUL 17 2002

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
*********************************************************

HEALTH CARE DOCUMENTATION

Subjective: "Thought I had an ingrown toenail — removed it but now to worse"

Objective: BP _120/80_ P _96_ R _20_ T _98⁴_

w/m to HCU c̄ above c/o — assess of Ⓡ great toe reveals severe redness, edema, yellowish drainage

Assessment: alt comfort

Plan: appt. c̄ MD.

Refer to: ✓ PA/Physician ___ Mental Health ___ Dental

Signature: _Faircloth_ Title: _h_ Date: _7/17/02_ Time: _2010_

NCO40          HEALTH SERVICES REQUEST FORM

*TO: MH 2 Dept.*

*Mrs. Turner*

## INMATE REQUEST SLIP

Name _BARRY R. THOMAS_ Quarters _K-71_ Date _9-26-99_

AIS # _178628_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem

( ) Special Visit    ( ) Time Sheet    ( ) Other _✓_

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

DEAR MADAM:

I'M WRITING TO REQUEST AN APPOINTMENT
WITH DR. CAMPBELL THIS WEEK, IF SUCH
MIGHT FIT HIS SCHEDULE. THANK YOU
VERY MUCH.

*Barry R. Thomas*

<u>Do Not Write Below This Line</u> - **For Reply Only**

9/28/99 - No Show for s/c mailgo

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

Request Directed To: (<u>Check One</u>)

( ) Warden    ( ) Deputy Warden    ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176

PHS041

**CORRECTIONAL MEDICAL SERVICES
HEALTH SERVICES REQUEST FORM**

Print Name: _Barry Thomas_ _____ Date of Request: _11/2/97_ _____

ID #: _178628_ ____ Date of Birth: _11/20/66_ Housing Location: _KCB-19_

Nature of problem or request: _Problem with dizziness, chest pain._
_Blood pressure checked high Sat. Nov. 1st. Instructed_
_by nurse Giles to be a sick call Monday, Nov. 3rd._

I consent to be treated by health staff for the condition described.

_Barry Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HEALTH CARE DOCUMENTATION**

Subjective: Pain in my chest + left arm from
time to time — some nausea + dizziness
First started 3 wks ago

Objective: BP _124/92_ P _100_ R _20_ T _97.6_
Lungs clear
HR rapid but regular
skin warm dry + pink

Assessment:
EKG done

Plan:
See Dr.

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _Dallesen_ ____ Title: _RN_ ____ Date: _____ Time: _____

CMS 7166 REV. 10/94

PHS042

**CORRECTIONAL MEDICAL SERVICES
HEALTH SERVICES REQUEST FORM**

Print Name: _Barry R. Thomas_    Date of Request: _10-27-97_

ID #: _178628_    Date of Birth: _11-20-66_    Housing Location: _KCB-19_

Nature of problem or request: _periodic spells of dizziness, shortness of breath, weakness, mild pressure in chest, and nausea for the past ten days. (E.K.G. was done on 10-20-97 with no indication of irregularities; problems persist however)_

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**HEALTH CARE DOCUMENTATION**

Subjective: _I have been experiencing tightness in chest, heart starts racing, I think I'm having anxiety attack_

Objective: BP _130/80_ P _80_ R _70_ T _99°_
_States had EKG last wk on 10/20/97 when I had this attack before - EKG to review_

Assessment:

Plan: _Reviews c̄ Dr ____ m.Bili, ____

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _m.Bili_    Title: _LPN_    Date: _10/28/97_    Time: _0830_

CMS 7166 REV. 10/94

CORRECTIONAL MEDICAL SERVICES

### INTERDISCIPLINARY PROGRESS NOTES

KILBY

Patient Name: Thomas, Larry    I.D. # 178638    Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8/15/97 | | [illegible] | |
| 11/3/97 | S) | p̄ō here c̄ 3 W12 4 lightheadness, SOB, rapid HR + c/o — Sharp — non radiating. He readily admits to depression, ~~AH~~ anxiety — used to be on anti-depressants | |
| | O) | EOM̄ c̄. Thyroid✓ no nodes. PERRLA. Fundi ē Chest [illegible] CVS✓ NSR no [illegible] or PVC's BP 130/82 CNS— tense, anxious | |
| | A) | Anxiety / Depression | |
| | P) | [illegible] [illegible] RX given He PRN | [signature] |

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Barry R. Thomas_ ———— Date of Request: _1-1-97_

ID #: _178628_ ———— Date of Birth: _11-20-66_ ——— Housing Location: _KCB-19_

Nature of problem or request: _I need an appointment for an eye exam—_
_my vision is progressively getting poorer and is affecting_
_my work as a pressman in the print shop._

I consent to be treated by health staff for the condition described. _Thank you_

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HEALTH CARE DOCUMENTATION**

Subjective: _Eye Dr._

Objective: BP _110/70_ P _72_ R _20_ T _98.3_
_V/H 20/40 OU_

Assessment:

Plan: _Eye list / Giles_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _Giles_ ———— Title: _Lpn_ ——— Date: _1/2/97_ Time: _0915_

CMS 7166 REV. 10/94

PHS045

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Barry R. Thomas_ Date of Request: _7/25/96_

ID #: _178628_ Date of Birth: _11/20/66_ Housing Location: _KCB-134_

Nature of problem or request: _Severe ear pain – right ear. Was seen by doctor Wed. 24th; he prescribed drops and antibiotics. However, I need something for pain._

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**HEALTH CARE DOCUMENTATION**

Subjective: _Something for Pain_

Objective: BP _140/80_ P _72_ R _20_ T _99.2_
_31 y.o. labs "" given ↑ temp presently on Cortisporin gtts & Keflex 500mg bid_

Assessment: _Seen by Dr. 7/24/96 Ear Infected_

Plan: _Discuss c̄ Dr. / mGiles ~_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _mGiles_ Title: _LPN_ Date: _7/26/96_ Time: _0855_

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Barry R. Thomas_ Date of Request: _7/ /96_

ID #: _178628_ Date of Birth: _11/20/66_ Housing Location: _M - 47_

Nature of problem or request: _hearing loss in right ear — excessive_
_wax build-up — x/o dry sore_

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**HEALTH CARE DOCUMENTATION**

Subjective: _Rt. Ear hurting_

Objective: BP _130/74_ P _80_ R _20_ T _98.0_

Assessment:

Plan: _Jo sec Dr/ wBiles_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _M Biles_ Title: _Cp_ Date: _7/24/96_ Time: _0630_

CMS 7166 REV. 10/94

PHS047

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry R. Thomas_    Date of Request: _8/8/96_

ID #: _178628_    Date of Birth: _11/20/66_    Housing Location: _KCB-134_

Nature of problem or request: _Need eye exam (vision extremely_
_poor)_

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____ Title: _____ Date: _____ Time: _____

CMS 7166 REV. 10/94

PHS048

# INTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring Facility: _BCCF_

Name: _Thomas, Banry_

Number: _178628_     Race: B (W) H  Other

Date: _7/22/96_

Age: _____  Date of Birth: _11/30/66_  Sex (M) F

Time: _____ AM  PM

Allergies: _____ NKA _____     Food Handler Approved: Y / N

Current Acute Conditions/Problems: _____

Chronic Conditions/ Problems: _____

Current Medications - Name, Dosage, Frequency, Duration:

    Acute Short-term Medications: _____

Chronic Long-term Medications: _____

    Chronic Psychotropic Medications: _____

Current Treatments: _____

Follow-up Care Needed: _____

Last PPD: _11-28-95_ Results _0_ mms   Last Physical: _11/28/95_

Chronic Clinics: _____     Specialty Referrals: _____

Significant Medical History: _____

Physical Disabilities/Limitations: _____

Assistive Devices/Prosthetics: _____  Glasses: _____  Contacts: _____

Mental Health History/Concerns:

Substance Abuse: (Y) / N     Alcohol: Y / N     Drugs: (Y) N

_____  Hx Suicide Attempt:  Date: ___/___/___

_____  Hx Psychotropic Medication

_____  Previous Psychiatric Hospitalizations

Signature and Title _R. Winter RN_   Date: _7/19/96_

=====================================================

## TRANSFER RECEPTION SCREENING

Date: _7/23/96_ Time: _8:00_ (AM) PM

Receiving Facility: _KCF_

**S:** Current Complaint: _____

Current Medications/Treatment: _0_

**O:** Physical Appearance/Behavior: _____
_Was not been seen by Dr. Nurse_

Deformities: Acute/Chronic: _____

T ___ P ___ R ___ B/P ___/___

**A:** _____

**P:** Disposition: (Instructions: Check or circle as appropriate)

✓ Routine, Sick Call
   Instructions Given
_____ Emergency Referral
_____ HIV/TB Instruction Given
_____ Physician Referral:
   Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Other: _____

Signature and Title _Katie Bailey  7/23/96_

CMS 7190

PHS049

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: *Barry R. Thomas*    Date of Request: *7/18/96*

ID #: *178628*    Date of Birth: *11/20/66*    Housing Location: *22-58*

Nature of problem or request: *Need eye exam. (vision has gotten excessively poor recently, especially in left eye, for some reason of which I do not understand)*

I consent to be treated by health staff for the condition described.

*Barry R. Thomas*
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective:  BP _____  P _____  R _____  T _____

Assessment:

Plan:

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature:_____ Title: _____ Date: _____ Time: _____

CMS 7166 REV. 10/94

PHS050

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry R. Thomas_ — Date of Request: _1-18-95_

ID #: _178628_ — Date of Birth: _11-20-66_ — Housing Location: _22-40_

Nature of problem or request: _Pain in lower back for past three days_

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _Lower back pain_

Objective: BP _120/00_  P _64_  R _20_  T _98_

C/o lower (back pain) for the past three days. C/o unable to bend over comfortably. Resp reg & even. Skin w/d & intact

Assessment: _Alteration in comfort_

Plan: _MD_

Refer to: ___ PA/Physician ___ Mental Health ___ Dental

Signature: _LSBrown_ — Title: _RN_ — Date: _1/19/96_ Time: _23:50_

CMS 7166 REV. 10/94

PHS051

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| | | 2-8-95 | | 1) | Imipramine 50 mg |
| 04-19 1996 # Back pain | | | | | p.o. qhs x 2 wks; |
| | | Flexion = pain | | | then ↑ 75 x 2 wks; |
| | | Ext — OK | | | then ↑ 100 x 2 wks; |
| | | | | | then ↑ 125 x 2 wks; |
| | | | | | then ↑ to 150 mg po |
| | | | | | qhs x 3 mos. |
| | | Pull muscle back | | 2) | D/C inderal |
| | | | | 3) | D/C midrin. |
| | | pain | | 4) | RTC - 3 mos. |
| | | | | | R. Roper MD |
| | | prn motrin 800 bid x 5d | | | |
| | | | 5/10/95 | | D/C Imipramine |
| | | | | | RTC one mo |
| | | | | | Quellman MD |
| | | | 5-10 | | S Scott MD |
| | | | | | 10 May 95 |
| | | | 6/9/95 12:11 | | RTC 3 mos |
| | | | | | Quellman MD |
| | | | | | C Smith 4-96 |

**BULLOCK HEALTH CARE UNIT**

| INMATE NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | AGE | R/S | ID# |
|---|---|---|---|---|
| Thomas, Barry | 11 20 66 | 28 | WM | 178628 |

F-41 REVISED 4/8

PHS052



Facility Name: East

Motrin 600g po 4A 9A 4p
tid Ph x14

Start Date: 6-5-07    Prescriber: Darbouse
Stop Date: 6-19-07    RX #:

Flexeril 10mg po 4A 9A 4p
tid Ph x 14

Start Date: 6-5-07    Prescriber: Darby
Stop Date: 6-19-07    RX #:

Bengay oint Bid 4A 4p
Ph x5

Start Date: 6-5-07    Prescriber: Darby
Stop Date: 6-19-07    RX #:

Motrin 400mg po 4A 4p
PRN BID x 2 day

Start Date: 6/26/07    Prescriber: Floyd
Stop Date: 6/28/07    RX #:

Naprosyn 375mg 4 4
± Tid x 30d

Start Date: 6/28/07    Prescriber: Dr Darbou
Stop Date: 9/28/07    RX #:

Robaxin 500g ± Bid 4 4
x 10 day

Start Date: 6/28/07    Prescriber: Dr Darbey
Stop Date: 7/8/07    RX #:

Diagnosis

Allergies NKDA

Housing Unit: 178628
Patient ID Number: 178628
Patient Name:
Thomas Barry

Date of Birth: 1/20-66

PHS053

Tylenol 1gm po
x 1 dose now

| Hour | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 8 |

Start Date: 6/30/07    Prescriber: _Dahlberg_
Stop Date: 6/30/07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|

Allergies: NKA

1. Discontinued Order
2. Refused
3. Patient out of unit
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. No Show
9. Medication Hold
10. Other

Housing Unit: 178-628
Patient ID Number:
Patient Name: Thomas Barry

Date of Birth: 11/20/66

PHS054



Facility: ECF

Month/Year: 5/07

Motrin 600mg
PO BID PRN
x5days

Hour: 4a
4p

Start Date: 5-13-07    Prescriber: Darlouze
Stop Date: 5-18-07    RX #:

MOTRIN 600mg PO
TID PRN X2weeks

Hour: 4A
9
4

Start Date: 5-15-07    Prescriber: Das Jr
Stop Date: 5-30-07    RX #:

Flexeril 10mg PO
TID PRN X2weeks

Hour: 4
9
4

Start Date: 5-15-07    Prescriber: Das Jr
Stop Date: 5-30-07    RX #:

Bengay Oint BID PRN
X 5 days

Hour: 4A
4

Start Date: 5-15-07    Prescriber: Das Jr
Stop Date: 5-21-07    RX #:

Diagnosis

Allergies: NKDA

Housing Unit:
Patient ID Number: 178628
Patient Name: Thomas Barry

Date of Birth: 11-20-66

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Self Administered
6. Not Done
7. Medication out of stock
8. Medication Held
9. No Show
10. Other

PHS055

| Facility Name: Easterling Correctional Facility | | Month/Year of Charting: 01/06 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Aceta-Gesic 30-325MG Tab        180.00

Take 2 tablet(s) by mouth Three Times
Daily as needed

ERROR

Start Date: 12-13-2005    Prescriber: Darbouze, Jean
Stop Date: 01-11-2006    RX #: 250970433

PERCOGESIC ǐ
PO BID TID PRN
X 30 days

4A
9A
4P

Start Date: 12-9-05    Prescriber: Darbouze
Stop Date: 1-9-06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
| | J. Snuttan | Sts | Clarcia RN | | 1. Discontinued Order |
| Allergies NKDA | | | Qlupe RN | | 2. Refused |
| | | | L Ewing WN | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 178628 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| Thomas, Barey | | Date of Birth: 11-20-66 | | | 10. Other |

PHS056

| Facility Name: | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Pereogesic ½ - PO Bid PRN × 30 d**
Start Date: 12/9/05   Prescriber: Dr Durbeg
Stop Date: 1/9/06   RX #:

**Mottrin 600mg ½ PO Bid PRN × 14 d**
Start Date: 12/9/05   Prescriber: Dr Durb
Stop Date: 12/23/05   RX #:

**Bengay to ↓ back Bid PRN × 7 days**
Start Date: 12/9/05   Prescriber: Dr Durbeg
Stop Date: 12/16/05   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| NKDA | | | R. Ewin  LPN | CE | 1. Discontinued Order |
| Allergies | | | Davidson | | 2. Refused |
| | | | | | 3. Patient out of facility |
| Housing Unit: | | | Thomas | | 4. Charted in Error |
| Patient ID Number: | | | Hamilton | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Thomas Barry | | | | | 7. Medication out of Stock |
| | | Date of Birth:  11/20/66 | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: EASTERLING                                                    Month/Year of Charting: 12/05

FELDENE 020mg
ī PO q 4 pm
X 14 days

Hour: 4pm

Start Date: 11-18-05     Prescriber: Yarbough/SKS
Stop Date: 12-2-05       RX #:

TYLENOL ī gm
PO TID PRN
14 DAYS

Hour: 4A / 9A / 9pm

Start Date: 11-18-05     Prescriber: Yarbough/SKS
Stop Date: 12-2-05       RX #:

Start Date:              Prescriber:
Stop Date:               RX #:

Start Date:              Prescriber:
Stop Date:               RX #:

Start Date:              Prescriber:
Stop Date:               RX #:

Diagnosis

Allergies

Housing Unit:
Patient ID Number: 178628
Patient Name:
THOMAS Rodry

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| J Smotts | SKS | Glypin | | 1. Discontinued Order |
| | | Brown RN R | | 2. Refused |
| | | MHaupin RN | MP | 3. Patient out of facility |
| | | S Hamilton LPN | SH | 4. Charted in Error |
| ___ IV | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth:

PHS058

Facility Name: Easterling     Month/Year of Charting: Nov 05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 1gm po bid x 5 d | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-14-05     Prescriber: Darborze/co
Stop Date: 11-19-05     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feldene 20mg po qPm x 14 days Ph | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-18-05     Prescriber: Darboure
Stop Date: 12-2-05     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 1gm po tid PRn x 14 days | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-18-05     Prescriber: Darboure
Stop Date: 12-2-05     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flexeril 10mg po tid PRn x 7 days | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-18-05     Prescriber: Darboure
Stop Date: 11-25-05     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:     Prescriber:
Stop Date:     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:     Prescriber:
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Darriba | S | J. Trotter | JES | 1. Discontinued Order |
| Allergies | | | R. Ewing LPN | 2b | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 178628 | Brennan RN | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Thomas Barry | | Date of Birth: | | | 9. No Show |
| | | | | | 10. Other |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Colace ½ Bid × 10 d — 4A / 4p

4/4/05 – 4/14/05 Dr Darby

MOM 30 cc po × ½ — 4p

4/6/05 Darbouze/KB

Dulcolax # po × 1 — 4p

4/6/05 Darbouze/KB

Colace 100 mg ½ po QD × 14 days — 4A

4/6/05 – 4/20/05 Darbouze/KB

---

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 4/1/05 THROUGH 4/30/05

Physician Dr Darby

Alt. Physician

Allergies NKDA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Diagnosis

Medicaid Number        Medicare Number        Complete Entries Checked: By _____ Title _____ Date 4/1/05

PATIENT Thomas Bailey    PATIENT CODE 178628    ROOM NO. Pop    BED FACILITY CODE E.A. Steele

PHS060

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lopid 600mg TABS p.o.   4A
BID X 90 days   4P
6-26-2004 - 9-24-2004 Daily Dr #60 5-24-04        #46 6-24-04        AB        DC'd 8/2/04

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR  8-1-2004    THROUGH  8-31-204

| Physician  Daryn | | Telephone No. | Medical Record No. |
|---|---|---|---|
| Alt. Physician | | Alt. Telephone | |
| Allergies  NKA | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: | |

| PATIENT  THOMAS - BARRY | PATIENT CODE  178628 | ROOM NO.  A | BED | FACILITY CODE  PHS | Title:  Lpn | Date:  7-25-04 |
|---|---|---|---|---|---|---|

PHS061

# MEDICATION ADMINISTRATION RECORD
07/01/2004

(EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PSYLLIUM (REGULOID) POW
3.4GM IN 10-OZ LIQUID BY MOUTH DAILY *KEEP
ON PERSON*
RX:   5472954 ANDERSON, M.D., VICTORIA , MD
START - 04/10/2004    STOP - 07/08/2004

GEMFIBROZIL (LOPID) 600MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP
ON PERSON*
RX:   5501373 COOLEY, N.P., CICELIA , NP
START - 04/17/2004    STOP - 07/15/2004

#600 5-26-2004

Lopid 600mg TABT PO BID
X 90 dAYS
6-26-2004 - 9-24-2004 DAdvarch

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2004 | THROUGH | 07/31/2004 | | |
|---|---|---|---|---|---|
| Physician | COOLEY, N.P., CICELIA | | Telephone No. | | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

Medicaid Units        Medicare Number        Complete Entries Checked:
                                              By: _____        Title: ____    Date: 6-2
PATIENT                                        PATIENT CODE    ROOM NO.    BED
THOMAS, GARRY                                  178628          1

PHS062

# MEDICATION ADMINISTRATION RECORD

06/01/2004                                                    (EAS-474) EASTERLING CORR. FACILITY
STOTU:

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PSYLLIUM (REGULOID) PGW
3.4GM IN 10-0Z LIQUID BY MOUTH DAILY *KEEP
ON PERSON*     4/14
RX:   5472954 ANDERSON, M.D. , VICTORIA , MD
START - 04/10/2004    STOP - 07/08/2004

GEMFIBROZIL (LOPID) 600MG TAB     Kob
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY *KEEP
ON PERSON*
RX:   5501373 COOLEY, N.P., CICELIA , NP
START - 04/17/2004    STOP - 07/15/2004     #60 4-21-2004   #60 5/26-2004

*Barry Thomas*
#60 6/29/04

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR         06/01/2004         THROUGH              06/30/2004

| Physician | COOLEY, N.P., CICELIA | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: *Q. Sala* | Title: *MM* | Date: *5-21-2004* |
|---|---|---|---|---|

| PATIENT | | PATIENT CODE | ROOM NO. | BED | FACILITY CODE |
|---|---|---|---|---|---|
| THOMAS, BARRY | | 178628 | 1 | | EA. |

PHS063

# MEDICATION ADMINISTRATION RECORD
05/01/2004

(EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WART REMOVER (CPD W-DUOFILM) 17%
APPLY TO AFFECTED AREAS TWICE DAILY

RX:  5472901 ANDERSON, M.D., VICTORIA , MD
START - 04/10/2004    STOP - 05/21/2004

PSYLLIUM (REGULOID)  POW
3.4GM IN 10-OZ LIQUID BY MOUTH DAILY *KEEP
ON PERSON*
RX:  5472954 ANDERSON, M.D., VICTORIA , MD
START - 04/10/2004    STOP - 07/08/2004

GEMFIBROZIL (LOPID) 600MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP
IN PERSON*
RX:  5501373 COOLEY, N.P., CICELIA , NP
START - 04/17/2004    STOP - 07/15/2004

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 05/01/2004 | THROUGH | 05/31/2004 | | |
|---|---|---|---|---|---|
| Physician | COOLEY, N.P., CICELIA | | Telephone No. | | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | | Medicare Number | | Complete Entries Checked: | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | By:  R. Baines | | Title:  _m_ | | Date:  4-21-04 |

| PATIENT | | PATIENT CODE | ROOM NO. | BED | FACILITY CODE |
|---|---|---|---|---|---|
| THOMAS, BARRY | | 178628 | 1 | | EAS-474 |

PHS064

# MEDICATION ADMINISTRATION RECORD

Metamucil 3.4gm in
10oz H2O po qd KOP
x 3mths    4/9/04 → 7/9/04

KOP
4p

Lopid 600mg b.i.d
x 90 day Kop
4-15-04 → 7-15-04 Cooke/B

4A K
4P p

Barry Thomas →
# 60 4/26
Barry Thomas

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 4/04    THROUGH 4/04

Physician: Anderson

Telephone No.

Medical Record No.

Alt. Physician

Alt. Telephone

Allergies: NKDA

Rehabilitative Potential

Diagnosis

Complete Entries Checked:
By: BP Macewell    Title: LPN    Date: 4/9/04

PATIENT: Thomas, Barry

PATIENT CODE: 178675   ROOM NO.: DNP   BED   FACILITY CODE: Fmt

PHS065

# MEDICATION
# ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS Tps Bid X 10 days  4-7-03 → 4-17-03 | 4A / 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vibramin 100mg po Bid X 10 day  4-7-03 → 4-17-03 | 4A / 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325 g iii po tid prn X 7 day  4-7-03 → 4-14-03 | 4A / 4P / 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR **4-1-03**    THROUGH **4-30-03**

| Physician | Telephone Number | Inmate No. |
|---|---|---|
| Alt. Physician | Alt. Telephone | |
| Allergies **NKDA** | Rehabilitative Potential | |
| Diagnosis | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: _Twilman_ | Title: **LR** | Date: **4-03** |
|---|---|---|---|---|
| PATIENT **Thomas Bart** | | **178628** Dob 5 at | PATIENT CODE | ROOM NO. | BED | FACILITY CODE |

PHS066

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Colace 100mg PO QD x 2wks
10-24-02 —— 11-7-02

Warburg    tw

Zantac 150mg PO BID x 2wks
10-24-02 —— 11-7-02

Warburg    tw

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR              THROUGH

Physician  Warburg          November 2002        Telephone Number              Inmate No.

Alt. Physician                                    Alt. Telephone

Allergies                                         Rehabilitative
                                                  Potential

Diagnosis  UKDA

Medicaid Number     Medicare Number     Complete Entries Checked
                                        By: allkyben     Title:        Date: 10-27-02

PATIENT  Thomas Bassey

PATIENT CODE  178628     ROOM NO.     BED   FACILITY CODE  VBF

PFS: NAPHCAR-6

PHS067

# MEDICATION ADMINISTRATION RECORD

**NaphCare**

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|
| Metamucil 1 tsp PO 'm liquid prn q day | 0900 0900 | |
| Xluk MsKing /AMarsh 10-15-02 10-22-02 | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| MagCitrate po x1bottle today MsKing /AMarsh LR 10-15-02 | New | |
| Dulcolax suppx1 per rectum today MsKing AMarsh LR 10-15-02 | 3P | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Dulcolax tabs ii po this pm x1 Ms King / AMarsh LPN 10-15-02 | 3P | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Enema x 1 Darbouze/CH 10-20-02 | 1215 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Tylenol tabs iii PO TID PRN X 3 days Darbouze/CH 10-20-02 | 4A 9A 4P | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Maalox ii tabs PO TID X 3 days Darbouze/CH 10-20-02 | 4A 9A 4P | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Tylenol 325mg iii PO Tid PRN X5 days 10/22/02 - 10/26/02 Darbouze /DH | 4A 9A 4P | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Maalox ii PO Tid PRN X5 days - 10/26/02 10/22/02 Darbouze /DH | 4A 9A 4P | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10-15-02 THROUGH 10-31-02

Physician Dr Darbouze

Alt. Physician Ms Key / Dr Benkette

Allergies NKDA

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No. 178628

Thomas Barry

| Medicaid Number | Medicare Number | Complete Entries Checked | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |
| PATIENT Thomas Barry | | PATIENT CODE 178628 | ROOM NO. | BED | FACILITY CODE VCK |

PHS068

# MEDICATION
# ADMINISTRATION RECORD  NaphCare

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Colace 100mg PO QD x 2weeks 10-24-02 — 11-7-02 Dr Darbouze (illegible) | 4A | 7ⓐⓐⓐⓐⓐ |
| | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 | |
| Zantac 150mg PO BID x 2weeks 10-24-02 — 11-7-02 Dr Darbouze (illegible) | 4A 4P | 7ⓐⓐⓐⓐⓐ 7ⓐⓐⓐⓐⓐ |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|

**CHARTING FOR** THROUGH

| | | |
|---|---|---|
| Physician Darbouze | October 2002 | Telephone Number |
| Alt. Physician | | Alt. Telephone |
| Allergies NKDA | | Rehabilitative Potential *page II of II* |
| Diagnosis | | Inmate No. |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| Medicaid Number | Medicare Number | Complete Entries Checked By: (signature) | Title: | Date: 10-24-02 |
|---|---|---|---|---|
| PATIENT Thomas, Barry | | PATIENT CODE 178628 | ROOM NO. | BED | FACILITY CODE VCF |

PFS: NAPHCAR-0

PHS069

**BioReference**
LABORATORIES

| | 104994572-6   THOMAS, BARRY |
|---|---|

| D O C T O R | EASTERLING CORR. FACILITY<br>200 WALLACE DR.                    FX<br>CLIO, AL  36017<br>(334) 397-4471    (A0113-4) | THOMAS, BARRY | THOMAS, BARRY |
|---|---|---|---|
| | | THOMAS, BARRY | THOMAS, BARRY |

-FINAL- Original Report 07/03/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| THOMAS, BARRY | 178628 | DR. DARBOUZE |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104994572 | 07/02/2007 | 07/03/2007 09:45 | 7/3/2007 14:49 | 40 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Comment :
  NONFASTING

------------------------------* CHEMISTRY *------------------------------

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Total Protein | 7.8 | | 5.9-8.4 | gm/dl |
| Albumin | 5.0 | | 3.2-5.2 | gm/dl |
| Globulin | 2.8 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.8 | | 1.1-2.9 | |
| Glucose | | 116 HI | 70-109 | mg/dL |
| Sodium | 145 | | 133-145 | mmol/L |
| Potassium | 4.2 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 23 | | 21-29 | mmol/L |
| BUN | 11 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 11 | | 10-28 | |
| Calcium | 9.9 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | 117 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 204 | | 94-250 | u/l |
| Alk Phos | 72 | | 39-120 | u/l |
| AST (SGOT) | 22 | | < 37 | u/l |
| Phosphorous | 3.4 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 21 | | < 40 | u/L |
| G-GTP | 17 | | 7-51 | u/L |

****************************************************************************
* GFR, Estimated = 87.68 mL/min/1.73m2

****************************************************************************

                    Continued on Next Page                    Page: 1

James Weisberger, M.D.

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

PHS070

**BioReference LABORATORIES**

| | |
|---|---|
| 104994572-6  THOMAS, BARRY | |
| THOMAS, BARRY | THOMAS, BARRY |
| THOMAS, BARRY | THOMAS, BARRY |

**DOCTOR**
EASTERLING CORR. FACILITY
200 WALLACE DR.                    FX
CLIO, AL  36017
(334) 397-4471    (A0113-4)

-FINAL- Original Report 07/03/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| THOMAS, BARRY | 178628 | DR. DARBOUZE |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104994572 | 07/02/2007 | 07/03/2007 09:45 | 7/3/2007 14:49 | 40 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

------------------------* CARDIOVASCULAR/LIPIDS *------------------------

| | | | | |
|---|---|---|---|---|
| Cholesterol | 175 | | < 200 | mg/dl |
| Triglycerides | 140 | | < 151 | mg/dl |
| HDL CHOL., DIRECT | 60 | | >35 | mg/dl |
| HDL as % of Cholesterol | 34 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 2.92 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.45 | | 0-3.55 | |
| LDL Cholesterol | 87 | | < 100 | mg/dL |

----------------------------* HEMATOLOGY *----------------------------

| | | | | |
|---|---|---|---|---|
| WBC | 11.7 | | 3.40-11.80 | x10(3) |
| RBC | 5.9 | | 4.20-5.90 | x10(6) |
| HGB | | 17.9 HI | 12.3-17.0 | gm/dl |
| HCT | | 53.5 HI | 39.3-52.5 | % |
| MCV | 90.2 | | 80.0-100.0 | FL |
| MCH | 30.2 | | 25.0-34.1 | pg |
| MCHC | 33.5 | | 30.0-35.0 | gm/dl |
| RDW | 13.4 | | 10.9-16.9 | % |
| POLYS | 77 | | 36-78 | % |
| POLYS - COUNT,ABS | 9009 | | 1224-9204 | |
| LYMPHS | 15 | | 12-48 | % |
| LYMPHS - COUNT,ABS | 1755 | | 408-5664 | |
| EOS | 1 | | 0-8 | % |
| EOS - COUNT,ABS | 117 | | 34-944 | |
| BASOS | 0 | | 0-2 | % |
| BASOS - COUNT,ABS | 0 | | 0-236 | |
| MONOS | 7 | | 0-13 | % |
| MONOS - COUNT,ABS | 819 | | 170-1416 | |
| Platelet Count | 250 | | 144-400 | x10(3) |

Continued on Next Page                    Page: 2

James Weisberger, M.D.

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

PHS071

**B·R**
**BioReference**
LABORATORIES

| D O C T O R | EASTERLING CORR. FACILITY<br>200 WALLACE DR.          FX<br>CLIO, AL  36017<br>(334) 397-4471    (A0113-4) |
|---|---|

104994572-6   THOMAS, BARRY

THOMAS, BARRY          THOMAS, BARRY

THOMAS, BARRY          THOMAS, BARRY

-FINAL- Original Report 07/03/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| THOMAS, BARRY | 178628 | DR. DARBOUZE |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104994572 | 07/02/2007 | 07/03/2007 09:45 | 7/3/2007 14:49 | 40 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

---------------------------* MISCELLANEOUS *----------------------------

| PSA 3rd.GEN. | 0.731 | | <4.0 ng/mL |

*******************************************************************
The PSA assay should not be the only test used for diagnostic
purposes.  Additional evaluation using DRE, ultrasound, TUR or
similar procedures may be used for this purpose.  Predictions
of disease recurrence should not be based solely upon values
obtained from serial PSA values obtained on the patient.
PSA method: Roche Diagnostics/electrochemiluminescence Immunoassay.

Final Report                                    Page: 3

James Weisberger, M.D.

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

PHS072

AL

DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Easterling

Name: THOMAS-BALLY

State ID No: 178 628

DOB: 11-20-66

Race: W        Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dawson | 7-2-07 | | X | | |

HISTORY/DIAGNOSIS: ✱ Best to Pt ability ✱

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | X HIP RT & LT. | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | X LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Thomas

### REPORT

LUMBAR SPINE:   There is slight scoliosis of the spine with the curve directed to the left.  The curvature measures approximately 10 degrees. The vertebral body heights are maintained.   No significant disc space narrowing is detected.
IMPRESSION:  MILD SCOLIOSIS.

BOTH HIPS:   The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION:  NEGATIVE STUDY.

D & T: 07-03-07 Thomas J. Payne, III, M.D./km Board Certified Radiologist (Signature on file)

| AY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
|---|---|---|

DR. DIST'S NAME (PRINT)         RADIOLOGIST'S SIGNATURE         DATE SIGNED

# BIOREFERENCE LABORATORIES

**481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407**
**1-800-229-LABS**

| DOCTOR | | |
|---|---|---|
| EASTERLING CORR. FACILITY | | |
| 200 WALLACE DR. | | |
| CLIO, AL  36017 | DOB: 11/20/1966 | |
| (334) 397-4471    (A0113-4) | | |

-FINAL- Original Report 07/03/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | | |
|---|---|---|---|---|---|
| THOMAS, BARRY | 178628 | DR. DARBOUZE | | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 104994572 | 07/02/2007 | 07/03/2007  09:45 | 7/3/2007  12:30 | 40 Y | M |

Test Description          Result      Abnormal      Reference Range

    Comment :
            NONFASTING

------------------------------* CHEMISTRY *------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.8 | | 5.9-8.4 | gm/dl |
| Albumin | 5.0 | | 3.2-5.2 | gm/dl |
| Globulin | 2.8 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.8 | | 1.1-2.9 | |
| Glucose | | 116 HI | 70-109 | mg/dL |
| Sodium | 145 | | 133-145 | mmol/L |
| Potassium | 4.2 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 23 | | 21-29 | mmol/L |
| BUN | 11 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 11 | | 10-28 | |
| Calcium | 9.9 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | 117 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 204 | | 94-250 | u/l |
| Alk Phos | 72 | | 39-120 | u/l |
| AST (SGOT) | 22 | | < 37 | u/l |
| Phosphorous | 3.4 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 21 | | < 40 | u/L |
| G-GTP | 17 | | 7-51 | u/L |

*****************************************************************************
* GFR, Estimated = 87.68 mL/min/1.73m2

*****************************************************************************

                    Continued on Next Page                    Page: 1

James Weisbarger, M.D.
Laboratory Director

PHS074

# BIOREFERENCE LABORATORIES

481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407
1-800-229-LABS

**DOCTOR**
EASTERLING CORR. FACILITY
200 WALLACE DR.
CLIO, AL 36017
(334) 397-4471   (A0113-4)

DOB: 11/20/1966

-FINAL- Original Report 07/03/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | | |
|------|------|------|------|------|------|
| THOMAS, BARRY | 178628 | DR. DARBOUZE | | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 104994572 | 07/02/2007 | 07/03/2007 09:45 | 7/3/2007 12:30 | 40 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|------|------|------|------|------|

`------------------------* CARDIOVASCULAR/LIPIDS *------------------------`

| | | | | |
|------|------|------|------|------|
| Cholesterol | 175 | | < 200 | mg/dl |
| Triglycerides | 140 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 60 | | >35 | mg/dl |
| HDL as % of Cholesterol | 34 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 2.92 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.45 | | 0-3.55 | |
| LDL Cholesterol | 87 | | < 100 | mg/dL |

`------------------------* HEMATOLOGY *------------------------`

| | | | | |
|------|------|------|------|------|
| WBC | 11.7 | | 3.40-11.80 | x10(3) |
| RBC | 5.9 | | 4.20-5.90 | x10(6) |
| HGB | | 17.9 HI | 12.3-17.0 | gm/dl |
| HCT | | 53.5 HI | 39.3-52.5 | % |
| MCV | 90.2 | | 80.0-100.0 | FL |
| MCH | 30.2 | | 25.0-34.1 | pg |
| MCHC | 33.5 | | 30.0-35.0 | gm/dl |
| RDW | 13.4 | | 10.9-16.9 | % |
| POLYS | 77 | | 36-78 | % |
| POLYS - COUNT,ABS | 9009 | | 1224-9204 | |
| LYMPHS | 15 | | 12-48 | % |
| LYMPHS - COUNT,ABS | 1755 | | 408-5664 | |
| EOS | 1 | | 0-8 | % |
| EOS - COUNT,ABS | 117 | | 34-944 | |
| BASOS | 0 | | 0-2 | % |
| BASOS - COUNT,ABS | 0 | | 0-236 | |
| MONOS | 7 | | 0-13 | % |
| MONOS - COUNT,ABS | 819 | | 170-1416 | |
| Platelet Count | 250 | | 144-400 | x10(3) |

Continued on Next Page

Page: 2

James Walsbarger, M.D.
Laboratory Director

# BIOREFERENCE LABORATORIES

**481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407**
**1-800-229-LABS**

| DOCTOR | |
|---|---|
| EASTERLING CORR. FACILITY<br>200 WALLACE DR.<br>CLIO, AL   36017<br>(334) 397-4471    (A0113-4) | DOB: 11/20/1966<br><br>-FINAL- Original Report 07/03/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | | |
|---|---|---|---|---|---|
| THOMAS, BARRY | 178628 | DR. DARBOUZE | | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 104994572 | 07/02/2007 | 07/03/2007 09:45 | 7/3/2007 12:30 | 40 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

---------------------------* MISCELLANEOUS *-----------------------------

PSA 3rd.GEN.              0.731                      <4.0 ng/mL

*********************************************************************
The PSA assay should not be the only test used for diagnostic
purposes.  Additional evaluation using DRE, ultrasound, TUR or
similar procedures may be used for this purpose.  Predictions
of disease recurrence should not be based solely upon values
obtained from serial PSA values obtained on the patient.
PSA method: Roche Diagnostics/electrochemiluminescence Immunoassay.

                        Final Report                          Page: 3

James Weisberger, M.D.
Laboratory Director



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 6/28/07
11:00 pm

### URINALYSIS

LEUKOCYTES ___ Neg

NITRITE ___ Neg

UROBILINOGEN ___ Normal

PROTEIN ___ Neg

pH ___ 5

BLOOD ___ Neg

SPEC. GRAVITY ___ 1.015

KETONE ___ Neg

GLUCOSE ___ Neg

HCG ___

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Thomas Barry | 178628 | 11/20/66 | w/m | Easter... |

## LABORATORY REPORTS

PHS-MD-70012

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

DATE OF REPORT: 5/30/2006
TIME OF REPORT: 2:15 PM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| 131/178628 | *Berry* ~~DAWY~~ THOMAS | Easterling |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 5/22/06 | 8:30 AM | | 5/26/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NT | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NT | | NEGATIVE (NEG) |
| GLUCOSE | NT | | NEGATIVE (NEG) |
| KETONES | NT | | NEGATIVE (NEG) |
| BILIRUBIN | NT | | NEGATIVE (NEG) |
| BLOOD | NT | | < 5 RBC/MCL (NEG) |
| NITRITE | NT | | NEGATIVE (NEG) |
| UROBILINOGEN | NT | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NT | | NEGATIVE (NEG) |

* NT = Not Tested

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

PHS078

**LabCorp**

| Specimen # | Type | Primary Lr | Report Status | | |
|---|---|---|---|---|---|
| 335-297-0191-0 | G | MB FINAL | PG 2 | | |

Additional Information

DOB:
11/20/66

CD- 51622954646

Clinical Information: 12/01/04  07:11 ET

| Physician ID | Patient ID |
|---|---|
| DARBOUZE | 179628 |

Patient Name: THOMAS, BARRY     Sex: M     Age (Yr/Mos): 038/00

Account
Easterling Corr. Facility      01488853
Prison Health Services          01
200 Wallace Dr.                 01
Clio          , AL  36017-0010
334-397-4471   ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 11/29/04 | 11/30/04 | 12/01/04 | 3149 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | 1/2 Avg.Risk | 3.4 | 3.3 |
| | | | Avg.Risk | 5.0 | 4.4 |
| | | | 2X Avg.Risk | 9.6 | 7.1 |
| | | | 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| | | | | | |
|---|---|---|---|---|---|
| Thyroid | | | | | ME |
| TSH | 2.371 | | uIU/mL | 0.350 - 5.500 | ME |
| Thyroxine (T4) | 5.9 | | ug/dL | 4.5 - 12.0 | ME |
| T3 Uptake | 37 | | % | 24 - 39 | ME |
| Free Thyroxine Index | 2.2 | | | 1.2 - 4.9 | ME |
| | | | | | ME |
| BC, Platelet Ct, and Diff | | | | | ME |
| White Blood Cell (WBC) Count | 6.2 | | x10E3/uL | 4.0 - 10.5 | ME |
| Red Blood Cell (RBC) Count | 5.23 | | x10E6/uL | 4.10 - 5.60 | ME |
| Hemoglobin | 15.9 | | g/dL | 12.5 - 17.0 | ME |
| Hematocrit | 46.8 | | % | 36.0 - 50.0 | ME |
| MCV | 89 | | fL | 80 - 98 | ME |
| MCH | 30.4 | | pg | 27.0 - 34.0 | ME |
| MCHC | 34.0 | | g/dL | 32.0 - 36.0 | ME |
| RDW | 13.4 | | % | 11.7 - 15.0 | ME |
| Platelets | 181 | | x10E3/uL | 140 - 415 | ME |
| Neutrophils | 51 | | % | 40 - 74 | ME |
| Lymphs | 36 | | % | 14 - 46 | ME |
| Monocytes | 9 | | % | 4 - 13 | ME |
| Eos | 3 | | % | 0 - 7 | ME |
| Basos | 1 | | % | 0 - 3 | ME |
| Neutrophils (Absolute) | 3.2 | | x10E3/uL | 1.8 - 7.8 | ME |
| Lymphs (Absolute) | 2.2 | | x10E3/uL | 0.7 - 4.5 | ME |
| Monocytes (Absolute) | 0.6 | | x10E3/uL | 0.1 - 1.0 | ME |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | ME |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | ME |

LAB: MB LabCorp Birmingham          DIRECTOR: Arthur Kelly, MD
1801 First Avenue South Birmingham, AL 35233-0000

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-3500
LAST PAGE OF REPORT

THOMAS, BARRY     PATID: 179628     REPORT     SPEC DATE: 11/30/2004

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

PHS079

LabCorp

Specimen #    Type    Priority LP    Report Status
330-397-2191-0    8    05    FINAL    04

Additional Information

DOB: 11/20/66

CO: 51822054646

Clinical Information    12/01/04  07:11 ET

Physician ID    DARBOUZE    Patient ID    170629

Patient Name    THOMAS, BARRY    Sex    M    Age (Yr/Mos)    038/00

Account

Patient Address

Easterling Corr. Facility    01488859
Prison Health Services    01
200 Wallace Dr.    01
Clio    , AL  36017-0010
334-397-4471    BLN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 11/29/04 | 11/30/04 | 12/01/04 | 3149 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MP12+LP+TP+TSH+GAC+CBC/D/Plt | | | | | ME |
| hemistries | | | | | |
| Glucose, Serum | 93 | | mg/dL | 65 - 99 | ME |
| Uric Acid, Serum | 5.8 | | mg/dL | 2.4 - 8.2 | ME |
| BUN | 12 | | mg/dL | 5 - 26 | ME |
| Creatinine, Serum | 0.7 | | mg/dL | 0.5 - 1.5 | ME |
| BUN/Creatinine Ratio | 17 | | | 8 - 27 | |
| Sodium, Serum | 141 | | mmol/L | 135 - 148 | ME |
| Potassium, Serum | 3.8 | | mmol/L | 3.5 - 5.5 | ME |
| Chloride, Serum | 103 | | mmol/L | 96 - 109 | ME |
| Calcium, Serum | 9.4 | | mg/dL | 8.5 - 10.6 | ME |
| Phosphorus, Serum | 5.1 | H | mg/dL | 2.5 - 4.5 | ME |
| Protein, Total, Serum | 7.2 | | g/dL | 6.0 - 8.5 | ME |
| Albumin, Serum | 4.4 | | g/dL | 3.5 - 5.5 | ME |
| Globulin, Total | 2.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | ME |
| Alkaline Phosphatase, Serum | 72 | | IU/L | 25 - 150 | ME |
| LDH | 161 | | IU/L | 100 - 250 | ME |
| AST (SGOT) | 24 | | IU/L | 0 - 40 | ME |
| ALT (SGPT) | 27 | | IU/L | 0 - 40 | ME |
| GGT | 25 | | IU/L | 0 - 65 | ME |
| Iron, Serum | 114 | | ug/dL | 40 - 155 | ME |
| | | | | | ME |
| ipids | | | | | ME |
| Cholesterol, Total | 253 | H | mg/dL | 100 - 199 | ME |
| Triglycerides | 348 | H | mg/dL | 0 - 149 | ME |
| HDL Cholesterol | 47 | | mg/dL | 40 - 59 | ME |
| VLDL Cholesterol Cal | 70 | H | mg/dL | 5 - 40 | ME |
| LDL Cholesterol Calc | 136 | H | mg/dL | 0 - 99 | ME |

Comment
    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors and refer to the ATP-III table below.

    Risk Category LDL Goal LDL Level (mg/dL)    LDL Level (mg/dL)
        mg/dL    at which to initiate    at which to
            Therapeutic Lifestyle    consider Drug
            Changes (TLC)    Therapy

    CHD    <100    >100    >or=130
    2+  Risk Factors    <130    >or=130    >or=130
    0-1 Risk Factors    <160    >or=160    >or=190
T. Chol/HDL Ratio    5.4    H ratio units    0.0 - 5.0
Estimated CHD Risk    1.1    H times avg.    0.0 - 1.0
                    T. Chol/HDL Ratio
                    Mean  Women

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved.

THOMAS, BARRY    PATID: 173629    SPEC DATE: 11/30/2004

PHS080

Elba

LabCorp

279-397-0312-0 | S | MB | FINAL | PG 2 | 00 1

Additional Information

DOB: 11/20/66

Clinical Information 10/06/04 09:28 ET

Physician ID

CD- 51619533784

Patient ID 178628

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| THOMAS, BARRY | M | 037/10 |

Account

Easterling Corr. Facility 01498855
Prison Health Services 01
200 Wallace Dr. 01
Clio , AL 36017-0010
334-397-4471 ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 10/05/04 | 10/05/04 | 10/06/04 | 2763 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | 1/2 Avg.Risk | | 3.4 | 3.3 | |
| | Avg.Risk | | 5.0 | 4.4 | |
| | 2X Avg.Risk | | 9.6 | 7.1 | |
| | 3X Avg.Risk | | 23.4 | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio. Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of pre-mature CHD.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Thyroid | | | | | MB |
| TSH | 2.837 | | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 5.8 | | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 35 | | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.0 | | | 1.2 - 4.9 | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| White Blood Cell (WBC) Count | 6.1 | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.32 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 16.3 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 47.8 | | % | 36.0 - 50.0 | MB |
| MCV | 90 | | fL | 80 - 98 | MB |
| MCH | 30.6 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.0 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.9 | | % | 11.7 - 15.0 | MB |
| Platelets | 194 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 57 | | % | 40 - 74 | MB |
| Lymphs | 31 | | % | 14 - 46 | MB |
| Monocytes | 8 | | % | 4 - 13 | MB |
| Eos | 3 | | % | 0 - 7 | MB |
| Basos | 1 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 3.5 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.9 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 0.5 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | MB |
| Please note | | | | | MB |

The date and/or time of collection was not indicated on the requisition as required by state and federal law. The date of receipt of the specimen was used as the collection date if not supplied.

LAB: MB LabCorp Birmingham      DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

PHS081

AL

E.2-6A

DEPARTMENT OF CORRECTIONS

Name: *Thomas - Barry*

State ID No: *178628*

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: *Easterling*

DOB *11-20-66*

Race: *W*    Sex: *M*

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| *DAdams* | *6-8-07* | | X | *6-11-07 Officer Gowan* | |

HISTORY/DIAGNOSIS:

TI 756
TO 1000
NO SHOW

| X-RAY REQUEST | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | X LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Thomas

REPORT

LUMBAR SPINE:  The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION:  NORMAL STUDY.

D & T: 06-13-07  Maurice H. Rowell/rr  Board Certified Radiologist (Signature on file)

A 6/14/07

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

6-12-07

DATE, TIME  EXAM PERFORMED

PHS082

**AL** DEPARTMENT OF CORRECTIONS

Name: _Thomas Bawy_

State ID No: _178628_

RADIOLOGY SERVICES REQUEST AND REPORT

DOB: _11-20-66_

INSTITUTION: _Easklin_

Race: _W/m_     Sex: _____

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr Dabouze | 11-18-05 | | | | |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | X LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Thomas

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D & T: 11-28-05  Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file) p

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
|---|---|---|

RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED

PHS083

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _BARRY R. THOMAS_ Date of Request: _1-31-2001_

ID #: _178628_ Date of Birth: _11-20-66_ Housing Location: _KFD-71_

Nature of problem or request: _TOOTH FILLING HAS CHIPPED IN_
_A FRONT TOOTH._

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan: RYC
of Feb. 23, 2001 At 1:00pm

Refer to: ____ PA/Physician ____ Mental Health __✓__ Dental

Signature: _M. Squire_ Title: _RDH_ Date: _2-1-01_ Time: _9 30 AM_

CMS 7166 REV. 10/94

PHS084

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry Thomas_ _____ Date of Request: _11-29-98_

ID #: _178628_ _____ Date of Birth: _11-20-66_ _ Housing Location: _K - 71_

Nature of problem or request: _Filling came out of a front tooth._

I consent to be treated by health staff for the condition described.

_Barry L. Thomas_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:    RTC
         for

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _E. Prouty_ _____ Title: _PA_ _ Date: _11/30/98_ Time: _10:55 Am_

CMS 7166 REV. 10/94

# CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry R. Thomas_ Date of Request: _8-5-98_

ID #: _178628_ Date of Birth: _11-20-66_ Housing Location: _KCB-19_

Nature of problem or request: _Filling fell out of a front tooth._

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan: RTC for FP

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _E. Vowdly_ Title: _DA_ Date: _8-6-98_ Time: _9:25 Am_

CMS 7166 REV. 10/94

PHS086

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry R. Thomas_ Date of Request: _Jan. 6, 1998_

ID #: _178628_ Date of Birth: _11-20-66_ Housing Location: _KCB-19_

Nature of problem or request: _Need teeth cleaned_

_____

_____

_____

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:

R4C
px

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _M Squire_ Title: _RDH_ Date: _1-6-98_ Time: _____

CMS 7166 REV. 10/94

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry A. Thomas_    Date of Request: _1-1-97_

ID #: _178628_    Date of Birth: _11-20-96_    Housing Location: _KCB-19_

Nature of problem or request: _I would like an appointment to_
_have my teeth cleaned. (I'll be at print shop dental call)_
_Thank you_

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HEALTH CARE DOCUMENTATION

Subjective:

Objective:  BP _____  P _____  R _____  T _____

Assessment:

Plan:
RTC
px

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _M. Squire_    Title: _RDH_    Date: _1-2-97_  Time: _____

CMS 7166 REV. 10/94

PHS088



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, *BARRY THOMAS*                    *178628*
   (Print Name)                      (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )  Splint

(   )  Eyeglasses

(   )  Dentures

(   )  Prothesis     describe _____

(   )  Wheelchair

(   )  Cane

( X )  Crutches    *X 1 week   STAT 7-2-07*   *Return 7/9/07*

(   )  Other      describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

*Barry Thomas  178628*      *7/2/07*
   (Inmate)                        (Date)

_____      *7-2-07*
   (Witness)                       (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| *THOMAS - BARRY* | *178628* | *11-20-66* | *W/m* | *EAST.* |

PHS-MD-70005      (White – Medical File, Yellow – Security Property Officer)

PHS089

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _7-2-07_

**To:** _Doc_

**From:** _HCu_

**Inmate Name:** _BARRY THOMAS_        **ID#:** _178628_

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:**

_C RuTches X /week_

_STAT 7-2-07  STop 7-9-07_

**Date:** _7-2-07_  **MD Signature:** _Dr DAluge /R.Awln_        **Time:** _12 10/7_

60418

_Barry Thomas 178628_

PHS090



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Barry Thomas_

Date of Birth: _11/20/66_          Social Security No.: _____

Date: _6/22/07_          Time: _715_          A.M. / P.M.

This is to certify that I, _Barry Thomas_ , currently in
(Print Inmate's Name)

custody at the _Easterling_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _refuses MD appt._
(Specify in Detail)

_on 6/22/07_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Barry Thomas_
(Signature of Inmate)**

_S Bushi PN_
(Signature of Medical Person)

_____
(Witness)

_____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*EZ-6A*

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Thomas, Bamy_

Date of Birth: _11/20/66_     Social Security No.: _178628_

Date: _6-14-A_     Time: _9:00_     A.M. **P.M.**

This is to certify that I, _Thomas, Bamy_ , currently in
(Print Inmate's Name)

custody at the _ECF_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick call no shows_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Refusal to sign_
(Signature of Inmate)**          (Signature of Medical Person)

(Witness)          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PHS092



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _____*BARRY R. THOMAS*_____ *178628*_____
　　(Print Name)　　　　　　　　　　　　　　　　　(Doc#)

acknowledge receipt of the following medical equipment or appliance:

*Collected*
*6/18/07*
*PS*

(　　) Splint

(　　) Eyeglasses

(　　) Dentures

(　　) Prothesis　　describe _____

(　　) Wheelchair

(　　) Cane

(　✗　) Crutches

(　　) Other　　describe _*1 Crutch + 1 week*_____
　　　　　　　　　　　　　　　*6/8/07 — 6/15/07*

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____*Barry Thomas*_____　　　　_*6/15/07*___
　(Inmate)　　　　　　　　　　　　　　(Date)

_____　　　　_*6/15/07*___
　(Witness)　　　　　　　　　　　　　　(Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| *THOMAS    BARRY* | *178628* | *11/20/66* | *W/M* | *Easterl* |

PHS-MD-70005　　　　**(White – Medical File, Yellow – Security Property Officer)**

PHS093



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _6-8-07_

**To:** _Doc_

**From:** _Hcu_

**Inmate Name:** _THOMAS - BARR_     **ID#:** _178628_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until_____

5.  Other _____

**Comments:**

_CRUTCH X 1WEEK_

_STAT 6-8-87    STOP 6-15-07_

_____

_____

_____

**Date:** _6-8-07_  **MD Signature:** _Dr DAg /Dw_     **Time:** _1³²_

60418

X _Barry Thoms_

PHS094

**PHS**
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 6/18/07 | TIME 4:50 ☑AM ☐PM | ORIGINATING FACILITY ECF ☐SIR ☐PDL ☐ESCAPEE | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|

ALLERGIES NKDA

| CONDITION ON ADMISSION ☐GOOD ☑FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |

VITAL SIGNS: TEMP 97.5 ☑ORAL ☐RECTAL   RESP. 20   PULSE 76   B/P 122/78   RECHECK IF SYSTOLIC <100>50

**NATURE OF INJURY OR ILLNESS**

S - "My lower back pain is getting worse. I can hobble enough in the afternoon to make it to pill call & chow but it's impossible to do it in the a.m. anymore" - states did not fall - just unable to walk.

O - I/M to HCU via stretcher, Skin w/d, resp even & unlabored. C/o pain (L) ↓ back

**PHYSICAL EXAMINATION**

down mid posterior (L) leg down to ankle. Muscle tight in (L) ↓ back. Placed in infirmary via W/C - I/M going to (R) in W/C. States is unable to sit upright for more than a few minutes.

A - alt comfort

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P - Give a.m. meds - hold in infirmary until seen by MD this a.m. | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE J Smith | DATE 6/8/07 | PHYSICIAN'S SIGNATURE | DATE 6/8/07 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Thomas, Barry | DOC# 186208 | DOB 11-20-66 | R/S W/M | FAC. ECF |

PHS-MD-70007    **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS095



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6-5-07

**To:** Doc

**From:** PHS

**Inmate Name:** Thomas Bawy     **ID#:** 178618

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Bottom Bunk Profile X 2wks

6-5-07 → 6-19-07

**Date:** 6-5-07   **MD Signature:** VO Dr Dubose/sm   **Time:** 12:35p

60418

Barry Thomas 178628

PHS096

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5-30-07

**To:** DOC - Easterling

**From:** HCU

**Inmate Name:** Thomas, Barry          **ID#:** 178628

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Continue Bottom Bunk profile until seen by MD on 6-5-07.

_____

_____

_____

**Date:** 5-30-07   **MD Signature:** VO Dr Dubuse /Williamlts, RN   **Time:** 5:50 pm

60418

X Barry Thomas

PHS097



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _BARRY THOMAS_

Date of Birth: _11-20-66_                Social Security No.: _A-IS# 178628_

Date: _5-29-07_                Time: _800_                A.M.
~~P.M.~~

This is to certify that I, _Barry Thomas_ , currently in
                                    (Print Inmate's Name)

custody at the _Easterling_ , am refusing to
                            (Print Facility's Name)

accept the following treatment/recommendations: _Sick Call 5-29-07_
                                                        (Specify in Detail)

_____

_____

    I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Barry Thomas 178628_                _____
        (Signature of Inmate)**                        (Signature of Medical Person)

_Jeannie Hill COI_                _____
        (Witness)                                    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PHS098

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 5/28/07 | TIME 8⁴⁵ ☑AM ☐PM | ORIGINATING FACILITY East ☐SIR ☐PDL ☐ESCAPEE | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |

| VITAL SIGNS: TEMP 97 ☑ORAL ☐RECTAL | RESP. 16 | PULSE 80 | B/P 124/80 | RECHECK IF SYSTOLIC <100> 50 ___/___ |

NATURE OF INJURY OR ILLNESS

S. I have Pressure on my Nerve. I can't put any pressure on my leg

O- Brought to H men Stretcher. A+O x3. Resp's ease. Able to overcome gravity c all ext. Able to flex & ext legs s difficulty. C/o pain to ① hip area. ☐ broken area or bruises noted site.

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

A alt in comfort
P Ambulates s assist to Infirmary For observation
11³⁰ Ambulating in Infirmary s assist. Gait steady. States I feel better the Pain comes & goes.
12¹⁰ Released to pop. Encouraged compliant s med tx.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 5/28/07 | TIME 12¹ ☑AM ☐PM | RELEASED/TRANSFERRED TO ☑DOC ☐AMBULANCE | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☑FAIR ☐CRITICAL |

| NURSE'S SIGNATURE Thomas | DATE | PHYSICIAN'S SIGNATURE | DATE 5/28/07 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Thomas Barry | DOC# 178648 | DOB 11-20-66 | R/S W/M | FAC. EC |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

PHS099

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _5-15-07_

**To:** _Doc_

**From:** _Hcu_

**Inmate Name:** _BARRY THOMAS_      **ID#:** _178628_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_BoTTom BuK PRoFile X 2weeks_

_STArt 5-15-07   STop 5-30-07_

_Barry R Thomas 178628_

**Date:** _5-15-07_  **MD Signature:** _Dr. Daz / Daw_      **Time:** _11 52 /am_

60418

PHS100



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Barry Thomas_

Date of Birth: _11/20/66_    Social Security No.: _# 178628_

Date: _5/3/07_    Time: _10:15_    A.M. / P.M.

This is to certify that _Barry Thomas_ , currently in
(Print Inmate's Name)

custody at the _ECF_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _No Show S/c_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____    _____
(Signature of Inmate)**    (Signature of Medical Person)

_____    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Ventress_

INSTITUTION

_Barry Thomas_          178628  W/m

NAME                    NUMBER    R/S

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

Instructions: _Return to the Hcu_
_10-15-02 @ 8³⁰am to_
_See Ms King_

**Failure to follow the directions above may result in a disciplinary.**

10-15-02          _Neal P_

Date Issued        Signature

_Barry Thomas_

F-53

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Ventress_

INSTITUTION

_Thomas, Barry_          178628

NAME                    NUMBER    R/S

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

Instructions: _To HCU on Wednesday_
_October 30, 2002 at 1³⁰pm_
_for follow up with Dr Darbouze._

**Failure to follow the directions above may result in a disciplinary.**

10-24-02          _Dr Darbouze / Alkfor_

Date Issued        Signature

_Barry Thomas_

F-53

PHS102

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

*VCF*
_____
**INSTITUTION**

*Thomas, Barry*          *178628*      *w/m*
_____ **NAME**      _____ **NUMBER**  **R/S**

Lay-in for _____ days from _____ to
                                              **(date)**

due to _____
       **(date)**

_____

_____

Instructions: *Return to HCU on Monday*
*7/22/02 at 1:30pm to*
*See MD*

*Failure to follow the directions above may result in a disciplinary.*

*7/19/02*                    *WD Strickland Jr*
**Date Issued**              **Signature**

                             *Barry L. Thomas*
F-53

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

*VCF*
_____
**INSTITUTION**

*Thomas Barry*          *178628*      *w/m*
_____ **NAME**      _____ **NUMBER**  **R/S**

Lay-in for _____ days from _____ to
                                              **(date)**

due to _____
       **(date)**

_____

_____

Instructions: *Slide profile for (1)one*
*week 7/23/02 to end 7/30/02*

*Failure to follow the directions above may result in a disciplinary.*

*7/22/02*                    *WD Strickland*
**Date Issued**              **Signature**

                             *Barry L. Thomas*
F-53

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

*VCF*

INSTITUTION

*Thomas Barry*                    *178628* *w/m*
　　　　NAME　　　　　　　　　　NUMBER　　R/S

Lay-in for _____ days from _____ to
　　　　　　　　　　　　　　　　　　(date)

_____ **due to** _____
　　(date)

Instructions: *Return to HCU*
*on Fri. 7/19/02*
*at 1:30pm for MD*
*appt.*

*Failure to follow the directions above may result in a disciplinary.*

*7/17/02*                    *Signature*
Date Issued

*Barry R. Thomas*

F-53

PHS104

N610

**ALABAMA DEPARTMENT OF CORRECTIONS**

*RECEIVING SCREENING FORM*

Inmate's Name: Thomas, Barry R    Date: 5-13-02 Time: 9:15 AM

DOB: 11-20-66  Officer: _____    Institution: VCF

*Receiving Officer's Visual Opinion*                              Yes    No

1. Is the inmate conscious? — ✓

2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? — ✓

3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? — ✓

4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? — ✓

5. Is the skin in poor condition or show signs of vermin or rashes? — ✓

6. Does the inmate appear to be under the influence of alcohol or drugs? — ✓

7. Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) — ✓

8. Is the inmate making any verbal threats to staff or other inmates? — ✓

9. Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? — ✓

10. Does the inmate have any obvious physical handicaps? — ✓

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? — ✓

12. Are you on any special diet prescribed by a physician? (if YES, what type?) — ✓

13. Do you have a history of venereal disease or abnormal discharge? — ✓

14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? — ✓

15. Have you ever attempted suicide? 3 times ① ② — ✓

(If YES, When? 1984, 1989, 1994 How? Valium overdose, handgun ③ overdose

16. Do you want to do any harm to yourself now? — ✓

PHS105

# ACCESS TO HEALTH CARE SERVICES
## NAPHCARE

All inmates have access to healthcare 24 hrs. a day, 7 days a week. Treatment for routine health services complaints is processed through nurse sick call. You must complete a sick call screening form for requested health care evaluation. Various doctor's clinics are held in the health unit Monday through Friday. If you are scheduled to be seen in a clinic you will be advised by facility daily newsletters routinely post notices of who is to report when and where for health care services. If you complete a sick-call form, please report to sick call the next business day, no later then 5:30am. Routine sick call will not be posted in the newsletter, but D.O.C. has a log of who has signed up for sick call. If you request health services and do not show for evaluation you must sign a refusal of treatment form. If a health services appointment/clinic or treatment has been set for you and you do not show you will also have to sign a refusal of treatment for. This is to let us know you have decided you are okay and no longer need to see us. Nurses are in house twenty-four hours a day seven days a week for rontine health services and programs. Nurses are also available for emergency care. Doctor's are on call twenty-four hours a day seven days's a week. In-house medical staff reviews medical services requested over the weekend and on holidays. If your request is noted to be of a nature that will not wait until the next regularly scheduled evaluation (triage) time, you will be called to the health unit for further follow-up during this time period other wise your request will be held until the next regularly scheduled evaluation process. Medical emergencies such as those involving intense pain, potential life threatening situations or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest correctional officer of an emergency so prompt access to health services is provided. Medications ordered for you by health services are to be picked up at the scheduled pill call/s established as the Doctor has ordered for you. If you fail to pick-up medications as expected you will be called for counseling. If you continue to fail to pick-up your medications you will be required to sign a refusal of treatment form. Remember that health services are a joint effort between the patient and the health car provider. We expect you to help us help you. Fee for services. You truly understand that no one would be denied access to health services because they are unable to pay the $3.00 co-pay fee. You will be seen and services will be provided that are appropriate and deemed necessary. Health services staff does not collect co-pay fees for health services nor do monies collected go to the medical provider. A nurse visit or doctor visit charge of $3.00 is the co-pay fee. If you do not have money in your PMOD account and you are accessed a charge you will have a negative balance in your until this is cleared. A negative balance will follow you from institution to institution upon transfer. When you seek health services you will be asked to sign the co-pay signature sheet. If it is deemed that you indeed do not owe for services your account will not be charged and if a false charge is made you will be refunded. Again we do have money and are eligible to be charged the co-pay fee this will occur. If the health unit initiates the request for you to be seen there is no charge. Educational in-services are routinely scheduled. Please attend and participate. Notice of in-services topics, dates and times will be published and posted in advance. Complaints against health care are attempted to be resolved as soon as possible and as reasonably as possible. You may obtain a complaint form from the same place you obtain sick call request slips and you may return these where you return your sick call request slips. If your complaint is not resolved when health services person speaks with you, you may file a grievance. This form will be given to you by the health person that has attempted to resolve the complaint. A complaint form must be initiated before a grievance form can be completed. Let your family and loved one's know health services will not disclose your medical care through conversations with them. If we are contacted you should know that we will review your health records but will have to let them know what you feel they should know about you. Understand, we will assure your family and loved one's you have health services available. We will also tell them that they must go through you or the Department of Corrections fro release if information and that you must go through the appropriate procedures and access health services and also follow medical service recommendations. Be compliant with

for your health providers. If we have had health services outside the prison setting and we do not have these records you will need to sign release of records forms so we can obtain copies for placement in your institutional health record. A physical is begun on you upon your arrival into the prison system. You will be notified yearly thereafter when you next physical is scheduled. Mental health services dental services; medical services, chronic care clinics and many other health services are available. We wish you a healthy stay. If you need medical services we want you to understand how these services are obtained. Certain over the counter medications are available to you through canteen purchase. Medical service is not involved in canteen operations. We follow doctor's orders when dispensing medication-dose and time. If over the counter medication is given by health services it is through the order of a doctor. Population pill call at this institution are scheduled as listed below. If you have medication ordered report to the pill call your medication is to be dispensed at.

3:00 AM          3:00PM
9:00 AM          6:00PM

segregation lock-up pill call times are as listed below. Your medication will be issued to you on medication rounds.
3:00 AM          2:30PM
8:00 AM

If you have a question request an answer.

_Barry Thomas 4-16-02_
INMATE SIGNATURE/ DATE

_[signature] 4/16_
WITNESS SIGNATURE/DATE

PHS107

1371198628

N610

## ALABAMA DEPARTMENT OF CORRECTIONS

### *RECEIVING SCREENING FORM*

Inmate's Name: _Thomas, Barry R_ Date: _3-8-02_ Time: _____

DOB: _11-20-66_ Officer: _____ Institution: _VCF_

| | *Receiving Officer's Visual Opinion* | Yes | No |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| 10. | Does the inmate have any obvious physical handicaps? | | ✓ |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | Yes | No |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. | Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 15. | Have you ever attempted suicide? | | ✓ |
| | (If YES, When? _____ How? _____ | | |
| 16. | Do you want to do any harm to yourself now? | | ✓ |

PHS108

|  | Yes | No | No Response |
|---|---|---|---|
| 17. Do you want to talk to a mental health counselor? | ___ | ✓ | ___ |
| 18. Are you allergic to any medication? | ___ | ✓ | ___ |
| 19. Have you recently fainted or had a head injury? | ___ | ✓ | ___ |
| 20. Do you have epilepsy? | ___ | ✓ | ___ |
| 21. Do you have a history of tuberculosis? | ___ | ✓ | ___ |
| 22. Do you have diabetes? | ___ | ✓ | ___ |
| 23. Do you have hepatitis? | ___ | ✓ | ___ |
| 24. Do you have a painful dental problem? | ___ | ✓ | ___ |
| 25. Do you have any medical problem we should know about? | ___ | ✓ | ___ |
| 26. Do you have a past alcohol or drug history? | ✓ | ___ | ___ |

What type? _alcohol_    How much use? _light_

For how long? _1 yr._    Last time used? _1993_

*Comments:*   (Unusual behavior, etc.)

_____

_____

*For the Officer:*

27. Was the new inmate briefed on sick/dental call procedures?    _yes_

28. This inmate was:   a. Released for normal processing    ✓

   b. Referred to appropriate health care unit    ✓

   c. Immediately sent to health care unit    _____

_M.A. Reynolds_
Officer's Signature

*Note:* This form is completed on inter and intra system transfers at receiving and will be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

_Barry R. Thomas 138628_
Inmate's Signature

PHS109



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/9/05

**To:** DOC

**From:** PHS

**Inmate Name:** Thomas Barry          **ID#:** 178628

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:**
No Prolong Standing x 2 weeks
12/9/05 - 12/23/05

**Date:** 12/9/05   **MD Signature:** John Darby / Ble   **Time:** 1:30 pm

X   Barry T. Thomas   178628                    60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11-18-05

**To:** Doc

**From:** PHS

**Inmate Name:** Thomas Barry          **ID#:** 178628

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**
NO Prolonged Standing Profile X 2
wks- 11-18-05 → 12-2-05

**Date:** 11-18-05 **MD Signature:** VO Dr Dabsure/ PHS **Time:** 9:00 Am

60418

Barry R. Thomas

PHS111

**PRISON HEALTH SERVICES**
**Alabama Department of Corrections**
**KOP Medication Protocol**

The KOP program will allow specific inmates to keep certain kinds of medications on their possession. If they are caught selling, trading, or not taking the medication correctly, they will be removed from the list and face possible disciplinary actions. The KOP medications will include formulary medications.

1.    The inmate will have in his possession the medication in blister pack. The inmate should take the medication as directed on the package sticker.

2.    The inmate is to bring the package to the infirmary when he gets down to the reorder row of pills so the nursing staff can pull the sticker off the card and reorder. If the inmate waits until they have finished the last row of pills before coming to the nurse, they are likely to run out before their order comes in. The card will be checked at this time against the MAR to determine if the number of pills remaining is accurate (not to many left, not to few). This will be noted by looking at the date the card was given. Each inmate is responsible for keeping their medication in a secure area. We will not be responsible for stolen medications.

3.    When the inmate receives their card of medication ,usually #30 tabs per card, they should pop them out in numerical order, i.e. #30, #29, etc.

4.    In order to be eligible for KOP, the inmate must have a good history of compliance and voice understanding of how this system works. They will not be eligible if their medication is insulin or a psychotropic medication, or has been known to be non-complaint in the past. The inmate will be required to come to the infirmary and sign a KOP agreement that we have formulated. At this time the staff will explain the procedure to the inmate and document that the information was explained and the individual can again sign that the program has been explained in its entirety.

5.    Once we have established the program, other will be free to request to be placed on KOP. If research finds that he will qualify, we will repeat the above with this individual.

6.    We will not place just anyone on KOP. The individual must have past history evaluated first. This program will not include out-patient or inpatient mental health inmates.

7.    Inmates may be requested to present for a medication check at any time to see that the correct number of pills are accounted for. The Medical Staff will be doing random checks for compliance.

8.    The inmate holds harmless PHS and its healthcare providers for incidents that may result from the inmate taking medication improperly, exchanging the medicine with other inmates, and consuming drugs/medication provided by other individuals that result in drug interactions.

**Inmate Signature:** _Roger Thomas_    **AIS#:** _178620_
**Nurse Signature:** _____    **Date:** _____

*NaphCare*

# Release of Responsibility

BARRY R. THOMAS                          4-25-03
Name of Inmate                           Date

178628     11-20-66
Inmate ID Number/Date of Birth


I hereby refuse to accept the following treatment / recommendations:

MD   appt.

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.


Barry R. Thoms                           S Bushul
Inmate Signature                         Witness


4/25/03  11A
Date / Time


The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.


_____         _____
Witness                                 Date / Time


_____
Witness


Release of Responsibility

NC025



# Release of Responsibility

Thomas Barry                                    Date 4/11/03
Name of Inmate

128628
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

Sick Call Screening

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Barry R. Thomas                              S Bushpn
Inmate Signature                              Witness

4-11-03
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

_____                      _____
Witness                                       Date / Time

_____
Witness

Release of Responsibility

NC025

HEALTH STATUS

Transferring
Facility: _Ventress_

Name _Thomas, Barry_
AIS _178628_
Age _____ Date of Birth _11-20-66_
Race _W_ Sex _M_

Date: _4-3-03_
Time _13 10_
Allergies _NKA_
Food Handler Approved Y/(N)

Current Acute Conditions/Problems: _____
Chronic Conditions/ Problems: _Co_ _____

Current Medications- Name, Dosage, Frequency, Duration:
        Acute short term medications _____

Chronic Long Term Medications _____

        Chronic Psychotropic Medications _____

Current Treatments: _____
Follow up care Needed _____

Last PPD _7-28-02_ Results _XX_ mms Last Physical _7 /30/ 02_
Chronic Clinics _____
Specialty Referrals _____
Significant Medical History _Constipation, Migraine HA_

Physical Disabilities/Limitations _____
Assistive Devices/Prosthetics _____ Glasses _____ Contacts _____
Mental Health History/Concerns _____

Substance abuse Y/N        Alcohol Y/N    Drugs Y/N    Signature/Title/Date
            Hx Suicide Attempt Date __/__/__     _MBcnefield f 4-3-03_
            Hx Psychotropic Medication
            Previous Psychiatric Hospitalizations

---

Transfer Reception Screening
Date _4-4-03_ Time _12 30_ am/ pm
S: Current complaint _N/A_

Current medications/Treatments
_N/A_

O Physical Appearance/Behavior _WT 168 lbs_
_WNL_
Deformities: Acute/Chronic _N/A_

_T98_ P _80_ R _18_ B/P _110/80_
A _well nourished white_
_male s current medical c/o_

P Disposition (Instructions: Check or
circle as appropriate)
_✓_ Routine sick call Instructions given
_✓_ Emergency referral
_____ HIV/TB Instructions given
_____ Physician referral
Urgent / Routine
_✓_ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

_Eaccess to
Healthcare
Handwashing
instructions_

Receiving Facility:
_East_

Signature/ Title:
_B Bracewell LPN_

NC 071

## EASTERLING CORRECTIONAL FACILITY
## PROCEDURE FOR ACCESS TO HEALTH CARE

Treatment for routine medical complaints and mental health complaints are processed through nurse screening seven days a week. Inmates must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. you need to place the screening form in the locked box located at the dining hall. All health service requests are subject to a $3.00 co-pay being deducted form your PMOD account, depending on the nature of your request. Forms for segregation inmates will be collected by nursing personnel on 4:00am medication rounds. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

Inmates on sick-call screening must report for screening or sign a refusal of treatment form declining care. Screening for population is held on 1st shift at approximately 7:00am. Screening for segregation is held during the morning pill call rounds. Sick-call screening is held Sunday through Friday.

Pill call times for this institution are as follows:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

You are required to sign up for Dental sick call using the same procedure as medical sick call. Population and Segregation Dental Screenings are held weekly on Monday evenings at 1:00pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

Your medical care is important. This is a joint effort between you and the Health Care Staff. Prescribed medications are to be picked up at pill-call, appointments kept, and education in services attended.

Comfort medications, such as cold medicine, headache medicine ect. are available in the canteen.

We ask that medical complaints against the Health Care Unit try and be resolved face to face. If concerns cannot be resolved verbally, a written complaint may be filed. You may get this form in the Health Care Unit. You must complete this form listing specifically the reason for dis-satisfaction, steps you have taken and the action requested to resolve the problem. Return this form to the Health Care Unit.

| _Barry F. Thomas_ | _178635_ | _4-4-03_ |
|---|---|---|
| Inmate Signature | AIS# | Date |

| _B. Bracewell LPN_ | _4/4/03_ | _12:35_ |
|---|---|---|
| Witness | Date | Time |

PHS116

N610

# ALABAMA DEPARTMENT OF CORRECTIONS

### RECEIVING SCREENING FORM

8/18/2002

Inmate's Name: _BARRY THOMAS_     Date: _6-16-95_  Time: _10:24am_

DOB: _3-22-75_  Officer: _BROWN_     Institution: _B.C.C.F._

| | | Yes | No |
|---|---|:---:|:---:|
| | _Booking Officer's Visual Opinion_ | | |
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | | |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | | |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | |
| 10. | Does the inmate have any obvious physical handicaps? | | |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | Yes | No |
|---|---|:---:|:---:|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | |
| 12. | Are you on any special diet prescribed by a physician? (if YES, what type?) | | |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | |
| 15. | Have you ever attempted suicide? | | |
| | (If YES, When? _____  How? _____ | | |
| 6. | Do you want to do any harm to yourself now? | | |

PHS117

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY ___KCF___ | ☐ EMERGENCY |
|---|---|---|---|
| 10-2-94 | 1125 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☑ OTHER |

ALLERGIES **NKA**

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP ___ ORAL RECTAL ___ RESP. ___ PULSE ___ B/P ___/___

RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S - Leaning back in chair
fell backward & hit his
head. Out for 1 second
Headache

**PHYSICAL EXAMINATION**

O - No contusion or hematoma
Noted

**ORDERS, MEDICATION, etc.**

P - Tylenol

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Sign for sick call if needed

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☐ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 10/02/94 | AM/PM | ☐ AMBULANCE | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| C Challvory | 10-2-94 | | | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Thomas, Barry | 27 | 11/20/66 | WM | 178638 |

F-15

ORIGINAL-MEDICAL RECORD YELLOW-TRANSFER AGENT

PHS118

C No10
787

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

INMATES NAME: THOMAS, BARRY        DATE: 10|3|94        TIME: 10:30 Am

DOB: 11.20.66    OFFICER: Ben Brow        INSTITUTION: BCCF

BOOKING OFFICERS VISUAL OPINION                    Yes        No

1.  Is the Inmate Conscious ?                                    (Yes)    ___

2.  Does the inmate have any obvious pain or bleeding/other symptoms
    suggesting the need for emergency services ?                ___      ___

3.  Are there any visible signs of trauma or illness requiring immediate
    emergency or doctor's care ?                                ___      ___

4.  Any  obvious fever, swollen lymphnodes, jaundice, or other evidence
    of infection which might spread through the institution ?   ___      ___

5.  Is the skin in poor condition or show signs of vermin or rashes ?  ___   ___

6.  Does the inmate appear to be under the influence of Alcohol, or
    Drugs ?                                                     ___      ___

7.  Are there any visible signs or Alcohl or Drug withdrawal ?    ___    ___
    (Extreme perspiration, shakes, nausea, pinpoint pupils etc)

8.  Is the inmate making any verbal threats to staff or other inmates ? ___  ___

9.  Is the inmate carring any medication or report that he is on any
    medication which must be continuously administered or available ?  ___  ___

10. Does the inmate have any obvious physical handicaps ?         ___      ___

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

11. Are you presently taking medication for diabetes, heart
    disease, seizure, athritis, asthma, ulcers, high blood pressure
    or psychiatric disorder?                                    ✓        ___

12. Are you on any special diet prescribed by a physician ?      ___      ___
    (if yes - what type ? )

13. Do you have a history of veneral disease or abnormal discharge ?  ___  ___

14. Have you recently been hospitalized or recently seen a medical or psychiatric
    doctor for any illness ?                                     ✓       ___

15. Have you ever attempted suicide ?                           ___      ✓
    (If yes - When ? Sept 13, 94  How ? OVER close          .

16. Do you want to do any harm to yourself now ?                ___      ___

PHS119

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 10/20/97 | TIME 1125 ☐AM ☑PM | FACILITY Kilby ☐SIR ☐PDL ☐ESCAPEE ☑Inmate | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION** ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

**VITAL SIGNS:** TEMP 97.3 ORAL / RECTAL  RESP. 20  PULSE 104  B/P 140/90  **RECHECK IF SYSTOLIC** <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S- CP ē dizziness. HRT occasionally. Throat tight even. SOB. Stren out ē anxiety, but never this dizzy.

O- Has siezures Moody for counseling but no further stop) Manic

**PHYSICAL EXAMINATION**
depresive dx. NAD
A. Anxiety

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE | TIME ☐AM ☐PM | RELEASE/TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE [signature] RN | DATE 9/20/97 | PHYSICIAN'S SIGNATURE [signature] | DATE 10/20/97 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Thomas, Barry | AGE 31 | DATE OF BIRTH 11/29/66 | R/S WM | AIS # 178628 |
|---|---|---|---|---|

PHS120

# PROBLEM LIST

Name: _Thomas, Barry_

AIS# _128628_

Date of Birth: _11-20-66_

Medication Allergies: _NKDA_

Mental Health Code  (SMI)  HARM  HIST  NONE    Date Code Assigned: _1-29-02_
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems<br>Roman Numerals for Medical/Surgical<br>Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 1/19/02 | Ingrown toe nail 1st R | | |
| | | | |
| 12 August 02 | Correct Code [HARM] | | |
| | | | |
| 10/15/02 | Constipation | | |
| 10/21/02 | 3rd day | | |
| 7/30/03 | [HIST] | 1/23/04 | |
| | | | |
| 5/10/04 | [HISTORY] | | |

# PROBLEM LIST

Name _Thomas, Barry_

ID # _178628_

D.O.B. _11-20-66_   _w/m_

Medication Allergies _____

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| | Bipolar disorder | | |
| | Migraine headache | | |
| 8/15/5? | Meston (No fever at this point) | | ✓ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BULLOCK HEALTH CARE UNIT

01/94

PHS122



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Thomas, Barry_

Date of Birth: _112066_    Social Security No.: _AIS 178628_

Date: _112304_    Time: _950_    (A.M.) P.M.

This is to certify that I, _Thomas, Barry_ , currently in
(Print Inmate's Name)

custody at the _East_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Waive CCC - CCC_
(Specify in Detail)
_Will be dced dt no medication._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Barry Thomas 178628_    _RT ell_
(Signature of Inmate)**    (Signature of Medical Person)

_____    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PHS123

9A43



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Thomas, Barry_

Date of Birth: _11/20/66_                    Social Security No.: _1N8628_

Date: _081304_                    Time: _700 pm_    A.M.
P.M.

This is to certify that I, _Thomas Barry_ , currently in
(Print Inmate's Name)

custody at the _East_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _accept_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Barry R Thomas_                    _R Teal_
(Signature of Inmate)**                    (Signature of Medical Person)

_____                    _____
(Witness)                    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PHS124



**PRISON HEALTH SERVICES**

## NON-COMPLIANCE NOTICE

**The following has been observed and documented per non-compliance policy:**

| CLASS | SPECIFIC |
|---|---|
| _____ Diet | ADA _____ |
| | CARDIOVASCULAR _____ |
| | ALT. G.I. _____ |
| | OTHER _____ |
| _____ Medication | INFECTIOUS _____ |
| | ACUTE _____ |
| \_✓\_ Treatment | CHRONIC _____ |
| | PSYCHIATRIC _____ |
| | OTHER _____ |
| | BLOOD PRESSURE _____ |
| | DRESSING _____ |
| | ACCUCHECK |
| | OTHER _CCCappt_ |

**ACTION TAKEN BY NURSING:**

\_✓\_ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

_____ Placed on sick call
_____ Inform MH Department
_____ M.A.R. Review

**ACTION TAKEN BY PRESCRIBERS:**

_____ Physician
_____ P.A.
_____ Psychiatrrist

_____ Counseling
_____ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

**ACTION TAKEN BY INMATE:**

_____ Treatment Refusal Signed
_____ Explanation of Non-Compliance

_____ Refuses to sign

_08304 RTech_      _Barry Thomas_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| _Thomas Barry_ | _178628_ | _112066_ | _WM_ | _East_ |

PHS-MD-70057

PHS125

**PHS**
PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

## I.  HISTORY – (LPN or RN)

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | 174 # 5/06  Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | ✓ | | "Sciatica" (L) |
| Smoke, Dip or Chew | ✓ | | Hx 12ys pack/Day quit x 14 years |
| ALLERGIES | | ✓ | |

Weight 180  Temp 97  Pulse 84  Resp 20  Blood Pressure 102/55

If greater than > 140/60, repeat in 1 hour.
Refer to M.D. if remains > 140/90.

96 %O2

Eye Exam: 20/30 OD  20/40 OS  20/40 OU

## II.  TESTING – (LPN or RN)                 RESULTS

| | |
|---|---|
| Tuberculin Skin Test (q yr) | Date given 5-19-07 Site (L) FA   1st # C2363AA  Read on 5-21-07 Results 0 mm   27.9 · 5/13/08 |
| Past Positive TB Skin Test → (Chest x-ray if clinical symptoms) | Survey Completed _____  Date _____ Results _____ |
| RPR (q 3 yrs) | Date 5-22-06 Results NR |
| EKG (baseline at 35, over 45 q 3 yrs) | 11-27-04   NSR |
| Cholesterol (at 35 then q 5 yrs) | 11/29/04  253 |
| Finger Stick Blood Sugar | Results 97 |
| * If > than 200 repeat Finger Stick BS within 48 hours | Results _____ |
| Optometry Exam (@ 50 if not already seen) | |
| Mammogram (females @ 40, q 2 yrs/other M.D. order) | Date _____ Results _____ |

## III.  PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

| | |
|---|---|
| Heart | RRR |
| Lungs | clear, equal bilateral |
| Breast Exam | Obstructed |
| Rectal (yearly after 45) | Results _____ |
| with Hemoccult | Results _____ |
| Pelvic and PAP (q 1 yr) | Date _____ Results _____ |

Facility ECF  Nurse Signature _____ Date 5-19-07

M.D. or Mid-Level Signature _____ Date 5-11-07

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Thomas, Barry | 178628 | 11-20-66 | W/M |



**PRISON HEALTH SERVICES, INC.**

# HEALTH EVALUATION

### I.    HISTORY – (LPN or RN)

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) |  | ✓ | Last weight at least 6 months ago |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood in Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) |  | ✓ |  |
| Smoke, Dip or Chew |  | ✓ |  |
| ALLERGIES |  | ✓ | NKDA |

Weight 174#  Temp 98⁸  Pulse 76  Resp 16  Blood Pressure 126/84

If greater than > 140/60, repeat in 1 hour.

Eye Exam: 20/15 OD 20/50 OS 20/50 OU

Refer to M.D. if remains > 140/90.

### II.    TESTING – (LPN or RN)

RESULTS

Tuberculin Skin Test (q yr)    Date given 5-20-06 Site LFA
Read on 5/22/06 Results O mm

Past Positive TB Skin Test →
(Chest x-ray if clinical symptoms)    **Survey Completed**
Date _____ Results _____
RPR (q 3 yrs)    Date 5-20-06 Results Pending
EKG (baseline at 35, over 45 q 3 yrs)    11-04
Cholesterol (at 35 then q 5 yrs)    11-29-04
Finger Stick Blood Sugar    Results 100
*If > than 200 repeat Finger Stick BS within 48 hours    Results _____
Optometry Exam (@ 50 if not already seen)
Mammogram    Date _____ Results _____
(females @ 40, q 2 yrs/other M.D. order)

### III.    PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

Heart    RRR
Lungs    cl bl.
Breast Exam    Instructed
Rectal (yearly after 45)    Results N/A
with Hemoccult    Results N/A
Pelvic and PAP (q 1 yr)    Date _____ Results _____

Facility East  Nurse Signature _____ R  Date 5-20-06

M.D. or Mid-Level Signature _____  Date 5/28/06

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Thomas Bow V | 178628 | 11/20/66 | Wh. |

PHS127



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| (Smoke), Dip or Chew | ✓ | | HX 2 PKS. (N) |
| ALLERGIES | | ✓ | |

Weight _180_  Temp _97⁸_  Pulse _74_  Resp _18_  Blood Pressure _110/80_

Eye Exam _20/70_ OD _20/70_ OS _20/50_ OU

*If greater than > 140/90, repeat in 1hour.*
*Refer to M.D. if remains > 140/90.*

**II.    TESTING – (LPN or RN)**

RESULTS

✓ Tuberculin Skin Test (q yr)

Date given _11/27/04_ Site _Lt. FA_
Read on _11/29/04_ Results _0_ mm

Past Positive TB Skin Test    →
(Chest x-ray if clinical symptoms)
**Survey Completed**

RPR (q 3 yrs)

Date_____ Results_____
Date _7-3-03_ Results _NR_

✓ EKG (baseline at 35, over 45 q 3 yrs)

Cholesterol (at 35 then q 5 yrs)

_4-13-04  204_

Tetanus/Diptheria  (q 10 yrs)
(if done today)

Last Given _5-00_ Due_____
Site given_____ Dose_____ Lot #_____

Optometry Exam (@ 50 if not already seen)

_NA_

Mammogram
(females @ 40, q 2 yrs/other M.D. order)

Date_____ Results_____

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Heart      _RRR_
Lungs      _Clear_
Breast Exam
Rectal (yearly after 45)      Results_____
      with Hemoccult      Results_____
Pelvic and PAP (q 1 yr)      Date_____ Results_____

Facility _Eastwing_  Nurse Signature _L. Ewing LPN_  Date _11-27-04_

M.D. or Mid-Level  Signature_____ Date_____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Thomas Barry | 178628 | 11/20/60 | W/M |

PHS128

Due 3-14-01

# PERIODIC HEALTH ASSESSMENT

I.    HISTORY - (Nurse)            YES  NO   COMMENTS

Weight Change (>15 lb.)      ___  ✓   Last Weight at least 6 mo.'s
(Compare Weight Below)            ago: 184
Persistent Cough             ___  ✓   _____
Chest Pain                   ___  ✓   _____
Blood In Urine or Stool      ___  ✓   _____
Difficult Urination          ___  ✓   _____
Other Illnesses (Details)    ___  ✓   _____
Smoke, Dip or Chew           ___  ✓   _____
ALLERGIES                    ___  ✓   _____

Weight _82_ Temp. _98.9_ Pulse _72_ Resp. _18_ B.P. _114/76_
Eye Exam         Without Glasses      OD _20/50_ OS _20/70_ OU ____
                 With Glasses         OD ____ OS ____ OU ____

II.   TESTING (Nurse)                 RESULTS

Tuberculin Skin Test (q yr.)     Date Given _3-15-01_ Site _Lt arm_
(chest x-ray if clinical symptoms  Read On _3-17-01_ Results _○_ mm
RPR (q 3 yrs.)                   Date _3-14-00_ Results _ne_
Urine Dip (yearly)               Results _3-15-01_
(Glu.,Prd., RBC., WBC.)               _negative_
EKG (baseline at 35, over 45 q 3 yrs.)  _n/a_
Cholesterol (at 35 then q 5 yrs.)     _n/a_
Tetanus/Diphtheria (q 10 yrs.)   Last Given _9-94_ Due _80-04_
If Done Today:   Site Given _N/A_  Dose _N/A_  Lot # _N/A_

III.  PHYSICAL                        RESULTS

Heart                   _Regular_
Lungs                   _clear_
Breast (q 2 yrs. p 30)  Date _3-15-01_ Results _negative_
Rectal (yearly p 45)    Results _N/A_
  With Hemocult         Results _N/A_
Pelvic and PAP (q 1 yr.)  Date _N/A_ Results _N/A_

Inmate Name _Thomas, Larry Randall_  AIS # _178628_
DOB _11-20-66_ Age _34_ Race _W_ Sex _m_ SSN _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_
Emergency Addressee _mrs James Alexander_ Phone # _272-6870_
Address _11 Astor Drive  Montgomery 36109_
Facility _KCF_  Nurse Signature _R.Williams, R_  Date _3-15-01_
Physician Signature _____  Date _3-27-01_

KFD11

PHS129

# PERIODIC HEALTH ASSESSMENT

**I.    HISTORY - (Nurse)**                          YES  NO      COMMENTS

Weight Change (>15 lb.)              ___  ___     Last Weight at least 6 mo.'s
(Compare Weight Below)                           ago: _____
Persistent Cough                    ___  ___     _____
Chest Pain                          ___  ___     _____
Blood In Urine or Stool             ___  ___     _____
Difficult Urination                 ___  ___     _____
Other Illnesses (Details)           ___  ___     _____
Smoke, Dip or Chew                  ___  ___     _____
ALLERGIES                           ___  ___     _____

Weight _184_ Temp._98³_ Pulse _62_ Resp. _16_ B.P. _118/84_
Eye Exam                Without Glasses     OD_20/30_ OS_20/30_ OU___
                        With Glasses        OD____ OS____ OU____

**II.   TESTING (Nurse)**                          RESULTS

Tuberculin Skin Test (q yr.)        Date Given_3/14/00_ Site _Lt Ae_
(chest x-ray if clinical symptoms   Read On _3/7/00_ Results _0_ mm
RPR (q 3 yrs.)                      Date_3/14/00_Results_____
Urine Dip (yearly)                 Results_Neg_
(Glu.,Prd., RBC., WBC.)                     _Neg_
EKG (baseline at 35, over 45 q 3 yrs.)      _N/A_
Cholesterol (at 35 then q 5 yrs.)           _N/A_
Tetanus/Diphtheria (q 10 yrs.)     Last Given _9/94_ Due _2004_
If Done Today:          Site Given _/_ Dose _/_ Lot # _/_

**III.  PHYSICAL**                                 RESULTS

Heart                               _Reg_
Lungs                               _Clear_
Breast (q 2 yrs. p 30)             Date_N/A_ Results_____
Rectal (yearly p 45)               Results_N/A_
With Hemocult                      Results_N/A_
Pelvic and PAP (q 1 yr.)           Date_N/A_ Results_____

Inmate Name _Thomas, Barry R._ AIS # _178628_
DOB _11/20/66_ Age _33_ Race _B_ Sex _M_ SSN _423037670_
Emergency Addressee _____
Address _____ Phone # _____
Facility _Kilby_ Nurse Signature _Bta Wright RN_ Date _3/14/00_
Physician Signature_/_ Date_____

PHS130

PERIODIC HEALTH ASSESSMENT

I.  HISTORY - (Nurse)

|  | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) | | ✓ | Last Weight at least 6 mo.'s. ago: _____ |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood In Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | |

Weight 180  Temp. 97.8  Pulse 78  Resp. 18  B.P. 120/20
Eye Exam:    Without Glasses    OD 20/20  OS 20/20  OU 20/20
            With Glasses       OD _____  OS _____  OU _____

II.  TESTING - (Nurse)                 RESULTS

Tuberculin Skin Test (q yr.)      Date Given 1/26/99  Site L arm
(chest x-ray if clinical symptoms)  Read On 1/28/99  Results 0  mm
RPR (q 3 yrs.)                    Date 2/8/97  Results NR
Urine Dip (yearly)               Results Neg
   (Glu., Pro., RBC., WBC.)
EKG (baseline at 35, over 45 q 3 yrs.) _____
Cholesterol (at 35 then q 5 yrs.) _____
Tetanus/Diphtheria (q 10 yrs.)   Last Given 9/21/94  Due 9/21/2004
   If Done Today:    Site Given _____ Dose _____ Lot # _____

III.  PHYSICAL                      RESULTS

Heart                              WC
Lungs                              Clear
Breast (q 2 yrs. p 30)   Date _____ Results _____
Rectal (yearly p 45)     Results _____
   With Hemocult         Results _____
Pelvic and PAP (q 1 yr.) Date _____ Results _____

Inmate Name Thomas Barry    AIS # 178628
DOB 1/20/66  Age ___ Race W  Sex M  SSN 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
Emergency Addressee _____    Phone # _____
Address _____
Facility KCF    Nurse Signature Katie Bailey    Date 1/26/99
Physician Signature _____    Date _____

PHS131

## PERIODIC HEALTH ASSESSMENT

**I.**     **HISTORY**          YES   NO          **COMMENTS**

          **WEIGHT CHANGE (>15 LBS.)** ___ ✓ _____
          **PERSISTENT COUGH** ___ ✓ _____
          **CHEST PAIN** ___ ✓ _____
          **BLOOD IN URINE OR STOOL** ___ ✓ _____
          **DIFFICULT URINATION** ___ ✓ _____
          **ALLERGIES TO MEDS** ___ ✓ _____
          **SMOKING** ___ ✓ _____
          **OTHER ILLNESS  (DETAILS)** ___ ✓ _____

**II.**     **PHYSICAL**                    **RESULTS**

          **HEART** _____
          **LUNGS** _____
          **PELVIC AND PAP (q 1 yr.)**  DATE _____ **RESULTS** _____
          **BREAST (q 2 yrs p 30)**  DATE _____ **RESULTS** _____
          **WEIGHT** 184 **RESP.** 18  **B/P** 20/20  **PULSE** 76  **TEMP.** 98.4

          **RECTAL WITH HEMOCULT**
                **(yearly  p 45)** _____

**III.**     **TESTING**                    **RESULTS**

          **TUBERCULIN SKIN TEST (q yr.)**  DATE GIVEN: 12/5/97  READ: 12/8/97
                                    **RESULTS** 0mm
          **RPR (q 3 yrs.)**  DATE: 12/8/97  RESULTS: _____
          **URINE DIP (yearly)**
                **(GLU., PRO., RBC, WBC)**  neg

          **MAMMOGRAM (40 and over q 2 yrs.)**  N/A
                                    **DATE**
          **EKG  (baseline at  35, over 45,  q 3 yrs)**  N/A
          **CHOLESTEROL ( q 5 yrs.)**  N/A
          **TETANUS / DIPTHERIA ( q 10 yrs.)**  9/21/94

**NURSE'S**
**SIGNATURE** Katie Bailey          DATE 12/5/97

**FACILITY** KCF          **PHYSICIAN'S SIGNATURE** _____

**EMERGENCY ADDRESSEE** _____  **TELEPHONE #** _____

**ADDRESS** _____
**DOB** 11/20/66 **AGE** 31  **RACE** W **SEX** M **SSN** 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
**INMATE'S NAME** Thomas, Barry          **AIS#** 178628

CM S 155 B

*KCB 19*

# PERIODIC HEALTH ASSESSMENT

**I.    HISTORY**

|  | YES | NO | COMMENTS |
|---|---|---|---|
| WEIGHT CHANGE (>15 LBS.) | | ✓ | |
| PERSISTENT COUGH | | ✓ | |
| CHEST PAIN | | ✓ | |
| BLOOD IN URINE OR STOOL | | ✓ | |
| DIFFICULT URINATION | | ✓ | |
| ALLERGIES TO MEDS | | ✓ | |
| SMOKING | | ✓ | |
| OTHER ILLNESS  (DETAILS) | | ✓ | |

**II.    PHYSICAL**

RESULTS

HEART — Normal
LUNGS — Clear
PELVIC AND PAP (q 1 yr.)    DATE    NA    RESULTS
BREAST (q 2 yrs p 30)    DATE    NA    RESULTS
WEIGHT 179  RESP. 18    B/P 118/82  PULSE 84  TEMP. 97.6

RECTAL WITH HEMOCULT
(yearly p 45)    NA

**III.    TESTING**

RESULTS

TUBERCULIN SKIN TEST (q yr.)    DATE GIVEN: 10-31-96 READ: _____
RESULTS _____
RPR (q 3 yrs.)    DATE: 9-22-94  RESULTS: _____
URINE DIP (yearly)
(GLU., PRO., RBC, WBC)    10-31-96

MAMMOGRAM (40 and over q 2 yrs.)
DATE    NA
EKG (baseline at 35, over 45,  q 3 yrs)
CHOLESTEROL ( q 5 yrs.)    2-28-95
TETANUS / DIPTHERIA ( q 10 yrs.)    9-21-94

NURSE'S
SIGNATURE _W W Williams_    DATE  10/31/96
FACILITY _Kilby_    PHYSICIAN'S  SIGNATURE _____
EMERGENCY ADDRESSEE _____    TELEPHONE # _____
ADDRESS _____
DOB 11/20/66  AGE 30  RACE W  SEX M  SSN 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
INMATE'S NAME Thomas, Barry    AIS# 178628

CM S 155 B