**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BARRY RANDALL THOMAS,** | ) | |
| **AIS NO. 178628**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:07-cv-00630-MEF-WC** |
| | ) | |
| **DR. DARBOUZE, NURSE KAY WILSON,** | ) | |
| **AND WARDEN DAVENPORT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANTS' RESPONSE TO
MOTION FOR PRELIMINARY INJUNCTION**

---

COME NOW, Defendants DR. JEAN DARBOUZE ("Dr. Darbouze") and NURSE KAY

WILSON ("Nurse Wilson"), and submit the following evidentiary materials in support of their

Response to Motion for Preliminary Injunction:

A.     Affidavit of Dr. Jean Darbouze;

B.     Affidavit of Kay Wilson, RN, H.S.A.; and

C.     Affidavit of Beth H. Long with a true and correct copy of pertinent
       excerpts from Plaintiff's medical records bates labeled PHS001 –
       PHS133.

Respectfully submitted this 22nd day of August, 2007.

s/ William R. Lunsford
One of the Attorneys for Dr. Jean Darbouze and Kay
Wilson, RN

**OF COUNSEL:**

William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone:  (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2007, I electronically filed the foregoing

with the Clerk of the Court and mailed via regular U.S. mail or via electronic mail (as designated

below) to the following:

Barry Randall Thomas
AIS # 178628
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017-2613

Tara S. Knee (*via electronic mail*)
Alabama Department of Corrections
Post Office Box 301501
Montgomery, AL 36130-1501

s/ William R. Lunsford
Of Counsel

# Exhibit "A"

Affidavit of Dr. Jean Darbouze

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BARRY RANDALL THOMAS,**<br>**AIS NO. 178628,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:07-cv-00630-MEF-WC** |
| | ) | |
| **DR. DARBOUZE, NURSE WILSON,** | ) | |
| **AND WARDEN DAVENPORT,** | ) | |
| | ) | |
| **Defendants.** | | |

<u>**AFFIDAVIT OF DR. JEAN DARBOUZE**</u>

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF BARBOUR** | ) |

Before me, the undersigned Notary Public, personally appeared DR. JEAN DARBOUZE who, after being duly sworn, states as follows:

1.      My name is Dr. Jean Darbouze. I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

2.      I have been a licensed physician in Alabama since 1996 and have been board certified in internal medicine since 1997. From February of 2000 through February of 2004, and again from April 16, 2004 through the present, I have served as the Medical Director for Easterling Correctional Facility ("Easterling") in Clio, Alabama. Since November 3, 2003, I have been employed by Prison Health Services, Inc. ("PHS") as the Medical Director at Easterling.

3.      I am familiar with Barry Randall Thomas ("Thomas"), an inmate who has been incarcerated at Easterling and who filed this lawsuit. It is my understanding that a true and

correct copy of his medical records are being submitted to the Court concurrently with this Affidavit and my statements below include specific citations to the Bates-labels affixed to the pertinent portions of Mr. Thomas's medical records.

4.    Mr. Thomas's complaint of back pain originated in 1995. Mr. Thomas submitted a sick call request form dated January 18, 1995, writing, "pain in lower back for past three days." (PHS051). Mr. Thomas was evaluated the following day by the medical staff and was provided with pain medication and muscle relaxers. (PHS052). The medical staff at Bullock Correctional Facility specifically noted that upon examining Mr. Thomas on January 19, 1995, Mr. Thomas likely pulled a muscle in his back. (PHS052). After this January 19, 1995, episode of back pain, Mr. Thomas's complaints stopped.

5.    Mr. Thomas submitted sick call request forms or other similar forms for non-urgent medical attention on July 18, 1996, July 24, 1996, July 25, 1996, August 8, 1996, January 1, 1997, November 2, 1997, January 6, 1998, August 5, 1998, November 29, 1998, January 31, 2001, July 15, 2002, October 14, 2002, October 19, 2002, April 6, 2003, and April 9, 2003. (PHS028, 30, 32, 33, 35, 36, 40, 42, 43, 45, 46, 47, 48, 50, 84-88). In a sick call request form dated April 3, 2004, Mr. Thomas complained of abdominal pain, but did not mention any pain with regard to his lower back. (PHS028). When examined by the medical staff on April 8, 2004, Mr. Thomas did not voice any complaints regarding lower back pain. (PHS014). In a sick call request form dated April 3, 2005, Mr. Thomas did not mention any complaints about lower back pain, but only complained of "constipation." (PHS027). When I examined Mr. Thomas on April 6, 2005, Mr. Thomas did not voice any complaints regarding lower back pain. (PHS013). In fact, Mr. Thomas did not mention any complaints of back pain for over ten (10) years, i.e. between January 19, 1995, and November 12, 2005.

6.      Mr. Thomas completed a sick call request form dated November 13, 2005, complaining of lower back and left hip pain. (PHS025). After submitting his November 13, 2005, sick call request form, Mr. Thomas was evaluated by the medical staff. (PHS026). Mr. Thomas was examined by the medical staff during sick call and it was noted that he did not have any physical injuries or obvious signs of trauma to his lower back. (PHS026). Mr. Thomas was referred to me for further evaluation and given a prescription for Tylenol. (PHS026).

7.      I examined Mr. Thomas on November 18, 2005. (PHS013). During this examination, Mr. Thomas complained of lower back pain, but denied any weakness, any prior surgeries and/or prior trauma which would in any way cause the complained of back pain. (PHS013). Upon examining Mr. Thomas, I only discovered mild muscular tenderness in Mr. Thomas's lower back and did not note any symptoms or problems which would indicate any type of neurological or other structural defect. (PHS013). After examining Mr. Thomas, I ordered that he undergo an x-ray of his lower spine, receive 10 mg of Flexeril three times a day for one week, Tylenol three times a day or as needed for two weeks and Feldene once a day in the evening for fourteen days. (PHS005, PHS013, PHS058). Feldene is a non-steroidal anti-inflammatory medication often utilized to reduce pain, swelling and/or stiffness associated with muscular strains, pain and discomfort. In a physician's order dated November 18, 2005, Mr. Thomas was also instructed to avoid prolonged standing. (PHS005, PHS111).

8.      Mr. Thomas underwent an x-ray of his lumbar spine on November 21, 2005. The results of the November 21, 2005, x-ray demonstrated that, "[t]he vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease." (PHS083).

9.      I examined Mr. Thomas again on December 9, 2005. (PHS009). I noted that his lower back pain had not greatly improved and, in fact, worsened after prolonged periods of time

standing. (PHS009). Mr. Thomas requested during the December 9, 2005, appointment that I provide him with a profile allowing him to sit when necessary and directing the correctional staff to allow him to avoid prolonged periods of standing. (PHS009). In response to this request, I provided the requested prolonged standing profile as well as medication (Percogesic, Motrin) and topical cream (Bengay) intended to alleviate his muscular discomfort. (PHS009, PHS056-57, PHS110). After this November, 2005, episode of back pain, there were no further complaints of back pain from Mr. Thomas until May of 2007, just over three months ago.

10.    In a sick call request form dated May 2, 2007, Mr. Thomas noted that his lower back pain continued but requested information as to whether there was a "different treatment" or whether the medical staff could "schedule a more sensitive exam – CT or MRI?" (PHS024). Mr. Thomas was summoned to the health care unit on May 3, 2007, for sick call, but he failed to appear. (PHS101). When Mr. Thomas underwent his yearly examination on May 11, 2007, the medical staff did note that Mr. Thomas complained of episodes of "sciatica." (PHS126).

11.    Mr. Thomas completed a sick call request form dated May 13, 2007, in which he complained of "lower back and left leg pain." (PHS022). When Mr. Thomas reported his sick call on May 13, 2007, Mr. Thomas stated "my sciatic nerve is bothering me" and informed medical staff that it had been causing pain for approximately "2 months." (PHS023). Medical staff examined Mr. Thomas during the May 13, 2007, sick call and noted that Mr. Thomas walked evenly with a steady gait and complained only of dull, or aching pain to his left lower back. (PHS023). At the conclusion of the May 13, 2007, sick call, Mr. Thomas received 600 mg of Motrin and was referred to me for further evaluation. (PHS023, PHS055).

12.    I examined Mr. Thomas again on May 15, 2006, during which Mr. Thomas voiced complaints of lower back pain. (PHS012). During the May 15, 2006, examination, Mr.

Thomas did not exhibit any symptoms of any particular spinal condition or disease, only complaining and demonstrating muscle tenderness in the left side of his left back. (PHS012). At the conclusion of the May 15, 2006, examination, I prescribed Motrin and Flexeril three times a day for Mr. Thomas and also directed Mr. Thomas to utilize only a bottom bunk. (PHS012, PHS055). Mr. Thomas received a bottom bunk profile from May 15, 2007, through May 30, 2007. (PHS100).

13.    Mr. Thomas complained of continuing back pain in a sick call request form dated May 28, 2007. (PHS021).  He submitted a second sick call request form dated May 30, 2007, in which he complained of continuing back pain and stated that his existing medications, including "pain medications and muscle relaxers," were not "alleviating symptoms." (PHS019).

14.    On May 28, 2007, Mr. Thomas complained that he was unable to put any pressure on his left leg and was immediately brought to the healthcare unit for evaluation.  (PHS099). After being examined by the medical staff at approximately 8:45 a.m. on May 28, 2007, Mr. Thomas was moved to the infirmary for observation by the medical staff. (PHS099).   The medical staff noted that after Mr. Thomas was admitted to the infirmary on the morning of May 28, 2007, he was able to walk around the infirmary with assistance. (PHS099).  By 12:10 p.m. on May 28, 2007, Mr. Thomas stated that he felt "better" and that "the pain comes and goes." (PHS099).  Mr. Thomas was released from the infirmary at approximately 12:10 p.m. on May 28, 2007, and was encouraged to remain compliant with his medications. (PHS099).

15.    Mr. Thomas was evaluated by the medical staff on May 30, 2007, in which he also complained of lower back pain. (PHS020).  During the sick call on May 30, 2007, Mr. Thomas complained that his back pain had only existed for "3 months." (PHS020).  At the conclusion of sick call, Mr. Thomas refused additional medication and was referred to me.

(PHS020). I provided Mr. Thomas with a bottom bunk profile, instructing him only to utilize a bottom bunk, beginning on May 30, 2007. (PHS004)

16.     I examined Mr. Thomas on June 5, 2007, and this examination only revealed continuing muscular tenderness in Mr. Thomas's lower back pain. (PHS012). I continued Mr. Thomas's prescriptions for Motrin, Flexeril and Bengay as well as Mr. Thomas's order to utilize only a bottom bunk. (PHS004, PHS012, PHS096, PHS053).

17.     When I examined Mr. Thomas on June 8, 2007, Mr. Thomas complained of continuing back pain, but did not demonstrate any tenderness in any bony section of his spine, only complaining of tenderness in the muscular section of his lower back. (PHS011, PHS095). At the conclusion of the June 8, 2007, examination, I concluded that there was no specific cause of Mr. Thomas's continued back pain other than muscular tenderness. (PHS011, PHS095).

18.     Mr. Thomas received orders to undergo an x-ray of his lower spine as well as crutches on June 8, 2007. (PHS004). Mr. Thomas underwent an x-ray of his lumbar spine on June 12, 2007. (PHS082). The board-certified radiologist who reviewed the x-ray results of Mr. Thomas's June 12, 2007, study, concluded as follows, "[t]he vertebrae are well aligned and show no evidence of any fracture or other destructive bone disease." (PHS082).

19.     On June 13 and 17, 2007, Mr. Thomas submitted a sick call request forms in which he complained of continued back pack. (PHS016, PHS018). Mr. Thomas failed to report to sick call on June 14, 2007, when he was summoned to the healthcare unit for examination. (PHS092). When presented with the "release of responsibility" form, Mr. Thomas refused to sign the document acknowledging his refusal to attend sick call. (PHS092).

20.     Mr. Thomas acknowledged receipt of crutches from the medical staff at Easterling on June 15, 2007. (PHS093).

21.    Mr. Thomas was evaluated by the medical staff on June 20, 2007. (PHS017). The medical staff noted that during the June 20, 2007, sick call, Mr. Thomas walked through the health care unit without any assistance, was able to stand and walk with a slow, steady gait and demonstrated some reduced range of motion. (PHS017). However, during the June 20, 2007, sick call, Mr. Thomas's focus primarily on his request for certain exceptions to existing facility protocols which are known as "profiles." (PHS017). On June 20, 2007, Mr. Thomas was referred to me for further evaluation. (PHS017).

22.    Mr. Thomas was examined by a member of the medical staff on June 22, 2007, and admitted that he had refused an appointment with me. (PHS015, PHS091). On June 25, 2007, Mr. Thomas was moved to the infirmary at my direction for observation and to ensure that he received any assistance necessary from the medical staff at Easterling. (PHS004). Though Mr. Thomas complained of continued lower back pain and left leg pain during a June 25, 2007, examination, the examination by a member of the medical staff did not reveal any specific causes of his lower back pain. (PHS015). Mr. Thomas later received a prescription for 400 mg of Motrin two times a day on June 26, 2007. (PHS004).

23.    When examined by the medical staff on June 26, 2007, Mr. Thomas complained of continuing lower back pain and, when asked when his back pain began, he stated that he "just woke up one day with back pain." (PHS011). At the conclusion of the June 26, 2007, examination, Mr. Thomas was instructed to continue his medication regiment as ordered by me. (PHS011, PHS053).

24.    On June 28, 2007, I examined Mr. Thomas and noted that Mr. Thomas was utilizing a crutch and favoring his left side. (PHS010). During the June 28, 2007, examination, Mr. Thomas was able to bend over and touch his toes though he persistently protected his left

side. (PHS010). His medical records clearly recite that during the June 28, 2007, examination, Mr. Thomas complained of lower back pain, but did not show any tenderness in his sciatic notch or any type of muscle spasms which would indicate any specific cause for his back pain. At the conclusion of the June 28, 2007, examination, I noted that there was no objective way to determine if the pain complained of by Mr. Thomas was "really that intense or a true problem/complaint." (PHS010). Following the June 28, 2007, examination, we made minor changes to Mr. Thomas's medication regiments. (PHS010).

25.    After evaluating Mr. Thomas on June 28, 2007, I discontinued Mr. Thomas's prescription for Motrin and Flexeril and ordered Mr. Thomas to take Naprosyn and Robaxin. (PHS003). All of these medications are commonly prescribed for individuals with recurrent or significant muscular discomfort or pain. Naprosyn, also known as Naproxen, is a form of ibuprofen which is commonly used for muscular pain. Robaxin, like Flexeril is a muscle relaxer, which is commonly prescribed for those individuals who suffer from any sort of chronic muscular pain. I also ordered Mr. Thomas to be housed in the infirmary for a period of approximately four days, be allowed to utilize crutches for approximately a week and remain in bed to the extent possible except for the occasions when he needed to leave his bed for medication administration and meals. (PHS003).

26.    I entered orders for Mr. Thomas to receive Tylenol immediately in addition to his other medications on June 30, 2007 and July 1, 2007. (PHS003, PHS054).

27.    I examined Mr. Thomas on July 2, 2007 noting some tenderness Mr. Thomas's lower spine, but also noting that the x-ray of Mr. Thomas's lower spine was negative. (PHS008). During this examination, I provided him with a prescription for crutches for one week, Tylenol three times a day for two weeks and the muscle relaxer, Flexeril, three times a day for two

weeks. (PHS002).  I also ordered Mr. Thomas to undergo another x-ray of his lower spine as well as his left and right hips, which also failed to reveal any abnormalities, trauma or other injury or complications with regard to Mr. Thomas's lower back.  (PHS002-PHS003).  Mr. Thomas signed a "receipt of medical equipment/appliance form" on July 2, 2007, acknowledging his receipt of crutches.  (PHS089 and 90).

28.    An x-ray was taken of Mr. Thomas's lumbar spine on July 2, 2007.  (PHS073). Though the July 2, 2007, x-ray revealed "slight scoliosis" of Mr. Thomas's spine, the radiologist reviewing the x-ray results determined that there was no "disk space narrowing" or "evidence of recent fracture or other significant bony abnormality."  (PHS073).  Based upon the findings of this x-ray, it remains possible that Mr. Thomas eschewed the results of this x-ray by bending in a particular direction or not have appropriate posture during the x-ray.

29.    Based upon the numerous examinations of Mr. Thomas, the various diagnostic and imaging testing completed regarding his complaints of back pain, I remain confident that his back pain is muscular in origin.  My examinations of Mr. Thomas have not revealed any skeletal or neurological problems which would indicate that his back pain is caused by a malformation or disease of his spine.  At present, the only objective medical findings available to us constitute Mr. Thomas's x-ray results.  These x-ray results have been persistently normal, though the most recent results indicate some "slight" scoliosis which would not result in the type of pain described by Mr. Thomas.  In the field of medicine, there is no objective way to test a patient to confirm that he or she is experiencing pain.  In certain instances, extreme pain can be confirmed through tests such as blood pressure tests, but the evaluations of Mr. Thomas have not shown an fluctuation of his vital signs which would indicate that he is in any degree of traumatic or significant pain to such a degree.  Ultimately, a physician is required to rely upon a patient in

many instances to accurately describe pain and discomfort and is without any ability to confirm a patient's subjective descriptions of pain.

30.    In the case of Mr. Thomas, I do not believe that there are any additional diagnostic or imaging tests which would be beneficial to Mr. Thomas at this time. Likewise, I am not aware of any additional medical treatment of any kind that may be provided by any other physician or specialist which would remedy Mr. Thomas's discomfort. My examinations of him have confirmed my conclusion that his pain is primarily, if not entirely, muscular in nature. I have not denied Mr. Thomas any necessary medical treatment or ignored his complaints to me. I have examined Mr. Thomas on a regular basis and will continue to do so in the future. I have attempted to control his pain through medication and will continue to do so in the future. I am vigilantly attempting to monitor any changes in his condition and, if such changes occur, we will respond in a timely fashion and provide all necessary medical attention and care. Thomas's condition at this time appears to be an instance when future care will depend, in large part, upon the manner in which his condition changes or improves. Given the history of his back pain, it remains possible that his condition will be remedied over time.

Further affiant saith not.

_____
Jean Darbonne, M.D.

**SWORN TO and SUBSCRIBED** before this the 22nd day of August, 2007.

_____
Notary Public
My Commission Expires: ___7-11-11___

(SEAL)

# Exhibit "B"
Affidavit of Kay Wilson, RN, H.S.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BARRY RANDALL THOMAS,**<br>**AIS NO. 178628,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) ) | **CIVIL ACTION NO.**<br>**2:07-cv-00630-MEF-WC** |
| **DR. DARBOUZE, NURSE WILSON,**<br>**AND WARDEN DAVENPORT,** | ) ) ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF KAY WILSON, R.N., H.S.A.

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| **COUNTY OF BARBOUR** | ) ) |

Before me, the undersigned Notary Public, personally appeared KAY WILSON, R.N., H.S.A., who, after being duly sworn, states as follows:

1.    My name is Nurse Kay Wilson. I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

2.    I have been a licensed, registered nurse in Alabama since 1985. I hold a Bachelor's Degree in nursing from Troy State University. Since 1985, I have practiced nursing in a variety of positions and settings. In particular, I have worked as a nurse at Easterling Correctional Facility in Clio, Alabama, since March of 2001. Since November 3, 2003, I have been employed as the Health Services Administrator (H.S.A.) for Easterling Correctional Facility ("Easterling") by Prison Health Services, Inc., the company which is currently under contract with the Alabama Department of Corrections to provide medical services to inmates in Alabama.

3.      I am familiar with Barry Randall Thomas ("Thomas") who has been incarcerated at Easterling.

4.      As a registered nurse at Easterling, I am not authorized to provide or order prescription medication for any inmate unless authorized to do so by a physician.  Likewise, I am not authorized to diagnose any medical condition suffered by Mr. Thomas and, in particular, I am not authorized or qualified to consider his complaints of back pain or identify the cause of his complaints of back pain.  Such decisions or conclusions must be made by his attending physician.  I have not at any time attempted to diagnose the cause of Mr. Thomas's complaints of back pain.

5.      When an inmate has a non-emergency medical or health problem and/or complaint, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff at Easterling and/or request medical treatment for this problem.  The sick call request process is well-known at Easterling and is utilized by inmates at Easterling on a daily basis.  When an inmate first arrives at Easterling, he is taken to the Health Care Unit to be processed into the system and receives an orientation as to the availability of medical services at the facility as well as the procedures for obtaining medical care.  During this orientation, the medical staff gives each inmate an information sheet and verbally goes through the sheet with newly-arriving inmates, informing them how to utilize the sick call request form process.  Sick call request forms are available in the Health Care Unit at the shift commander's station or may be obtained from the Alabama Department of Corrections ("ADOC") officer in each dorm at Easterling.  An inmate making a sick call request is required to complete the top portion of the sick call request form (stating his name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and his signature) and submit the sick

call request form by placing it in a locked box located outside the facility's kitchen (i.e., chow hall). The sick call request forms are removed from the locked box each day and brought to the Health Care Unit. Upon retrieving the sick call request forms, the medical staff compiles a list of inmates having submitted a sick call request form, which is sent to the various dorms at Easterling. Easterling conducts sick call five (5) times per week, Sunday through Friday excluding holidays or unexpected emergencies. Sick call begins at 7:00 p.m. and lasts as long as required to examine all the inmates who report to sick call. Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints at the time they are summoned to the Health Care Unit for sick call. The number of inmates reporting to sick call each day varies between approximately ten (10) and thirty-five (35). The nurse conducting sick call takes reporting inmates' vital signs and either: (1) provides an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Easterling. If the inmate fails to report to sick call when summoned, this is often indicated in the sick call request form because it is left blank by the medical staff. If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the infirmary (located within the Health Care Unit) and the inmate will be examined and treated by a physician.

6. My involvement with the complaints made by Mr. Thomas and the attempts by the medical staff at Easterling to identify the cause of his complaints of back pain have been limited to providing responses to one grievance form completed by Mr. Thomas and received by me in June of 2007. In the grievance form completed by Mr. Thomas, he complained of back pain and requested a wheelchair and an appointment with a specialist. Mr. Thomas also

requested "profiles," which are orders provided by the site physician which allow an inmate to deviate from the standard operating procedures at Easterling. In particular, Mr. Thomas requested a profile from the site physician which ordered him to avoid standing or working and allowed him to use the handicap-accessible shower facility at Easterling. As an RN, I am not authorized to determine whether Mr. Thomas's medical complaints justified the issuance of the profiles he requested. When I received Mr. Thomas's first grievance, I promptly reviewed his file and noted that he had been evaluated by Dr. Darbouze within the last week and that Mr. Thomas had received crutches and a bottom bunk profile from Dr. Darbouze during his last appointment. I also confirmed that Mr. Thomas had recently submitted a sick call request form and was scheduled for evaluation during the upcoming sick call. Given my review of his medical records and the notes from his recent appointment with Dr. Darbouze, it did not appear to me that Mr. Thomas's back pain was a medical emergency at that time or that there was anything additional that I could contribute to the treatment of his back pain, which was not being provided and/or would be provided at the upcoming sick call.

7. Approximately 10 days after I received Plaintiff's grievance, the medical staff received a grievance appeal from Mr. Thomas, in which he continued to complain of back pain. I neither received nor reviewed this grievance and was not involved in evaluating the complaints made by Mr. Thomas in this grievance appeal. Another member of the medical staff at Easterling evaluated this grievance appeal, reviewed his medical records and provided a response.

8. I have not been responsible for conducting any examination or interview of Mr. Thomas on the occasions he has attended sick call or otherwise appeared in the health care unit

at Easterling seeking medical treatment. Those tasks were assigned to other members of the medical staff at Easterling.

9.    Based upon my understanding of Mr. Thomas's complaints of back pain (both past and present) and the examinations and treatment he has received as of this date, it is evident that Mr. Thomas has received timely and appropriate medical care. I have not at any time ignored any request by Mr. Thomas for medical treatment. I have not deliberately ignored Mr. Thomas's medical complaints or refused to provide Mr. Thomas with any necessary medical treatment. I have not taken any action which has caused Mr. Thomas to experience any unnecessary pain and/or suffering.

Further affiant saith not.

_Kay Wilson, RN/HSA_
Kay Wilson, R.N., H.S.A.

**SWORN TO and SUBSCRIBED** before this the 22nd day of August, 2007.

_Linda E. Teal_
Notary Public
My Commission Expires: ___7-11-11___

(SEAL)

# Exhibit "C"

Affidavit of Beth H. Long with a true and correct copy of
pertinent excerpts from Plaintiff's medical records bates
labeled PHS001 – PHS133

**A F F I D A V I T**

STATE OF ALABAMA     )
                             )

_Barbour_ COUNTY      )

        I, _Beth H Long_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Easterling Correctional Facility_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Barry Randall Thomas_, AIS# _178628_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

        I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison Health Service - ECF_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

        This, I do hereby certify and affirm to on this the _27th_ day of _July_, 2007.

                    _Beth H Long_

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE**

_27th_ Day of _July_, 2007.

_Linda E. Teal_
Notary Public
_7-11-11_
My Commission Expires



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 1/20/66 | Discontinue previous order for this week |
| ALLERGIES: NKDA | Discontinue Robaxin |
| Use Fourth    Date 7/5/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) LBP |
|---|---|
| D.O.B. 1/20/66 | Naproxen 375 mg po BID PRN x2week |
| ALLERGIES: NKDA | D/C change to Reglan |
| Use Third    Date 7/2/07 | F/U 1 week |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) LBP |
|---|---|
| D.O.B. 1/20/66 | PSA, DP III |
| ALLERGIES: NKDA | Crutches x 1 week |
| | Tylp-2  1g po TID PRN  x2 weeks |
| Use Second    Date 7/2/07 | Flexeril 10mg po TID PRN x2weeks |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Thomas, Barry | DIAGNOSIS LBP |
|---|---|
| # 178628 | X Ray of L-S spine |
| D.O.B. 11/20/66 | Xray of Rand L hip |
| ALLERGIES: NKA | |
| Use First    Date 7/2/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Thomas Bally<br>178628<br>note EExp<br>7/16/07<br>D.O.B. 11,20,66<br>ALLERGIES: NKA<br>Use Last    Date 7/1/07 | DIAGNOSIS (If Chg'd)<br>Tylenol 15 po now & bid<br>X 240<br>✓ 0 Dr. Darbouze/L. Eupin<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED    7/2/07 |
| NAME: Thomas Bary<br>178628<br>D.O.B. 11 20,66<br>ALLERGIES: NKA<br>Use Fourth    Date 6/30/07 | DIAGNOSIS (If Chg'd)<br>Tylenol 1gm po X 1 dose now<br>Dr Darbouze<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED    7/2/07 |
| NAME: Thomas Barry<br>178 628<br>D.O.B. 11 20,66<br>ALLERGIES: N K DA<br>Use Third    Date 6 28 07 | DIAGNOSIS (If Chg'd)<br>⑧ LAY in X 3 days except for<br>mess, Chow.<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED    7/8/07 |
| NAME: Thomas Bory<br>178 628<br>D.O.B. 11 20 66<br>ALLERGIES: NKA<br>Use Second    Date 6 28 07 | DIAGNOSIS (If Chg'd)<br>⑤ Inhouse UA<br>⑥ Cont in infirmy until<br>Monday.<br>⑦ 1 pair of Crutches X 7 days<br>✓ show proper usage<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Thomas Bory<br>178 628<br>D.O.B. 11 20 66<br>ALLERGIES:<br>Use First    Date 6 28 07 | DIAGNOSIS<br>① D/C Motrin<br>② NA pro syn 375 TID<br>X 30 days<br>③ D/C Flexeril<br>④ Robaxin 500mg BID X 10 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Thomas Barry
178628

D.O.B. 11/20/66
ALLERGIES: NKA

Use Last    Date 6/26/07

DIAGNOSIS (If Chg'd) Motrin 400mg BID prn X 2 days

Floyd / vo

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Thomas Barry
178628

D.O.B. 11/20/66
ALLERGIES: NKDA

Use Fourth    Date 6/25/07

DIAGNOSIS (If Chg'd) Place in infirmary for observation and assistance as needed & AOZ until seen by provider. Document on pt. Phone order Dr McQueen / Johnson (verbal)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Thomas Barry
178628

D.O.B. 11/20/66
ALLERGIES: NKDA

Use Third    Date 6/8/07

DIAGNOSIS (If Chg'd) LBP/Myalgia

Crutch X 1 week
Xray of L-S spine
Discharge to population

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Thomas, Barry
178628

D.O.B. 11/20/66
ALLERGIES: NKA

Use Second    Date 6/5/07

DIAGNOSIS (If Chg'd) LBP

BBP X 2 weeks
Motrin 600 mg Po TID prn X 14 days
Flexeril 10 mg Po TID prn X 14 days
Bengay ont BID use X 5 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Thomas, Barry
178628

D.O.B. 11/20/66
ALLERGIES: NKDA

Use First    Date 5/30/07

DIAGNOSIS

Continue Bottom Bunk profile until seen by MD on 6-5-07
vo Dr Darbouze / Alameda

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
| | x/ 3 weeks |
| D.O.B. 11/20/66 | no prolonged standing x 2 week |
| ALLERGIES: NKDA | |
| Use Last    Date 11/18/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
| # 178628 | x-ray L-S spine |
| D.O.B. 11/20/66 | Feldene 20 mg Po QPM x 14 days PRN |
| ALLERGIES: NKDA | Tylenol 1g Po TID PRN x 14 days |
| | Flexeril 10 mg Po TID PRN x 7 days |
| Use Fourth    Date 11/18/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) Constipation |
| 178628 | MoM 30 cc Po x 1 |
| D.O.B. 11/20/66 | Dulcolax ii Po x 1 |
| ALLERGIES: NKDA    noted R.E.W. | Colace 100 mg i Po QD x 14 days |
| Use Third    Date 11/16/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Thomas Barry | DIAGNOSIS (If Chg'd) |
| 178628 | DC CVSCC at no medication |
| D.O.B. 11/20/66 | |
| ALLERGIES: NKDA | |
| Use Second    Date 11/23/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Thomas Barry | DIAGNOSIS |
| #178628 | DC topical    v.o. Dr. Dubruzze |
| | DC chronic care.    Kurtson, RN |
| D.O.B. 11/20/66    noted Kurtson @ 915 am 8/18/04 | Lab work - Diag. Profile II - CL8827 |
| ALLERGIES: NKDA | |
| Use First    Date 8/18/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

PHS005



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: ~~Thomas, Barry~~ | DIAGNOSIS (If Chg'd) |
|---|---|
| ~~# 178628~~ | ~~Lopid 600mg. i po BID~~ |
| | ~~x i year.~~ |
| D.O.B. ~~11-20-66~~  (Kurtson RN 8/18/04) | |
| ALLERGIES: ~~NKDA~~ | ~~v.o. Dr. Barbouze / Kurtson, RN~~ |
| Use Last    Date ~~8/18/04~~ | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd)       8/18/04 |
|---|---|
| | Lopid 600mg. i po BID x |
| | 90 days |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Thomas — Barry | DIAGNOSIS (If Chg'd) |
|---|---|
| | Lopid 600m i P.o. BID x 90 days |
| D.O.B. 11/20/66 | DC Diflora / Barow |
| ALLERGIES: NKA | Start 6-26-2004 - 9-24-2004 |
| Use Third    Date 6/26/2004 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   6/28/04 |

| NAME: Thomas, Barry | DIAGNOSIS (If Chg'd) |
|---|---|
| 178628 | |
| | Lopid 600m ipo BID x90d Kop |
| D.O.B. 11/20/66 | |
| ALLERGIES: NKA | |
| Use Second    Date 4/15/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  CCooley CRNP |

| NAME: Thomas Barry | DIAGNOSIS  Woprt solution to Thumb BID |
|---|---|
| 178628 | x 6 weeks |
| | Drug pro II O# 8827, seal rate |
| D.O.B. 11/20/66 | stool x 3 hemeocult flag on chart |
| ALLERGIES: NKDA | metamucil 3.4gm in 6.02 liquid po QD |
| | Kop x 3 mos |
| Use First    Date 4/8/4 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| Name | | | | AIS # | |
| Date | | Allergies | | Facility | |
| SIG. | | | | | |
| | | | | Discontinue | |
| | | | | Continue | |
| | | | | Increase | |
| Physician Signature: | | | | Decrease | |

NC002

---

**Name** Thomas, Barry   **AIS #** 178628

**Date** 6-20-03   **Allergies** NKA   **Facility** EASTwing

**SIG.**

PPD
RPR

T. 98.

Physician Signature: [illegible] Darbose/ L Ewis

Discontinue

Continue — noted LEwis 6-20-03

Increase

Decrease

NC002

---

| | Last | First | Middle Initial | | |
|---|---|---|---|---|---|
| Name | | | | AIS # | 178628 |
| Date | | Allergies | NKA | Facility | |
| SIG. | | | | | |

Discontinue

Continue

Increase

Decrease

NC002

---

**Name** Thomas, Barry   **AIS #** 178628

**Date** 4/1/03   **Allergies** NKA   **Facility** East

**SIG.**
- Bactrim DS i Po BID X 10 [illegible]
- Doxycyclin 100 y PO BID
- Tylenol 325 y iii Po TID prn 7 days

Physician Signature: [illegible] Hatox

Discontinue

Continue

Increase

Decrease

PHS007



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Thomas, Barry | D.O.B.: 11/20/66 |
|---|---|---|

**7/2/07** Wt 153   BP 136/86   P 111   R 18   T 97

**0835** Infirmary                                    O2 sat 97%

S: 40 wm [with] pain to [illegible] lower back → L leg × few years, worse over the past four months, 2-3 times, injury/trauma

O: NAD, [illegible]

L spine: non tender over the L-S vertebrae. [illegible] tenderness over the L [illegible] muscle, ROM limited by [illegible] [illegible] straight leg raising negative. Neuro: intact. Xray L spine 6/8/07: negative.

A/P: most likely 2° to spasm. [illegible]
- repeat X ray
- ROM [illegible]
- [illegible] work                          [signature]

**7/5/07** X ray of L spine: neg. [illegible] discontinue this appt. RTC [illegible]          [signature]

60111 (5/85)                **Complete Both Sides Before Using Another Sheet**

PHS008



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Thomas Barry D.O.B.: 11/20/66 |
| --- | --- |
| 12-9-05 | 176 # 97[4] P106 16 1/18/78 |
| S | [illegible] lower back [illegible] not getting |
| | my relief from the [illegible] medication [illegible] |
| | [illegible] |
| | [illegible] |
| O | NAD [illegible] |
| | [illegible] |
| | [illegible] good [illegible] |
| | [illegible] X-ray : NAD |
| [illegible] | |
| | [illegible] |
| | [illegible] TID [illegible] |
| | [illegible] |
| | [illegible] |

60111 (5/85) plete Both Sides Before Using Another Sl

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

6/28/07  Worked as a printer mostly

Ⓞ walk c̄ crutch favor Ⓛ side
lean to Ⓡ side
St. leg Ⓡ on Ⓛ
∅ Sciatic notch tenderness
− flexis both femur to chest but will
  not straiten knee but Ⓛ leg
  (bow sign +)
− L−S spine TTP L4−5
− bend over to touch toes protecting
  Ⓛ side
− ∅ paravertebral muscle spasm to
  this exam.

Ⓐ Low Back pain c̄ Ⓛ leg pain? Thoracolumbar spine WNL

Ⓟ Pt pretty consistant c̄ finding on Ⓛ but
  can't tell if it is really that intense
  or a true problem/complaint

Ⓔ POC − c̄ minor change in meds [signature]



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Thomas Barry | D.O.B.: 11/20/66 |
|-----------|------------------------------|-------------------|

6/8/07 7⁴⁵/pm   INP/BC

Wt 160  B/p 128/80  p 105  R18  T98°  O₂ 96%

c/o pain to the lower back – no radiating
with no associated weakness/numbness/incontinence
states not to be able to walk early in Aug

O: NAD, VSS
L spine = + tenderness to paraspinal muscles,
ROM to 2° L turn. no tenderness over the
L vertebrae –
Neuro: no focal deficit

LBP
A: continue without ...
Could to walk daily in Aug x 1 week
non ... – ...

6/26/07 8⁰⁰/pm  Wt 153  B/p 110/70  p 100  R20 T98° O₂ 93%

40 yo ♂ c/o back & ⓛ leg pain since
1995 – at least once a year. At least this
4-5 months. No h/o injury. Just woke up
1 day ī back pain. Suddenly last year, the
pain started down ⓛ leg.
Acces dysuria. Painful defecation, coughing
& sneezing hurts as well

PHS011

| Date/Time | Inmate's Name: | Thomas Bawy | | D.O.B.: | 11/20/66 |

5-15-06 | 1824 | 120/84 | 75 | 96⁸ | 16

S: 40 BM c/ Pain to his lower back x 1-2 week worse with work, improved by exercise. No c/o injury/Trauma. Request for profiles.

O: VSS. ↑↑↑

In spine: + tenderness over the left paraspinal muscle - ROM ↓ with c/o pain
Neuro: intact
X-ray: WNL (L spine).

A: LBP 2° to Muscle spasm.

P: - Motrin, + Flexeril TID prn.
- Bengay, Key exercise.
- PPP granted x 2 weeks

---

6/5/07 | Wt 182 | BP 126/88 | P 95 | R 18 | T 97⁸

835am | S: 39 BM c/o Pain to the left lower back - Pt ↓ seeking
↑ PPP

O: Neg. VSS
L spine: mild tenderness over the L4-L5 area over the paraspinal muscles - ROM no performed because of c/o pain.
Neuro: intact

A: LBP

P: Motrin, Flexeril, Bengay area
Key exercises
PPP granted x 2 weeks

| Date/Time | Inmate's Name: Thomas Barry    D.O.B. 11-30-66 |
|---|---|

**4-6-05** — wt 184   B/P 122/74   R 20   P 78   T 97°

**750 A** — Lower ABD Pain / Constipation

S — 38 y/o c̄ constipation and lower abd pain — had a small BM yesterday — denies N/V/fever/chills — this presents c̄ constipation.

O — NAD, ✓✓✓

[illegible lines]

Abd: w/ dis non distended

no tenderness/mass/organomegaly

A — Constipation

P — Mom 30cc ✓ Dulcolax ū P̄o x ?

Colace 100 mg ✓ C/D ʒ̄̄D x 4 days

↑ water intake — return ʒ̄̄D

---

**11/18/05** — wt. 180   B/P 120/80   P — 80   R 18   T 98

S/C back / hip pain

S — 48 y/m c̄ Pain to his L lower back → L leg c̄ associated numbness and tingling — He denies weakness, incontinence of B/B — Denies any h/o injury or trauma. The pain ↑ with exertion or ROM

O — NAD, ✓✓✓

L spine: mild tenderness — scoliosis L and L painful

Neuro: intact

A — L dz

P — Tylenol ✓ Feldene ʒ̄̄D

Flexeril ʒ̄̄D

X-ray L spine — v/a directed



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Mitchell, William, Thomas Bobby    D.O.B.: 11/20 1606 |
|-----------|------------------------------------------------------|
| 4/8/04 3:40 pm | wt 180  120/80  64  16  T 97.8  SC  abd pain |
| | has had this since 2002  RLQ pain |
| | when it happens he gets ↓ appetite, radiates to LLQ |
| | no tests done. Says he felt like he had temp. |
| | P: feels better now × 3 days |
| | PE  wdm MAD  worst @ this |
| | lungs CTA |
| | heart RRR  sm |
| | abd soft NT @ masses          UA- wnl |
| | |
| | A  possible diverticulosis c̄ episode of abd pain |
| | P  Drug pub II  stool hemacult. |
| | start solutan te wort |
| | metamucil QD |
| | FU if returns          [signature] |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Thomas Barry |
|---|---|

D.O.B.: 11 20 66

6-25-07
1600

Spoke ē pt regarding ongoing back problems. States he chas had this condition on + off since 1994. Ambulated to HCU ē the assistance g a mop for support. C/O ® hip pain radiating down leg. States unable to walk, set or perform ADL ē assistance. States unable to bathe or dress himself ē assistance. C/O numbness and tingling to ® leg. Bilateral pedal pulses present. Capillary refill < 3 seconds. Able to move feet + toes. C/O pain upon movement g ® leg. Wt 155 lbs today. Pt had appt ē DR Darbouze on 6-22-07. When questioned why he refused appointment he stated that he knew the "Doctor was not going to do anything for me". Explained to pt that if a course g treatment does not work then he needs to follow up with the doctor so that he can re-evaluate you for further treatment needs. Spoke ē DR McQueen regarding pt and g above findings. Recd order to place pt in infirmary until seen by provider. The nurses are to document and assist pt as needed ē ADL's. Pt placed in bed 2 in infirmary. Oriented to infirmary + call bell system. Verbalizes under-standing.
                                                                    J Johnson RN



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _BARRY R. THOMAS_          Date of Request: _6-17-07_
ID # _178628_                Date of Birth: _11/20/66_  Location: _E2-6A_
Nature of problem or request: _sciatica for 3 months now. Acute, chronic pain._
_Meds not helping. No longer able to walk – using wheelchair borrowed from_
_HCU since last Wednesday. Dr. Darbouze refuses to give even a no-_
_prolonged-standing profile. Officers acknowledge need for wheelchair._
                                            _Barry Thomas_
                                            *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _6/20/07_
Time: _2.10_  AM (PM)
Allergies: _____

```
┌──────────────────────────────┐
│          RECEIVED            │
│  Date:  _6-20-07_            │
│  Time:  _w_                 │
│  Receiving Nurse Intials ___ │
└──────────────────────────────┘
```

**(S)ubjective:** See net tove dated 6/20/07 _[signature]_
                                    CW/DN

**(O)bjective  (V/S): T:** ____  **P:** ____  **R:** ____  **BP:** ____  **WT:** ____

**(A)ssessment:**
                    X _Barry Thomas_

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  ·  Return to Clinic PRN
                        CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:  Yes ( )  No ( )
              Was MD/PA on call notified:  Yes ( )  No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS016

PHS

**Nursing Evaluation Tool.**                                                                Back Pain

Facility: Alabama Department of Corrections

Patient Name: Thomas, Barry
_____Last_____First_____MI

Inmate Number: 178628            Date of Birth: 11 / 20 / 66
                                                     MM   DD   YYYY

Date of Report: 6 / 20 / 07        Time Seen: 210  AM / PM  Circle One
                   MM   DD   YYYY

**_Subjective:_** Chief Complaint(s): "I have sciatica. for three months no. The meds not
Onset: X 3 months                          helping."

☑ New onset   ☐ Chronic condition exacerbation                              Ⓛ foot
Pain Scale: (1-10)  10          Type: ☑ Sharp ☑ Dull ☐ Intermittent ☑ Constant   Numbness: ☐ No ☑ Yes
Location of Pain: Ⓛ ↓ back .        Radiation of pain: ☐ No ☑ Yes to: to Ⓛ leg
_____Neck / mid-back / low back

History: _____
(Continue on back if necessary)

                                                                    ☐ Check Here if additional notes on back
Associated symptoms: Pain on urination?     ☑ No  ☐ Yes  Nausea ☑ No  ☐ Yes  Vomiting ☑ No  ☐ Yes (x _____)
                     Increased urination?   ☑ No  ☐ Yes  Pain with cough/breathing? ☑ No  ☐ Yes
Wt - 175#   SpO2 99% RA
**_Objective:_** Vital Signs: (If Indicated) T: 98.1   P: 80   RR: 18   B/P: 124 / 78
Back Exam: ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☑ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: _____
Elaborate positive findings: _____

                                                                    ☐ Check Here if additional notes on back
Lower extremities: ☑ Normal  ☐ Abnormal (Describe): _____
Pedal pulses:      ☑ Present  ☐ Absent

☑ Additional Examination: WIM ambulates to HCU na W/C. Able to stand / walk c slow, steady
(Continue on back if necessary) gait. A&Ox3 Resp c ease. Skin warm + dry to touch. Request profile
                                                                    ☐ Check Here if continued on back

**_Assessment:_** (Referral Status)                Preliminary Determination(s): _____
      ☐ Referral **NOT** Required
                                                                    _____

      ☑ Referral **Required** due to the following: (Check all that apply)
            ☐ Loss of sensation       ☐ Presence of RBCs from dipstick   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
            ☐ Prior malignancy        ☐ Presence of WBCs from dipstick
            ☑ Other: to be evaluated by MD

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain  ☑ Education about stretching and back exercises.  ☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
      well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)
☐ Cold Compress (Acute injury)  ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid pm x 2 days)* ☐ NO  ☑ YES (If Yes List: Refused by pt

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): Dr Darbouze        Date for referral: 6 / 25 / 07
                                                                                        MM   DD   YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____
                                                                                        Time

x _____CWambles RN_____   Name: ____CWambles RN_____
      Nurses Signature                            Printed

PHS017



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _BARRY R. THOMAS_    Date of Request: _6/13/07_
ID # _178628_    Date of Birth: _11/20/66_ Location: _E2-6A_
Nature of problem or request: _continued pain from sciatica — lower back_
_and left leg. Meds not helping. Can no longer walk to pill call_
_and chow without borrowing wheel chair._

_Barry R. Thomas_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

See waiver
6-14-07 KG 7:30pm

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS018



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *BARRY R. THOMAS*　　　Date of Request: *May 30, 2007*
ID # *178628*　　　Date of Birth: *11/20/66*　Location: *E2-6A*
Nature of problem or request: *sciatica — lower-back pain with pain radiating down*
*(L) leg. Pain medication + muscle relaxers not alleviating symptoms.*
*Request to see doctor again.*

　　　　　　　　　　　　　　　　*Barry R. Thomas*
　　　　　　　　　　　　　　　　　　　*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: *5 /30/ 07*
Time: *540*　　AM (PM)
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:                          │
│  Time:           5/30/07        │
│  Receiving Nurse Intials   WW   │
└─────────────────────────────────┘
```

**(S)ubjective:**

　　　　See Net tove dated 5-30-07
　　　　　　　　　　　　　CW, RN

**(O)bjective　(V/S): T:**_____ **P:**_____ **R:**_____ **BP:**_____ **WT:**_____

**(A)ssessment:**

**(P)lan:**　　　X *Barry Thomas*

Refer to:　MD/PA　Mental Health　Dental　Daily Treatment　　Return to Clinic PRN
　　　　　　　　　　　　　CIRCLE ONE
Check One:　ROUTINE ( )　　EMERGENCY ( )
　　　　If Emergency was PHS supervisor notified:　Yes ( )　No ( )
　　　　　Was MD/PA on call notified:　Yes ( )　No ( )

_____
　　　　　　　　　　　*SIGNATURE AND TITLE*

WHITE:　INMATES MEDICAL FILE
YELLOW:　INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002　(1/4)

PHS019

**Nursing Evaluation Tool:**

<u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: Thomas, Barry
_____Last_____

Inmate Number: 178628    Date of Birth: 11 | 20 | 66
_____MM  DD  YYYY   MI

Date of Report: 5 | 30 | 07    Time Seen: 540    AM (PM) Circle One
_____MM DD YYYY

**Subjective:** Chief Complaint(s): "el have sciatica. Lower back pain with pain
Onset: x 3 months    radiating down my left leg." Denies injury
☑ New onset   ☐ Chronic condition exacerbation    ☐ foot
Pain Scale: (1-10) 6    Type: ☐ Sharp ☑ Dull ☐ Intermittent ☑ Constant   Numbness: ☐ No ☑ Yes intermittent
Location of Pain: (L) ↓ back    Radiation of pain: ☐ No ☑ Yes to: (L) leg to (L) heel
_____Neck / med chest / low back
History: Request to see MD
(Continue on back if necessary)

Associated symptoms: Pain on urination?    ☑ No ☐ Yes   Nausea ☑ No ☐ Yes    ☐ Check Here if additional notes on back
wt 175#  SOO 9890RA    Increased urination?   ☑ No ☐ Yes   Pain with cough/breathing? ☑ No ☐ Yes   Vomiting ☑ No ☐ Yes (x ___)
**Objective:** Vital Signs: (If indicated) T: 98.2  P: 68  RR: 18  B/P: 120 | 170
Back Exam: ☑ Tender to touch ☐ Contusion ☑ Muscle spasms ☑ Impaired range of motion
Additional Findings: ☑ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: ___
Elaborate positive findings: _____
_____

Lower extremities: ☑ Normal   ☐ Abnormal (Describe): _____   ☐ Check Here if additional notes on back
Pedal pulses: ☑ Present   ☐ Absent

☑ Additional Examination: W/m ambulates c̄ slow, steady gait. A to x 3 Resp c̄
(Continue on back if necessary)
ease. Skin warm + dry to touch.

**Assessment: (Referral Status)**    ☐ Check Here if continued on back
☐ Referral **NOT** Required    Preliminary Determination(s): _____
_____

☑ Referral **Required** due to the following: (Check all that apply)
☐ Loss of sensation     ☐ Presence of RBCs from dipstick   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Prior malignancy      ☐ Presence of WBCs from dipstick
☐ Other: _____

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain ☑ Education about stretching and back exercises. ☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: Continue BBP until seen by MD on 6-5-07 w Dr Darbouze (we already had)
(Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☑ NO   ☐ YES (If Yes List): Pt refused

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr Darbouze    Date for referral: 6 | 5 | 07
_____MM  DD  YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time _____

x _C Wamble RN_    Name: _C Wamble RN_
_____Nurses Signature_____    _____Printed_____



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _BARRY R. THOMAS_ Date of Request: _MAY 28, 2007_
ID # _178628_ Date of Birth: _11/20/66_ Location: _E2-6A_
Nature of problem or request: _Sciatica — lower-back pain radiating down_
_left leg._

_Barry R. Thomas_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/____
Time: _____ AM PM
Allergies: _____

| RECEIVED | |
|---|---|
| Date: | 5-29-07 cw |
| Time: | |
| Receiving Nurse Intials | _____ |

**(S)ubjective:**

See waiver dated 5-29-07 cw LPN

**(O)bjective  (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
   If Emergency was PHS supervisor notified:    Yes ( )    No ( )
      Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS021



PRISON HEALTH SERVICES, INC.

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _BARRY R. THOMAS_    Date of Request: _5/13/07_
ID # _178628_    Date of Birth: _11/20/66_ Location: _E2-666_
Nature of problem or request: _Lower-back & left leg pain — pressure on_
_sciatic nerve that has left me barely able to walk._

_Barry R. Thomas_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5/13/07_
Time: _715_ AM **PM**
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

See Net tool dated 5-13-07
CW/RN

**(O)bjective   (V/S): T:_____  P:_____  R:_____  BP:_____  WT:_____**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )      No ( )
Was MD/PA on call notified:    Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS022

**Nursing Evaluation Tool:**                                    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: __Thomas, Barry__
                        Last                                    First

Inmate Number: __178628__          Date of Birth: __11 / 20 / 66__
                                                    MM    DD    YYYY    MI

Date of Report: __5 / 13 / 07__          Time Seen: __7:15__    AM / **PM** Circle One
                  MM   DD   YYYY

<u>**Subjective:**</u>  Chief Complaint(s): "My sciatic nerve is bothering me."

Onset: __X 2months__

Brief History:
(Continue on back if necessary)

---

Wt-174#  SpO2 97% RA

☐ Check Here if additional notes on back

<u>**Objective:**</u> Vital Signs: (As Indicated) T: __98²__  P: __64__  RR: __16__  B/P: __118 / 76__

Examination Findings: W/m ambulates c̄ even, steady gait. A+O x 3 Resp c̄
(Continue on back if necessary)
ease. Skin warm + dry to touch. C/O dull, aching pain to (L) ↓ back
radiating down (L) leg to (L) ankle. States 8/10 on pain scale. Denies
injury. ⊕ tenderness to touch notd to (L) ↓ back. ⊕ ↓ ROM noted.
Pedal pulse present + strong. No acute distress noted.

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
☐ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: __to be evaluated by MD__

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>**Plan:**</u> Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
              (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes) List: Motrin 600mg po BID PRN x 5days vo Dr Darbouze/Chambles RN

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): __Dr Darbouze__    Date for referral: __5 / 14 / 07__
                                                                              MM   DD   YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

X __C Wambles RN__          Name: __C Wambles RN__
    Nurses Signature                      Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Barry R. Thomas_          Date of Request: _5/02/07_
ID # _178628_          Date of Birth: _11/20/66_   Location: _E2-66b_
Nature of problem or request: _Continued acute & low-back pain radiating down (1) leg, affecting_
_my ability to walk normally. Insomnia & spasms due to pain. Previous treatment did not relieve_
_symptoms. Could you try different treatment? Since X-ray exam revealed no abnormalities, could_
_you schedule a more sensitive exam—CT or MRI? Continuous problem since 11/05._

_Barry R. Thomas_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _5/3/07_
Time: _____ AM\PM_
Allergies: _____

|  RECEIVED  |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**    Waiver

**(O)bjective   (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health    Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
     If Emergency was PHS supervisor notified:    Yes ( )    No ( )
     Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS024



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _BARRY R. THOMAS_          Date of Request: _11/13/05_
ID # _178628_          Date of Birth: _11/20/66_  Location: _8B-131_
Nature of problem or request: _lower back and left hip pain — feels like_
_sciatic nerve is penched_

_Barry R Thomas_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:                          │
│  Time:           11/14/05       │
│  Receiving Nurse Intials  MP    │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective   (V/S):  T:**_____   **P:**_____   **R:**_____   **BP:**_____   **WT:**_____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF 1002   (1/4)

PHS025

Facility: Thomas B. Easterling
Patient Name: Thomas Barry
_____ Last _____ First _____ MI
Inmate Number: 178628
Date of Birth: ___/___/___
                MM  DD  YYYY
Date of Report: ___/___/___
                 MM  DD  YYYY
Time Seen: _____ AM / PM  Circle One

**Subjective:** Chief Complaint(s): Back pain
Onset: "9 days"
☐ New onset  ☑ Chronic condition exacerbation
Pain Scale: (1-10) 7  Type: ☑ Sharp  ☐ Dull  ☐ Intermittent  ☑ Constant  Numbness: ☐ No  ☑ Yes
Location of Pain: lower left  Radiation of pain: ☐ No  ☑ Yes to: ⓁL leg to Ⓛ foot
                  Neck / mid back / low back
History: "My lower back is hurting radiating to my
(Continue on back if necessary)  Ⓛ leg and Ⓛ foot Causing Numbness and tingling
at times"                                                ☐ Check Here if additional notes on back
Associated symptoms: Pain on urination?  ☑ No  ☐ Yes   Nausea ☑ No  ☐ Yes  Vomiting ☐ No  ☐ Yes (x___)
                     Increased urination?  ☑ No  ☐ Yes   Pain with cough/breathing? ☑ No  ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: 98  P: 68  RR: 16  B/P: 110/80
Back Exam:  ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion
Additional Findings: ☑ Numbness ☑ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other: ____
       Lt leg  Elaborate positive findings: _____
_____
                                                          ☐ Check Here if additional notes on back
       Lower extremities: ☑ Normal  ☐ Abnormal (Describe): _____
       Pedal pulses: ☑ Present  ☐ Absent
       ☑ Additional Examination: Ø Visible injuries Noted pt denies any
       Continue on back if necessary: injuries
                                                          ☐ Check Here if continued on back

**Assessment:** (Referral Status)            Preliminary Determination(s): _____
       ☐ Referral NOT Required                            _____

       ☑ Referral Required due to the following: (Check all that apply)
            ☑ Loss of sensation pt c/o  ☐ Presence of RBCs from dipstick  ☑ Recurrent Complaint (More than 2 visits for the same complaint)
            ☐ Prior malignancy  ☐ Presence of WBCs from dipstick
            ☐ Other: _____

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain  ☑ Education about stretching and back exercises.  ☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well
       as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
       (Describe)
☐ Cold Compress (Acute injury)  ☐ Warm Compress

☐ OTC Medications given  ☐ NO  ☑ YES (If Yes List): Tylenol 1gm po bid X5 days

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): Dr Davarse  Date for referral: 11/18/08
                                                                              MM  DD  YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

x _____        Name: C Garcia LPN
       Nurses Signature                         Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _BARRY R. THOMAS_    Date of Request: _April 3, 2005_
ID # _178628_    Date of Birth: _11-20-66_ Location: _8B-131_
Nature of problem or request: _CONSTIPATION SINCE THURSDAY the 31st._

_Barry R. Thomas_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4/4/05_
Time: _820_ AM PM
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: APR - 4 2005 |
| Time: |
| Receiving Nurse Initals _____ |

**(S)ubjective:** _"I think I have diverticulitis. Had this before and they said they thought that's what it is."_

**(O)bjective   (V/S):** T: _97⁷_    P: _78_    R: _18_    BP: _120/80_    WT: _185_

Pt ⓪ Here c c/o abd pa ↓ ⓪ ↓ quad. State is having stool but he is constipated. Scant amt of bowel sounds noted ♂ all four

**(A)ssessment:** Quadrants. Abd non distended. Non tender upon pal-pation. A+0+3. Skin W/D to tout. Resp c ease
Pt for alt n elimination

**(P)lan:** Colace ↓ Bid x 10 days
MD appt gm

Refer to: (MD/PA)  Mental Health  Dental (Daily Treatment)   Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( ✓ )  EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

4/6/05

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS027



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Barry R. Thomas_     Date of Request: _April 3, 2004_
ID # _178628_     Date of Birth: _11-20-66_ Location: _GB-71_
Nature of problem or request: _Severe Abdominal pain (lower right). Feels_
_like appendicitis. Was treated for same symptoms in October_
_2002 at VCE._

_Barry R. Thomas_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4/6/04_
Time: _930_ AM **PM**
Allergies: _NKDA_

_Wt 172 B/p 120/80 P 61 R 20 T 978_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** "I'm having pain in my abdomen mostly in my lower ®️ side." Skin warm

**(O)bjective** W/m to HCU. alert et oriented X 3. Skin warm et dry to touch. Resp even et unlabored. C/o pain to ® right side of abdomen. Bowel sounds X4. abd soft et nondistended. Denies constipation.

**(A)ssessment:** No swelling or redness to ® side. Nontender to touch.

Alt in comfort

*m/s*
*4-7-4*

**(P)lan:**
Refer to MD
RTC if pain worsens before MD appt

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
**CIRCLE ONE**

Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_J Scotton_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS028



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

081304

| Date/Time | |
|---|---|
| | Waiver for ccc — RTock — |
| 11304 | O- DC CCC CV dt no medication - Lab ordered — RTech — |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Thomas, Barry | 178678 | 12066 | Wm | East |

PHS-MD-70049                    **Complete Both Sides Before Using Another Sheet**

PHS029

# PhCare In

## Health Services Request Form

Inmate Name _BARRY THOMAS_     Date of Request _4-9-03_

AIS No. _178628_    Date of Birth _11-20-66_    Housing Loc. _9A-55_

Nature of problem or request _ABCESS ON UPPER-LEFT THIGH. I SAW THE DR._
_MONDAY 7TH. AND HE SAID "IT ISN'T READY," THEN TOLD A NURSE "I'LL SEE_
_HIM WEDNESDAY" — I NEVER GOT AN APPOINTMENT THOUGH._

Sign here for consent to be treated by health staff for the condition described above. _Barry Thomas_

### Place this slip in Medical Box or designated area

APR 10 2003

### DO NOT WRITE BELOW THIS LINE

## Health Care Documentation

Subjective:

Objective:   BP_____    P_____    R_____    T_____    WT_____

_See_
_Waiver_

Assessment:

Plan:

Refer to:    PA/ Physician      Mental Health      Dental

Education: _____

_____

_____

Protocol used: (specify)_____

Signature _____ Title _____ Time_____ Date_____

PHS030

NAPHCARE

## PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 4/14/02 | 1¹⁵ᵖ | Wt. 170  P 80  R 16   110/70  T, 98.6 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|
| Thomas, Barry | | | 178628 |

NC007                    PHYSICIAN'S PROGRESS NOTES

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 4-2-03 | 7:45 am | wt. 168, 986, 80, 20, 120/80. s/c |
| | | S) /c spislin 3rd t 5 days. X few days |
| | | O. 5 cm erythem-tm, / indurated area over the medial aspect of L thigh 0.5 cm area A with minimal bloody drainage. |
| | | A/P Abscess L thigh. 2° to S. not Bth |
| | | Plan: - Bactrin DS BID - Doxycyllin 100mg to Bid X 10 days - Tylent TID / Pain - R/V 4/9/03 [signature] |
| 4/11/03 | | wt. 171  B/P 118/80 P 76   R16   T 98  Plu  Abscess L Thigh. + bloody purulent drainage. |
| | | the - drainage - cntn'd Bactrin / Doxy - R/V 4/14/03 [signature] |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|
| Thomas | Barry | | 178628 |

NC007                PHYSICIAN'S PROGRESS NOTES

PHS032

## NaphCare, Inc.
### Health Services Request Form

Name BARRY R. THOMAS                         Date of Request 4-6-03

AIS No. 1786285        Date of Birth 11-20-66        Housing Loc. 9A-55

Nature of problem or request AN APPARENT SPIDER BITE ON UPPER-LEFT THIGH — APPEARS TO BE INFECTED.

Sign here for consent to be treated by health staff for the condition described above. Barry R. Thomas

### Place this slip in Medical Box or designated area

### DO NOT WRITE BELOW THIS LINE

### Health Care Documentation

Subjective: "I noticed this bite on my (L) upper thigh about a wk. ago. But, it didn't start looking red + hurting until Friday of last wk. my leg is down to my knee red."

Objective: BP 120/80  P 80  R 20  T 98.6  WT 168
w/m ambulates to HCU in no apparent distress. Resp. reg. + ē ease. skin wtD to touch. on (L) upper thigh appears a bite. Redness + hardness around area. Redness down leg almost to knee. area is all hot to touch.

Assessment: Potential for alteration in comfort / skin integrity.

Plan: See MD today for evaluation.

Refer to: (PA/Physician)    Mental Health    Dental

Education: Explained to I/M to return to HCU by 8:30 am for MD appt. Verbalized understanding.

Protocol used: (specify) N/A

Signature KClown        Title RN        Time 7:45 am  Date 4/7/03

PHS033

**NAPHCARE**
**NURSE'S NOTES**

| DATE | TIME | |
|------|------|---|
| 4/4/03 | 12³⁰ | rec'd @ East instructions given — B Maxwell LPN |
| 6/20/03 | 110⁰⁰ | P- A/y clerk _____ R Lewis |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|------------|-------|--------|------|
| Thomas | Barry | | 178628 |

NC-006          NURSES NOTES

**NAPHCARE**
**HEALTH SERVICES REQUEST FORM**

Print Name: _BARRY THOMAS_          Date of Request: _10-19-02_

ID#: _178628_   Date of Birth: _11-26-66_   Housing Location: _1015-391B_

Nature of problem or request: _ABDOMINAL PAIN_

_____

_____

_____

_____

Sign here for consent to be treated by health staff for the condition described

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
*******************************************************************

**HEALTH CARE DOCUMENTATION**

Subjective: "My" Bowels have still not Moved

Objective: BP 130/80   P 82   R 18   T 98⁴
Amb to Hcu in Nap. c/o "severe" abd pain. "I just cant move my bowel" c/o nausea + ↓ appetite No vomiting. Thurs passed a small. + soft Brown stool but not enough.

Assessment:

Plan: Placed in infirmary to have privacy + quiet restroom. Fluids encouraged.

Refer to: ___PA/Physician ___Mental Health ___ Dental

Signature: _____   Title: _____   Date: _____   Time: _____

NCO40          HEALTH SERVICES REQUEST FORM

PHS035

**NAPHCARE**
**HEALTH SERVICES REQUEST FORM**

Print Name: BARRY THOMAS    Date of Request: 10-14-02

ID#: 178628    Date of Birth: 11-20-26    Housing Location: 1013/39B

Nature of problem or request: CONSTIPATION

_____

_____

_____

*Barry Thomas*

Sign here for consent to be treated by health staff for the condition described

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

**HEALTH CARE DOCUMENTATION**

***************************************************************

Subjective: "I've been constipated for 6-7 days"

Objective: BP 130/92    P 88    R 18    T 99.6

Amb to HCU in NAD. Holding stomach
abd soft. "fullness" noted on
both sides. Not distended. No N or V.
Temp 99.6

Assessment: Alt in health maintence.

Plan: To see MD ~ 10- -02
encouraged to drink 8 glasses of H2O
allow time for BM.
inmate education sheet given. verbalized
understanding of insts.

Refer to: ✓ PA/Physician ___ Mental Health ___ Dental

Signature: Neal    Title: PA    Date: 10-14-02    Time: 7⁰⁰ pm

NCO40    HEALTH SERVICES REQUEST FORM

PHS036

INTRASYSTEM TRANSFER FORM

HEALTH STATUS

Transferring
Facility:      KILBY

Name _Thomas, Barry_
AIS _176428_
Age ____ Date of Birth _11-20-66_
Race ___W___ Sex ___M___

Date: _5-10-02_
Time _9pm_
Allergies _NKA_
Food Handler Approved  Y (N)

Current Acute Conditions/Problems: _Ø_
Chronic Conditions/ Problems: _Ø_

Current Medications- Name, Dosage, Frequency, Duration:
      Acute short term medications _Ø_

Chronic Long Term Medications _Ø_

      Chronic Psychotropic Medications _Ø_

Current Treatments: _Ø_
Follow up care Needed _Ø_

Last PPD _3-15-01_ Results _Ø_ mms Last Physical _1/5/01_
Chronic Clinics _____
Specialty Referrals _____
Significant Medical History _Migraine H/A_

Physical Disabilities/Limitations _Ø_
Assistive Devices/Prosthetics _Ø_      Glasses _N_      Contacts _N_
Mental Health History/Concerns _____

Substance abuse Y/N      Alcohol Y/N    Drugs Y/N
_____ Hx Suicide Attempt Date ___/___/___
_____ Hx Psychotropic Medication
_____ Previous Psychiatric Hospitalizations

Signature/Title/Date
_Gillonps  5/10_

Transfer Reception Screening
Date _7/17/02_ Time _200_ am (pm)
S: Current complaint _Needs annual Phys Exam_

Current medications/Treatment _none_

O Physical Appearance/Behavior _tattoo_
(R) scar
Deformities: Acute/Chronic _NONE_
T _98.4_ P _96_ R _20_ B/P _120/80_ # _172_
A _knowledge deficit_

P Disposition (Instructions: Check or
   circle as appropriate)
__✓__ Routine sick call Instructions given

_____ Emergency referral
_____ HIV/TB Instructions given
_____ Physician referral
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Receiving Facility:
_VCF_

Signature/Title: _Faircloth  7/17/02_

NC 071

PHS037

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

| Transferring Facility) CF | Name _Thomas Barry_ |
|---|---|

Date: _4-16-02_
Time _2430_
Allergies _____ Ⓝ
Food Handler Approved (Y/ N)

AIS _178688_
Age _35_   Date of Birth _11-20-66_
Race _W_   Sex _M_

Current Acute Conditions/Problems: _____
Chronic Conditions/ Problems: _Bipolar Disorder, Migraine headache_

Current Medications- Name, Dosage, Frequency, Duration:
Acute short term medications _____

Chronic Long Term Medications _____

Chronic Psychotropic Medications _____

Current Treatments: _____
Follow up care Needed _as needed_

Last PPD _3-15-01_ Results _0_ mms Last Physical _3-27-01 my_ 3/15/01
Chronic Clinics _____
Specialty Referrals _____
Significant Medical History _____

Physical Disabilities/Limitations _____
Assistive Devices/Prosthetics _____ Glasses _____ Contacts _____
Mental Health History/Concerns _____

Substance abuse Y/N      Alcohol Y/N   Drugs Y/N
__X__ Hx Suicide Attempt Date __/__/__
__X__ Hx Psychotropic Medication
__X__ Previous Psychiatric Hospitalizations

Signature/Title/Date
_Brown, M_

---

| Transfer Reception Screening | P Disposition (Instructions: Check or circle as appropriate) |
|---|---|
| Date _/_/_ Time _____ am pm | |
| S: Current complaint _____ | _____ Routine sick call Instructions given |
| Current medications/Treatments _____ | _____ Emergency referral |
| _____ | _____ HIV/TB Instructions given |
| _____ | _____ Physician referral |
| O Physical Appearance/Behavior _____ | Urgent / Routine |
| | _____ Medication Evaluation |
| Deformities: Acute/Chronic _____ | _____ Work/Program Limitation |
| | _____ Special Housing |
| T___ P___ R___ B/P_____ | _____ Specialty Referrals |
| A _____ | _____ Chronic Clinics |
| _____ | _____ Mental Health |
| | _____ OTHER |
| | _____ Infirmary Placement |

| Receiving Facility: | Signature/ Title: |
|---|---|

NC 071

PHS038

# HEALTH STATUS

**IN RASYSTEM TRANSFER FO....**

| Transferring Facility: | KILBY |
|---|---|

Name: _Thomas, Barry_

Number: _178628_    Race: B (N) H  Other

Age: _____    Date of Birth: _11/20/66_  Sex: (M) F

Date: _3/7/02_

Time: _____ AM PM                              Food Handler Approved: Y / N

Allergies: _____N/A_____

Current Acute Conditions/Problems: _Ø_

Chronic Conditions/ Problems: _Ø_

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _Ø_

Chronic Long-term Medications: _Ø_

Chronic Psychotropic Medications: _Ø_

Current Treatments: _Ø_

Follow-up Care Needed: _Ø_

Last PPD: _3-15-01_  Results _Ø_ mms   Last Physical: _3/18/01_

Chronic Clinics: _Ø_              Specialty Referrals: _____

Significant Medical History: _Migraine H/A_

Physical Disabilities/Limitations: _Ø_

Assistive Devices/Prosthetics: _Ø_ ___ Glasses: _Ø_  Contacts: _Ø_

Mental Health History/Concerns:

Substance Abuse: Y / N       Alcohol: Y / N      Drugs: Y / N

_____ Hx Suicide Attempt: Date: ___/___/___

_____ Hx Psychotropic Medication

_____ Previous Psychiatric Hospitalizations

Signature and Title _____ Date: _3/7/01_

=================================================================

## TRANSFER RECEPTION SCREENING

Date: _3/18/02_   Time: _3⁰⁰_ AM (PM)

| Receiving Facility: | VC4 |
|---|---|

**S:** Current Complaint: _None_

Current Medications/Treatment: _None_

_____ _W/1/4_

**O:** Physical Appearance/Behavior: _tattoo Tk arm_

Deformities: Acute/Chronic: _None_

T _98_ P _84_ R _20_ B/P _120/80_

**A:** _____

**P:** Disposition: (Instructions: Check or circle as appropriate)

✓  Routine, Sick Call

_____ Instructions Given

_____ Emergency Referral

_____ HIV/TB Instruction Given

_____ Physician Referral:

Urgent / Routine

_____ Medication Evaluation

_____ Work/Program Limitation

_____ Special Housing

_____ Specialty Referrals

_____ Chronic Clinics

_____ Mental Health

_____ OTHER

_____ Infirmary Placement

Other: _____

_C. Barnes LPN_

NAPHCARE
**HEALTH SERVICES REQUEST FORM**

Print Name: BARRY R. THOMAS                Date of Request: JULY 15, 2002

ID#: 178628  Date of Birth: 11-20-66  Housing Location: 10B - 39B

Nature of problem or request: INFECTED TOE — BEGAN WITH ENGROWN NAIL; WARM SALTY WATER AND ANTIBIOTIC OINTMENT APPLIED DAILY FOR THREE WEEKS, ONLY FOR SWELLING AND REDNESS TO WORSEN. WOULD NOT BOTHER YOU IF UNNECESSARY... @

Barry R. Thomas

Sign here for consent to be treated by health staff for the condition described

RECEIVED
JUL 17 2002

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
*************************************************************

HEALTH CARE DOCUMENTATION

Subjective: "Thought I had an ingrown toenail — removed it but now to. worse"

7/12  Objective: BP 120/80  P 96  R 20  T 98⁴

w/m to HCU c̄ above c/o — assess of Ⓡ great toe reveals severe redness, edema, yellowish drainage

Assessment: Alt comfort

Plan: Appt. c̄ MD.

Refer to: ✓ PA/Physician ___ Mental Health ___ Dental

Signature: [illegible]  Title: ✗  Date: 7/17/02  Time: 2010

NCO40                HEALTH SERVICES REQUEST FORM

PHS040

*TO: MH SERV MS. TURNER*

## INMATE REQUEST SLIP

Name BARRY R. THOMAS   Quarters K-71   Date 9-26-99

AIS # 178628

( ) Telephone Call          ( ) Custody Change          ( ) Personal Problem

( ) Special Visit             ( ) Time Sheet               ( ) Other ____

Briefly Outline Your Request - Then Drop In Mail Box

DEAR MADAM:

I'M WRITING TO REQUEST AN APPOINTMENT
WITH DR. CAMPBELL THIS WEEK, IF SUCH
MIGHT FIT HIS SCHEDULE. THANK YOU
VERY MUCH.

*Barry R. Thomas*

Do Not Write Below This Line - **For Reply Only**

9/28/99 - No Show for S/C mailey

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

Request Directed To: (Check One)

( ) Warden                              ( ) Deputy Warden              ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary     ( ) Record Office
                                                        Public

N176

### CORRECTIONAL MEDICAL SERVICES
### HEALTH SERVICES REQUEST FORM

Print Name: _Barry Thomas_ Date of Request: _11/2/97_

ID #: _178628_ Date of Birth: _11/20/66_ Housing Location: _KCB-19_

Nature of problem or request: _Problem with dizziness, chest pain._
_Blood pressure checked high Sat. Nov. 1st. Instructed_
_by nurse Giles to be a sick call Monday, Nov. 3rd._

I consent to be treated by health staff for the condition described.

_Barry Thomas_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HEALTH CARE DOCUMENTATION

Subjective: Pain in my chest + left arm from
time to time — some nausea + dizziness
First started 3wks ago

Objective: BP 124/92 P 100 R 20 T 97.6
Lungs clear
HR rapid but regular
skin warm dry + pink

Assessment:
EKG done

Plan:
See Dr.

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _Dallesen_ Title: _RN_ Date: _____ Time: _____

CMS 7166 REV. 10/94

PHS042

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry R. Thomas_    Date of Request: _10-27-97_

ID #: _178628_    Date of Birth: _11-20-66_    Housing Location: _KCB-19_

Nature of problem or request: _periodic spells of dizziness, shortness of breath, weakness, mild pressure in chest, and nausea for the past ten days. (E.K.G. was done on 10-20-97 with no indication of irregularities; problems persist however)_

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _I have been experiencing tightness in chest, heart starts racing, I think I'm having anxiety attack_

Objective: BP _180/80_ P _80_ R _20_ T _99°_
_States had EKG last week on 10/20/97 when I had this attack before — chart to review_

Assessment:

Plan: _Reassure c Dr ___ m.Bill, po_

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _m.Bill_    Title: _LPN_    Date: _10/28/97_    Time: _0830_

CMS 7166 REV. 10/94

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Thomas, Barry_    I.D. # _178638_    Institution _KILBY_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8/15/57 | | | |
| 11/3/97 | | S) _pt here = 3 wk hx. lightheadness,_ _SOB, rapid HR + c/p - sharp - non radiating. He readily admits to depression, ~~Anti~~ anxiety - used to be on anti-depressants_ | |
| | | O) _EONT. Cl. Thyroid✓ no nodes_ _P-EXTRLS. Fundi E_ _Chest_ | |
| | | _CVS✓ NSR no Cy or PVC's BP 130/82_ | |
| | | _CNS- tense, anxious_ | |
| | | A) _Anxiety / Depression_ | |
| | | P) _Reassured_ | |
| | | _MR Rx given_ | |
| | | _He PRN_ | _[signature]_ |

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Barry R. Thomas_ _____ Date of Request: _1-1-97_

ID #: _178628_ _____ Date of Birth: _11-20-66_ _____ Housing Location: _KCB-19_

Nature of problem or request: _I need an appointment for an eye exam—_
_my vision is progressively getting poorer and is affecting_
_my work as a pressman in the print shop._

I consent to be treated by health staff for the condition described. _Thank you_

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HEALTH CARE DOCUMENTATION**

Subjective: _Eye Dr_

Objective: BP _110/70_ P _72_ R _20_ T _98.3_
_V/H   20/40  OU_

Assessment:

Plan: _Eye list / Dr. Giles_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _D Giles_ _____ Title: _Lpn_ _____ Date: _1/2/97_ Time: _0915_

CMS 7166 REV. 10/94

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Barry R. Thomas_ Date of Request: _7/25/96_

ID #: _178628_ Date of Birth: _11/20/66_ Housing Location: _KCB-134_

Nature of problem or request: _Severe ear pain – right ear. Was seen by doctor Wed. 24th; he prescribed drops and antibiotics. However, I need something for pain._

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**HEALTH CARE DOCUMENTATION**

Subjective: _Something for Pain_

Objective: BP _140/80_ P _72_ R _20_ T _99.2_
_34(?) tabs given ↑ temp presently on Contespirin (?) gtts & Keflex 1500mg bid_

Assessment: _Seen by Dr 7/24/96 Ear Infection_

Plan: _Discuss c̄ Dr. mGiles. ~_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _mGiles_ Title: _LPN_ Date: _7/26/96_ Time: _0855_

CMS 7166 REV. 10/94

PHS046

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Barry R. Thomas_ Date of Request: _7/ /96_

ID #: _178628_ Date of Birth: _11/20/66_ Housing Location: _M - 47_

Nature of problem or request: _hearing loss in right ear — excessive_
_wax build-up — x for dry sore_

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**HEALTH CARE DOCUMENTATION**

Subjective: _N. Ear hurting_

Objective: BP _130/74_ P _80_ R _20_ T _98.0_

Assessment:

Plan: _To sec Dr / NBiles, n_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _NBiles_ Title: _Cpn_ Date: _7/04/96_ Time: _0630_

CMS 7166 REV. 10/94

PHS047

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry R. Thomas_____ Date of Request: ___8/8/96_____

ID #: _178628_____ Date of Birth: _11/20/66_____ Housing Location: _KCB-134_

Nature of problem or request: _Need eye exam (vision extremely_

_poor)_____

_____

_____

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_____
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP ____ P ____ R ____ T ____

Assessment:

Plan:

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature:_____ Title:_____ Date:_____ Time:_____

CMS 7166 REV. 10/94

PHS048

## INTRASYSTEM TRANSFER FORM

**HEALTH STATUS**

Transferring Facility: _BCCF_

Name: _Thomas, Barry_

Number: _178628_    Race: B (W) H Other

Date: _7/22/96_

Age: _____    Date of Birth: _11/30/66_    Sex (M) F

Time: _____ AM  PM

Allergies: _____ _NKA_ _____    Food Handler Approved: Y / N

Current Acute Conditions/Problems: _____

Chronic Conditions/ Problems: _____

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _____

Chronic Long-term Medications: _____

Chronic Psychotropic Medications: _____

Current Treatments: _____

Follow-up Care Needed: _____

Last PPD: _11-28-95_ Results _0_ mms    Last Physical: _11/28/95_

Chronic Clinics: _____    Specialty Referrals: _____

Significant Medical History: _____

Physical Disabilities/Limitations: _____

Assistive Devices/Prosthetics: _____    Glasses: _____    Contacts: _____

Mental Health History/Concerns:

Substance Abuse: (Y) N    Alcohol: Y / N    Drugs: (Y) N

_____ Hx Suicide Attempt:  Date: ___/___/___

_____ Hx Psychotropic Medication

_____ Previous Psychiatric Hospitalizations

Signature and Title _____    Date: _7/19/96_

=========================================================================

**TRANSFER RECEPTION SCREENING**

Date: _7/23/96_ Time: _8:00_ (AM) PM

Receiving Facility: _KCF_

**S:** Current Complaint: _____

Current Medications/Treatment: _0_

**O:** Physical Appearance/Behavior: _____
_Was not been seen_
_per Dr. Nurse_

Deformities: Acute/Chronic: _____

T ____ P ____ R ____ B/P ___/___

**A:** _____

**P:** Disposition: (Instructions: Check or circle as appropriate)

✓ Routine, Sick Call
_____ Instructions Given
_____ Emergency Referral
_____ HIV/TB Instruction Given
_____ Physician Referral:
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Other: _____

Signature and Title _Katie Bailey 7/23/96_

CMS 7190

PHS049

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Barry R. Thomas_ ___ Date of Request: _7/18/96_ _____

ID #: _178628_ ___ Date of Birth: _11/20/66_ ___ Housing Location: _22-58_ ___

Nature of problem or request: _Need eye exam. (vision has gotten_
_excessively poor recently, especially in left eye,_
_for some reason of which I do not understand)_

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective:  BP _____  P _____  R _____  T _____

Assessment:

Plan:

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature:_____ Title: _____ Date: _____ Time: _____

CMS 7166 REV. 10/94

PHS050

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry R. Thomas_ _____ Date of Request: _1-18-95_

ID #: _178628_ _____ Date of Birth: _11-20-66_ ____ Housing Location: _22-40_

Nature of problem or request: _Pain in lower back for past three days_

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective: _Lower back pain_

Objective: BP _120/00_  P _64_  R _20_  T _98°_

C/O lower (back pain) for the past three days. C/O
unable to bend over comfortably. Resp reg & even. skin
w/d to touch

Assessment: _Alteration in comfort_

Plan: _MD_

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _LS Brown_ ____ Title: _RN_ ____ Date: _1/19/96_ Time: _23:50_

CMS 7166 REV. 10/94

PHS051

## PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|------|------|---------------|--------------|--------------|------------------|
| | | 2-8-85 | | | 1) Imipramine 50 mg |
| 01-14-1996 # Back pain | | | | | p.o. qhs x 2 wks; |
| | | | | | then ↑ 75 x 2 wks; |
| | | Flexion = pain | | | then ↑ 100 x 2 wks; |
| | | Ext — OK | | | then ↑ 125 x 2 wks; |
| | | | | | then ↑ to 150 mg po |
| | | | | | qhs x 3 mos. |
| | | Pull muscle back | | | 2) D/C inderal |
| | | | | | 3) D/C midrin. |
| | | Pm | | | 4) RTC - 3 mos. |
| | | | | | R. Lopez M. |
| | | prostion JDD hd X 5d | | | |
| | | | | | |
| | | | | | S. Scott gnes m |
| | | | | | |
| | | | 5/10/95 | | D/C Imipramine |
| | | | | | RTC one mo |
| | | | | | Gumllain M.D. |
| | | | | | |
| | | | | | 5-10 S. Scott gnes m |
| | | | | | 10 May 95 |
| | | | 6/9/95 | 12:11 | RTC 3 mo |
| | | | | | Gumllain M.D. |
| | | | | | E. Smith 4-96 |

**BULLOCK HEALTH CARE UNIT**

| INMATE NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | AGE | R/S | ID# |
|---|---|---|---|---|
| Thomas, Barry | 11/20/66 | 28 | WM | 178628 |

F-41 REVISED 4/95



Facility Name: East

Motrin 600g po
tid Prn × 14

Start Date: 6-5-07   Prescriber: Darboure
Stop Date: 6-19-07   RX #:

Flexeril 10mg po
tid prn × 14

Start Date: 6-5-07   Prescriber: Darby
Stop Date: 6-19-07   RX #:

Bengay oint Bid
Prn × 5

Start Date: 6-5-07   Prescriber: Darby
Stop Date: 6-19-07   RX #:

Motrin 400mg po
PRN BID × 2 day

Start Date: 6/26/07   Prescriber: Floyd
Stop Date: 6/28/07   RX #:

Naprosyn 375mg
½ Tid × 30d

Start Date: 6/28/07   Prescriber: Dr Darbox
Stop Date: 9/28/07   RX #:

Robaxin 500g ½ Bid
× 10 day

Start Date: 6/28/07   Prescriber: Dr Darbox
Stop Date: 7/8/07   RX #:

Diagnosis

Allergies: NKDA

Housing Unit: 178628
Patient ID Number:
Patient Name:
Thomas Barry

Date of Birth: 1/20-66

PHS053

Tylenol 1gm po
× 1 dose now

Hour    6                                                                                          8

Start Date: 6/30/07    Prescriber: *[signature]*
Stop Date: 6/30/07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|      |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|      |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|      |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|      |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|      |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|-----------|-------------------|---------|-------------------|---------|---------------------|

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of Institution
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. No Show
9. No Show
10. Other

Allergies: NKA

Housing Unit: 178-628
Patient ID Number:
Patient Name: Thomas Barry

Date of Birth: 11/20/66

PHS054



Facility: ECF

Motrin 600mg
PO BID PRN
x 5 days

Start Date: 5-13-07
Stop Date: 5-18-07
Prescriber: Darbouze

MOTRIN 600mg PO
TID PRN X2 wks

Start Date: 5-15-07
Stop Date: 5-30-07
Prescriber: Darb...

Flexeril 10mg PO
TID PRN X 2 weeks

Start Date: 5-15-07
Stop Date: 5-30-07
Prescriber: Darb...

Benzay Oint BID PRN
X 5 days

Start Date: 5-15-07
Stop Date: 5-21-07
Prescriber: Darb...

Diagnosis

Allergies: NKPA

Housing Unit:
Patient ID Number: 178628
Patient Name: Thomas Barry

Date of Birth: 11-20-66

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Self Administered
6. Unit Dose
7. Medication out of stock
8. Medication Held
9. No show
10. Other

PHS055

Facility Name: Easterling Correctional Facility

Month/Year of Charting: 01/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Aceta-Gesic 30-325MG Tab        180.00

Take 2 tablet(s) by mouth Three Times Daily as needed

ERROR

Start Date: 12-13-2005    Prescriber: Darbouze, Jean
Stop Date: 01-11-2006    RX #: 250970433

PERCOGESIC ī
PO BID TID PRN
X 30 days

4A
9A
4PC

Start Date: 12-9-05    Prescriber: Darbouze
Stop Date: 1-9-06    RX #:

Diagnosis

Allergies: NKDA

Housing Unit: Population
Patient ID Number: 178628
Patient Name:

**Thomas, Barey**

Nurse's Signature / Initial

J. Inutta         SLS
                  C Garcia RN
                  Y Lupe RN
                  L Ewing LPN

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 11-20-66

PHS056

| Facility Name: | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting:

Rellogein ½ PO bid
PRN x 30d

Start Date: 12/9/05    Prescriber: Dr Durbose
Stop Date: 1/9/06    RX #:

Motrin 600mg ½ PO bid
PRN x 14d

Start Date: 12/9/05    Prescriber: Dr Durbo
Stop Date: 12/23/05    RX #:

Bengay to ↓ back
Bid PRN x 7 days

Start Date: 12/9/05    Prescriber: Dr Durbose
Stop Date: 12/16/05    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| NKDA | | | R. Ewin LPN | CE | 1. Discontinued Order |
| Allergies | | | Davidson | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Thomas Barry | | S. Hamilton | | 8. Medication Held |
| | Date of Birth: 11/20/6? | | | 9. No Show |
| | | | | | 10. Other |

PHS057

Facility Name: EASTERLING

Month/Year of Charting: 12/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |

FELDENE 20mg
ī PO q 4PM
x 14 days

4PM

Start Date: 11-18-05    Prescriber: Darbouze/SFS
Stop Date: 12-2-05    RX #:

TYLENOL ī gm
PO TID PRN
14 DAYS

4A
9A
9PM

Start Date: 11-18-05    Prescriber: Darbouze/SFS
Stop Date: 12-2-05    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies

Housing Unit:
Patient ID Number: 178628
Patient Name:

THOMAS RODDY

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| J. Smotha | SFS | Glupier | | 1. Discontinued Order |
| | | Brittman RN | R | 2. Refused |
| | | M.Quipir RN | MP | 3. Patient out of facility |
| | | S. Hamilton | LH | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth:

PHS058

| Facility Name: Easterling | | Month/Year of Charting: Nov 05 |

| Tylenol 1gm po bid x 5 d | Hour 4a | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | 4p | |
| | Start Date: 11-14-05 | Prescriber: Darbonze/Co |
| | Stop Date: 11-19-05 | RX #: |

| Feldene 20mg po qpm x 14 days Ph | Hour 4p | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | Start Date: 11-18-05 | Prescriber: Darboure |
| | Stop Date: 12-2-05 | RX #: |

| Tylenol 1gm po tid Ph x 14 days | Hour 4A | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | 9A | |
| | 4p | |
| | Start Date: 11-18-05 | Prescriber: Darboure |
| | Stop Date: 12-2-05 | RX #: |

| Flexeril 10mg po tid Ph x 7 days | Hour 4A | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | 9A | |
| | 4p | |
| | Start Date: 11-18-05 | Prescriber: Darboure |
| | Stop Date: 11-25-05 | RX #: |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | Start Date: | Prescriber: |
| | Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Darider | S | J. Trotter | JPS | 1. Discontinued Order |
| Allergies | | | R. Ewing LPN | LG | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 178628 | Brunson Ph | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Thomas Barry | | Date of Birth: | | | 9. No Show |
| | | | | | 10. Other |

PHS059

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Colace ī Bid x 10d | 4A 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/4/05 - 4/14/05 Dr Darby | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MoM 30 cc po x ī | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/6/05 Darbourze/KB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dulcolax ꞉꞉ po X1 | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/6/05 Darbourze/KB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100mg ī po QD X 14 days | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/6/05 - 4/20/05 Darbourze/KB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4/1/05  THROUGH 4/30/05

Physician Dr Darby

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: _____

Title: ___  Date: 4/1/05

PATIENT Thomas Bailey

PATIENT CODE 178628   ROOM NO. Pop   BED FACILITY CODE EASterbe

PHS060

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|

Lopid 600mg TABS p.o.
BID X 90 days
6-26-2004 — 9-24-2004 Daily/Dr #60 5-21-04     #46 6-29-04

NC'd 8/8/04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  8-1-2004     THROUGH  8-31-204

Physician  Daly
Alt. Physician
Telephone No.
Alt. Telephone
Medical Record No.

Allergies  NKA
Rehabilitative Potential

Diagnosis

Medicaid Number     Medicare Number

Complete Entries Checked:
By:

Title:  LPN     Date: 7-25-04

PATIENT  THOMAS - BARRY
PATIENT CODE  178628
ROOM NO.  BH
BED  FACILITY CODE  BH-5

# MEDICATION ADMINISTRATION RECORD
07/01/2004

(EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| PSYLLIUM (REGULOID) POW 3.4GM IN 10-OZ LIQUID BY MOUTH DAILY *KEEP ON PERSON* RX: 5472954 ANDERSON, M.D., VICTORIA , MD START - 04/10/2004    STOP - 07/08/2004 | 4m | |
| GEMFIBROZIL (LOPID) 600MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* RX: 5501373 COOLEY, N.P., CICELIA , NP START - 04/17/2004    STOP - 07/15/2004 | Kop | #600 5-26-2004 |
| Lopid 600mg TAB PO BID X 90 dAys 6-26-2004 - 9-24-2004 DeBured by | 4m 4m | |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2004 | THROUGH | 07/31/2004 |
|---|---|---|---|
| Physician COOLEY, N.P., CICELIA | | Telephone No. | Medical Record No. |
| Alt. Physician | | Alt. Telephone | |
| Allergies NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | |

Diagnosis

Medicaid Limits          Medicare Number          Complete Entries Checked:

By: _____     Title: _____     Date: 6-2_

| PATIENT | PATIENT CODE | ROOM NO. | BED |
|---|---|---|---|
| THOMAS, GARRY | 178628 | 1 | |

PHS062

# MEDICATION ADMINISTRATION RECORD

06/01/2004                                                    (EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PSYLLIUM (REGULOID) PGW
3.4GM IN 10-0Z LIQUID BY MOUTH DAILY *KEEP
ON PERSON*     *KOP*
RX: 5472954 ANDERSON, M.D., VICTORIA, MD
START - 04/10/2004    STOP - 07/08/2004

GEMFIBROZIL (LOPID) 600MG TAB     *KOP*
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP
ON PERSON*
RX: 5501373 COOLEY, N.P., CICELIA, NP
START - 04/17/2004    STOP - 07/15/2004     #60 4-26-2004  #60 5/26-2004

Barry Thomas
# 00 6/29/04

---

CHARTING FOR          06/01/2004          THROUGH          06/30/2004

| Physician | COOLEY, N.P., CICELIA | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: Q. Salm | | Title: PM | Date: 5-21-2004 |
|---|---|---|---|---|---|
| PATIENT | THOMAS, BARRY | | PATIENT CODE 178628 | ROOM NO. 1 | BED FACILITY CODE EA. |

PHS063

# MEDICATION ADMINISTRATION RECORD
05/01/2004

(EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WART REMOVER (CPD W-DUOFILM) 17%<br>APPLY TO AFFECTED AREAS TWICE DAILY<br><br>RX: 5472901 ANDERSON, M.D., VICTORIA , MD<br>START – 04/10/2004    STOP – 05/21/2004 | 4AM<br>4PM<br>9PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PSYLLIUM (REGULOID) POW<br>3.4GM IN 10-OZ LIQUID BY MOUTH DAILY *KEEP<br>ON PERSON*<br>RX: 5472954 ANDERSON, M.D., VICTORIA , MD<br>START – 04/10/2004    STOP – 07/08/2004 | 4AM | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A |
| GEMFIBROZIL (LOPID) 600MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP<br>ON PERSON*<br>RX: 5501373 COOLEY, N.P., CICELIA , NP<br>START – 04/17/2004    STOP – 07/15/2004 | 4AM<br>4PM<br>9PM | | | | | #60 4/26 | | | | | | | | | | #60 5/26 | | | | Gary Thomas | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 05/01/2004 | THROUGH | 05/31/2004 | | |
|---|---|---|---|---|---|
| Physician COOLEY, N.P., CICELIA | | | Telephone No. | | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies NO KNOWN DRUG ALLERGY | | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked:<br>By: R. Baines | | Title: M | Date: 4-21-04 |
| PATIENT<br>THOMAS, BARRY | | | PATIENT CODE<br>178628 | ROOM NO.<br>1 | BED  FACILITY CODE<br>EAS-474 |

PHS064

# MEDICATION ADMINISTRATION RECORD

Metamucil 3.4gm in
10oz H20 po qd KOP
x 3mths    4/9/04 → 7/9/04

KOP
4P

Lopid 600mg b.i.d
x 90day Kop
4-15-04 → 7-15-04  cook8/8

4A K
4P P

Barry Thomas →
# 60 4/26   Barry Thomas

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4/04     THROUGH 4/04

Physician: Anderson          Telephone No.                 Medical Record No.
Alt. Physician:              Alt. Telephone

Allergies: NKDA             Rehabilitative Potential

Diagnosis:

Complete Entries Checked:
By: BP Macewell     Title: Lp     Date: 4/9/04

PATIENT: Thomas, Barry      PATIENT CODE: 178675   ROOM NO. DNP   BED   FACILITY CODE Ent.

PHS065

**MEDICATION**
**ADMINISTRATION RECORD** 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS Tps Bid x 10 days  4-7-03 → 4-17-03 | 4A 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vibramycin 100mg po Bid x 10 days  4-7-03 → 4-17-03 | 4A 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325 mg ñ po q4 prn x 7 day  4-7-03 → 4-14-03 | 4A 4P 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4-1-03    THROUGH 4-30-03

| Physician | | Telephone Number | | Inmate No. |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies  NKDA | | Rehabilitative Potential | | |
| Diagnosis | | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: ___ | Title: LPN | Date: 4-7-03 |
|---|---|---|---|---|
| PATIENT  Thomas Bant | | 178628  DOB Bart | PATIENT CODE | ROOM NO. | BED | FACILITY CODE |

PHS066

# MEDICATION
# ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Colace 100mg PO QD x 2wks
10-24-02 ———————— 11-7-02

Warhouse        tw

Zantac 150mg PO BID x 2wks
10-24-02 ———————— 11-7-02

Warhouse        tw

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR                THROUGH

Physician  Warhouse

Alt. Physician          November 2002

Allergies

Telephone Number                    Inmate No.

Alt. Telephone

Rehabilitative
Potential

Diagnosis   UKDA

Medicaid Number        Medicare Number

Complete Entries Checked
By:  AMKyler         Title:  JL         Date: 10-27-02

PATIENT   Thomas Bassey

PATIENT CODE   178628    ROOM NO.    BED   FACILITY CODE  VBF

PFS: NAPHCAR-0

PHS067

# MEDICATION
# ADMINISTRATION RECORD    *NaphCare*

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|
| Metamucil 1 tsp PO'm liquid prn q day Xlwk MsKing / AMarsh 10-15-02 - 10-22-02 | 0900 0200 | |
| MagCitrate po X1bottle New today MsKing / AMarsh ℞ 10-15-02 | New | |
| Dulcolax supp X1 per rectum today MsKing AMarsh ℞ 10-15-02 | 3P | |
| Dulcolax tabs ī ā po this prn X1 Ms King / AMarsh ℞ 10-15-02 | 3P | |
| Enema X 1 Darbouze/CH 10-20-02 | 1215 | |
| Tylenol tabs īīī PO TID PRN X 3 days Darbouze/CH 10-20-02 | 4A 9A 4P | |
| Maalox īī tabs PO TID X 3 days Darbouze/CH 10-20-02 | 4A 9A 4P | |
| Tylenol 325mg īīī PO Tid PRN X5 days 10/22/02 - 10/26/02 Darbouze / SH | 4A 9A 4P | |
| Maalox īī PO Tid PRN X5 days 10/22/02 - 10/26/02 Darbouze / SH | 4A 9A 4P | |
| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10-15-02    THROUGH 10-31-02

| | |
|---|---|
| Physician Dr Darbouze | Telephone Number |
| Alt. Physician Ms Key / Dr Berkette | Alt. Telephone |
| Allergies NKDA | Rehabilitative Potential |

Diagnosis    Thomas Barry

| Medicaid Number | Medicare Number | Complete Entries Checked | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |
| PATIENT Thomas Barry | | | PATIENT CODE 1786828 | ROOM NO. | BED | FACILITY CODE VcK |

Inmate No. 1786828

PHS068

# MEDICATION ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Colace 100mg PO QD x 2weeks 10-24-02 — 11-7-02 Dr Darbouze (illegible) | 4A | 7 a a a a a a |
| Zantac 150mg PO BID x 2weeks 10-24-02 — 11-7-02 Dr Darbouze (illegible) | 4A 4P | 7 a a a a a a 7 a a a a a a |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

**CHARTING FOR**
Physician Darbouze
Alt. Physician
Allergies NKDA
Diagnosis

**THROUGH** October 2002

Telephone Number
Alt. Telephone
Rehabilitative Potential      Page II of II

Medicaid Number | Medicare Number | Complete Entries Checked By: (signature)   Title: St   Date: 10-24-02

PATIENT Thomas, Barry     PATIENT CODE 178628     ROOM NO.     BED     FACILITY CODE VC1

PFS: NAPHCAR-0

PHS069

**BioReference**
LABORATORIES

104994572-6   THOMAS, BARRY

THOMAS, BARRY                THOMAS, BARRY

THOMAS, BARRY                THOMAS, BARRY

| DOCTOR | EASTERLING CORR. FACILITY<br>200 WALLACE DR.           FX<br>CLIO, AL  36017<br>(334) 397-4471    (A0113-4) |
|---|---|

-FINAL- Original Report 07/03/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR/ GROUP NAME |
|---|---|---|
| THOMAS, BARRY | 178628 | DR. DARBOUZE |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104994572 | 07/02/2007 | 07/03/2007 09:45 | 7/3/2007 14:49 | 40 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Comment :
        NONFASTING

------------------------------* CHEMISTRY *------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.8 | | 5.9-8.4 | gm/dl |
| Albumin | 5.0 | | 3.2-5.2 | gm/dl |
| Globulin | 2.8 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.8 | | 1.1-2.9 | |
| Glucose | | 116 HI | 70-109 | mg/dL |
| Sodium | 145 | | 133-145 | mmol/L |
| Potassium | 4.2 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 23 | | 21-29 | mmol/L |
| BUN | 11 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 11 | | 10-28 | |
| Calcium | 9.9 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | 117 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 204 | | 94-250 | u/l |
| Alk Phos | 72 | | 39-120 | u/l |
| AST (SGOT) | 22 | | < 37 | u/l |
| Phosphorous | 3.4 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 21 | | < 40 | u/L |
| G-GTP | 17 | | 7-51 | u/L |

**************************************************************************
* GFR, Estimated = 87.68 mL/min/1.73m2

**************************************************************************

Continued on Next Page                              Page: 1

James Weisberger, M.D.

481 EDWARD H. ROSS DR.<br>ELMWOOD PARK, NJ 07407<br>1-800-229-LABS

PHS070

BioReference LABORATORIES

| DOCTOR | | | 104994572-6   THOMAS, BARRY | |
|---|---|---|---|---|
| EASTERLING CORR. FACILITY | | FX | THOMAS, BARRY | THOMAS, BARRY |
| 200 WALLACE DR. | | | | |
| CLIO, AL  36017 | | | THOMAS, BARRY | THOMAS, BARRY |
| (334) 397-4471    (A0113-4) | | | | |

-FINAL- Original Report 07/03/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| THOMAS, BARRY | 178628 | DR. DARBOUZE |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104994572 | 07/02/2007 | 07/03/2007 09:45 | 7/3/2007 14:49 | 40 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

-------------------------* CARDIOVASCULAR/LIPIDS *-------------------------

| Cholesterol | 175 | | < 200 | mg/dl |
|---|---|---|---|---|
| Triglycerides | 140 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 60 | | >35 | mg/dl |
| HDL as % of Cholesterol | 34 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 2.92 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.45 | | 0-3.55 | |
| LDL Cholesterol | 87 | | < 100 | mg/dL |

-----------------------------* HEMATOLOGY *-----------------------------

| WBC | 11.7 | | 3.40-11.80 | x10(3) |
|---|---|---|---|---|
| RBC | 5.9 | | 4.20-5.90 | x10(6) |
| HGB | | 17.9 HI | 12.3-17.0 | gm/dl |
| HCT | | 53.5 HI | 39.3-52.5 | % |
| MCV | 90.2 | | 80.0-100.0 | FL |
| MCH | 30.2 | | 25.0-34.1 | pg |
| MCHC | 33.5 | | 30.0-35.0 | gm/dl |
| RDW | 13.4 | | 10.9-16.9 | % |
| POLYS | 77 | | 36-78 | % |
| POLYS   - COUNT,ABS | 9009 | | 1224-9204 | |
| LYMPHS | 15 | | 12-48 | % |
| LYMPHS  - COUNT,ABS | 1755 | | 408-5664 | |
| EOS | 1 | | 0-8 | % |
| EOS     - COUNT,ABS | 117 | | 34-944 | |
| BASOS | 0 | | 0-2 | % |
| BASOS   - COUNT,ABS | 0 | | 0-236 | |
| MONOS | 7 | | 0-13 | % |
| MONOS   - COUNT,ABS | 819 | | 170-1416 | |
| Platelet Count | 250 | | 144-400 | x10(3) |

Continued on Next Page                    Page: 2

James Weisberger, M.D.

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-4 ABS

PHS071

**B:R** BioReference
LABORATORIES

| DOCTOR | | |
|---|---|---|
| EASTERLING CORR. FACILITY | FX | |
| 200 WALLACE DR. | | |
| CLIO, AL 36017 | | |
| (334) 397-4471 (A0113-4) | | |

104994572-6  THOMAS, BARRY

| | |
|---|---|
| THOMAS, BARRY | THOMAS, BARRY |
| THOMAS, BARRY | THOMAS, BARRY |

-FINAL- Original Report 07/03/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| THOMAS, BARRY | 178628 | DR. DARBOUZE |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104994572 | 07/02/2007 | 07/03/2007 09:45 | 7/3/2007 14:49 | 40 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

----------------------------* MISCELLANEOUS *----------------------------

| | | | |
|---|---|---|---|
| PSA 3rd.GEN. | 0.731 | | <4.0 ng/mL |

*********************************************************************
The PSA assay should not be the only test used for diagnostic
purposes. Additional evaluation using DRE, ultrasound, TUR or
similar procedures may be used for this purpose. Predictions
of disease recurrence should not be based solely upon values
obtained from serial PSA values obtained on the patient.
PSA method: Roche Diagnostics/electrochemiluminescence Immunoassay.

Final Report                                          Page: 3

James Weisberger, M.D.

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

PHS072

**AL**

DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Easterling

Name: THOMAS-BALLY

State ID No: 178 628

DOB: 11-20-66

Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dawson | 7-2-07 | | X | | |

HISTORY/DIAGNOSIS:  * Best to Pt ability *

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | X HIP RT & LT. | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | X LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Thomas

### REPORT

LUMBAR SPINE:   There is slight scoliosis of the spine with the curve directed to the left.   The curvature measures approximately 10 degrees. The vertebral body heights are maintained.   No significant disc space narrowing is detected.
IMPRESSION:   MILD SCOLIOSIS.

BOTH HIPS:   The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION:   NEGATIVE STUDY.

D & T: 07-03-07 Thomas J. Payne, III, M.D./km Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)       X-RAY TECHNOLOGIST'S SIGNATURE       7-8-07       DATE, TIME EXAM PERFORMED

DIP COIST'S NAME (PRINT)       RADIOLOGIST'S SIGNATURE       DATE SIGNED

FROM CAHABA IMAGING       (TUE)JUL  3 2007 16:01/ST. 15:44/NO. 6312281537 P  8

PHS073

# BIOREFERENCE LABORATORIES

**481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407**
**1-800-229-LABS**

| DOCTOR | | |
|---|---|---|
| EASTERLING CORR. FACILITY<br>200 WALLACE DR.<br>CLIO, AL  36017<br>(334) 397-4471    (A0113-4) | DOB: 11/20/1966 | |

-FINAL- Original Report 07/03/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | | |
|---|---|---|---|---|---|
| THOMAS, BARRY | 178628 | DR. DARBOUZE | | | |
| LAB I.D. NO.    DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX | |
| 104994572    07/02/2007 | 07/03/2007 09:45 | 7/3/2007 12:30 | 40 Y | M | |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Comment :
NONFASTING

------------------------------* CHEMISTRY *------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.8 | | 5.9-8.4 | gm/dl |
| Albumin | 5.0 | | 3.2-5.2 | gm/dl |
| Globulin | 2.8 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.8 | | 1.1-2.9 | |
| Glucose | | 116 HI | 70-109 | mg/dL |
| Sodium | 145 | | 133-145 | mmol/L |
| Potassium | 4.2 | | 3.3-5.3 | mmol/L |
| Chloride | 104 | | 96-108 | mmol/L |
| CO2 | 23 | | 21-29 | mmol/L |
| BUN | 11 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 11 | | 10-28 | |
| Calcium | 9.9 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | 117 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 204 | | 94-250 | u/l |
| Alk Phos | 72 | | 39-120 | u/l |
| AST (SGOT) | 22 | | < 37 | u/l |
| Phosphorous | 3.4 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 21 | | < 40 | u/L |
| G-GTP | 17 | | 7-51 | u/L |

*****************************************************************************

* GFR, Estimated = 87.68 mL/min/1.73m2

*****************************************************************************

Continued on Next Page                                    Page: 1

*James Weisbarger, M.D.*
*Laboratory Director*

# BIOREFERENCE LABORATORIES

481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407
1-800-229-LABS

DOCTOR
EASTERLING CORR. FACILITY
200 WALLACE DR.
CLIO, AL  36017
(334) 397-4471    (A0113-4)

DOB: 11/20/1966

-FINAL- Original Report 07/03/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | |
|------|-------------------------|----------------|---|---|
| THOMAS, BARRY | 178628 | DR. DARBOUZE | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 104994572 | 07/02/2007 | 07/03/2007 09:45 | 7/3/2007 12:30 | 40 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|------------------|--------|----------|-----------------|---|

--------------------------* CARDIOVASCULAR/LIPIDS *--------------------------

| Cholesterol | 175 | | < 200 | mg/dl |
|-------------|-----|---|-------|-------|
| Triglycerides | 140 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 60 | | >35 | mg/dl |
| HDL as % of Cholesterol | 34 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 2.92 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.45 | | 0-3.55 | |
| LDL Cholesterol | 87 | | < 100 | mg/dL |

--------------------------* HEMATOLOGY *--------------------------

| WBC | 11.7 | | 3.40-11.80 | x10(3) |
|-----|------|---|------------|--------|
| RBC | 5.9 | | 4.20-5.90 | x10(6) |
| HGB | | 17.9 HI | 12.3-17.0 | gm/dl |
| HCT | | 53.5 HI | 39.3-52.5 | % |
| MCV | 90.2 | | 80.0-100.0 | FL |
| MCH | 30.2 | | 25.0-34.1 | pg |
| MCHC | 33.5 | | 30.0-35.0 | gm/dl |
| RDW | 13.4 | | 10.9-16.9 | % |
| POLYS | 77 | | 36-78 | % |
| POLYS  - COUNT,ABS | 9009 | | 1224-9204 | |
| LYMPHS | 15 | | 12-48 | % |
| LYMPHS - COUNT,ABS | 1755 | | 408-5664 | |
| EOS | 1 | | 0-8 | % |
| EOS    - COUNT,ABS | 117 | | 34-944 | |
| BASOS | 0 | | 0-2 | % |
| BASOS  - COUNT,ABS | 0 | | 0-236 | |
| MONOS | 7 | | 0-13 | % |
| MONOS  - COUNT,ABS | 819 | | 170-1416 | |
| Platelet Count | 250 | | 144-400 | x10(3) |

Continued on Next Page

Page: 2

James Walsbarger, M.D.
Laboratory Director

PHS075

# BIOREFERENCE LABORATORIES

481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407
1-800-229-LABS

| DOCTOR | EASTERLING CORR. FACILITY<br>200 WALLACE DR.<br>CLIO, AL   36017<br>(334) 397-4471    (A0113-4) | DOB: 11/20/1966 | | |
|---|---|---|---|---|
| | | -FINAL- Original Report 07/03/2007 | | |
| NAME | | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | |
| THOMAS, BARRY | | 178628 | DR. DARBOUZE | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 104994572 | 07/02/2007 | 07/03/2007 09:45 | 7/3/2007 12:30 | 40 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

----------------------------* MISCELLANEOUS *----------------------------

PSA 3rd.GEN.                0.731                        <4.0 ng/mL

********************************************************************************

The PSA assay should not be the only test used for diagnostic
purposes.  Additional evaluation using DRE, ultrasound, TUR or
similar procedures may be used for this purpose.  Predictions
of disease recurrence should not be based solely upon values
obtained from serial PSA values obtained on the patient.
PSA method: Roche Diagnostics/electrochemiluminescence Immunoassay.

                        Final Report                                Page: 3

James Weisberger, M.D.
Laboratory Director

7/3/07

PHS076



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: _6/28/07_
_11:00 pm_

### URINALYSIS

| | | | |
|---|---|---|---|
| LEUKOCYTES | Neg | BLOOD | Neg |
| NITRITE | Neg | SPEC. GRAVITY | 1.015 |
| UROBILINOGEN | Normal | KETONE | Neg |
| PROTEIN | Neg | GLUCOSE | Neg |
| pH | 5 | HCG | |

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Thomas Barry | 178628 | 11/20/66 | W/M | Easterling |

LABORATORY REPORTS

PHS-MD-70012

KILBY CORRECTIONAL FACILITY
PO BOX 17
MT. MEIGS, AL 36057

DATE OF REPORT: 5/30/2006
TIME OF REPORT: 2:15 PM

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| 131/178628 | *B Gerry* ~~DAWY~~ THOMAS | Easterling |

| DATE COLLECTED | TIME COLLECTED | | DATE RECEIVED | TIME RECEIVED |
|---|---|---|---|---|
| 5/22/06 | 8:30 AM | | 5/26/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NT | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NT | | NEGATIVE (NEG) |
| GLUCOSE | NT | | NEGATIVE (NEG) |
| KETONES | NT | | NEGATIVE (NEG) |
| BILIRUBIN | NT | | NEGATIVE (NEG) |
| BLOOD | NT | | < 5 RBC/MCL (NEG) |
| NITRITE | NT | | NEGATIVE (NEG) |
| UROBILINOGEN | NT | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NT | | NEGATIVE (NEG) |

* NT = Not Tested

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

PHS078

**LabCorp**

| Specimen # | Type | Primary Lr | Report Status | | | |
|---|---|---|---|---|---|---|
| 335-297-0191-0 | 6 | MB | FINAL | FS 8 | | |

Additional Information

DOB: 11/20/66

CD- 51622954646

| Clinical Information | | 12/01/04  07:11 ET |
|---|---|---|
| Physician ID | Patient ID | |
| DARBOUZE | 179628 | |

Account

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| THOMAS, BARRY | M | 038/00 |

Easterling Corr. Facility        01488851
Prison Health Services            01
200 Wallace Dr.                   01
Clio              , AL  36017-0010
334-397-4471     ALN

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 11/29/04 | 11/30/04 | 12/01/04 | 3149 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | 1/2 Avg.Risk | 3.4      3.3 | |
| | | | Avg.Risk | 5.0      4.4 | |
| | | | 2X Avg.Risk | 9.6      7.1 | |
| | | | 3X Avg.Risk | 23.4     11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| hyroid | | | | | MB |
| TSH | 2.371 | | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 5.9 | | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 37 | | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.2 | | | 1.2 - 4.9 | |
| | | | | | MB |
| BC, Platelet Ct, and Diff | | | | | MB |
| White Blood Cell (WBC) Count | 6.2 | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.23 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.9 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 46.8 | | % | 36.0 - 50.0 | MB |
| MCV | 89 | | fL | 80 - 98 | MB |
| MCH | 30.4 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.0 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.4 | | % | 11.7 - 15.0 | MB |
| Platelets | 181 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 51 | | % | 40 - 74 | MB |
| Lymphs | 36 | | % | 14 - 46 | MB |
| Monocytes | 9 | | % | 4 - 13 | MB |
| Eos | 3 | | % | 0 - 7 | MB |
| Basos | 1 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 3.2 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.2 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 0.6 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham         DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-3500
                        LAST PAGE OF REPORT

12/01/04

| | REPORT | ©2004 Laboratory Corporation of America® Holdings |
|---|---|---|
| | | All Rights Reserved |

THOMAS, BARRY        PATID: 179628     SPEC DATE: 11/30/2004

PHS079

LabCorp

Specimen #    Type    Priority LP    Report Status
330-397-2191-0    0    05    FINAL    04

Additional Information

DOB:
11/20/66

CD: 51622054646

Clinical Information    12/01/04  07:11 ET

Physician ID    Patient ID
DARBOUZE    170626

Account
Easterling Corr. Facility        01488859
Prison Health Services           01
200 Wallace Dr.                  01
Clio            , AL  36017-0010
334-397-4471    BLN

Patient Name    Sex    Age (Yr/Mos)
THOMAS, BARRY    M    038/00

Patient Address

Date Collected    Date Entered    Date Reported
11/29/04    11/30/04    12/01/04    3149

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | MB |
| Chemistries | | | | | |
| Glucose, Serum | 93 | | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.8 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 12 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.7 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 17 | | | 8 - 27 | |
| Sodium, Serum | 141 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.8 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 103 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.4 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 5.1 | H | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.2 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.4 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 72 | | IU/L | 25 - 150 | MB |
| LDH | 161 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 24 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 27 | | IU/L | 0 - 40 | MB |
| GGT | 25 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 114 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | |
| Cholesterol, Total | | 253 | H | mg/dL | 100 - 199 | MB |
| Triglycerides | | 348 | H | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 47 | | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | | 70 | H | mg/dL | 5 - 40 | MB |
| LDL Cholesterol Calc | | 136 | H | mg/dL | 0 - 99 | MB |

Comment
    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors and refer to the ATP-III table below.

    Risk Category LDL Goal LDL Level (mg/dL)    LDL Level (mg/dL)
                mg/dL    at which to initiate    at which to
                        Therapeutic Lifestyle    consider Drug
                            Changes (TLC)        Therapy

    CHD             <100        >100            >or=130
    2+  Risk Factors <130       >or=130         >or=130
    0-1 Risk Factors <160       >or=160         >or=190
T. Chol/HDL Ratio           5.4         H ratio units    0.0 - 5.0
Estimated CHD Risk          1.1         H times avg.    0.0 - 1.0
                                        T. Chol/HDL Ratio
                                        Men  Women

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved.

REPORT

THOMAS, BARRY    PATID: 170626    SPEC DATE: 11/30/2004

Elba

LabCorp

Specimen 279-397-0312-0 | S | MB | FINAL | PG 2 | 00 1

10/06/04   09:28 ET

**Clinical Information**

Early

Physician ID

Patient ID: 178628

DOB: 11/20/66

CD- 51619533784

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| THOMAS, BARRY | M | 037/10 |

Patient Address

Account

Easterling Corr. Facility    01498855
Prison Health Services         01
200 Wallace Dr.                01
Clio          , AL  36017-0010
334-397-4471    ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 10/05/04 | 10/05/04 | 10/06/04 | 2763 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | 1/2 Avg.Risk | 3.4 | 3.3 | |
| | | Avg.Risk | 5.0 | 4.4 | |
| | | 2X Avg.Risk | 9.6 | 7.1 | |
| | | 3X Avg.Risk | 23.4 | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of premature CHD.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Thyroid | | | | | MB |
| TSH | 2.837 | | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 5.8 | | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 35 | | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.0 | | | 1.2 - 4.9 | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| White Blood Cell (WBC) Count | 6.1 | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.32 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 16.3 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 47.8 | | % | 36.0 - 50.0 | MB |
| MCV | 90 | | fL | 80 - 98 | MB |
| MCH | 30.6 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.0 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.9 | | % | 11.7 - 15.0 | MB |
| Platelets | 194 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 57 | | % | 40 - 74 | MB |
| Lymphs | 31 | | % | 14 - 46 | MB |
| Monocytes | 8 | | % | 4 - 13 | MB |
| Eos | 3 | | % | 0 - 7 | MB |
| Basos | 1 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 3.5 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.9 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 0.5 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | MB |
| Please note | | | | | MB |

The date and/or time of collection was not indicated on the requisition as required by state and federal law. The date of receipt of the specimen was used as the collection date if not supplied.

LAB: MB LabCorp Birmingham          DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

THOMAS, BARRY       PATID: 178628     REPORT REC DATE: 10/05/2004

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

AL

DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Easterling

E 2-6A

@

Name: _Thomas - Barry_

State ID No: _178628_

DOB _11 - 20 - 66_

Race: _W_   Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| D Adays | 6-8-07 | | X | 6-11-07 | Officer Gowan |

HISTORY/DIAGNOSIS:

T I 756
T O 1000
NO SHOW

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | X LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Thomas

### REPORT

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D & T: 06-13-07  Maurice H. Rowell/rr  Board Certified Radiologist (Signature on file)

A 6/14/07

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

6-12-07

DATE, TIME  EXAM PERFORMED

**AL** DEPARTMENT OF CORRECTIONS

Name: Thomas Bawy

State ID No: 178628

**RADIOLOGY SERVICES REQUEST AND REPORT**

DOB: 11-20-66

INSTITUTION: Easterling

Race: W/m   Sex:

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr Darbouze | 11-18-05 | | | | |

HISTORY/DIAGNOSIS:

**X-RAY REQUEST**

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | X LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

**REPORT**

Thomas

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D & T: 11-28-05  Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file) p

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
|---|---|---|

| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |
|---|---|---|

PHS083

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _BARRY R. THOMAS_ Date of Request: _1-31-2001_

ID #: _178628_ Date of Birth: _11-20-66_ Housing Location: _KFD-71_

Nature of problem or request: _TOOTH FILLING HAS CHIPPED IN_
_A FRONT TOOTH._

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:
R4C
on Feb. 23, 2001 At 1:00pm

Refer to: ____ PA/Physician ____ Mental Health ✓ Dental

Signature: _M. Squire_ Title: _RDH_ Date: _2-1-01_ Time: _9:30 Am_

CMS 7166 REV. 10/94

PHS084

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry Thomas_    Date of Request: _11-29-98_

ID #: _178628_    Date of Birth: _11-20-66_   Housing Location: _K - 71_

Nature of problem or request: _Filling came out of a front tooth._

I consent to be treated by health staff for the condition described.

_Barry L. Thomas_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan: RTC for

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _E. Prouty_    Title: _PA_    Date: _11/30/98_ Time: _10:55 am_

CMS 7166 REV. 10/94

PHS085

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: *Barry R. Thomas* Date of Request: *8-5-98*

ID #: *178628* Date of Birth: *11-20-66* Housing Location: *KCB-19*

Nature of problem or request: *Filling fell out of a front tooth.*

I consent to be treated by health staff for the condition described.

SIGNATURE: *Barry R. Thomas*

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan: *RTC for FP*

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _____ Title: *DA* Date: *8-6-98* Time: *9:25 AM*

CMS 7166 REV. 10/94

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry R. Thomas_ Date of Request: _Jan. 6, 1998_

ID #: _178628_ Date of Birth: _11-20-66_ Housing Location: _KCB-19_

Nature of problem or request: _Need teeth cleaned_

_____

_____

_____

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
## DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### HEALTH CARE DOCUMENTATION

Subjective:


Objective: BP _____ P _____ R _____ T _____


Assessment:


Plan:

R4C
px

Refer to: ____ PA/Physician ____ Mental Health ____ Dental


Signature: _M Squire_ Title: _RDH_ Date: _1-6-98_ Time: _____

CMS 7166 REV. 10/94

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Barry A. Thomas_    Date of Request: _1-1-97_

ID #: _178628_    Date of Birth: _11-20-96_    Housing Location: _KCB-19_

Nature of problem or request: _I would like an appointment to_
_have my teeth cleaned. (I'll be at print shop dental call)_
_Thank you_

I consent to be treated by health staff for the condition described.

_Barry R. Thomas_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
**************************************************************

### HEALTH CARE DOCUMENTATION

Subjective:

Objective:  BP _____  P _____  R _____  T _____

Assessment:

Plan:
RTC
PX

Refer to: _____ PA/Physician _____ Mental Health _____ Dental

Signature: _M. Squire_    Title: _RDH_    Date: _1-2-97_  Time: _____

CMS 7166 REV. 10/94

PHS088



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _BARRY THOMAS_ _178628_
(Print Name) (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint

( ) Eyeglasses

( ) Dentures

( ) Prothesis    describe _____

( ) Wheelchair

( ) Cane

(X) Crutches    _X 1 week  STAT 7-2-07_    _Return 7/9/07_

( ) Other    describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Barry Thomas  178628_ _7/2/07_
(Inmate) (Date)

_[signature]_ _7-2-07_
(Witness) (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| _Thomas - Barry_ | _178628_ | _11-20-66_ | _W/m_ | _Eas._ |

PHS-MD-70005    (White – Medical File, Yellow – Security Property Officer)

PHS089

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _7-2-07_

**To:** _Doc_

**From:** _HCu_

**Inmate Name:** _BARRy THomAs_      **ID#:** _178628_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_C RuTches X 1 week_

_STAT 7-2-07   STop 7-9-07_

**Date:** _7-2-07_  **MD Signature:** _Dr DAloye / P. GuaLn_      **Time:** _12 10/7_

60418

_Barry Thomas 178628_

PHS090



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Barry Thomas_

Date of Birth: _11/20/66_                    Social Security No.: _____

Date: _6/22/07_                    Time: _715_                    A.M.
                                                                   P.M.

This is to certify that I, _Barry Thomas_ , currently in
                                  (Print Inmate's Name)

custody at the _Easterling_ , am refusing to
                    (Print Facility's Name)

accept the following treatment/recommendations: _refuses MD appt._
                                                      (Specify in Detail)

_on 6/22/07_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Barry Thomas_                              _SBush, LPN_
(Signature of Inmate)**                      (Signature of Medical Person)


_____                    _____
(Witness)                                    (Witness)


**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



*E2 - 6A*

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _____ Thomas, Bamy _____

Date of Birth: __ 11/20/66 __    Social Security No.: __ 178628 __

Date: __ 6-14-04 __    Time: __ 9:00 __    A.M. / P.M.

This is to certify that I, _____ Thomas, Bamy _____ , currently in
(Print Inmate's Name)

custody at the _____ ECF _____ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: __ sick call no shows __
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_____ Refusal to sign _____    _____ (signature) _____
(Signature of Inmate)**                (Signature of Medical Person)

_____ (signature) _____
_____    (Witness)
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PHS092



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _____*BARRY R. THOMAS*_____          *178628*
   (Print Name)                          (Doc#)

acknowledge receipt of the following medical equipment or appliance:

*Collected
6/18/07
PS*

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis     describe _____

(   )   Wheelchair

(   )   Cane

( ✗ )   Crutches

(   )   Other     describe _*1 Crutch + 1 week*_____
                                   *6/8/07 - 6/15/07*

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_*Barry Thomas*_                    _*6/15/07*_
   (Inmate)                              (Date)

_____            _*6/15/07*_
   (Witness)                             (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| *THOMAS     BARRY* | *178628* | *11/20/66* | *W/M* | *Easterli* |

PHS-MD-70005          **(White – Medical File, Yellow – Security Property Officer)**

PHS093



# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

**Date:** 6-8-07

**To:** Doc

**From:** Hcu

**Inmate Name:** THOMAS - BARR          **ID#:** 178628

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

CRUTCH X 1 WEEK

STAT 6-8-07    STOP 6-15-07

**Date:** 6-8-07  **MD Signature:** Dr Daz /Dvv          **Time:** 1²²

X Barry Thoma

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6/8/07 | TIME 4:50 ☑AM ☐PM | ORIGINATING FACILITY ECF ☐SIR ☐PDL ☐ESCAPEE ☐_____ | | ☐ SICK CALL ☐ EMERGENCY ☑OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION ☑GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 97.5 ☑ORAL ☐RECTAL | RESP. 20 | PULSE 76 | B/P 122/78 | RECHECK IF SYSTOLIC <100> 50 ____/____ |

NATURE OF INJURY OR ILLNESS

S - "My lower back pain is getting worse. I can hobble around in the afternoon to make it to pill call & chow but it's impossible to do it in the am anymore" - state did not fall - just unable to walk.

O - I/M to HCU via stretcher, skin w/d, resp even/unlabored. c/o pain ⓒ ↓ back down mid posterior ⓒ leg down to ankle. Muscle tight in ⓒ ↓ back. Placed in infirmary via WC - I/M having to R in W/C. States is unable to sit upright for more than a few minutes

A - alt comfort

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P - Give a.m. meds - hold in infirmary until seen by MD this a.m. | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE J Smith | DATE 6-8-07 | PHYSICIAN'S SIGNATURE | DATE 6/8/07 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Thomas, Barry | DOC# 178628 | DOB 11-20-66 | R/S W/M | FAC. ECF |

PHS-MD-70007     **(White – Record Copy, Yellow – Pharmacy Copy)**

PHS095



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6-5-07

**To:** Doc

**From:** PHS

**Inmate Name:** Thomas Bawy     **ID#:** 178618

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Bottom Bunk Profile X 2wks

6-5-07 → 6-19-07

**Date:** 6-5-07     **MD Signature:** VO Dr Darbouze/gm     **Time:** 12:35

60418

Barry Thoma 178628

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5-30-07

**To:** DOC - Easterling

**From:** HCU

**Inmate Name:** Thomas, Barry          **ID#:** 178628

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Continue Bottom Bunk profile until seen by MD on 6-5-07.

_____

_____

_____

**Date:** 5-30-07    **MD Signature:** VO Dr. Dalrouse / G. Vamelos, RN    **Time:** 5:50 pm

60418

X Barry Thomas



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _BARRY THOMAS_

Date of Birth: _11-20-66_     Social Security No.: _A-IS# 178628_

Date: _5-29-07_     Time: _800_     A.M.
~~P.M.~~

This is to certify that I, _Barry Thomas_ , currently in
                                     (Print Inmate's Name)

custody at the _Easterling_ , am refusing to
                            (Print Facility's Name)

accept the following treatment/recommendations: _Sick Call 5-29-07_
                                            (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Barry Thomas 178628_                  _Pamela Br_
(Signature of Inmate)**                               (Signature of Medical Person)

_James Hill COI_
(Witness)                                         (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PHS098

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 5/28/07 | TIME 8⁴⁵ ☒AM ☐PM | ORIGINATING FACILITY East ☐SIR ☐PDL ☐ESCAPEE | | ☐SICK CALL ☐EMERGENCY ☒OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☒GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 97 ☐ORAL ☐RECTAL | RESP. 16 | PULSE 80 | B/P 124/80 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S. I have Pressure on my Nerve. I can't put any pressure on my leg

O- Brought to H̄ on Stretcher. A+O X3. Resp @ ease. Able to overcome gravity c̄ all ext. Able to Flex + ext legs c̄ difficulty. C/o pain to ® hip area. No broken area or bruises noted Site.

**PHYSICAL EXAMINATION**

A- all in comfort
P- Ambulates c̄ assist to Infirmary Fr observation
11³⁰ Ambulating in Infirmary c̄ assist. Gait steady. States I feel better the pain comes + goes.
12¹⁰ Released to pop. Encouraged compliant c̄ med tx.

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 5/28/07 | TIME 12¹ ☒AM ☐PM | RELEASE/ TRANSFERRED TO | ☒DOC ☐AMBULANCE | CONDITION ON DISCHARGE ☒SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|
| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Thomas Barry | DOC# 178668 | DOB 11-20-66 | R/S W/M | FAC. GC |
|---|---|---|---|---|

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

PHS099



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _5-15-07_

**To:** _Doc_

**From:** _HCU_

**Inmate Name:** _BARRY THOMAS_     **ID#:** _178628_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_BoTTom BuNK PRofile X 2weeks_

_START 5-15-07    STop 5-30-07_

_Barry R Thomas 178628_

**Date:** _5-15-07_   **MD Signature:** _Dr Daz / D___ __   **Time:** _11 52 AM_

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Barry Thomas_

Date of Birth: _11/20/66_     Social Security No.: _# 178628_

Date: _5/3/07_     Time: _10:15_     A.M.
P.M.

This is to certify that _Barry Thomas_ , currently in
(Print Inmate's Name)

custody at the _ECF_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _No show s/c_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_____     _____
(Signature of Inmate)**     (Signature of Medical Person)

_____     _____
(Witness)     (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PHS101

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_Ventress_
INSTITUTION

_Barry Thomas_          178628   W/M
NAME                    NUMBER   R/S

Lay-in for _____ days from _____ to
                                    (date)

_____ due to _____
        (date)

Instructions: _Return to the HCU_
_10-45-02 @ 8:30 am to_
_See Ms King_

_Failure to follow the directions above may result in a disciplinary._

10-15-02                    _signature_
Date Issued              Signature

_Barry Thomas_
F-53

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_Ventress_
INSTITUTION

_Thomas, Barry_          178628
NAME                    NUMBER   R/S

Lay-in for _____ days from _____ to
                                    (date)

_____ due to _____
        (date)

Instructions: _To HCU on Wednesday_
_October 30, 2002 at 1:30 pm_
_for follow up with Dr Varbough._

_Failure to follow the directions above may result in a disciplinary._

10-24-02                    _signature_
Date Issued              Signature

_Barry Thomas_
F-53

PHS102

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_VCF_
**INSTITUTION**

Thomas, Barry ____ 178628 ___ W/M
NAME           NUMBER      R/S

Lay-in for _____ days from _____ to _____
                                    (date)

due to _____

(date)

Instructions: Return to HCU on Monday
7/22/02 at 1:30pm to
see MD

_Failure to follow the directions above may result in a disciplinary._

7/19/02 _____ WSStrickland Jr
Date Issued          Signature

                  Barry L. Thomas

F-53

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

_VCF_
**INSTITUTION**

Thomas Barry ____ 178628 ___ W/M
NAME           NUMBER      R/S

Lay-in for _____ days from _____ to _____
                                    (date)

due to _____

(date)

Instructions: Slide profile for (1) one
Week 7/23/02 to end 7/30/02

_Failure to follow the directions above may result in a disciplinary._

7/22/02 _____ WSStrickland
Date Issued          Signature

F-53        Barry L. Thomas

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

*VCF*

INSTITUTION

_Thomas Barry_          _178628_ _w/m_
          NAME                    NUMBER    R/S

Lay-in for _____ days from _____ to

                                                    (date)

_____ due to _____

          (date)

_____

_____

_____

Instructions: _Return to HCU_
_on Fri. 7/19/02_
_at 1:30pm for MD_
_appt._

*Failure to follow the directions above may result in a disciplinary.*

_7/17/02_              _Signature_
Date Issued          Signature

          _Barry R. Thomas_

F-53

PHS104

N610

**ALABAMA DEPARTMENT OF CORRECTIONS**

*RECEIVING SCREENING FORM*

Inmate's Name: _Thomas, Barry R_ Date: _5-13-02_ Time: _9:15 AM_

DOB: _11-20-66_ Officer: _____ Institution: _VCF_

| | *Receiving Officer's Visual Opinion* | Yes | No |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| 10. | Does the inmate have any obvious physical handicaps? | | ✓ |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | Yes | No |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. | Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 15. | Have you ever attempted suicide? _3 times_ ① ② | ✓ | |
| | (If YES, When? _1984, 1989, 1994_ How? _Valium overdose, handgun_ ③ _overdose_ | | |
| 16. | Do you want to do any harm to yourself now? | | ✓ |

PHS105

# ACCESS TO HEALTH CARE SERVICES
## NAPHCARE

All inmates have access to healthcare 24 hrs. a day, 7 days a week. Treatment for routine health services complaints is processed through nurse sick call. You must complete a sick call screening form for requested health care evaluation. Various doctor's clinics are held in the health unit Monday through Friday. If you are scheduled to be seen in a clinic you will be advised by facility daily newsletters routinely post notices of who is to report when and where for health care services. If you complete a sick-call form, please report to sick call the next business day, no later then 5:30am. Routine sick call will not be posted in the newsletter, but D.O.C. has a log of who has signed up for sick call. If you request health services and do not show for evaluation you must sign a refusal of treatment form. If a health services appointment/clinic or treatment has been set for you and you do not show you will also have to sign a refusal of treatment for. This is to let us know you have decided you are okay and no longer need to see us. Nurses are in house twenty-four hours a day seven days a week for rontine health services and programs. Nurses are also available for emergency care. Doctor's are on call twenty-four hours a day seven days's a week. In-house medical staff reviews medical services requested over the weekend and on holidays. If your request is noted to be of a nature that will not wait until the next regularly scheduled evaluation (triage) time, you will be called to the health unit for further follow-up during this time period other wise your request will be held until the next regularly scheduled evaluation process. Medical emergencies such as those involving intense pain, potential life threatening situations or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest correctional officer of an emergency so prompt access to health services is provided. Medications ordered for you by health services are to be picked up at the scheduled pill call/s established as the Doctor has ordered for you. If you fail to pick-up medications as expected you will be called for counseling. If you continue to fail to pick-up your medications you will be required to sign a refusal of treatment form. Remember that health services are a joint effort between the patient and the health car provider. We expect you to help us help you. Fee for services. You truly understand that no one would be denied access to health services because they are unable to pay the $3.00 co-pay fee. You will be seen and services will be provided that are appropriate and deemed necessary. Health services staff does not collect co-pay fees for health services nor do monies collected go to the medical provider. A nurse visit or doctor visit charge of $3.00 is the co-pay fee. If you do not have money in your PMOD account and you are accessed a charge you will have a negative balance in your until this is cleared. A negative balance will follow you from institution to institution upon transfer. When you seek health services you will be asked to sign the co-pay signature sheet. If it is deemed that you indeed do not owe for services your account will not be charged and if a false charge is made you will be refunded. Again we do have money and are eligible to be charged the co-pay fee this will occur. If the health unit initiates the request for you to be seen there is no charge. Educational in-services are routinely scheduled. Please attend and participate. Notice of in-services topics, dates and times will be published and posted in advance. Complaints against health care are attempted to be resolved as soon as possible and as reasonably as possible. You may obtain a complaint form from the same place you obtain sick call request slips and you may return these where you return your sick call request slips. If your complaint is not resolved when health services person speaks with you, you may file a grievance. This form will be given to you by the health person that has attempted to resolve the complaint. A complaint form must be initiated before a grievance form can be completed. Let your family and loved one's know health services will not disclose your medical care through conversations with them. If we are contacted you should know that we will review your health records but will have to let them know what you feel they should know about you. Understand, we will assure your family and loved one's you have health services available. We will also tell them that they must go through you or the Department of Corrections fro release if information and that you must go through the appropriate procedures and access health services and also follow medical service recommendations. Be compliant with

health care providers if you have health care providers if you have had health services outside the prison setting and we do not have these records you will need to sign release of records forms so we can obtain copies for placement in your institutional health record. A physical is begun on you upon your arrival into the prison system. You will be notified yearly thereafter when you next physical is scheduled. Mental health services dental services; medical services, chronic care clinics and many other health services are available. We wish you a healthy stay. If you need medical services we want you to understand how these services are obtained. Certain over the counter medications are available to you through canteen purchase. Medical service is not involved in canteen operations. We follow doctor's orders when dispensing medication-dose and time. If over the counter medication is given by health services it is through the order of a doctor. Population pill call at this institution are scheduled as listed below. If you have medication ordered report to the pill call your medication is to be dispensed at.

3:00 AM           3:00PM
9:00 AM           6:00PM

segregation lock-up pill call times are as listed below. Your medication will be issued to you on medication rounds.
3:00 AM           2:30PM
8:00 AM

If you have a question request an answer.

_Barry Thomas_ 4-16-02          _____ 4/16
INMATE SIGNATURE/ DATE          WITNESS SIGNATURE/DATE

PHS107

N610

# ALABAMA DEPARTMENT OF CORRE\:TIONS

### *RECEIVING SCREENING FORM*

Inmate's Name: _Thomas, Barry R_ Date: _3-8-02_ Time: _____

DOB: _11-20-66_ Officer: _____ Institution: _VCF_

|  | *Receiving Officer's Visual Opinion* | Yes | No |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| 10. | Does the inmate have any obvious physical handicaps? | | ✓ |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | Yes | No |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. | Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 15. | Have you ever attempted suicide? | | ✓ |
| | (If YES, When? _____ How? _____ | | |
| 16. | Do you want to do any harm to yourself now? | | ✓ |

PHS108

|  | Yes | No | No Response |
|---|---|---|---|
| 17. Do you want to talk to a mental health counselor? | ___ | ✓ | ___ |
| 18. Are you allergic to any medication? | ___ | ✓ | ___ |
| 19. Have you recently fainted or had a head injury? | ___ | ✓ | ___ |
| 20. Do you have epilepsy? | ___ | ✓ | ___ |
| 21. Do you have a history of tuberculosis? | ___ | ✓ | ___ |
| 22. Do you have diabetes? | ___ | ✓ | ___ |
| 23. Do you have hepatitis? | ___ | ✓ | ___ |
| 24. Do you have a painful dental problem? | ___ | ✓ | ___ |
| 25. Do you have any medical problem we should know about? | ___ | ✓ | ___ |
| 26. Do you have a past alcohol or drug history? | ✓ | ___ | ___ |

What type? _alcohol_    How much use? _light_

For how long? _1 yr._    Last time used? _1993_

*Comments:*  (Unusual behavior, etc.)

_____

_____

*For the Officer:*

27. Was the new inmate briefed on sick/dental call procedures?    _yes_

28. This inmate was:   a. Released for normal processing    _✓_

b. Referred to appropriate health care unit    _✓_

c. Immediately sent to health care unit    _____

_M_ _Reynolds_
Officer's Signature

*Note:* This form is completed on inter and intra system transfers at receiving and will be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

_Barry R. Thomas 178625_
Inmate's Signature

PHS109



**SPECIAL NEEDS COMMUNICATION FORM**

**Date:** 12/9/05

**To:** DOC

**From:** PHS

**Inmate Name:** Thomas Barry    **ID#:** 178628

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:** No prolong Standing x 2 weeks
12/9/05 - 12/23/05

**Date:** 12/9/05   **MD Signature:** Lota Darby Ble   **Time:** 1 30 pm

X  Barry T. Thomas 178628                    60418

PHS110



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11-18-05

**To:** Doc

**From:** PHS

**Inmate Name:** Thomas Barry          **ID#:** 178628

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:**
NO Prolonged Standing Profile X 2
wks - 11-18-05 → 12-2-05

**Date:** 11-18-05   **MD Signature:** VO Dr Dabraref Phs   **Time:** 9:00 Am

60418

Barry R. Thomas

PHS111

**PRISON HEALTH SERVICES**
**Alabama Department of Corrections**
**KOP Medication Protocol**

The KOP program will allow specific inmates to keep certain kinds of medications on their possession. If they are caught selling, trading, or not taking the medication correctly, they will be removed from the list and face possible disciplinary actions. The KOP medications will include formulary medications.

1.   The inmate will have in his possession the medication in blister pack. The inmate should take the medication as directed on the package sticker.

2.   The inmate is to bring the package to the infirmary when he gets down to the reorder row of pills so the nursing staff can pull the sticker off the card and reorder. If the inmate waits until they have finished the last row of pills before coming to the nurse, they are likely to run out before their order comes in. The card will be checked at this time against the MAR to determine if the number of pills remaining is accurate (not to many left, not to few). This will be noted by looking at the date the card was given. Each inmate is responsible for keeping their medication in a secure area. We will not be responsible for stolen medications.

3.   When the inmate receives their card of medication ,usually #30 tabs per card, they should pop them out in numerical order, i.e. #30, #29, etc.

4.   In order to be eligible for KOP, the inmate must have a good history of compliance and voice understanding of how this system works. They will not be eligible if their medication is insulin or a psychotropic medication, or has been known to be non-complaint in the past. The inmate will be required to come to the infirmary and sign a KOP agreement that we have formulated. At this time the staff will explain the procedure to the inmate and document that the information was explained and the individual can again sign that the program has been explained in its entirety.

5.   Once we have established the program, other will be free to request to be placed on KOP. If research finds that he will qualify, we will repeat the above with this individual.

6.   We will not place just anyone on KOP. The individual must have past history evaluated first. This program will not include out-patient or inpatient mental health inmates.

7.   Inmates may be requested to present for a medication check at any time to see that the correct number of pills are accounted for. The Medical Staff will be doing random checks for compliance.

8.   The inmate holds harmless PHS and its healthcare providers for incidents that may result from the inmate taking medication improperly, exchanging the medicine with other inmates, and consuming drugs/medication provided by other individuals that result in drug interactions.

**Inmate Signature:** _Roger Thomas_    **AIS#:** _178620_
**Nurse Signature:** _____    **Date:** _____

NaphCare

# Release of Responsibility

BARRY R. THOMAS                    4-25-03
Name of Inmate                     Date

178628     11-20-66
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

MD appt.

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Barry R. Thomas                    SBushya
Inmate Signature                   Witness

4/25/03  IIA
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

_____        _____
Witness                         Date / Time

_____
Witness

Release of Responsibility

NC025

PHS113

NaphCare

# Release of Responsibility

Thomas Barry                          4/11/03
Name of Inmate                        Date

128628
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

Sick call screening

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Barry R. Thomas                       S Bush LPN
Inmate Signature                      Witness

4-11-03
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

_____       _____
Witness                               Date / Time

_____
Witness

Release of Responsibility                                    NC025

**HEALTH STATUS**

Transferring Facility: _Ventress_

Name _Thomas, Barry_
AIS _178628_
Age _____ Date of Birth _11-20-66_
Race _W_ Sex _M_

Date: _4-3-03_
Time _13 10_
Allergies _NKA_
Food Handler Approved Y /(N)

Current Acute Conditions/Problems: _____
Chronic Conditions/ Problems: _Co_

Current Medications- Name, Dosage, Frequency, Duration:
 Acute short term medications _____

Chronic Long Term Medications _____

 Chronic Psychotropic Medications _____

Current Treatments: _____
Follow up care Needed _____

Last PPD _7-28-07_ Results _○○_ mms Last Physical _7/30/02_
Chronic Clinics _____
Specialty Referrals _____
Significant Medical History _Constipation, Migraine HA._

Physical Disabilities/Limitations _____
Assistive Devices/Prosthetics _____ Glasses _____ Contacts _____
Mental Health History/Concerns _____

Substance abuse Y/N    Alcohol (Y)/N  Drugs (Y)/N
    Hx Suicide Attempt Date __/__/__
    Hx Psychotropic Medication
    Previous Psychiatric Hospitalizations

Signature/Title/Date
_MBcnefield_ _4-3-03_

---

Transfer Reception Screening
Date _4-4-03_ Time _12³⁰_ am pm
S: Current complaint _N/A_

Current medications/Treatments
_N/A_

O Physical Appearance/Behavior _WT 168 lbs_
_WNL_
Deformities: Acute/Chronic _N/A_

_T 98_ P _85_ R _18_ B/P _110/80_
A _well nourished white_
_male, 5 current medical c/o_

P Disposition (Instructions: Check or circle as appropriate)
✓ Routine sick call Instructions given
✓ Emergency referral
___ HIV/TB Instructions given
___ Physician referral
Urgent / Routine
✓ Medication Evaluation
___ Work/Program Limitation
___ Special Housing
___ Specialty Referrals
___ Chronic Clinics
___ Mental Health
___ OTHER
___ Infirmary Placement

_Excens to Healthcare Handwashing instruction_

Receiving Facility: _East_

Signature/ Title: _B Bracewell LPN_

NC 071

## EASTERLING CORRECTIONAL FACILITY
## PROCEDURE FOR ACCESS TO HEALTH CARE

Treatment for routine medical complaints and mental health complaints are processed through nurse screening seven days a week. Inmates must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. you need to place the screening form in the locked box located at the dining hall. All health service requests are subject to a $3.00 co-pay being deducted form your PMOD account, depending on the nature of your request. Forms for segregation inmates will be collected by nursing personnel on 4:00am medication rounds. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

Inmates on sick-call screening must report for screening or sign a refusal of treatment form declining care. Screening for population is held on 1st shift at approximately 7:00am. Screening for segregation is held during the morning pill call rounds. Sick-call screening is held Sunday through Friday.

Pill call times for this institution are as follows:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

You are required to sign up for Dental sick call using the same procedure as medical sick call. Population and Segregation Dental Screenings are held weekly on Monday evenings at 1:00pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

Your medical care is important. This is a joint effort between you and the Health Care Staff. Prescribed medications are to be picked up at pill-call, appointments kept, and education in services attended.

Comfort medications, such as cold medicine, headache medicine ect. are available in the canteen.

We ask that medical complaints against the Health Care Unit try and be resolved face to face. If concerns cannot be resolved verbally, a written complaint may be filed. You may get this form in the Health Care Unit. You must complete this form listing specifically the reason for dissatisfaction, steps you have taken and the action requested to resolve the problem. Return this form to the Health Care Unit.

_Barry T. Thomas_     _178635_     _4-4-03_
Inmate Signature       AIS#       Date

_signature_ LPN     _4/4/03_     _12:35_
Witness       Date       Time

N610

**ALABAMA DEPARTMENT OF CORRECTIONS**

*RECEIVING SCREENING FORM*

8/18/2002

Inmate's Name: _BARRY THOMAS_    Date: _6-16-95_ Time: _10:24m_

DOB: _3-22-75_ Officer: _BROWN_    Institution: _B.C.C.F._

| | | Yes | No |
|---|---|---|---|
| | *Booking Officer's Visual Opinion* | | |
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | | |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | | |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | |
| 10. | Does the inmate have any obvious physical handicaps? | | |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | Yes | No |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | |
| 12. | Are you on any special diet prescribed by a physician? (if YES, what type?) | | |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | |
| 15. | Have you ever attempted suicide? | | |
| | (If YES, When? _____ How?_____ | | |
| 6. | Do you want to do any harm to yourself now? | | |

PHS117

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 10-29-9 | TIME 1125 AM/PM | FACILITY ___ KCF ___  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |

ALLERGIES NKA

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP._____ ORAL RECTAL   RESP. _____   PULSE _____   B/P _____/_____   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z | LACERATION/ SUTURES |

S - Leaning back in chair
fell backwards & hit his
head. Out for 1 second
Headache

**PHYSICAL EXAMINATION**

O - No contusion or hematoma
Noted

**ORDERS, MEDICATION, etc.**

P - Tylenol

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Sign for sick call if needed

| RELEASE/TRANSFER DATE 10/02/94 | TIME AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE C Chambers | DATE 10-29-94 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Thomas, Barry | AGE 27 | DATE OF BIRTH 11/20/66 | R/S WM | AIS # 178638 |

F-15                          ORIGINAL-MEDICAL RECORD YELLOW-TRANSFER AGENT

PHS118

C No10
787

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

INMATES NAME: THOMAS, BARRY         DATE: 10|3|94      TIME: 10:30 Am

DOB: 11.20.66      OFFICER: Ben Brow         INSTITUTION: BCCF

BOOKING OFFICERS VISUAL OPINION                    Yes      No

1.  Is the Inmate Conscious ?                                (Yes)    ___

2.  Does the inmate have any obvious pain or bleeding/other symptoms
    suggesting the need for emergency services ?             ___      ___

3.  Are there any visible signs of trauma or illness requiring immediate
    emergency or doctor's care ?                             ___      ___

4.  Any   obvious fever, swollen lymphnodes, jaundice, or other evidence
    of infection which might spread through the institution ?  ___    ___

5.  Is the skin in poor condition or show signs of vermin or rashes ?  ___   ___

6.  Does the inmate appear to be under the influence of Alcohol, or
    Drugs ?                                                  ___      ___

7.  Are there any visible signs or Alcohl or Drug withdrawal ?  ___   ___
    (Extreme perspiration, shakes, nausea, pinpoint pupils etc)

8.  Is the inmate making any verbal threats to staff or other inmates ?  ___  ___

9.  Is the inmate carring any medication or report that he is on any
    medication which must be continuously administered or available ?  ___  ___

10. Does the inmate have any obvious physical handicaps ?    ___      ___

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

11. Are you presently taking medication for diabetes, heart
    disease, seizure, athritis, asthma, ulcers, high blood pressure
    or psychiatric disorder?                                 ✓        ___

12. Are you on any special diet prescribed by a physician ?  ___      ___
    (if yes - what type ? )

13. Do you have a history of veneral disease or abnormal discharge ?  ___   ___

14. Have you recently been hospitalized or recently seen a medical or psychiatric
    doctor for any illness ?                                 ✓        ___

15. Have you ever attempted suicide ?                        ✓        ___
    (If yes - When ? Sept 13, 94   How ? OVER close    )

16. Do you want to do any harm to yourself now ?            ___      ___

PHS119

## DEPARTMENT OF CORRECTIONS

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 10/20/97 | TIME 1125 AM/PM | FACILITY Kilby Inmate ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP. 97.3 ORAL / RECTAL   RESP. 20   PULSE 104   B/P 140/90   RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx | FRACTURE z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S- CP ē dizziness. Hx
occasionally Throat tight-
ness. SOB) Stress out
ē anxiety, but never
this dizzy.

O- Has seized Moody
for counseling but he
(inthr stop) Manic

PHYSICAL EXAMINATION
depresse d/l, NAD
A. anxiety

[body diagrams - anterior and posterior]

ORDERS, MEDICATION, etc.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME AM/PM | RELEASE/TRANSFERRED TO ☒ SOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE RN 9/20/97 | DATE | PHYSICIAN'S SIGNATURE | DATE 10/20/97 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Thomas, Barry | AGE 31 | DATE OF BIRTH 11/29/66 | R/S WM | AIS # 178628 |
|---|---|---|---|---|

PHS120

# PROBLEM LIST

Name: _Thomas, Barry_

AIS# _128628_

Date of Birth: _11-20-66_

Medication Allergies: _NKDA_

Mental Health Code (SMI) HARM HIST NONE    Date Code Assigned: _1-29-02_
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 1/19/03 | Ingrown toe nail 1st R | | |
| 12 August 02 | correct code [HARM] | | |
| 10/15/02 | Constipation | | |
| 10/21/02 | Hard Pam | | |
| 7/30/03 | [HIST] | 12/23/12 | |
| 5/10/04 | [HISTORY] | | |

# PROBLEM LIST

Name _Thomas, Barry_

ID # _178628_

D.O.B. _11-20-66_ _w/m_

Medication Allergies _____

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| | Bipolar disorder | | |
| | Migraine headache | | |
| 8/15/5? | Meritor (No fever at his agent) | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BULLOCK HEALTH CARE UNIT

01/94

PHS122



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Thomas, Barry_

Date of Birth: _112066_    Social Security No.: _AIS 178628_

Date: _112304_    Time: _850_    A.M. / P.M.

This is to certify that I, _Thomas, Barry_, currently in
(Print Inmate's Name)

custody at the _East_, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Waive ccc - ccc_
(Specify in Detail)

_Will be dced dt no medication._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Barry Thomas 178628_
(Signature of Inmate)**

_RT ell_
(Signature of Medical Person)

_____    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

9A43



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Thomas, Barry_

Date of Birth: _112066_    Social Security No.: _1N8628_

Date: _081304_    Time: _700 pm_    A.M. / P.M.

This is to certify that I, _Thomas Barry_ , currently in
(Print Inmate's Name)

custody at the _East_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _cccapt_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Barry R Thomas_    _RTeal_
(Signature of Inmate)**    (Signature of Medical Person)

_____    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

PHS124



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

PRISON HEALTH SERVICES

# NON-COMPLIANCE NOTICE

**The following has been observed and documented per non-compliance policy:**

| CLASS | SPECIFIC |
|---|---|
| _____ Diet | ADA _____ |
| | CARDIOVASCULAR _____ |
| | ALT. G.I. _____ |
| | OTHER _____ |
| _____ Medication | INFECTIOUS _____ |
| | ACUTE _____ |
| _✓_ Treatment | CHRONIC _____ |
| | PSYCHIATRIC _____ |
| | OTHER _____ |
| | BLOOD PRESSURE _____ |
| | DRESSING _____ |
| | ACCUCHECK |
| | OTHER _*CCC appt*_____ |

**ACTION TAKEN BY NURSING:**

___✓___ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

_____ Placed on sick call
_____ Inform MH Department
_____ M.A.R. Review

**ACTION TAKEN BY PRESCRIBERS:**

_____ Physician
_____ P.A.
_____ Psychiatrrist

_____ Counseling
_____ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

**ACTION TAKEN BY INMATE:**

_____ Treatment Refusal Signed
_____ Explanation of Non-Compliance

_____ Refuses to sign

*0830* *RTech*            *Barry Thoms*

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| *Thomas, Barry* | *178628* | *1/20/66* | *W/m* | *East* |

PHS-MD-70057

PHS125

**PHS**
PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| I. HISTORY – (LPN or RN) | | | |
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | 174 # 5/06 Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | ✓ | | "Sciatica" (L) |
| Smoke, Dip or Chew | ✓ | | Hx 12 yrs pack/Day quit x 14 years |
| ALLERGIES | | ✓ | |

Weight 180  Temp 97  Pulse 84  Resp 20  Blood Pressure 102/55

If greater than > 140/60, repeat in 1hour.
Refer to M.D. if remains > 140/90.

Eye Exam: 20/70 OD  20/400 OS  20/400 OU    96 % O₂

## II. TESTING – (LPN or RN)    RESULTS

Tuberculin Skin Test (q yr)    Date given 5-19-07 Site (L) FA    1st # C 36 3 AA
Read on 5-21-07 Results 0 mm    C 236 3 AA
Survey Completed _____    2nd # 5/13/08

Past Positive TB Skin Test →    Date _____ Results _____
(Chest x-ray if clinical symptoms)
RPR (q 3 yrs)    Date 5-22-06 Results NR
EKG (baseline at 35, over 45 q 3 yrs)    11-27-04    NSR
Cholesterol (at 35 then q 5 yrs)    11/29/04 253
Finger Stick Blood Sugar    Results 97
* If > than 200 repeat Finger Stick BS within 48 hours    Results _____
Optometry Exam (@ 50 if not already seen)
Mammogram    Date _____ Results _____
(females @ 40, q 2 yrs/other M.D. order)

## III. PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

Heart    RRR
Lungs    clear, equal bilateral
Breast Exam    Obstructed
Rectal (yearly after 45)    Results _____
with Hemoccult    Results _____
Pelvic and PAP (q 1 yr)    Date _____ Results _____

Facility ECF  Nurse Signature _____  Date 5-19-07

M.D. or Mid-Level Signature _____  Date 5-11-07

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Thomas, Barry | 178628 | 11-20-66 | W/M |

PHS126



PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) |  | ✓ | Last weight at least 6 months ago |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood in Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) |  | ✓ |  |
| Smoke, Dip or Chew |  | ✓ |  |
| ALLERGIES |  | ✓ | NKDA |

Weight 174#  Temp 98⁸  Pulse 76  Resp 16  Blood Pressure 126/84

If greater than > 140/60, repeat in 1hour.

Eye Exam: 20/20 OD 20/50 OS 20/60 OU

Refer to M.D. if remains > 140/90.

**II.    TESTING – (LPN or RN)**                 RESULTS

Tuberculin Skin Test (q yr)            Date given 5-20-06 Site LFA

                                       Read on 5/22/06 Results 0 mm

Past Positive TB Skin Test →           **Survey Completed**
(Chest x-ray if clinical symptoms)     Date _____ Results _____
RPR (q 3 yrs)                          Date 5-20-06 Results Pending
EKG (baseline at 35, over 45 q 3 yrs)  11-04
Cholesterol (at 35 then q 5 yrs)       11-29-04
Finger Stick Blood Sugar               Results 100

* If > than 200 repeat Finger Stick BS within 48 hours   Results _____

Optometry Exam (@ 50 if not already seen)

Mammogram                              Date _____ Results _____
    (females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – (RN, Mid-Level, M.D.)**

Heart                  RRR
Lungs                  cl bl
Breast Exam            Instructed
Rectal (yearly after 45)   Results N/A
    with Hemoccult        Results N/A
Pelvic and PAP (q 1 yr)   Date _____ Results _____

Facility East  Nurse Signature Flynan R  Date 5-20-06

M.D. or Mid-Level Signature _____  Date 5/28/06

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Thomas Barry V | 178628 | 11-20-66 | Wh |

PHS127



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| (Smoke), Dip or Chew | ✓ | | HX. 2 PKS. (N) |
| ALLERGIES | | ✓ | |

Weight _180_  Temp _97°_  Pulse _74_  Resp _18_  Blood Pressure _110/80_

Eye Exam _20/20_ OD _20/70_ OS _20/50_ OU

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

**II.    TESTING – (LPN or RN)          RESULTS**

✓ Tuberculin Skin Test (q yr)       Date given _11/27/04_ Site _Lt. FA_
                                     Read on _11/29/04_ Results _0_ _____ mm

Past Positive TB Skin Test    →    **Survey Completed**
(Chest x-ray if clinical symptoms)   Date_____ Results_____
RPR (q 3 yrs)                        Date _7-3-03_ Results _NR_
✓ EKG (baseline at 35, over 45 q 3 yrs)
Cholesterol (at 35 then q 5 yrs)     _4-13-04  204_
Tetanus/Diptheria (q 10 yrs)         Last Given _3/00_ ____ Due_____
(if done today)                      Site given_____ Dose____ Lot #____
Optometry Exam (@ 50 if not already seen)   _N/A_
Mammogram                            Date_____ Results_____
(females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Heart                _RRR_
Lungs                _Clear_
Breast Exam
Rectal (yearly after 45)       Results_____
with Hemoccult                 Results_____
Pelvic and PAP (q 1 yr)        Date_____ Results_____

Facility _Eastwin_  Nurse Signature _L. Ewing LPN_  Date _11-27-04_

M.D. or Mid-Level Signature_____ Date_____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| _Thomas, Barry_ | _178628_ | _11/20/61_ | _W/M_ |

PHS128

Due 3-14-01

# PERIODIC HEALTH ASSESSMENT

**I.**   HISTORY - (Nurse)          YES   NO   COMMENTS

Weight Change (>15 lb.)         ___  ✓   Last Weight at least 6 mo.'s
(Compare Weight Below)          ___       ago: _184_
Persistent Cough                ___  ✓
Chest Pain                      ___  ✓
Blood In Urine or Stool         ___  ✓
Difficult Urination             ___  ✓
Other Illnesses (Details)       ___  ✓
Smoke, Dip or Chew              ___  ✓
ALLERGIES                       ___  ✓

Weight _82_ Temp. _98.9_ Pulse _72_ Resp. _18_ B.P. _114/76_
Eye Exam          Without Glasses    OD _20/50_ OS _20/70_ OU ___
                  With Glasses       OD ___ OS ___ OU ___

**II.**  TESTING (Nurse)                RESULTS

Tuberculin Skin Test (q yr.)   Date Given _3-15-01_ Site _Lt arm_
(chest x-ray if clinical symptoms  Read On _3-17-01_ Results _O_ mm
RPR (q 3 yrs.)                 Date _3-14-00_ Results _ne._
Urine Dip (yearly)             Results _3-15-01_
(Glu.,Prd., RBC., WBC.)        _negative_
EKG (baseline at 35, over 45 q 3 yrs.)  _n/a_
Cholesterol (at 35 then q 5 yrs.)       _n/a_
Tetanus/Diphtheria (q 10 yrs.)  Last Given _9/94_ Due _8/04_
If Done Today:    Site Given _N/A_ Dose _N/A_ Lot # _N/A_

**III.**  PHYSICAL                     RESULTS

Heart                          _Regular_
Lungs                          _clear_
Breast (q 2 yrs. p 30)         Date _3-15-01_ Results _negative_
Rectal (yearly p 45)           Results _N/A_
   With Hemocult               Results _N/A_
Pelvic and PAP (q 1 yr.)       Date _N/A_ Results _N/A_

Inmate Name _Thomas, Larry Randall_ AIS # _178628_
DOB _11-20-66_ Age _34_ Race _W_ Sex _m_ SSN _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_
Emergency Addressee _nmc James Alexander_ Phone # _272-6870_
Address _11 Astor Drive  Montgomery 36109_
Facility _KCF_ Nurse Signature _R. Williams, R_ Date _3-15-01_
Physician Signature _____ Date _3-27-01_

KFD11

PHS129

# PERIODIC HEALTH ASSESSMENT

**I.    HISTORY - (Nurse)**

|  | YES | NO | COMMENTS |
|---|---|---|---|
| Weight Change (>15 lb.) (Compare Weight Below) | | ✓ | Last Weight at least 6 mo.'s ago: _____ |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood In Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | |

Weight _184_ Temp._98³_ Pulse _62_ Resp. _16_ B.P. _118/84_

Eye Exam    Without Glasses    OD_20/30_OS_20/30_OU____

With Glasses    OD____ OS____ OU____

**II.    TESTING (Nurse)**    RESULTS

| | | |
|---|---|---|
| Tuberculin Skin Test (q yr.) | Date Given _3/14/00_ Site _Lt AR_ | |
| (chest x-ray if clinical symptoms | Read On _3/7/00_ Results _0_ mm | |
| RPR (q 3 yrs.) | Date _3/14/00_ Results____ | |
| Urine Dip (yearly) | Results _Neg_ | |
| (Glu.,Prd., RBC., WBC.) | _neg_ | |
| EKG (baseline at 35, over 45 q 3 yrs.) | _N/A_ | |
| Cholesterol (at 35 then q 5 yrs.) | _N/A_ | |
| Tetanus/Diphtheria (q 10 yrs.) | Last Given _9/94_ Due _2004_ | |
| If Done Today: | Site Given ___/ Dose _/_ Lot # _/_ | |

**III.    PHYSICAL**    RESULTS

| | |
|---|---|
| Heart | _Reg_ |
| Lungs | _Clear_ |
| Breast (q 2 yrs. p 30) | Date _N/A_ Results____ |
| Rectal (yearly p 45) | Results _N/A_ |
| With Hemocult | Results _N/A_ |
| Pelvic and PAP (q 1 yr.) | Date _N/A_ Results____ |

Inmate Name _Thomas, Barry R._    AIS # _178628_

DOB _11/20/66_ Age _33_ Race _B_Sex _M_ SSN _423037670_

Emergency Addressee _____ Phone # _____

Address _____

Facility _Kilby_    Nurse Signature _Rita Wright RN_ Date _3/14/00_

Physician Signature _/_ _____ Date _____

RO°
CAM

## PERIODIC HEALTH ASSESSMENT

**I.    HISTORY -** (Nurse)          YES    NO    COMMENTS

Weight Change (>15 lb.)          ___    _✓_    Last Weight at least 6 mo.'s.
(Compare Weight Below)                        ago: _____
Persistent Cough                 ___    _✓_    _____
Chest Pain                       ___    _✓_    _____
Blood In Urine or Stool          ___    _✓_    _____
Difficult Urination              ___    _✓_    _____
Other Illnesses (Details)        ___    _✓_    _____
Smoke, Dip or Chew               ___    _✓_    _____
ALLERGIES                        ___    _✓_    _____

Weight|180  Temp. 97.8  Pulse 78  Resp. 18  B.P. 120/20
Eye Exam:        Without Glasses    OD 20/20  OS 20/20  OU 20/20
                With Glasses        OD _____  OS _____  OU _____

**II.    TESTING -** (Nurse)                    RESULTS

Tuberculin Skin Test (q yr.)     Date Given 1/26/99  Site l fore arm
(chest x-ray if clinical symptoms)  Read On 1/28/99  Results 0 mm
RPR (q 3 yrs.)                   Date 2/8/97  Results NR
Urine Dip (yearly)               Results Neg
  (Glu., Pro., RBC., WBC.)
EKG (baseline at 35, over 45 q 3 yrs.) _____
Cholesterol (at 35 then q 5 yrs.) _____
Tetanus/Diphtheria (q 10 yrs.)   Last Given 9/21/94  Due 9/21/2004
  If Done Today:    Site Given _____  Dose _____  Lot # _____

**III.    PHYSICAL**                           RESULTS

Heart                            WC
Lungs                            Clear
Breast (q 2 yrs. p 30)           Date _____  Results _____
Rectal (yearly p 45)             Results _____
  With Hemocult                  Results _____
Pelvic and PAP (q 1 yr.)         Date _____  Results _____

Inmate Name Thomas Barry          AIS # 178628
DOB 1/20/66  Age ___  Race W  Sex M  SSN 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
Emergency Addressee _____  Phone # _____
Address _____
Facility KCF  Nurse Signature Katie Bailey  Date 1/26/99
Physician Signature _____        Date _____

PHS131

# PERIODIC HEALTH ASSESSMENT

**I.    HISTORY**          YES    NO          COMMENTS

WEIGHT CHANGE (>15 LBS.) ___ ✓ _____
PERSISTENT COUGH ___ ✓ _____
CHEST PAIN ___ ✓ _____
BLOOD IN URINE OR STOOL ___ ✓ _____
DIFFICULT URINATION ___ ✓ _____
ALLERGIES TO MEDS ___ ✓ _____
SMOKING ___ ✓ _____
OTHER ILLNESS (DETAILS) ___ ✓ _____

**II.    PHYSICAL**                           RESULTS

HEART _____
LUNGS _____
PELVIC AND PAP (q 1 yr.)    DATE _____
BREAST (q 2 yrs p 30)    DATE          RESULTS _____
WEIGHT 184 RESP. 18 B/P 130/70 PULSE 76 TEMP. 98.4

RECTAL WITH HEMOCULT _____
        (yearly p 45)

**III.    TESTING**                        RESULTS

TUBERCULIN SKIN TEST (q yr.)    DATE GIVEN: 12/5/97 READ: 12/8/97
RPR (q 3 yrs.)    RESULTS: 0mm
URINE DIP (yearly)    DATE: 12/8/97 RESULTS: _____
        (GLU., PRO., RBC, WBC)    neg

MAMMOGRAM (40 and over q 2 yrs.)
        DATE    N/A
EKG (baseline at 35, over 45, q 3 yrs)    N/A
CHOLESTEROL ( q 5 yrs.)    N/A
TETANUS / DIPTHERIA ( q 10 yrs.)    9/21/94

NURSE'S
SIGNATURE _Katie Bailey_          DATE 12/5/97

FACILITY _KCF_          PHYSICIAN'S SIGNATURE _____

EMERGENCY ADDRESSEE _____ TELEPHONE # _____

ADDRESS _____
DOB 11/20/66 AGE 31 RACE W SEX M SSN 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
INMATE'S NAME Thomas, Barry          AIS# 178628

CM S 155 B

KCB 19

# PERIODIC HEALTH ASSESSMENT

**I.    HISTORY**

|  | YES | NO | COMMENTS |
|---|---|---|---|
| WEIGHT CHANGE (>15 LBS.) | | ✓ | |
| PERSISTENT COUGH | | ✓ | |
| CHEST PAIN | | ✓ | |
| BLOOD IN URINE OR STOOL | | ✓ | |
| DIFFICULT URINATION | | ✓ | |
| ALLERGIES TO MEDS | | ✓ | |
| SMOKING | | | |
| OTHER ILLNESS (DETAILS) | | | |

**II.    PHYSICAL**

RESULTS

HEART
LUNGS                                    _Normal_
PELVIC AND PAP (q 1 yr.)      DATE      _NA_
BREAST (q 2 yrs p 30)            DATE      _NA_     RESULTS
WEIGHT _179_ RESP. _18_   B/P _118/82_ PULSE _84_ TEMP. _97.6_

RECTAL WITH HEMOCULT
      (yearly p 45)                  _NA_

**III.    TESTING**

RESULTS

TUBERCULIN SKIN TEST (q yr.)   DATE GIVEN: _10-31-96_ READ: _____
                                               RESULTS
RPR (q 3 yrs.)                              DATE: _9-22-94_ RESULTS: _____
URINE DIP (yearly)
      (GLU., PRO., RBC, WBC)      _10-31-96_

MAMMOGRAM (40 and over q 2 yrs.)
                                               DATE      _NA_
EKG (baseline at 35, over 45, q 3 yrs)
CHOLESTEROL ( q 5 yrs.)                    _2-28-95_
TETANUS / DIPTHERIA ( q 10 yrs.)        _9-21-94_

NURSE'S
SIGNATURE _WWWilliams_                DATE _10/31/96_

FACILITY _Kilby_        PHYSICIAN'S SIGNATURE _____

EMERGENCY ADDRESSEE _____ TELEPHONE # _____

ADDRESS _____

DOB _11/20/66_ AGE _30_ RACE _W_ SEX _M_ SSN _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_

INMATE'S NAME _Thomas, Barry_         AIS# _178628_

CM S 155 B

PHS133