IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

2007 SEP -4 A 9:19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BARRY RANDALL THOMAS, #118623 :

    PLAINTIFF                 :    CIVIL ACTION No.

V.                              :    2:07-CV-630-MEF

DR. DARBOUZE, ET. AL.     :

    DEFENDANTS           :

NOTICE OF MOTION; MOTION FOR EXTENSION OF TIME.

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

    YOU ARE HEREBY NOTIFIED THAT AS OF THE DAY AND TIME DETERMINED BY THE COURT FILING, THE PLAINTIFF BARRY RANDALL THOMAS BRINGS A MOTION

1/5

for extension of time to respond to the Court's Recommendation by the Magistrate Judge dated August 23, 2007. Plaintiff will move the court to grant an extension of time to FILE OBJECTIONS to the motion on or before September 17, 2007. Plaintiff makes this motion due to limited time available to him at the prison library, being pro se, requesting third party assistance in copying and service, and receipt of Defendant's Darbouze and Wilson answer not until (and late) the evening of August 27, 2007.

    This motion is based on all papers filed and records in this action and on any evidence to be received at a hearing.

Dated: August 28, 2007

_Barry R. Thomas_
Barry Randall Thomas # 178628 / E2-6A
Easterling Correctional Facility
200 Wallace Drive
Clio AL. 36017-2613

## MOTION REQUESTING EXTENSION OF TIME TO RESPOND (FILE OBJECTIONS) TO THE DEFENDANTS RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION; SPECIAL REPORT; AND ANSWER

Plaintiff respectfully requests, pursuant to Fed.R.Civ.P. 6(b), an order extending the time to respond to Magistrates recommendation to on or before Sept. 17, 2007.

This motion is made on the grounds that:

1. Plaintiff recieved Defendants Wilson and Darbouze answer late and on the evening of August 27, 2007, five days beyond the date of service (Aug. 22, 2007) and post marked Aug. 23, 2007.

2. Plaintiff, who is representing himself pro se basis, is only allowed law library access, if open, when his dorm has "yard call". This may

average 4 to 6 hours per week and prevents him from completing necessary legal research required to properly respond to the Majistrates recommendation.

3. Plaintiff must depend upon mailing his originals out to a third party to copy and returning them to him to be serviced. It is common for the prison mail authorities to deny and return "legal mail" in large envelopes, due to being from a "non-lawyer". The Plaintiff has no lawyer.

4. Plaintiff has requested no previous extensions of time in this matter and to date, all of his filings with the court have been made in a timely manner.

Respectfully submitted this 28th day of Aug. 2007.

BY: *Barry R. Thomas*
Barry Randall Thomas #178628/E2-6A
Easterling Corr. Fac.
200 Wallace Dr.
Clio AL. 36017-2613

## CERTIFICATE OF SERVICE

I Barry Randall Thomas, hereby certify under penalty of perjury that a true and correct copy of the Notice of Motion and Motion for Extension of Time has been provided to the below listed parties, by placing said motion in a postage paid envelope and mailing via U.S. Mail this 31 day of August 2007 to:

(1) William R. Lunsford
    Maynard, Cooper, Gale PC
    655 Gallatin St.
    P.O. Box 18668
    Huntsville AL. 35804-8668

(2) Tara S. Knee
    AL. Dept. of Corrections
    P.O. Box 301501
    Montgomery, AL. 36130-1501

*Barry R Thomas*
Barry Randall Thomas #178628/E2-6A
Easterling Corr. Fac.
200 Wallace Dr.
Clio AL. 36017-2613



Barry R. Thomas 178628/E2-6A
Easterling Corr. Fac.
200 Wallace Dr., Clio AL
36017-2613

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery AL, 36101-0711

ATTN: 2:07-CV-630-MEF