IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARRY RANDALL THOMAS, #178628, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-630-MEF |
| | ) | |
| DR. DARBOUZE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed herein by the plaintiff on September 18, 2007 (Court Doc. No. 25), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent allowed by this order.

2. The plaintiff is GRANTED an extension from September 17, 2007 to and including October 15, 2007 to file an objection to the Recommendation entered on August 23, 2007 (Court Doc. No. 21).

3. The plaintiff is GRANTED an extension from September 24, 2007 to and including October 24, 2007 to file a response to the defendants' special reports in compliance with the order entered on September 4, 2007 (Court Doc. No. 24).

Done this 19th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE