IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRY RANDALL THOMAS, #178628, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DR. DARBOUZE, et al., )<br>)<br>Defendants. ) | CASE NO. 2:07-CV-630-MEF<br>[WO] |

**ORDER**

There being no objections to the Recommendation of the Magistrate Judge filed on August 23, 2007 (Doc. #21), and after an independent review of the record; it is hereby ORDERED that:

1. The Recommendation (Doc. #21) is ADOPTED;

2. The motion for preliminary injunction filed by the Plaintiff on July 10, 2007 (Doc. #3) is DENIED: and

3. This case is referred back to the Magistrate Judge for appropriate proceedings.

Done this 24th day of October, 2007.

                                                       /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE