```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001052
Cashier ID: brobinso
Transaction Date: 11/05/2007
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: BARRY RANDALL THOMAS
 Case/Party: D-ALM-2-07-CV-000630-001
 Amount:         $2.00
-----------------------------------
CHECK
 Check/Money Order Num: 3006
 Amt Tendered:  $2.00
-----------------------------------
Total Due:      $2.00
Total Tendered: $2.00
Change Amt:     $0.00
```