In The District Court of The United States for The Middle District Of Alabama Northern Division

Barry Randall Thomas
A.I.S. #178628
Plaintiff,

vs

Dr. Darbouze, et. al.,
Defendants

Case Civil Action No:
2:07-CV-630-MEF

2007 NOV 20 A 9:59

## Motion To Dismissal of Actions Without Prejudice

Comes now, Plaintiff, Barry Randall Thomas, and filing in the above-styled Court a motion to dismiss the above Civil Action Case No: 2:07-CV-630-MEF. The Plaintiff Thomas can not receive his original complaint from Easterling's administrators. Easterling's officials have denied Plaintiff's right to access his legal mail. Therefore, Plaintiff motions this Honorable Court to dismiss his civil action without prejudice. The defendants will not be prejudiced as a result.

1/2

2:07-CV-630-MEF

## CERTIFICATE OF SERVICE

I, Barry Randall Thomas, hereby certify under penalty of perjury that a true and correct copy of the accompaning Motion To Dismissal of Actions Without Prejudice has been provided to the below-listed parties, by placing said motion in a postage-paid envelope and mailing via U.S. Mail this 19 day of November 2007 to:

(1) William R. Lunsford
Maynard, Cooper, Gale PC
655 Gallatin St.
PO Box 18668
Huntsville, AL 35804-8668

(2) Tara S. Knee
AL Dept. OF Corrections
PO Box 301501
Montgomery, AL 36130-1501

Barry R. Thomas
Barry Randall Thomas
Easterling Corr. Fac.
200 Wallace Dr.
Clio, AL 36017-2613

Barry R. Thomas #178628
Easterling Corr. Fac., E2-6A
200 Wallace Dr.
Clio, AL 36017-2613

MONTGOMERY AL 361
19 NOV 2007 PM 4 L

Office of the Clerk
United States District Court
PO Box 711
Montgomery, AL 36101-0711