IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRY RANDALL THOMAS, #178628, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-630-MEF |
| ) | [WO] |
| DR. DARBOUZE, et al., ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

The Magistrate Judge filed a Recommendation (Doc. #13) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #13) is ADOPTED;

2. Plaintiff's Motion to Dismiss (Doc. #29) is GRANTED and this case is DISMISSED without prejudice;

3. No costs be taxed herein.

Done this the 20th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE