```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004924
Cashier ID: khaynes
Transaction Date: 05/01/2008
Payer Name: EASTERLING CORR FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
 For: BARRY RANDALL THOMAS
 Case/Party: D-ALM-2-07-CV-000630-001
 Amount:         $8.00
--------------------------------------
CHECK
 Check/Money Order Num: 3416
 Amt Tendered:  $8.00
--------------------------------------
Total Due:      $8.00
Total Tendered: $8.00
Change Amt:     $0.00
```