```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006350
Cashier ID: khaynes
Transaction Date: 09/04/2008
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: BARRY R THOMAS
 Case/Party: D-ALM-2-07-CV-000630-001
 Amount:         $2.00
-----------------------------------
CHECK
 Check/Money Order Num: 3715
 Amt Tendered:  $2.00
-----------------------------------
Total Due:      $2.00
Total Tendered: $2.00
Change Amt:     $0.00
```